Michael D. Kimerer, #002492
Lori L. Voepel, #015342
Kimerer & Derrick, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012
Telephone: 602/279-5900
Facsimile: 602/264-5566
Attorneys for Petitioner

FILED_____LODGED_____
RECEIVED____✓____COPY_____

2002 JUN 11  PM 6: 43

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

07-99001

DEBRA JEAN MILKE,              )        No. CV-98-0060-PHX-RCB
                              )
        Petitioner,           )
                              )
v.                            )
                              )
TERRY STEWART, et al.,        )
                              )
        Respondent.           )
_____)

## EXHIBITS TO PETITIONER'S
## BRIEF ON THE MERITS

### VOLUME I
### (EXHIBITS 1-11)



Michael D. Kimerer, #002492
Lori L. Voepel, #015342
Kimerer & Derrick, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012
Telephone: 602/279-5900
Facsimile: 602/264-5566
Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

DEBRA JEAN MILKE,                    )      No. CV-98-0060-PHX-RCB
                                     )
        Petitioner,                  )
                                     )
v.                                   )
                                     )
TERRY STEWART, et al.,               )
                                     )
        Respondent.                  )
_____)

## EXHIBITS TO PETITIONER'S
## BRIEF ON THE MERITS

## VOLUME I
## (EXHIBITS 1-11)

# LIST OF EXHIBITS

1.   **SOCIAL HISTORY**

2.   **DR. DAVID BIEGAN'S REPORT**

3.   **AFFIDAVIT OF RENATE JANKA**

4.   **AFFIDAVIT #1 OF KIRK FOWLER**

5.   **AFFIDAVIT OF BAERBEL JACKS**

6.   **INTERVIEW OF SANDRA PICKINPAUGH BY SALDATE**

7.   **ORDER OF PROTECTION**

8.   **MEDICAL RECORDS OF CHRISTOPHER MILKE**

9.   **AFFIDAVIT OF DR. KEVIN ZUERLEIN**

10.  **EXCERPTS OF JIM STYERS' TRIAL TESTIMONY**

11.  **MILITARY RECORDS OF JIM STYERS**

12.  **EXCERPTS OF ROGER SCOTT'S TRIAL TRANSCRIPTS**

13.  **PRESENTENCE REPORT OF ROGER SCOTT**

14.  **DR. TATRO'S EVALUATION OF ROGER SCOTT**

15.  **SALDATE RESEARCH**

16.  **REDACTED LETTERS FROM JIM STYERS TO DEBRA MILKE**

17.  **EXCERPTS OF INTERVIEW OF GAIL LIPSHULTZ**

18.  **DEBRA MILKE'S EMPLOYEE BENEFITS SELECTION FORM FOR JOHN ALDEN INSURANCE**

19.  **DEBRA'S APPLICATION FOR EMPLOYEE BENEFITS FROM LINCOLN NATIONAL**

20.  **EXCERPTS OF TRANSCRIPTS RE: JIM STYERS' AND ROGER SCOTT'S KNOWLEDGE OF DEBRA'S EMPLOYMENT BENEFITS PLAN**

21.  **DEBRA'S APARTMENT RENTAL APPLICATION**

22.  **SELECT ROGER SCOTT HABEAS EXHIBITS**

23.   SUPPLEMENTAL REPORT OF ROGER SCOTT BY DETECTIVE MILLS

24.   DETECTIVE SALDATE'S SUPPLEMENTAL REPORT OF DEBRA MILKE

25.   MINUTE ENTRY DATED 1/18/91

26.   ORDER DATED 11/18/96

27.   NEW TIMES ARTICLE

28.   PROFESSOR RICHARD LEO'S REPORT

29.   PHOENIX POLICE DEPARTMENT INTERROGATION POLICIES AND
      PROCEDURES

30.   DETECTIVE SALDATE'S SUPPLEMENTAL REPORT OF SANDRA
      PICKINPAUGH INTERVIEW

31.   SALDATE'S SEPARATION NOTICE

32.   SALDATE'S PRETRIAL INTERVIEW

33.   EXCERPTS OF ROGER SCOTT'S HABEAS CORPUS PETITION

34.   AFFIDAVIT OF DR. TATRO

35.   AFFIDAVIT OF ROLAND STEINLE

36.   KIRK FOWLER SWORN STATEMENT TO TERRY CAPOZZI

37.   EXCERPTS FROM INBAU & REID

38.   AFFIDAVIT OF PAUL HUEBEL

39.   AFFIDAVITS OF LAW ENFORCEMENT EXPERTS

40.   AFFIDAVIT OF ANDERS ROSENQUIST

41.   LIST OF SALDATE'S INCONSISTENCIES AND DISCREPANCIES

42.   AFFIDAVIT OF KIRK FOWLER (SADEIK)

43.   AFFIDAVIT OF KIRK FOWLER (PICKINPAUGH)

44.   EXCERPTS OF ERNIE SWEAT'S PRETRIAL INTERVIEW

45.   EXCERPTS OF ERNIE SWEAT'S TRIAL TESTIMONY

46. **EXCERPTS OF HENRY MILKE INTERVIEW**

47. **JAMES STYERS' LETTERS TO JUDITH RADALOVIC AND "OLGA"**

48. **AFFIDAVIT OF KEN RAY**

49. **MINUTE ENTRY DATED 2/13/90**

50. **DEBRA MILKE LETTER TO DEFENSE COUNSEL**

51. **AFFIDAVIT OF PATRICIA (BACON) PRUST**

52. **AFFIDAVIT OF KIRK FOWLER (MARKWELL)**

53. **MOTION FOR SANCTIONS**

54. **AFFIDAVIT OF CHARLES JONES**

55. **AFFIDAVIT OF DONALD AND JOSEPHINE JONES**

56. **AFFIDAVIT OF ALEX JANKA**

57. **AFFIDAVIT OF DEBRA MILKE**

58. **DEBRA MILKE'S MEDICAL RECORDS**

59. **DEBRA MILKE'S ELEMENTARY SCHOOL RECORDS**

60. **DEBRA MILKE'S COLLEGE RECORDS**

61. **SUBPOENA DUCES TECUM**

62. **EXCERPT OF TESTIMONY RE: DISCOVERY REQUEST**

63. **MOTION TO QUASH**

64. **MINUTE ENTRIES DATED 9/24/90 & 10/1/90**

65. **AFFIDAVIT OF MARIA PULVER**

66. **AFFIDAVIT OF ROBERT CHERMAK**

67. **MOTION TO SUPPRESS**

68. **MINUTE ENTRY DATED 10/12/90**

69. **ORDER TO SHOW CAUSE**

70.   AFFIDAVIT OF DR. GARCIA

71.   MOTION TO APPOINT ASSOCIATE COUNSEL

72.   MINUTE ENTRY DATED 11/9/90

73.   MOTIONS TO CONTINUE MITIGATION HEARING

74.   APPLICATION FOR TRANSPORTATION AND LODGING

75.   DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES RE:
      SENTENCING

76.   EXCERPT OF TRANSCRIPT RE: JUROR MOQUINO

77.   JURY LIST

78.   JUROR MOQUINO'S QUESTIONARE

May 20, 2002

To Whom it may concern:

When 1 was in private practice, I assisted Anders Ronsenquist in the defense of Debra Milke at the federal habeas corpus stage. One of my responsibilities was to draft a social history of Ms. Milke to attach to her Petition for Habeas Corpus before the U.S. District Court. I accomplished this responsibility and provided the document to Mr. Rosenquist.

Sincerely,

Elizabeth Hurley

PROLOGUE:

The following social history of Debra Milke is based on the recollections of Ms. Milke and her mother, Renate Janka, in addition to letters written by Sandra Pickenpaugh to Renate Janka.   Relevant excerpts from trial testimony were considered, as well. Recollections of Debra Milke's father's family, as well as from the Jones family were also assessed.   Defense counsel and Renate Janka felt that Debra Milke should not be consulted regarding this history; however, Debra Milke had completed a partial history of her own several years ago, which was used.

Statements regarding thought processes and emotions refer to citation that inform the reader from who's perspective the statement is derived. It is important to note that these particular statements are not factual and reflect only the recollection of events and emotions felt at the time or perceptions from the individuals.  The reciting party's language is used whenever possible.  Thus, reference to the citation will indicate which person says they felt a certain way, or which person perceived that another felt a certain way, and which person recalls a certain event and which person recalls a certain event.  In addition, I have attempted to use the same descriptive words that were used by the original speaker whenever possible.  The social history begins with a brief history of Debra Milke's maternal great grandparents and ends when Christopher Milke was murdered.

CITATION KEY:      Citations are at the end of sentences.  Sentences without citation refer to the previous citation.

R.J. int. = Renate Janka's 1998 interview with Terri Capozzi

R.J. 98 A-E = Renate Janka's 1998 written history

S.ltr. = Sandy Pickenpaugh's letters to Renate Janka

K.1987, K1988 = Debra Milke's written history, date refers to the year she was summarizing.  A page number preceded by the letter "h"indicates Debbie Milke's handwritten account, versus the typewritten account.

R.J. chron = Renate Janka's chronology of the events

R.J. to Wake 6/27/95 = Renate Janka's 6/27/95 letter to Holly Wake, mitigation specialist

R.J. to Kirk 7/12/98 = Renate Janka's 7/12/98 letter to Kirk Fowler

Richard Sadeik int. with K.F. 1/24/90 = Kirk Fowler's interview with Richard Sadeik 1/24/90.

R.J. 10/8/92 = Renate Janka's written history on that date.

R.T. = Trial transcripts.

R.J. 1999 = Renate Janka's 1999 Synopsis

Aff. C.Jones = Affidavit of Charles Jones

Aff. D&J.Jones = Affidavit of Donald and Josephine Jones

## DEBRA MILKE'S SOCIAL HISTORY

## FROM PRE-BIRTH TO CHRISTOPHER MILKE'S DEATH

(The following is derived from R.J. int. unless otherwise noted.)

Debra Milke was born on March 10, 1964 to Renate and Richard Sadeik in a military hospital in Berlin, Germany.  She was the first born of two sisters.  Her mother, Renate Janka, was born in 1942 in Berlin, Germany, during World War II, to German Nationals, Hans Seiler and Leise Lotte.  Hans Seiler was born during World War I in a rural area,

which would now be Poland, to a large family.  He was one of the middle children out of ten.  Hans' family had very little money.  Hans' father worked for the Foreign Legion and his mother stayed home.  Hans' father died of Malaria in Africa, leaving his wife alone with ten children.  Hans' mother received a small pension and a small parcel of land which the family lived on.

None of the children accomplished any type of higher education.  Instead, they learned trades.  As soon as Hans' was of an age to leave home, he moved to Berlin where he apprenticed for a grocer.  This job was similar to a clerk at a grocery store.  When World War II began Hans was drafted into the German military.  It was during this time period that he met Leise Lotte at a military function.

Leise Lotte's parents did not want the two to marry because Hans was in the military and they did not expect him to come home after the War.  Nonetheless, the couple married in 1940.  Renate was born in 1942 in Berlin.  In 1943, Hans and Leise's home and the home of Renate's grandparents were bombed the same night.  At that time, most of Berlin was in shambles.  Hans was then stationed in Norway and Leise, Leise's mother and Renate left Berlin by foot.  The three ended up at a farm where they were taken in.  Renate was only one and a half years old.  Renate's mother and grandmother were provided with room and board in exchange for working in the fields.  One of the first independent memories which Renate has of her life is living on that farm.  She remembers that anytime there was word that the Russians were near or there was an air raid, all of the women gathered into a hole in ground which was then covered with brush and leaves.

-3-

In 1945, when the war was over, Renate's mother and grandmother began the journey back on foot. The farm was approximately fifty miles from Berlin. On the way back to Berlin the women were stopped by a passing Russian tank. Despite the women's fear of the Russians, they were offered a ride back into Berlin in the tank. Unable to communicate due to language barriers, and unable to refuse in any case, the women did go with the Russians. Both Renate's mother and grandmother believed they were unharmed because they had a young child with them. They were taken to Berlin without incident, and fortunately, they were taken to what is now West Berlin. The same year Hans was released from a Norwegian Prison Camp and he arrived back in Berlin.

After being reunited, the family had no place to go. There was little left of Berlin, and they had no possessions, only the clothes on their backs. They were taken in by another family and lived in a house which had been bombed; but some of the rooms were still intact. Bridgette, Renate's sister, was born in 1946. Hans went to school and worked on furthering his education in order to support his family. At night he worked as a security guard.

It was a very difficult time, especially when Berlin was separated into the East and West. All access was cut off to Berlin and Renate states that most would have starved to death had it not been for Allies air lifting in supplies. It also happened to be one of the coldest recorded winters that year. The Seilers were living in absolute poverty. Food was scarce and Renate remembers two rabbits that had been given to the them when they stayed at the farm. They kept the rabbits on the balcony outside their home where they

-4-

were kept as pets.  On one Christmas day, Renate smelled a meal cooking and her grandmother sewing a little coat and muff.  The coat was trimmed in fur and the muff was also made of fur.  Renate ran off to check on the rabbits only to realize that they were not there.  The family had had to eat the pet rabbits.  It was a hard time in her life, as well as her family's.

The effects of the war were far reaching.  According to Renate, at a time in Hans and Leise's life when they should have been having a grand time raising their children, achieving dreams, they were instead living in devastation.  Communication as we know it today did not exist and they were isolated from the rest of the world.  As for the children during this period, this life was all they knew.  They had no idea that not everybody in the world was hungry and cold.

Renate's mother was fearful of "everything".  Renate describes herself as a born adventurer, rebelling against her mother's fears.  Before Renate entered school in 1948, she would come in contact with motion picture movies, such as Mickey Mouse,  and ice cream, things other children around her had never seen.  Renate's grandfather had made some American contacts and through those contacts Renate had been able to experience those small pleasures.  Thus, her attachment to Americans went as far back as Renate was able to remember.  In 1948, Renate entered an American kindergarten.  Later she started at "regular" school.

In 1952, the family moved into a two and a half room apartment.  Renate was ten years old.  This apartment was the same apartment Renate's parents would live in until

-5-

their deaths.

Renate entered the German high school system in 1954.  There were three levels in the German school system. The first level was for people who would not advance past the ninth grade; the second level would be for people who could complete the tenth grade; and lastly was the level for the people who were being primed for "gymnasium", or the university. Renate did well in school and advanced to the college entry level.  Her parents were adamant about the children pursuing an education.  Higher education was free so there was no financial burden on the family.

In the meantime, Hans completed school and became an employee of the court system in a position similar to a court clerk.  Every two years he was able to advance.  The pay was not great, but the family had regular income coming and some stability.  There was also security in the job as no one was fired from their jobs.

Even though Hans now had a stable job, there was still never enough money. Renate states that she and her sister were quite crafty and clever, as a result.  The girls became interested in clothes and took pride in their appearances.  The family was not able to afford the clothing that the girls wanted, so Renate learned to sew.  She sewed all the family clothes.

The family did have a lot of outside support.  Renate's godfather had a business that was doing fairly well and he hired Renate during the summer so she was able to earn some money of her own.  Renate's maternal grandfather helped the family financially.  In 1958, Renate's maternal grandmother bought Hans a used Volkswagen.  It was the

-6-

family's first car.  She also gave the family their first television set on Christmas in 1959.

Often Renate and Bridgette would walk for an hour on Sundays to their grandmother's

house for a "good Sunday meal".  In 1961, when Renate graduated from high school, her

grandmother was in the hospital dying of cancer.  Renate went to tell her that she had

graduated.  Her grandmother was so proud, she handed Renate 200 marks and told her

to buy a sewing machine.  Renate's grandmother died a week later.

Renate describes her family environment as,"very caring family, a strict family".  Due

to her mother's fears, Renate was kept very sheltered and was not allowed to date, or do

many other activities.  Leise Seiler ran the home and she was also the disciplinarian.  Hans

was a very quiet man, easy going and always had time for his children. Hans spent most

of his time in the basement when he was not at work.  Renate attributes this to the fact that

he was "shuffling paper all day".  Renate states "he would practically live down there."

When the two girls were younger Hans made their toys out of wood.  Renate spent

a lot of time with her father.  One time they made a monopoly game together.  The board

was made of cardboard and Hans made little houses out of wood.  Screaming or arguing

bothered Hans so he stayed in the background, but Renate indicates that he was very

conversant when it came to serious matters or "learning about the world".  Hans also read

a lot and Renate credits her father for that aspect in herself.  Hans read to his children for

hours.  When Renate began to tell her father her dreams of getting out and seeing the

world and learning many languages, her father condoned those adolescent dreams.

Bridgette was a very frail child, often sick with childhood diseases that never

-7-

seemed to affect Renate. When Leise was pregnant with Bridgette in 1946, food had been scarce. Renate indicates this to be the reason that Bridgette was "always a petite thing". The four year gap in the girls' ages, as well as their very different natures, lead to completely different interests. The girls did not interact very much during their youth.

Renate was a self described tom-boy. Unlike Bridgette, Renate excelled in sports, winning many trophies. Renate was fond of track and field, specifically in the one hundred meter dash in which she had the second best time in Germany and qualified for the 1960 Olympics. Unfortunately, her family was unable to finance the trip to the Olympics. Nonetheless, Renate continued to competitively run throughout her thirteen years of school.

After graduating from high school, Renate took an extremely condensed business administration course in which her parents enrolled her. Despite an earlier assertion that higher education was free, Renate's parents were unable to afford a three year college. Renate indicates she did well in the business course. After finishing her schooling and learning four languages, Renate was ready to enter the world. She spoke English, French, Spanish, in addition to her native tongue, as well as having had nine years of Latin and seven years of Greek. Renate's first real job out of school was at the biggest bank in Berlin, in the foreign correspondence department. This position did not deal with accounts, it dealt strictly with the foreign correspondence from all of the banks throughout the world. Renate continued to live at home since in "those days, you did not come of age until age twenty-one". Until that time, parents were still responsible for their older children

-8-

and children did not cross their parents. If Renate spoke back to her mother, she was slapped across the face, even when she was nineteen years old. Physical discipline was common, whether in the home or at school. Renate says her "whole make-up" is discipline and respect for elders.

Renate loved her job at the bank and was doing well. So well in fact that a person she worked for in the Spanish department had offered her a job in Madrid, Spain, for a year. Renate was excited at the prospect and life seemed to be going well.

On February 3, 1963, Renate went to a birthday party for her long-time best friend where she meet Richard Sadeik. As mentioned earlier, Renate was not allowed to date, but she was allowed to go out with a big group of friends. Renate had had a boyfriend previously whom she kept secret, but when she felt pressured she had ended the relationship. Richard had been married once before and already had a son. After her first relationship, as well her mother's warnings not to come home pregnant, Renate would not see Richard at first. He was persistent and she eventually succumbed to his requests for dates.

Richard Sadeik was an American enlisted in the military and had been stationed in Berlin. Richard was twenty-five years old when he met Renate, who was twenty. By this time the Seilers had a telephone, and Hans would get upset when Richard called. Being pursued this aggressively flattered Renate, and being American did not hurt Richard in Renate's eyes. At that time the Americans ran around Berlin as if they owned it, according to Renate, spending money that seemed like a fortune to the Seiler family. For an

-9-

American to spend a dollar was the equivalent of four marks. Even the lowest ranking enlisted men appeared to have wealth.

In the beginning, Richard was extremely charming and Renate's parents did allow Renate to go to the NCO Club with him. Never had Renate seen so much food. This made quite an impression on Renate. She was overwhelmed with everything that the Americans were "throwing around". Renate was also interested in meeting men, which had been a problem because of her mother's fears of sex. Renate remembered her mother's threats about sex and pregnancy, but also didn't believe in having sex at that time in her life. Renate was now coming to an age where other peers where talking about sex, and Renate had nothing to add to the conversations. That changed with Richard Sadeik. Renate's "rebellious side took over" and she knew it was going to happen. After her first sexual encounter with Richard, Renate became pregnant.

At the time Renate became pregnant, she and Richard had only been seeing each other for seven months. Richard had wooed the Seiler family with purchases they could not afford, such as a large box of "Tide" and a turkey. During Renate's brief courtship, Richard had come across as generous and charming. After finding herself pregnant, her initial excitement subsided and she saw that Richard was not the man with whom she had envisioned herself. Renate and Richard had very little in common. Richard was uninterested in participating in sports or activities, he was not well-read or educated; and these were things Renate valued. Renate "liked him well enough", but she did want to marry him. She knew deep down that her mother would have liked for her to have an

-10-

abortion to stave off the shame. However, Renate waited too long to make her decision and the pregnancy was not terminated.

No one realized until a month before Renate was due to have the baby that she was pregnant. Renate had gained very little weight. Hans and Leise were not pleased with the news of Renate's pregnancy and Leise had gone to Richard's commander and told him of the situation. Richard and Renate got married soon thereafter.   Debra Sadeik was born on March 10, 1964 in a military hospital in Berlin. (R.J. 98 A).

Renate had dated Richard for the first seven months because Richard had taken Renate on outings that his friends had planned, showing not his interests, but those of his friends. Now Renate was married to man that she "liked well enough" and was pregnant, when she felt she should have been in Spain working at the job she had earned. Renate quit her job at the bank because she was ashamed of her "condition", and found a job at International Restitution Court which dealt with claims from Jewish families. At this job she wrote a personal letter to the United States Attorney General at the time, Robert Kennedy. Right before her due date Renate quit her job at the International Restitution Court and did not intend to return after her child was born. She did not tell her employer her intention not to return so she would still get her maternity pay. Renate later had her doctor write a letter that her medical condition would not allow her to return to work.

After Debbie was born, housing became a problem for the young couple. Richard's rank was so low that base housing was not available to them. Renate had to go looking for a place for the couple to live. An elderly lady rented Renate and Richard a room in her

-11-

three room apartment.  The young family lived in this apartment for more than a year.  With the honeymoon period over, the realities of Richard's economic situation set in, despite the fact that Renate had never had much more financially.

Richard consistently drank alcohol.  He drank while he and Renate dated, but they had only been in a social atmosphere.  Richard was born in America, and raised in New Jersey, where his sister and mother continued to live.  Renate knew nothing of his family until later.  Richard's parents did not live together, although they never divorced.  George Sadeik, Richard's father, was not a very congenial person.  George Sadeik was a racist with little tolerance for others, including his family.  He also drank heavily and was physically abusive towards Richard's mother.  Renate reflected that Richard was much like his father in those respects.  Richard was not only a social drinker, as Renate was, he would sit at home and drink alone.  Richard would stop after work on his way home at either the NCO Club or "The Wharf" and have "a few" and would then drink a bottle of hard liquor when he came home.  To ward off hang-overs he would drink a beer in the morning.  Richard spent much of the couple's meager income on alcohol, despite the fact that the couple had rented their room furnished because they had nothing, not even the basics, such as sheets or pots and pans.

Renate's first real altercation with Richard came in January of 1965, a year after Debbie was born.  Delivery men came to the Sadeik apartment with a huge stereo system.  Renate thought surely it was a mistake and sent the men back.  Richard had not consulted her on the purchase and now that they had the baby she could not believe that he would

-12-

spend money on such an item. The family needed household goods, food and other necessities of life. When Richard came home that day he was furious to find that Renate had sent the stereo away. They argued over the matter and Renate lost the battle; according to Renate, nobody ever won against Richard Sadeik.

Bridgette became engaged and Richard's mother came to Germany around the same time. Renate and she got along well. Richard's mother was glad that her son had found such a "good wife".

In May of 1965, Richard was transferred to the United States. The family arrived in New Jersey where Richard's family was located. Richard was then sent to a remote area in Montana and Renate and Debbie moved in with Richard's sister. Richard's mother was also located in New Jersey but lived alone in a small house. Renate and Debbie later moved in with a distant cousin in Minnesota while awaiting Richard to send for them. He did so later that year.

The family lived in a small trailer in rural Montana. By now Debbie was a very pleasant toddler. It was here that they lived together as a family unit, despite Richard not being home often. As time went on Richard allowed Renate to call her family at Christmas, but Renate felt very isolated. Richard continued to drink, on one occasion waking Renate in the middle of the night demanding that she get up and cook breakfast for the group of men he had brought home after a night out drinking and gambling. There was a scene and Richard threatened to pour bleach on Renate, so that she would be a blond. Other times Richard would state how Renate was the prettiest woman on the base, obviously quite

-13-

proud of his possession, only to later refer to her as a "Kraut", a "know-nothing Kraut."

Renate stayed with Richard, determined to make the most of their marriage. Renate decided that she didn't want Debbie to be an only child and decided to have another baby. Because the winters were so severe and the family so isolated, Renate planned the pregnancy to coincide with warmer weather.

Sandra was born August 9, 1966. For the occasion, both Richard's mother and Renate's mother came to visit. Neither Renate nor Debbie had had much contact with the two older women because the family could not afford the long distance tolls.

Although Richard was not around much, his influence was felt. Debbie rarely needed discipline but the few times Renate mentioned a problem with her, Richard beat her with a belt. Renate was fiercely opposed to this manner of discipline. Sometimes Richard would play the doting father, spoiling the children on birthdays and Christmas. The two sides of Richard caused confusion for the two very young children. It was important to Renate that the girls be bi-lingual but Richard absolutely forbade it.

In May of 1967, the family was transferred to a radar site near Atlanta, Georgia. Richard moved the family's trailer and their meager possessions to Acworth, Georgia. Since there was only one car which Richard used to get to work, Renate was once again stranded with two small children. Sandy developed severe health problems and Renate often worried about having no transportation in case of an emergency. The surrounding area had little to offer. Under the circumstances the family applied for a Humanitarian transfer and was assigned to Homestead Air Force Base in southern Florida. Once again

-14-

the family carted their trailer and all that they owned. They later acquired a larger trailer in which the living conditions were much improved.

During the stay in Florida the family moved a number of times, whenever Richard was transferred. Eventually, Richard was assigned to a radar site on a Coast Guard base where the family sold the trailer and moved into base housing. The living conditions at the Coast Guard base were substandard and filthy. Only through hard work on Renate's part was she able to provide a livable environment.

In 1970, when Debbie was six years old, Richard received orders for an unaccompanied tour in Southeast Asia on the island of Okinawa. He had received a promotion prior to the this as a Technical Sergeant but the family still had very little money. With Richard gone, the rest of the family was not allowed to remain in government housing. Renate and the children had no place to go. Even though Renate had worked in the past, Richard had ordered that she was not work outside of the home. Richard liked people to think he was a "good provider". But, Renate now had two young children to provide for. They could not afford an apartment and had no alternative but to move back to Berlin with Renate's parents, the children's Oma and Opa. Renate's parents still lived in the same two and a half room, post war subsidized apartment, but there was no hesitation on their part to welcome them.

As much as Renate was grateful to her parents and glad that they now had a chance to know the girls, the cramped living conditions were tough on everyone. Renate and her mother argued and she felt useless around the apartment. While Renate's mother

-15-

spoke enough English to converse with the children, both girls were fluent in German within three months. Renate enrolled the girls in the military kindergarten and school and found that she had nothing else to occupy her time during the school hours. Renate's sister suggested that she find a job to help keep her busy, but Renate remembered Richard's words and was hesitant to disobey him. Renate had already disobeyed him once by introducing her native tongue to the girls. She eventually did get a job in Berlin and found it to be very fulfilling. Renate saved some of the money she made and the rest she used to buy the girls clothes and contribute to her parents' household.

On one occasion, Renate received a call at work from her mother who told her that Sandy had failed to arrive on the bus to school. (R.J. 98 B). After a frantic search, they discovered Sandy walking near their house. She had taken another bus that traveled to the vicinity of the house and had attempted to walk the rest of the way. She said that she was looking for her daddy. (R.J. 98 B).

During their stay in Germany, Renate wrote to her mother-in-law and mentioned that she was working and otherwise kept Mrs. Sadeik abreast of their life. In August, 1971, Renate returned with the children to the United States. This time she stayed with her mother-in-law, with whom she had a good relationship.

Richard returned from Okinawa at the end of September, 1971. Renate flew out to Travis Air Force Base to meet him. Once off the concourse, rather than running to greet his wife whom he hadn't seen in a year, Richard opted to lambast his wife for working, "how dare she go against his wishes". Richard and Renate bought their first car during that

-16-

time.

On the way back to New Jersey the couple stopped at Richard's next assignment, Phoenix, Arizona.   Richard and Renate purchased a modest home in Phoenix and continued to New Jersey. At the end of October, 1971, the family moved to Arizona, where they were able to move into their new home.  This is the first time Renate felt like she had a home.

The strain of a mortgage was too great and after several major fights between Renate and Richard, Renate got a job as a secretary at the German Training Squadron at Luke Air Force Base.  Both girls were now in school full-time and Renate arranged for a neighbor to check on the girls from the time they got home from school until the time she came home from work.  The neighborhood was not exactly as safe as they had anticipated, so the family ended up selling the house and moving to a better area.  Renate's parents helped finance the move. Renate had not wanted to ask her parents for assistance but did so because of Richard's constant harassment.

Renate noticed a change in Sandy's demeanor around this time.  (R.J. 98 B).   The girls were conscious of the dire financial situation and the friction between their parents. In addition, Debbie, as the older child, was entrusted with making sure household rules were followed.  Sandy's animosity towards her sister became apparent at that time.  She was resentful and lashed out at everyone.  Richard hit her with a belt on several occasions as punishment.  (R.J. 98 B).  Renate discovered that Sandy stole money from her wallet. Sandy's school contacted Renate often about her discipline problems.  Renate felt that

-17-

Sandy had an inferiority complex.  The fact that Debbie rarely got into trouble compounded the issue.(R.J. 98 B).

The move did not help Sandy's behavior at all.  (R.J. 98 B).  She refused to do her chores, and Debbie would do them for her often.  The stealing continued.  But Sandy was very bright and did not have to do very much homework in order to keep good grades. (R.J. 98 B).  She, like Debbie, was very conscious of her appearance.  She loved to dance and swim and did both very well.  (R.J. 98 B).

According to Renate, Richard had no real ambition and was content with their lot in life.  When Richard was told that he would have to take a mandatory test to be promoted or else he would have to retire, Richard refused to take the test and retired from the military in 1975.  His retirement at that time was four hundred dollars a month and even though Renate was also earning an income, they could still not afford to maintain the house. Richard was having difficulty finding another job.  Renate was doing quite well at her job and was well liked.  She had developed some connections who were willing to help Richard gain employment, but Richard refused to have anybody from Renate's work assist in any way.   Richard despised men who held officer ranks in the military.  (R.J. 10/8/92).  He embarrassed Renate when they were invited to socialize with Renate's work superiors, all of whom were German officers, because of this dislike. (R.J. 10/8/92).

Richard's attitude and constant sarcasm became so great that Renate began to experience anxiety attacks.  Whenever Renate had an attack Richard would belittle her in front of the girls.  Renate kept all her problems to herself and that took a toll on her.

-18-

Renate attributes the girls learning to hide their hurt feelings from their father, and later from others, to her example.

One day Richard informed Renate that he had taken a job at Lockheed. Furthermore, he had already signed the contract and the job would take him to Saudi Arabia. Richard never discussed this beforehand with his family and would soon be leaving. The job entailed that Richard stay in Saudi Arabia for two years with one leave for home per year. Renate was worried about whether her husband was capable of handling the job because of his heavy drinking.

Shortly after the news of his imminent departure, Richard's son from his first marriage, David, came to live with them. David had left his mother's home under less than congenial circumstances and had a history of problems. Richard had not had contact with David or his mother for five or six years, until David's mother called from Cincinnati, Ohio one day. (Richard Sadeik int. with K.F. 1/24/90). His mother stated that David needed military training, i.e. self-discipline. (Richard Sadeik int. with K.F. 1/24/90). Renate agreed to allow David to come into their home, partly because she felt she had no choice and she felt sorry for David, who had never really had a happy home.

David had a very low IQ and was a bed-wetter. Richard and Renate took David to counseling. (Richard Sadeik int. with K.F. 1/24/90). According to Renate, David did not do much of anything, either in the house or out of it. Renate states that she talked him into attending a vocational school since he did not have an interest in traditional schooling. Richard states that he sent David to vocational school and went hunting and fishing with

-19-

him but David was always aloof.   (Richard Sadeik int. with K.F. 1/24/90).   David was also loaned a car to use to get back and forth from school everyday.   Richard tried to instill responsibility into David.   (Richard Sadeik int. with K.F. 1/24/90). David began to help with the household chores, but Debbie did the majority of them.   (R.J. 98 A).   All of the children were given an allowance.

Richard left for Saudi Arabia in January of 1977, Debbie was almost thirteen and Sandy eleven.   David was sixteen years old at the time.   When he left, Richard told David that he would have to be the man of the house.   (Richard Sadeik int. with K.F. 1/24/90). Three months later, Richard received a letter stating that the police had come to the Sadeik house because David was hanging out of the second story window by a sheet wrapped around his ankles, telling everyone that he was Spider Man.   (Richard Sadeik int. with K.F. 1/24/90).   Not much time had passed when David stopped attending school.   On one occasion, Renate came home from work to find that David had painted his entire room in black.   Renate mentions that she was unfamiliar with drug use of any type, but that sometimes David seemed very strange.   One afternoon, after receiving a phone call from vocational school informing Renate that David had not been attending, Renate confronted David armed with this information.   A huge fight ensued and David grabbed a baseball bat and was threatening Renate with it.   The girls witnessed this scene and took on roles of protectors and managed to calm David.   David ran out of the house taking the car Renate had loaned him.   Renate questioned the girls about David.   Both children were hesitant to offer information, but finally Debbie informed her mother that David was taking drugs, and

-20-

that maybe Renate should be aware of this.

After David left the house he was involved in an automobile accident. He had hit a woman crossing the street, totaling the car. Renate pled Nolo Contendere for him, and was told that David would need to go back to Ohio with his mother. Renate had also written to Richard to tell him of things that were going on. Richard returned home in breach of his contract. Things remained tense in the household with Richard there, but he did end up returning to Saudi Arabia one more time. Again, he came back home in violation of the contract, and this time he forfeited all of the financial advantages, causing trouble with the IRS.

Despite the problems within the family, Debbie was a popular kid and had many friends. She was a good student, had good grades, took good care of her appearance and was well-liked. (R.J. 98 A). Renate describes Debbie as having been quite naive growing up. She was quite shy inside and did not believe that anyone could be mean or try to hurt her. When she did get hurt, she rarely showed it; in fact, she tried to hide her pain. (R.J. 98 A). She never retaliated. The only outbursts she ever had were with her sister. (R.J. 98 A).

Sandy was constantly sick with bronchial ailments. (R.J. 98 B). Renate had to restrict her activities and Sandy began to rebel. Every step of raising Sandy became a challenge. (R.J. 98 B). Sandy was also very lovable and life with Sandy was like an emotional roller-coaster. (R.J. 98 B). Sandy's relationship with Debbie was the same. (R.J. 98 B).

-21-

Richard was offered a job that would take the entire family to Greece. The girls were now teenagers, in a high school where they felt comfortable for the first time and Renate refused to go. Richard made no further attempts to gain employment. The entire family was living off of Renate's pay. It was at this time that Renate informed Richard she wanted to live separately. Richard did not take this well and stated that although he could not make her stay, he was a Sadeik and that Renate would regret her decision. According to Renate, Richard stated "I don't know when or how, but some day you will pay dearly for leaving me." (R.J. 10/8/92). Richard also insisted on being the one to tell Debbie and Sandy. There was no talk of divorce at this point.

Renate and the two girls moved into a small apartment in Phoenix. In light of the fact the Richard had breached the contract in Saudi Arabia the house was to be sold to pay off the back taxes.

Richard and Renate had previously purchased ten acres of land in Florence. After the house was sold, Richard moved to Florence and purchased a trailer to put on the land. The household furnishings were divided according to the needs of each party. Renate was allowed to keep the station wagon.

After moving to Florence, Richard got a job as a prison guard at the prison in Florence. Richard contributed his military pension of approximately four hundred and fifty dollars for the support of the children. The parties agreed to keep in contact and visitation did not pose a problem. Renate expressed a desire for Debbie and Sandy to see their father as often as they liked.

-22-

It was difficult for Debbie and Sandy to adjust to the break-up of the family unit. On the surface, things seemed to be going smoothly. Debbie and Sandy remained in the same high school and were therefore able to maintain some type of stability. Renate felt that the girls blamed her for the break-up, so there was some tension. The rivalry between the two sisters continued. It appeared that Sandy always felt that she couldn't live up to Debbie's achievements. Sandy really lacked confidence.

During the summer after the separation, Renate's sister offered to have Debbie and Sandy visit her in Berlin and purchased airline tickets for them. Both of the girls appeared to enjoy their visit. After the trip, Renate's sister expressed concern about Debbie and Sandy constantly fighting. She described Sandy as a "handful", and stated that Sandy had stolen money from her on several occasions.

Being in high school, the girls felt they needed to have the fashion clothing that the other kids were wearing. They no longer felt comfortable shopping at K-Mart. The family was on a tight budget and Renate gave Debbie and Sandy as much as her budget allowed, but the rest would have to come from their own means, such as babysitting.

Renate continued to work at Luke Air Force Base. There were no provisions for benefits at her job. Renate was unable to advance to a salary level at the base, in addition to the fact that the training program where she worked would eventually be discontinued. During her employment, Renate's boss, Alex, became a personal friend with whom she shared her problems. Alex was also involved in a bad marriage that was nearing divorce.

Renate was beginning to feel guilty. She was in debt for approximately two

-23-

thousand dollars and money was getting exceptionally tight. Debbie and Sandy began to play on their mother's guilty feelings. While the family was still living in the house together, Sandy had taken tap dancing lessons and enjoyed them very much. Once Richard and Renate separated Sandy was no longer able to take dance lessons. Richard would visit occasionally, but rarely gave the girls any money, or anything else. He referred to them as "spoiled brats".

On one of Richard's visits, Renate had asked to be paid for her share of the property out in Florence, in an attempt to pay off debts. Richard had promised to sell the land, but she felt that he never had any intention of doing so. Many months went by and the girls and Renate struggled to make ends meet. Eventually, Renate asked Richard again to help, Richard agreed to pay her debt of $2,000 if she would sign a Quit Claim Deed to the property. Renate agreed, if Richard would promise that their children would be the sole beneficiaries of the property in his will. Renate believes that this was "step one on his path for getting even with me." She states that this is the first time he had her crawling. (R.J. 10/8/92).

In the spring of 1980, Richard traveled to New Jersey to visit his mother. During that visit, Richard met an old schoolmate, Maureen, who had recently become a widow. She had three children and had been left with quite a bit of money. According to Renate, Richard had many sides and used his charm to court this woman. When Richard came back from New Jersey he came to see Renate and asked for a divorce. He wanted to marry Maureen. Renate was somewhat surprised at the request and inquired further about

-24-

Maureen and asked whether he loved her.  Richard's reply was that he did not and that Maureen was a "cow" but that he would be stupid to let her and her money get away. Renate, who had never intended on reconciling with Richard, agreed to the divorce.

Richard rushed the filing of the divorce because Maureen was a devout Catholic and would be moving to Arizona soon and refused to live "in sin."  Richard filed pro per. Renate, unsure as to the legal issues involved, wanted some provisions put in the divorce decree for the children.  Richard told her there was no room in the document for any such provisions.  Renate stated her concerns for the girls education and other provisions, but Richard told her to take his word that the children will always be provided for.   Eight days after the divorce was final, Richard and Maureen were married.  Richard, Maureen and her three children, Karen, Phillip and Peter were all living at the Florence property.

With Maureen's money, they built a house on the property.  According to Renate, Maureen would soon discover that her life would be as troublesome as Renate's had been. Maureen's oldest son left soon after the move, as he could not get along with Richard. Karen stayed due to, what Maureen insisted were, health problems.  Richard saw Karen as a "loser".  Peter was a very well-behaved and loving boy.  According to Renate, Richard took to Peter like the son he never had.  Peter eventually matured and began to distance himself from Richard.

Debbie and Sandy began to feel neglected by their father and were very hurt. Contact remained loose after the marriage of Richard and Maureen.  Maureen did not project any negativity towards Debbie and Sandy.

-25-

Debbie turned sixteen the same year Richard got married; it was 1980.  When she got her driver's license, Renate gave her the car because Debbie had part-time job and needed the transportation.  Renate took a loan out to buy an automobile for herself, as well.  Richard would not come to Phoenix to see his daughters so they had drive to Florence in order to see him.  Debbie and Sandy told their mother that they were treated civilly at the Sadeik home.

Renate noticed changes in the girls shortly thereafter.  In what Renate describes as Richard's second step in his revenge campaign against her,  Richard began to twist the story of the family break up and told the girls outrageous lies.  Debbie and Sandy were confused.

In the summer of 1980, Debbie met Charles Jones through her friend, Dorothy Markham.  Debbie babysat for Dorothy's son, Bobby.  Debbie asked Renate's permission before she began dating Charles.  (R.J. 1999).  Renate liked Charles and was happy that Debbie had found such a nice boyfriend.   They spent time together and Renate recalls this as "happy times".   Renate, as well as Charles' parents, hoped and expected the two to marry.  (Aff. D.&J.Jones) (R.J. 1999).

Debbie was sixteen years old at the time the relationship commenced. Charles was nineteen years old and in the Air Force, stationed at Luke Air Force Base outside of Phoenix.  (Aff. of D.&J.Jones) (Aff. C.Jones).  Debbie and Charles dated for about two years.  During that tome, Charles' parents, Josephine and Donald Jones, developed a close relationship with her.  They found he courteous, polite, helpful and friendly.  They

-26-

noted that she did not smoke, drink alcohol or use profanity.  Charles escorted Debbie to her junior prom.  Charles' parents noted that the relationship was serious and exclusive. (Aff of D.&J.Jones).

Charles practically lived at the Sadeik apartment.  (Aff. C.Jones).  He went everywhere with the family, even accompanying them on vacations.  He knew and got along well with Renate and Sandy.  He felt that Renate felt safer having him stay at the apartment.  While he stayed at the apartment often, he never slept in the same room with Debbie.  (Aff. C.Jones).

The Joneses had Debbie over for dinner on several occasions.  (Aff of D.&J.Jones). They also hosted Christmas dinner one year and invited Renate and Sandy to attend along with Debbie.  Sandy chose not to attend because she had different friends.  Renate attended and felt her relationship with the Joneses was very congenial. (R.J. int.).  The Joneses felt that Debbie looked to them as parent-figures.  (Aff.D.&J.Jones).  Debbie continued to visit with them even after her relationship with Charles ended.

On one occasion, the Joneses were visiting Debbie and her family at their apartment .(Aff.D.&J.Jones).  They noted that Debbie and Sandy acted very differently from one another.  Sandy would hit her sister, or poke her or say something to her at every opportunity.  Renate seemed to not care about the situation. The Joneses felt that Sandy was jealous of her sister.

Debbie continued to be the easy going person she had always been.  Debbie had always made good grades and continued to do so.  She worked part time, created no

problems at home, and seemed to be falling in love with Charles. Sandy's behavior was the also the same as always. Sandy had always been volatile. She had recently begun to associate with what Renate terms "the underdog" type of kids, often younger in age then Sandy. She would give away her belongings, sometimes things of value, such as gifts she received from her grandparents. Sandy angered easily and Renate tired of disciplining her. Renate continued to have nagging doubts about Sandy's mental health but did not do anything about it.

Renate still worried about her employment situation and felt she had no choice but to find a new job that had a benefits package. In September, Renate left the German Training Squadron and started work at a large computer company in Tempe, in a department which had a need for a German speaking secretary. Renate's salary increased. Meanwhile, Renate and the girls moved to another apartment in Phoenix.

Renate kept in contact with her old boss from the German Squadron, Alex, and a romantic relationship began. In 1982, Alex retired from the German Air Force and moved to Phoenix. After Renate discussed her relationship with Debbie and Sandy, Alex came to live with them. At first it was strained in the apartment. The girls knew and liked Alex, as well as admired him, but Richard's negative behavior made it difficult for the girls to accept Alex.

In March, 1982, Debbie turned eighteen. She was still attending high school and would graduate in May. In April that year, Richard cut his support checks in half because Debbie was eighteen and he was no longer legally obligated support her. Renate never

saw another dime of support after that. (R.J. 10/8/92). Debbie got a better paying part time job to help out. She graduated in the upper portion of her class and had good enough grades to qualify for a scholarship to Glendale Community College. Richard refused to help pay for her education. (R.J. 98 D). Renate feels that failing to pay for Debbie's schooling was part of his revenge plan against her. (R.J. 10/8/92).

Charles and Debbie broke their relationship off in 1982. (Aff.D.&J.Jones). Charles felt that they simply grew apart because of the difference in their ages. (Aff. C. Jones). Charles did not share the news of the break up with his parents. (Aff.D.&J.Jones). They found out from Renate, who called to suggest that Debbie and Charles get together again. The Joneses chose not to interfere in their son's life. (Aff.D.&J.Jones). Renate did not know why the two broke up. (R.J. 1999). Debbie told her mother years later that she had been afraid of the seriousness of the relationship at such a young age. She continued to love Charles for several years but needed space and to find herself. (R.J. 1999).

Sandy had made some new friends and was babysitting for a young mother. Renate knew the woman and did not care for her lifestyle, but Sandy really liked the little girl for whom she babysat. Renate began to notice that Sandy would give this woman things from their household, as well as money. Renate opened savings accounts for Debbie and Sandy, in their names, at the Federal Credit Union, in which she put a small amount of money for their futures.

In May or June of 1982, Renate's job sent her to Germany for six weeks. She felt that Alex was in a very awkward situation having to watch over the girls while their mother

-29-

was gone. Renate was in daily contact with her family and Alex. She learned that Sandy was causing problems, such as refusing to listen to Alex, staying out late at night without telling where she was. One night Debbie finally found Sandy in an apartment with some men. Sandy also became hostile towards Alex and Debbie. Her behavior appeared to be a deliberate attempt to cause problems.

When Renate returned from Germany she had a discussion with the girls and thought they had come to an understanding. A few days later Renate went to the credit union to make a deposit into the girls' accounts, when she discovered that Sandy's account had a zero balance. Sandy had somehow managed to withdraw eight hundred dollars. When questioned, Sandy said that she had taken the money to get groceries for the woman for whom she babysat. In order to withdraw the money, she would have had to forge her mother's signature. Sandy was angry that she had been caught and showed no remorse for taking the money.

No longer able to cope with the constant anxiety of what Sandy might do next, Renate called Richard and told him what had happened. Arrangements were made for Sandy to go live with her father and to go into counseling. Richard said that he would take care of it. A couple of weeks later, Renate was served with documents from Pinal County giving Richard custody. That had not been Renate's intent in sending Sandy to live with her father. Nonetheless, she signed the papers. (7/12/98 ltr. to K from R). A week later, Renate came home and found that Sandy's furniture and other belongings were gone. Debbie informed Renate that a truck had come by to collect it. Renate states that this was

-30-

another step in Richard's revenge campaign against her.

In September, 1982, Renate received a letter from Sandy telling her about her new school and her feelings about the situation.  Sandy was attending counseling and informed Renate that she had found a way to get all the anger and hurt out.  Sandy said she was truly sorry for all the problems they had had in the past.  She indicated that she was looking forward to the future, but she still had not found any self confidence, comparing herself to Debbie and feeling as if she kept failing in comparison.  After that, Sandy and her mother had telephone contact and wrote one another letters.  It was still difficult to communicate with Sandy, she was still a very angry young woman.  Renate feels that Sandy did and still does have severe mental problems.  (7/12/98 ltr. to K from R).

In 1983, Alex fought hard to develop a flying business, but his green card expired and he returned to Germany. (R.J. 98 D).   Renate changed jobs to work at a smaller computer company in Scottsdale.  After two months she had to take a cut in pay, one month after that the man who had hired Renate was let go and Renate followed shortly thereafter.  Panic set in for Renate.  Unable to get another job, Renate went back to her former company only to find there was nothing available.  She later ran into an old employer who offered her a job in Germany.  After discussing it with Debbie, Renate decided to move to Germany and to leave her children behind.  Debbie was barely nineteen years old, and Sandy was only sixteen.  Before leaving she informed Richard of her plans and begged him to look after Debbie.  Renate thought she could trust him this time.

-31-

*end Renate interview - uncited sentences below refer to previous cite*

On March 23, 1983, Renate left for Germany. (R.J. 98 E). Renate left Debbie's car in good repair. She left two thousand dollars in cash and her Chevron credit card and planned on sending one thousand dollars per month for Debbie. Two of Debbie's friends agreed to move into the apartment with Debbie. According to Richard, Renate's move was the impetus for the disintegration of her's and Debbie's relationship. (Richard Sadeik int. with K.F. 1/24/90). Richard felt that Renate thought that she could substitute material things for love. (Richard Sadeik int. with K.F. 1/24/90).

The Joneses felt that Renate did a terrible thing, leaving the girls to "fend for themselves." (Aff. D.&J.Jones). Debbie visited the Joneses around the time Renate left for Germany. She had recently had knee surgery and told the Joneses that she was upset over her mother's decision to leave. They considered inviting Debbie to live with them but felt that they could not extend the invitation because Charles was living with them at the time. (Aff. Jones).

Charles Jones felt that Debbie was very hurt when her mother moved to Germany. (Aff. C.Jones). Debbie felt that she needed to look after Sandy even more; yet Sandy did not want to have anything to do with Debbie. The girls' relationship grew even worse after their mother left them. (Aff. C.Jones).

On April 1, 1983, Renate started her new job in Germany. (R.J. 98 E). She had rented a small studio apartment and her neighbor helped her process the necessary work documents. Alex was looking for a career path in the same vicinity. She called Debbie at

-32-

least once a week.

Sandy's first letter came in April.  (R.J. 98 E).  Sandy described problems between Richard and Maureen.  She stated that Richard would not let her get a part-time job and would not give her any spending money for her high school year book or stamps for letters. Renate began to send Sandy money.  According to Sandy, she was not allowed to visit her sister or to visit Renate.  Richard treated Sandy as an "incorrigible" and her misery was expressed in her letters.  Whereas she once wanted to go to college, her goal became to just get out of Richard's house.  (R.J. 98 E).

Between 1982 and 1984, Sandy continued in counseling.  (R.J. 98 E).  Her relationship with her mother was good despite the distance.  However, Richard and Maureen ended Sandy's counseling abruptly.  (7/12/98 ltr. to K from R).   Sandy was kept on a tight leash and was not allowed to make steps to show she was healing.   (R.J. 98 E).  Richard refused to adhere to Renate's suggestions regarding Sandy and called Sandy a liar.  Renate felt very guilty.  Richard and Maureen actively discredited Renate to Debbie and Sandy, insinuating that she left because she did not love her children and that she left her mess for them to clean up.  Renate felt that all she could do was call, write and send money.  (R.J. 98 E).  She did not consider moving back to the United States.

On September 15, 1982, Sandy sent her mother a short letter, enclosing a consent for Sandy to get her driver's permit.  (S.ltr). She indicated only that her grades were all A's and B's and that she was adjusting to living at her father's home.  Sandy reported that she had not spoken with Debbie.  There was a brief apology for her actions while she was living

-33-

with her mother.

The next letter from Sandy to Renate was written on February 5, 1983.  Sandy was responding to a letter that her mother sent to her.  She asked about Debbie and informed her mother that her paternal grandmother was coming to visit the next day and how anxious she was to see her.  Sandy indicated that she would not be attending her junior year prom due to a lack of funds then quickly added that the next year would be a better time to go.  Apparently, Renate had won a trip to California and said that Sandy could go. Sandy again apologized to her mother for her flying "off the handle" the last time they spoke over the phone and Sandy was not sure whether she should go to California because of the way she had acted towards her mother.   (S.ltr).

In an April 12, 1983 letter, Sandy indicated that she had spoken with Debbie, who told Sandy that their mother needed to sign a statement from her school indicating that she was a full time student. Sandy enclosed the statement with the letter.  (S.ltr). Sandy told her mother that she had wanted to see Debbie over spring break but that her father said no "because they were probably scattered brained with roommates moving in and things". In this letter, Sandy also stated that her father was considering leaving Maureen and that he would stay until Sandy graduated from high school.  Sandy stated that things were not going well at home, and Maureen's son, Peter was "really scared".  Sandy also told her mother that she was considering going to beauty school instead of college but had not made a definite decision.

The next letter was written on May 14, 1983.  (S.ltr).  Sandy apologized for the delay

-34-

and stated that term papers were taking up a lot of her time.  Renate had sent money for postage as well as a little left over for other things.  Sandy told her mother that with the other ten dollars she would like to buy a yearbook because her father told her that she didn't deserve one.  "There are so many other things I need to before I can buy one.  It's no biggie though I mean I can always get one next year".  Things were still not going well for Sandy at home. Sandy told her mother that her father had called her evil and said that she was now his responsibility because Renate ran out on her.  This letter is rather long and mostly depicted Sandy's father in an unfavorable light.   Sandy was still attending school and did not work because her father had informed her that she would steal from her employer.  However, Sandy was speaking with her teachers and counselors in her school to "get out" her anger.  Sandy indicated feeling lonely.  She mentioned speaking with Debbie, who had passed all of the classes she had taken that semester and was doing well.  (S.ltr).

In May and June of 1983, Debbie visited her mother in Germany.  (R.J. 98 E).  She slept most of the days and was up at night.  Renate felt that there was something wrong, and Debbie's sleep patterns were not just a result of jet lag.  She did not ask what the problem was.  Debbie visited her maternal grandparents and accompanied them on their vacation to Northern Italy.  She also traveled to Paris with her mother and Alex.  She enjoyed the trip.  Just before leaving for Phoenix, Debbie admitted that she had been preoccupied - she had fallen in love with Mark Milke.

Renate was concerned that Debbie was not originally forthcoming about her

-35-

relationship with Mark.  (R.J. 98 E).  When shown a photograph, Renate assumed that the reason why Debbie had been hesitant to tell her about Mark was because he appeared "shaggy," and of the type that Renate did not favor.  Renate cautioned her daughter to keep up with college and her job, and to not rush the relationship.  Debbie told her not to worry, but did not invite her to visit.   (R.J. 98 E).  Renate continued to have doubts about Sandy.  She felt that she had failed Sandy.   However, she did not consider moving back to Arizona to help Sandy. (R.J. 98 E).

On July 15, 1983, Sandy wrote to her mother telling her that her father and Maureen had been fighting, due to her father's constant drinking.  (S.ltr).  Maureen and her father were sleeping apart.  Maureen was going away for two weeks to seek counseling.  Richard refused to go because he felt that he did not need it.  Sandy stated that should they get divorced and that she could not handle living with her father.  Sandy was not allowed to visit Debbie because Sandy's father could not trust Sandy to go up there, and there would be no proper supervision.  Sandy also stated that Debbie was coming to Florence to see Sandy over the weekend.  Richard told Sandy that Renate had called him and told him everything that Sandy had been saying about him.  When Sandy told Debbie about Renate's alleged conversations with Richard, Debbie told her Renate had never called to speak with their father.  Sandy told her mother that all of the information her father had gotten was actually from letters she had written to her friend, Dee, which meant that her father was intercepting and reading Sandy's mail.  Sandy also told Renate that her father was bad mouthing Renate.  Finally, Sandy asked Renate to send her money since she was

-36-

required to buy her own clothes and other items. (S.ltr).

On August 22, 1983, Sandy wrote again about school and about the conflicts with her father over her school schedule. Sandy was a senior in high school. (S.ltr).

Also in August, 1983, Renate was sent to Phoenix on business. (R.J. 98 E). Renate met Mark Milke for the first time. He was all that she had feared for her daughter. He had already moved into the apartment and the other girls had moved out. Shortly after Mark had moved into the apartment, he was arrested for possession of cocaine. (R.T. 10-1-90, p.15). Debbie had left him for awhile but Mark promised that he would change, so they reconciled. (R.T. 10-1-90, p.31). Renate felt that Mark was a bad influence; but she was not aware of his alcohol and drug problems yet. (R.J. 98 E).

Renate also sensed a change in Debbie's behavior toward her mother. Debbie had quit college and the two were in disagreement over that issue. She was working full time but had not told her mother and continued to accept support checks. Renate sought Richard's help about Mark, to no avail. Renate failed to discuss her concerns with Debbie under the pretext that she did not want to alienate Debbie - Debbie was an adult and these were her choices. (R.J. 98 E).

Prior to Renate's departure back to Germany, Alex received a job offer for a major aerospace company which would bring him to northwestern Germany. (R.J. 98 E). Renate stayed at her job, and away from Alex, out of loyalty to her employer. (R.J. 98 E).

On October 2, 1983, Sandy wrote to Renate to tell her that money was stolen out of her school locker. (S.ltr). Sandy stated that she wanted to go to Germany after her

-37-

graduation, but she was still deciding what to do.  At this time, Maureen and Sandy's father were doing alright.  Sandy was looking forward to leaving home and moving to Phoenix.  She planned to move in with Debbie and attend beauty school.  In the alternative, she could live with Cecil, her mother's friend,  and go to school.  Either way, Sandy indicated, that she will have to work to get through school.  Sandy's father did not seem thrilled at the decision to go to beauty school.  Sandy had a boyfriend at school named Roy Cordova.  There was a postscript asking for more money.  (S.ltr).

In November, 1983, Renate went to Las Vegas on business.  (R.J. 98 E).  She also went to Tempe, which enabled her to see Debbie.  Renate felt that her relationship with Debbie had suffered because of Mark.  She tried to hold her tongue, even on occasions when Mark deserved strong words.  (R.J. 98 E).

During the winter of 1983 and early 1984, Debbie did not correspond with her mother very much, but Sandy wrote frequently.  (R.J. 98 E).  On January 23, 1984, Sandy wrote about another fight between her and Maureen, specifically about Sandy's "fake illnesses", to get her father's attention.  (S.ltr).  Sandy stated that she had called Debbie and told her the story and Debbie made her feel better.  Sandy had another boyfriend at this time, Mickey, who was in the service and had asked her to marry him .  Mickey was in North Dakota for two years at that time.  School was going "alright".  Sandy told Renate that Debbie had started night school and was excited about going.

On January 24, 1984, Sandy wrote to her mother about arrangements to go to Germany after graduation.  She wrote a little about where she would live in Phoenix after

-38-

graduation. She stated her options were living with Cecil, who would drive her crazy, living with Debbie, or living with other friends who live in Phoenix; all of these options would require her to have a vehicle so she could study while going to beauty school and working part-time. Her last option was to move in with Mickey in North Dakota. She asked her mother for advice in making a decision. She would be graduating in four months.

On February 7, 1984, Sandy wrote to her mother about the flight information to go to Germany and asked that she respond as soon as possible. She had found a beauty school on Peoria Avenue in Phoenix and discussed living with Debbie, which she indicated Renate may not think is such a good idea. Sandy stated that at first she did not think living with Debbie was such a good idea, but after talking to Debbie, and given the proximity to the school Sandy had selected, she thought this would be the best decision. Sandy also stated that she had spoken to Mark and Diane, with whom Debbie now lived, and believed that there would be little trouble with her living there, as well. At the time of this letter, Grandma Saidek was visiting for a month and Sandy stated that she had spoken very little to her grandmother and she was unsure whether this stemmed from her grandmother being tired or because her father had spoken unfavorably about her.

In a February 9, 1984 letter, Sandy discussed her relationship with Mickey, which was now over, and continued discussing her plans to live with Debbie. This letter is a response to a letter Renate had written. She thanked her mother for the stamp money. Sandy also mentioned at the end of this letter that Debbie and Mark were drifting apart.

In April, 1984, Renate quit her job and began working for a larger computer

-39-

company.  (R.J. 98 E).  She had entertained hopes of her prior employment bringing her back to the United States but those hopes went unrealized.  Renate chose to give her personal life some priority, despite the problems with her children, so she had chosen a job near Alex.  Alex was still married to another woman up until this point.  (R.J. 98 E)

In May of 1984, Sandy graduated from high school and Renate came to visit.  (R.J. 98 E).  Renate stayed with Debbie and Mark, who had rented another apartment which they shared with Debbie's friend, Diane.  Renate had been informed earlier that Debbie and Mark planned to get married.  Renate brought a bolt of lace, which she had kept in anticipation of one of the girls' wedding dresses.  She also met Mark's parents.

While staying with the couple, Renate noticed several disturbing things about the relationship.  (R.J. 98 E).  Debbie no longer had the car that Renate had given to her. Instead, the couple shared a beaten up, old Chevrolet Camaro.  Sandy later told Renate that Mark had demolished the first vehicle with a baseball bat.  Mark also kept a tarantula and a boa constrictor as pets, which disturbed Renate.  She continued, however, to keep her feelings to herself.  (R.J. 98 E).

While Debbie was a work one day, Mark invited Renate to lunch.  He was visibly intoxicated.  Renate got sick and told Mark to leave.  Renate told Debbie about the incident. Debbie looked sad and repeated that Mark was not using drugs.  They both knew she was lying.  (R.J. 98 E).  Sandy admitted to Renate that she knew about Mark's drug habits, as did everyone else.  Sandy also told Renate where Mark kept his paraphernalia. Renate found it but did nothing about her discovery.  (R.J. 98 E).  According to Karen,

-40-

Maureen's daughter, Debbie also admitted to using illegal mushrooms and cocaine. (Richard Sadeik int. with K.F. 1/24/90). However, Karen never witnessed any of Debbie's purported drug use. (Richard Sadeik int. with K.F. 1/24/90).

The day of Sandy's graduation, Renate spoke to Mark's parents, Henry and Ilse Milke, who were no longer together. (R.J. 98 E). She told them about Mark's drug habits. Ilse did not want to hear about the problems and was set on Mark and Debbie marrying. Renate assumed that Ilse felt that Debbie could help Mark end his drug use. Henry admitted that Mark had been using drugs for ten years, since the age of fifteen. He told Renate about the problems Mark had caused within the family. Renate begged Henry to help her keep Debbie from marrying Mark, but according to Renate, Henry was a resigned man. Henry told Renate that because of Mark's drug problems, he had lost his business, his wife and his son. He had no more left to give. He told Renate to just take Debbie as far away from Mark as she could. Those words continue to haunt Renate. (R.J. 98 E).

Renate invited Debbie to Germany for a six month stay, the maximum allowed. (R.J. 98 E). Debbie did not go. Renate explains her failure to take Debbie back with her to Germany by stating that Debbie was in denial about Mark's drug use, she loved Mark, and she was an adult. In addition, Debbie liked her job and did not want to give up her current life. Instead of going to Germany, Debbie withdrew into a shell and refused to talk about the issues with Mark. On the way to Florence to Sandy's graduation, Renate again tried to talk to Debbie about Mark's problems. According to Renate, Debbie's expression was pained but she would not discuss it. Renate assumed that Debbie did not want to

-41-

share this painful topic with her mother since Renate was just going to leave again. (R.J. 98 E).

In Florence, Renate learned that Sandy intended to go to Central Arizona College, contradicting her earlier plans to attend beauty school. (R.J. 98 E). She wanted a car so she could drive to and from school. Renate suggested that Richard buy Sandy a car since she had given Debbie one. Richard told Sandy that Renate did not want to give her a car because she did not love Sandy as much as Debbie. Renate gave two thousand dollars to Richard for college expenses for Sandy and promised to render further support. (R.J. 98 E).

Renate discussed Mark with Richard and Maureen. (R.J. 98 E). They admitted that they knew that he was on drugs but also stated that Mark helped them fix up their house. Richard had found a new friend in Mark with whom he could drink, and the two often went target shooting. Richard told Renate, however, that he intended to have Mark arrested and that she shouldn't worry. He said that he would keep Debbie away from Mark. Renate did not believe him and Richard was never involved in any of Mark's subsequent arrests. Richard was still drinking heavily, about a fifth of hard alcohol per night. (R.J. 98 E). Renate feels that this was the third time that Richard had Renate crawling to him. (R.J. 10/8/92).

After Renate returned to Germany, Sandy flew to Germany to meet her. (R.J. 98 E). While visiting her mother, Sandy expressed doubts that Richard would provide her a car, which meant that she would be unable to go to school. She also felt hat she was no

-42-

longer welcome in the Sadeik home. Renate did not offer any alternatives. Sandy stayed with her mother and Alex in their new townhouse, and traveled with them around Europe. The visit seemed to go well. When Sandy returned to Arizona, she discovered that Maureen's daughter, Karen, and her baby had moved into the Sadeik home. (R.J. 98 E).

In a July 8, 1984 letter, Sandy stated that the pictures she took while in Europe came out well. She began the letter by referring to having had spoken to her mother over the phone and had had to give her bad news about Debbie. She does not state what the bad news was. She stated that Debbie would get it together and grow tired of Mark and the life she was leading, and she told her mother not to worry about Debbie.

In August, 1984, Debbie called Renate and told her about an incident where the police had arrived at Debbie and Mark's apartment and arrested everyone present, charging them with possession of marijuana. (R.J. 98 E). Sandy had told her mother previously that Mark had been arrested and spent time in jail. The charges against Debbie were dismissed as it was determined that Debbie had merely been present. Debbie had been petrified. She spoke of ending her relationship with Mark. Renate offered to help pay bills should the relationship end.

Debbie went to Colorado to spend time with her friend, Dorothy Markham. Debbie and Dorothy later had an argument in which Dorothy suggested ways in which Debbie could lead her life. Debbie felt that she was being "mothered" and did not like it. Dorothy told her she might as well go back to Mark. Debbie did. (R.J. 98 E).

After Debbie returned to Mark, Renate received notice from a collection agency that

-43-

her Chevron card bills were overdue. The charge slips indicated that Mark had signed for most of the gasoline purchases, sometimes indicating more than one charge on a given day. It appeared to Renate that Mark had been using her card to get cash. She instructed Chevron to close her account and told them that the charges were unauthorized. She also told Debbie that she refused to pay the charges. Renate assumes that Mark's father eventually paid them. (R.J. 98 E).

Renate blames Debbie's continued involvement with Mark on Richard's and Dorothy Markham's lack of support. (R.J. 98 E). She felt that Debbie sought solace in Ilse Milke, because she did not have anyone else, which caused her to stay with Mark. Renate informed Debbie that she was angry about the relationship and that she could no longer help her. Renate's and Debbie's relationship suffered greatly and she did not hear much from Debbie anymore. She did keep up with Debbie through Sandy and received various conflicting reports about Debbie's life. Renate felt that both Debbie and Sandy lied to her. (R.J. 98 E).

On September 30, 1984, Sandy wrote to Renate that things were very tense in the Sadiek home. Sandy had a car now and discussed how the car was leaking water and the amount of money she needed to fix it, which, she stressed, she could not afford. She mentioned money for a second time when she stated that she borrowed twenty dollars from her stepbrother, Pete, and how he was hounding her to be repaid. She mentioned that Dee Strickland came down for a visit. Sandy stated that there was no word from Debbie and then she apologized to her mother for a fight that must have occurred during

-44-

their last telephone conversation. Debbie had been to Florence and had apparently left on bad terms with her father. Sandy mentioned that Debbie was angry when she left because their father would not give her two hundred dollars. Lastly, Sandy mentioned that she had written to Mark but had been unable to send the letter due to a lack of money for postage.

On November 3, 1984, Sandy wrote to her mother about how bad things were for her at home. Karen living with the Sadeiks was hard for Sandy, who had expressed feelings of inadequacy and that having Maureen's daughter there had made her feel like an outcast. Sandy wrote about the car getting fixed and of "plans" about which she did not elaborate. Debbie was talking about marrying Mark and Sandy thought this was a bad idea, but she and Debbie were not on speaking terms so she did not express this opinion. Sandy described Debbie as bitter. Sandy mentioned Jeffrey as a possible love interest for herself. (S.ltr).

Sandy was no longer attending school and Renate was surprised about that. (R.J. 98 E). She told Sandy about the two thousand dollars she had given to Richard and Maureen for Sandy's schooling. Sandy replied that she had never been told about the money. She was desperate to leave her father's home. Renate arranged for an old friend in Phoenix, Cecil, to take Sandy in. Sandy did not want to go at first, describing Cecil as "an old lady." Cecil took Sandy in and helped her find a job. She shared her home rent-free, as well as her food. Renate provided additional financial support. Sandy had a boyfriend, Jeff Martin, but Cecil would not condone their relationship in her home. Sandy

-45-

often traveled back and forth to Florence to see this boy often. He, however, had other female companions. Jeff Martin was the son of Richard's friend and neighbor. (R.J. 98 E).

Debbie and Mark got married in December, 1984. (R.J. 98 E). Renate learned about the marriage from Sandy. Renate felt resigned to the fact that Mark was staying in Debbie's life and she resurrected her relationship with Debbie. Debbie asked her to accept Mark, and she did for Debbie's sake. Debbie and Renate phoned and corresponded frequently thereafter. (R.J. 98 E).

In February, 1985, Alex and Renate married. (R.J. 98 E). This marriage was the best thing that ever happened to Renate, and that without his love and support she would not have been able to endure the problems with her children. (R.J. 98 E). Also in 1985, David Sadeik contacted his father and asked for ten thousand dollars to open up a gas station. (Richard Sadeik int. with K.F. 1/24/90). Richard told David that he did not have the money. David replied "I am no longer your son." Richard had not seen David since 1977 and never saw him again. (Richard Sadeik int. with K.F. 1/24/90).

Sandy had found a small apartment on her own. (R.J. 98 E). Cecil helped out with furniture and Renate and her parents helped out by shipping household items. Richard did not help at all. According to Renate, he still instigated disagreements between the girls and Renate and still bossed them around. (R.J. 98 E).

In March, 1985, Debbie announced that she was pregnant. (R.J. 98 E). During the pregnancy, Mark was involved in a car accident in which he totaled their car and was

-46-

arrested for DWI.   (R.T. 10-1-90, p.33-34). She and Mark had moved into a rental house and both were working steadily; however they still asked Renate to help pay their bills. Renate was happy for them when it appeared that thinks might work out.  She continued tp pay their bills out of fear that Mark would "freak out" and leave Debbie to struggle for herself.  She felt that she should have been firm in making them support themselves. Renate felt great anxiety.  (R.J. 98 E).

In April, 1985, Sandy announced that she was pregnant.  (R.J. 98 E).  The family felt the pregnancy was scandalous and treated Sandy badly as a result.  Debbie felt that despite the illegitimate pregnancy, Sandy was treated unfairly by her family.  K1987,1 Sandy acknowledged to Renate that she knew she disappointed her mother again but she wanted to keep the baby because it was 'her's and her's alone'.  The baby's father was Jeff Martin, but the two would not marry because Jeff still had other female companions. Renate noticed that the "old Sandy" was back, screaming at Renate for asking questions. Renate was concerned that Sandy could not even support herself and did not have marriage to look forward to for extra support.  She was also concerned about Sandy's young age, eighteen.  As a result, Renate flew to Phoenix to talk to Sandy. (R.J. 98 E).

During the discussions when Renate was in Phoenix, Renate told Sandy about the troubles associated with single motherhood.  (R.J. 98 E). Sandy would be raising a fatherless child, she would no longer have a chance at a good job, and she would have to shelve her ambitions.  Richard had disowned Sandy.  Richard chose to believe that the child was not Jeff's rather than to be disagreeable with Jeff's father.  Sandy stated that if

-47-

Debbie could have a baby with Mark, that she could have one on her own.  She wanted a baby and someone to love.  (R.J. 98 E).  She also spoke of getting a better job, living within her means, and having a consistent lifestyle.  They parted on good terms but Renate knew that Sandy was too lazy and volatile to hold down a job - but she felt that Sandy would have made a good mother and housewife. (R.J. 98 E).

On October 2, 1985, Debbie had Christopher.  (R.J. 98 E). After several hours of labor, a cesarean section was performed.  Renate was unable to visit.  Mark insisted that Christopher's middle name be "Conan."  (R.J. chron.).  On November 11, 1985, Sandy gave birth to a baby boy, Jason.  She had no health insurance and had to leave the hospital the next day, despite the fact that it was a complicated birth.  Neither Jeff nor the Sadeik family came to see her or offered to pay any of the expenses.  Renate did not come to visit, but did pay the hospital bills.  Renate wondered at this point if Richard was using his own children to exact revenge upon her.  (R.J. 10/8/92).

In December, Mark was sentenced to six months in prison.  (R.T. 10-1-90, p.34,37). Within three months of getting out of prison, Mark was arrested for domestic violence and violating parole.     (R.T. 10-1-90, p.46).  While Mark was incarcerated, Debbie took Christopher to see the Joneses. (Aff.D.&J.Jones).  Christopher was only a few months old. The Joneses noted that Debbie seemed to be a good mother.  (Aff.D.&J.Jones).  Charles recalled, after Debbie was married and had Christopher, that Debbie had always loved children and was maternal.  (Aff. C.Jones).

Sandy was going through an ugly paternity suit against Jeff Martin.  (R.J. 98 E).  The

-48-

Martin family denied paternity and Richard also expressed his belief that Jason was not Jeff's son, yet Richard told Renate that he promised to set things right.  (R.J. 10/8/92). However, Richard testified at the hearing in favor of the Martins' point of view.  Renate paid two hundred dollars for a DNA test.  The test indicated that Jeff was ninety-eight percent surely to be Jason's father.  He was ordered by the court to pay four hundred and fifty dollars per month for child support.  (R.J. 98 E).

In April, 1986, Alex and Renate flew to Arizona to visit Debbie and Sandy.  (R.J. 98 E).  To Renate, everything at Debbie's home seemed content.  Sandy adored Jason but was under great financial strain.  She also adored Christopher and referred to him as perfect.  She sought every opportunity to have both boys spend time together, and they grew up very closely.  Renate and Alex thought that this would bring Debbie and Sandy closer.  Renate perceived her anxieties to be lessening.  (R.J. 98 E).

On November 15, 1986, Sandy wrote to Renate.  Sandy's tone in this letter was angry, and the letter is brief.  Sandy indicated that she would be moving again in two weeks and planned to get a post office box.  She stated that she wanted nothing from Renate or her father, and told her mother that they were both bringing pain to her life but that she and her baby would manage somehow, but she was not sure how.  Renate felt that Sandy could not live on the child support alone.  She tried to work but always ended up quitting or getting fired and, according to Renate, Sandy always blamed her problems on someone else.  Renate tried to counsel her but Sandy responded with hostility, stating "Debbie was always the perfect one."  She stated that she could never please anyone but she would

-49-

show them all. Renate resigned herself that this was the way Sandy would always be and continued to pay her bills. (R.J. 98 E).

Phone calls and letters came from Debbie to Renate indicating that she enjoyed motherhood and marriage. (R.J. 98 E). She indicated that she was considering having another baby. Debbie seemed genuinely happy despite the threat of Mark relapsing. Only on rare occasions did Debbie ever act willful or try to get her way with her mother. Renate would not categorize this behavior as manipulative as she sensed no malicious intent on Debbie's part. (R.J. 98 E).

In late 1986, Debbie moved away from Mark after discovering that he was abusing drugs again. Debbie moved into a two bedroom apartment with Christopher. (D to K). She left Mark because she did not want to subject her child to Mark's drug abuse. She had been married for two years and Christopher was a year old. (D to K). According to Renate, these problems occurred between March and October, 1987; and the break up was caused by a DWI sentence that sent Mark to prison. (R.J. 98 E).

While at the new apartment, Debbie rarely socialized. (D to K). She spent most of her time working, caring for Chris and working on her marriage. While at work, one of Mark's relatives watched Chris. Debbie entertained the notion of placing Chris in day care when he turned fifteen months old so that he would be able to interact with other children and to help promote his development. (D to K).

In January, 1987, Christopher was formally christened at the age of fifteen months. Debbie's family attended the event and discovered that Debbie and Mark were separated.

-50-

They continued to let their negative feelings about Mark be known while giving advice on divorce.  They also informed Debbie that she was stupid for letting Charles go.

Debbie still continued to visit with the Donald and Josephine Jones. (Aff.D.&J.Jones).  She never visited without Christopher.  They described Chris as a "handful" and felt that Debbie was always diplomatic with him.  She was stern but appropriate - never showing anger to him, only love.  They felt that she was an excellent mother - nursing him when he was sick and protecting him when he attempted to play with harmful things.  To the Joneses, Debbie seemed happy with Christopher and he obviously loved her.  They felt that she was proud to be a mother.  They felt that Debbie would never do anything to harm her son.  (Aff.D.&J.Jones).

On January 18, 1987, Sandy wrote to Renate.  Sandy and her mother were again on decent terms.  Sandy was moving into a new apartment with her friend Dee's help. Sandy had sold her car to get into the apartment and was working at a day care.  She mentioned that she was moving into a studio apartment and that if she worked hard and missed no work she might be able to pay off all of the debts that she had incurred.  Sandy knew she had screwed up and was now behind because of it.  Without a car, getting around was difficult for Sandy especially because the baby had been quite ill, with pneumonia and a double ear infection.  Sandy also sick with the flu, but both she and Jason were getting better.  The baby still had fluid in his lungs.  Sandy thanked her mother for the Christmas gifts that she sent to Sandy and Jason, as well as the money she sent. Sandy also stated that Jimmy came over while she was moving and on bended knee asked

-51-

her to marry him.  She said no.  She talked about Dee's family situation and told Renate if she had to get in touch with Sandy the best place to leave a message was at Dee's father's home.  Sandy talked about work for a little while and new laws which could have affected her at work.  (S.ltr.).

During this time, Renate was concerned about Sandy's problems.  (R.J. 98 E).  Sandy had moved several times, had to sell her car, she had no telephone as she could never control her phone habits.  (R.J. 98 E).  She had problems with roommates, and especially her employers.  Sandy would not listen to her mother's advice.  Alex flew to Phoenix and bought Sandy a car.  According to Renate, Alex would not have bought Sandy an unreliable car, but within two months Sandy was telling her mother about the costly repairs the car needed.  Renate felt this was a way to extract more money.  (R.J. 98 E).  When Renate gave Sandy money, she and Alex never expected to be paid back - they just wanted Sandy to get on her feet.  (Renate letter to Wake 6/27/95).  When Renate gave money to Debbie, she was always repaid.  Richard reported the same, except that things changed after Debbie met Mark.  (Richard Sadeik int. with K.F. 1/24/90).

Richard did not travel to Phoenix to see the grandsons.  According to Renate, he made Debbie and Sandy bring the boys to him.    (R.J. 98 E). He built a sandbox in the back yard.  Renate was upset because he would not even give the girls gas money for the sixty mile trip to Florence.  Richard and Maureen stated that Debbie used Christopher as blackmail, refusing to let them see him when Debbie was angry with them.  (Richard Sadeik int. with K.F. 1/24/90).  They stated that Debbie would not let Renate see Chris in

-52-

1989 because she was angry with her.  Renate was allowed to see Christopher when she came to visit because she bought Debbie a car.  (Richard Sadeik int. with K.F. 1/24/90). Renate states that Maureen tried hard to keep peace within the family.   (R.J. 98 E).

On February 25, 1987, in a letter to Renate, Sandy told her mother that she had spent the weekend in Florence visiting her family and stated that she had had a very nice time. Debbie's son, Christopher, was also there and Sandy sent a picture of the two boys along with the letter.  Sandy stated that Jason "looks pathetic".  She was working at American Express where she had worked before and was hired back at the same rate of pay in a better location.  Financially, she was still in a slump but had a tax refund coming which could bring her current on her debts with the exception of an apartment she in which used to live.  Sandy was looking for a day care solution since she was working but Jason was small for his age, and "passive", and Sandy believes that going to a regular day care would be detrimental to her son.  Sandy thanked her mother for the car and told her she felt like "dirt" for having to ask for her help.

On March 29, 1987, Sandy wrote to her mother, again thanking her and Alex for the car and telling her that after she takes care of all her debts she would pay her mother back. The child support checks helped out, and she was still working.  She had an in-house sitter for Jason.  Sandy was still seeing Jimmy, who was hurt by a letter Renate wrote calling him a slob with no direction.  Sandy wrote that Jimmy was a good person.  She enjoyed the fact that he was living in Florence and she was living in Phoenix.  She described that as getting the best of both worlds.  Sandy stated how wonderful her son was and how proud Renate

-53-

would be of him.  Sandy had received a phone call from someone telling her the Renate was in the hospital, she doesn't know who called but it was a prank call.

Sandy was eventually asked to vacate her apartment.  Debbie offered to have Sandy and Jason move in with she and Chris.  K1987,1.  Sandy was not working but still received a monthly child support check.  Debbie did not know the origin of the check. Sandy offered to watch Chris while Debbie worked but he was already enrolled in pre-school.  K1987,1  Sometimes Chris would stay home and be watched by Sandy.  On those days, Debbie would come home from work during her lunch break to check on Chris and tuck him in for his nap.  K1987,2.

Sandy became friendly with the neighbors.  Sandy introduced Debbie to one neighbor, Jim Styers.  K1987,2.  Debbie was friendly to Jim and always said hello in passing.  Sandy spent a great deal of time with Jim.  K1987,2.  Jim always lent a helping hand with carrying groceries, carrying the laundry from the laundry room and helping get the kids and all of their belongings into the apartment, etc...  Debbie described him as very kind and polite.  When Sandy sporadically worked, Jim would watch Jason; and would watch Christopher when he was not in pre-school.  (R.J. to Wake 6/27/95).  He lived with a pregnant woman whom Debbie assumed was his wife.  She knew little about his life.  K2

On one free evening, Debbie, Sandy and Jim sat outside and shared soda and wine coolers.  K1987,2.  Debbie began learning about Jim's life.  He told her that the woman with whom he lived, Gail, was not his wife and was someone with whom he had an affair. Jim was married and had children but left his family to help take care of his pregnant

-54-

mistress.  He told Debbie that he was a Vietnam veteran.  Debbie noticed that the subject of Vietnam was uncomfortable for Jim.  Jim claimed to be a Christian and often spoke of "the Lord." Debbie mentioned the hypocrisy regarding his marital situation, but Jim avowed his conviction.    He did not swear, drink or smoke.  K1987,3.

Renate came to visit her daughters at their apartment during the summer of 1987. (R.J. 98 E).  She felt that both women had problems, mostly financial in nature.  Debbie was working hard to diminish her debt.  She had to live on her salary alone each time Mark went to prison.  Debbie sometimes worked two jobs in exchange for Sandy watching the boys.  Sandy could still not hold down a job, partly because Jason was sick so often.  Chris was a "handful" and Jason was quieter but still stood his ground when he fought with Chris. Renate found Chris's inattentiveness normal for his age.  The boys were inseparable.  (R.J. 98 E).

During Renate's visit, Mark came to see Christopher.  (R.J. 98 E).  She begged him to change his ways for the sake of his son.  She felt that Debbie still loved Mark, but Debbie was also committed to her professional plans and eliminating her debts.(R.J. 98 E).

Sandy had met Eddie, a neighbor's son from her early childhood.  (R.J. 98 E).  His father was one of Richard's drinking friends from Phoenix in 1971.  Renate went apartment hunting for them and purchased furniture for Sandy.   Renate later found out that Eddie was a violent person and shared some of the same traits as Mark.  Eddie was physically abusive and had a criminal record.  Sandy later broke off the relationship before moving

-55-

in with him.  (R.J. 98 E)

As the months went by, Jim became a regular visitor at Sandy and Debbie's apartment.  K1987,3.  He and Gail often came over for dinner.  Jim played well with Chris and Jason and seemed to like them.  Mark, who also visited, often asked about Jim. Debbie told Mark that Jim was just a friend.  When Jim asked about Mark, Debbie told him that they were separated because of Mark's drug abuse.  That was the only discussion about Mark she had with Jim during that time frame.  K1987,3.

In a letter dated October 5, 1987 from Sandy to Renate, Sandy referred to Renate's recent visit and that even though it was short it was a nice visit.  (S.ltr.)  Apparently, Debbie and Renate had had a fight and they discussed the incident while Renate was in town. Debbie and Mark still "do things just like normal married people," although at this time Mark had taken Christopher from Debbie.  Debbie had gone to talk to her father to discuss a plan on how to get Christopher back, but in the end she and Mark made up and Christopher went back to Debbie.

In the letter Sandy discussed about Debbie finding out that Mark had a new girlfriend.  Debbie had talked to Sandy about going to California the next year. Sandy didn't know if Mark would accompany Debbie or not.  Sandy still had problems with Maureen, after having visited the Sadeiks.  Sandy informed Renate that she has changed her mind and now wanted to go to school for nursing.  Sandy was still in serious debt and believed that it was because no one told her how to go about dealing with day to day living, or paying bills.  Sandy mentioned that Eddie had moved into the apartment.  Debbie and

-56-

Eddie had gotten into a fight and Debbie wanted Eddie to move out, but he wouldn't leave
In response, they called the police.  After running a check on Eddie, they found that he had
an outstanding warrant for his arrest and he was taken to jail.   When Eddie got out of jail
he was "irate", mostly at Sandy.  A few days later Sandy had her car broken into and the
stereo was stolen.  The stereo had been a gift from Eddie.  Sandy filed another police
report and the next day Eddie came and apologized and returned the stereo.  Although
Eddie was no longer living with them, he and Sandy have resumed a friendship since it was
better to be civil than to wait for Eddie to exact his revenge again.  (S.ltr)

Debbie attended drug counseling three or four nights a week with Mark.  K1987,2.
She also attended a support group for non-addicted spouses.  Her efforts were almost
solely for Christopher's sake.  She wanted Chris to live in a two parent household despite
the fact that she was no longer romantically interested in Mark.  K1987,2.

After living together for months, Sandy and Debbie's relationship began to suffer.
K1987,3.  They differed as to the manner of disciplining their respective children.  While
Sandy used harsh language and spanked Jason, Debbie used "time-outs" and explanation
to correct Chris.  Debbie attributed Jason's behavioral problems to his innate hearing
impediment that caused him to develop slower than other children his age.  He was often
sick and did not learn to speak until well after Christopher did.  (R.J. 98 E).  Chris was bright
and learned quickly.  Debbie felt that Sandy was jealous because of these differences.
K1987,3.  It was later determined that Jason had slight brain damage.  He had surgery that
alleviated the hearing impediment to some degree, but he was never fully cured.  (R.J. 98

E).

Debbie and Sandy also had arguments because several of Sandy's male friends were interested in Debbie romantically.  K1987,3.  Debbie did not reciprocate.  Sandy also got upset when the Milke family would ask to see Chris, feeling that Jason was left out.  Sometimes Debbie brought Jason along to see the Milkes.  Sandy also got upset because Jim befriended Debbie.  Debbie refers to Sandy at this time as incessantly jealous, causing constant misery.  For that reason, Debbie moved out.  She did not ask Sandy to move out, despite the apartment being originally Debbie's, because she did not have the heart to do that to Sandy and Jason.  K1987,3.

In November, 1987, Debbie began renting a room in another single mother's home.  Chris was two years old.  K1987,3.  During the move, Jim's girlfriend had a baby girl, Wendy.  Gail abandoned Wendy with Jim.  K1987,3.

Before moving, Debbie, upon his request, gave Jim her new address.  K1987,4.  She was reluctant to do it because she was afraid that it would further upset Sandy.  In fact, Sandy did get very upset when Debbie and Jim remained friends after Debbie moved.

Mark still resided at the marital residence.  K1987,4.  The drug counseling ended but Mark still continued using and otherwise acted out of control.  He spent some time in jail.  Mark would visit Debbie and Chris occasionally.  Disputes between Debbie and Mark arose about the marital situation.  K1987,4.

In a November 11, 1987, letter, Sandy told her mother that she was moving into a new apartment over the weekend, but she did not have the address.  She was also

-58-

changing jobs.  The letter implies that her mother must have told her that she needed some stability.  Jason was to be admitted into the hospital to have tubes inserted into his ears.  Jason was deaf in one ear due to a chronic condition.  Sandy had not been receiving her child support from Jeff and was filing papers in court.  The letter was short and included a birthday card for Renate.

Mark informed Debbie that he would be moving out of the house by the end of the year.  K1987,4.  When Debbie went to the house to retrieve the remainder of her things, she found Mark in bed with one of her friends.  Debbie was shocked and hurt but did feel some relief from the sexual tension between she and Mark.  K1987,4.  They argued and Mark shouted that he wouldn't have had to have sex with someone else if Debbie was doing her "wifely duties."  K1987,4.  At that time Debbie realized that if she had not worked so hard to save the marriage for Chris's sake, she would have divorced Mark much sooner.  She was very distressed.  K1987,4.

Sandy moved into a rental house.  (R.J. 98 E).  She was having trouble securing support from Jeff and was anticipating returning to court.  Every few months she had to fight for child support.  Renate felt that Richard should have been more helpful since Jeff's father was his friend and neighbor.  Renate felt that she did everything to support Sandy but was worried about to what extent Sandy brought her problems upon herself.  (R.J. 98 E).

In a letter from Sandy dated November 20, 1987, Renate was confronted with the extent of Sandy's financial crisis.  (R.J. 98 E).  She had bad credit, stacks of unpaid bills

-59-

and bad checks.  Sandy expressed self-loathing and craved her mother's approval.  She admitted her mistakes and asked her mother not to think of her as a failure.  She stated that she would do anything to prove herself worthy of the admiration that Renate felt for Debbie.  Renate spoke with a psychologist to ascertain the root of Sandy's feelings and to find out what she could do to help.

In the November 20, 1987 letter, Sandy told her mother that she was turned down for the apartment she thought she was getting and was living in the same place.  She spoke about her indebtedness and thanked her mother for sending money for her move.  Sandy stated that she would return the money.  She told her mother that Debbie had moved out with Chris and was living with a woman who had had an advertisement in the paper. (R.J. to Wake 6/27/95).

In the same letter, Sandy told Renate about Debbie's plans to move to California in January for a year without Mark or Christopher.  (R.J. 98 E). According to Sandy, Debbie intended to live with one of Sandy's friends in Huntington Beach while she trained for her job in the Santa Ana region.  The training was necessary for a promotion in the new Carlsbad area that was to open in 1989. Mark would not go because of his probation and AA meetings.  Chris would not come because there would not be enough time for Debbie to find her own place and get settled.  Sandy stated that "all of us" would take turns caring for Chris.  She stated that Debbie was really hesitant about going but it was her only shot at what she wanted, and Mark was very supportive.  She further stated that Mark would probably not wait a year until he followed.  Sandy gave Renate Debbie's new phone

-60-

number and told her that Debbie was home for the day because Chris was sick.  (R.J. 98 E).

Debbie declined the offer to relocate to Farmers' Insurance regional office in Carlsbad, California because of her commitment to attending Mark's drug counseling meetings.  Her family informed her that they felt she was foolish to be wasting so much time on Mark's rehabilitation.  K1987,2.

In a December 28, 1987 letter, Sandy enclosed a list of her debts and explained the Kay Jewelers' debt.  Sandy had gotten a credit card from Kay Jewelers thinking she would buy a ring and turn around and pawn it to pay bills.  She got very little in return and now owed almost a thousand dollars.  Sandy mentioned Jason's surgery and anticipated that he would have it soon. The Martin's, Jeff's parents, had had Jason on their health insurance policy and would pay for the surgery.  Sandy's father would pay the deductible.

Renate had asked Sandy to send her a list of her outstanding bills in order of priority.   (R.J. 98 E). The total amount was two thousand, four hundred, eighty-eight dollars and fifty-seven cents. Most of the bills were a year old and were in collection. Sandy told Renate that she was apprehensive about giving the bills to her mother but also felt relieved because now she could get some help.  She stated that she lost all sense of responsibility and wanted to start her life over again, but was afraid of failing.  Renate made arrangements with the collections agencies to pay the debts. Renate told Sandy that she had to take responsibility for the life she had created for herself and that self-hate could not solve her problems.  Renate states that she did not go to Richard for help with

-61-

Sandy's debt because Richard had paid the deductible on the health insurance for Jason's ear surgery that Mr. Martin had purchased.  (R.J. 98 E).

During the 1987 holiday season, Debbie and Chris spent time at the Milke family's, as well as at Debbie's family's.  Debbie preferred spending time with Mark's family.  She did not enjoy going to her father's house but did so as to not deprive Chris of his grandfather. K1987,4. Debbie limited the visits to day visits as she could not stand to be there any longer.  Richard's drinking sickened Debbie.  Richard would get drunk and berate Debbie about her relationship with Mark and about how perfect her life would have been had she married Charles.  Debbie found Richard's view about family distorted.  She felt that her family enjoyed rubbing her mistakes in her face.  She found this time depressing. K1987,5.

In the beginning of 1988, Debbie got a promotion at work. K1988,1.  She began to potty-train Chris, which was a difficult task.  The two spent much time at Mark's mother's home since she lived alone.  Debbie did not hear very much from Mark.  K1988,1.  She and Jim spoke occasionally.  She did not see him very often.  Sandy and Jim were spending a lot of time together since Sandy was helping him take care of Wendy.  Sandy would not speak to Debbie.  Jim kept Debbie up-to-date regarding Sandy's and Jason's well-being.  When Debbie and Jim did see each other, he acted calmly and did not give her unwanted advice or opinions.  Over time, Debbie began to trust him enough to tell him about her problems with Mark.  K1988,1.

In a January 25, 1988 letter, Sandy described to Renate that Jason had been ill and

-62-

Sandy had needed to stay home with him. She had been cleaning Dee's mother's house for money, doing ironing and other chores. She was also doing the same type of chores for Dee's mother's friends in order to pay her bills while she stayed with her son. Sandy told her mother that she was working at a bar at night where the tips were good.

On March 20, 1988, Sandy sent a letter to Renate enclosed in a card. It was a brief letter. Sandy wrote mostly about Debbie and Mark ending their relationship. Both of them were seeing other people. Christopher was now in preschool and was doing well. Sandy described him as an angel. Debbie had quit one of her jobs but still has one job.

Debbie took a part time job at a nursing home on the weekends. K1988,1. She enjoyed her work there. Mark did not pay any support for Debbie but did provide for Christopher. Mark's mother watched Chris while Debbie worked on the weekends. He enjoyed his time with his grandma and they became "inseparable." K1988,1.

After much hesitation, Debbie agreed to date a man named Dave, who was from Colorado but was attending school in Arizona. K1988,1. When the relationship began to progress, Debbie backed away. Mark found out about the relationship and arguments ensued. K1988,1. Debbie ended the relationship partly because of Mark's reaction. K1988,3.

Mark began stalking Debbie. K1988,2. He would show up at Debbie's place of work and demand to see her. He would call her at work constantly. He sent flowers frequently with conflicting notes attached, and would send weeds with love notes attached. Debbie asked Mark to stop. She was disciplined at work because of the disturbances.

-63-

Christopher's school called Debbie on several occasions to report that Mark had pulled Chris out of school early and Debbie would have to leave work early to find her son, as the thought of him being with Mark made her very nervous. After Mark showed up at Debbie's workplace intoxicated, Debbie quit her job in March or April of 1988 in anticipation of being fired. She was mortified. She found a temporary position at another insurance company and did not tell Mark its location. K1988,2.

After awhile, Mark calmed down. K1988,2. He suggested that he take Chris for a weekend. He informed Debbie that they would be staying at his mother's house so Debbie let Chris go. Debbie saw Jim that weekend and learned that Sandy wanted to see her. Sandy had won her paternity suit and was doing well. She had rented a new home. The two met and Debbie informed Sandy about the troubles with Mark. K1988,2. When Mark returned with Chris, he was extremely intoxicated. He was oblivious to his surroundings yet he had managed to drive, with Chris in the car, to Debbie's. Chris was dirty and improperly dressed. His car seat was missing. Mark passed out at Debbie's house while she cleaned up Chris. K1988,2. While sleeping, Mark urinated in Debbie's bed. When he awoke, he apologized to Debbie and promised that it would not happen again. K1988,3.

In March, 1988, Sandy wrote to Renate about having Christopher for a weekend and that the child's disposition had changed dramatically. (R.J. 98 E). Debbie had put Chris into pre-school and Chris was learning to share and relate with others. She told her mother that Debbie and Mark decided to end their marriage, but that they were still on good terms.

-64-

She stated that Debbie looked better than she had in the past, but that her car was falling apart. Sandy assured her mother that Debbie would take care of her car, herself. Sandy told her mother about a new job with benefits. Yet, she complained about the driving distance to the job.

In May, 1988, Mark rented a room at Sandy's house. K1988,3. Debbie had not been aware that Sandy and Mark kept in touch or that Sandy even liked Mark. Mark stated that he moved in with Sandy so that he could see Chris more. Mark was not allowed at Debbie's and knew that Debbie visited her sister. When Christopher visited Mark at Sandy's the visits went well. K1988,3. After Mark got another DWI, Debbie filed for divorce. (R.T. 10-1-90, p.40).

According to Renate, Chris may have stayed with Mark and Sandy while Debbie was trying to get her life back in order. (R.J. chron.). Sandy felt that Debbie was using her for day care and support for Chris; yet, Renate states that Sandy was unemployable because of Jason's health problems. Renate does not believe that Debbie would not have provided financial support for Chris during this time period because Sandy would not have been able to do it otherwise. (R.J. chron.).

Debbie and Mark agreed to an uncontested divorce. Debbie agreed to provide medical and dental coverage while Mark would provide for Christopher's other needs. They would share custody, with Debbie being the primary caretaker and unlimited visitation for Mark. Part of the agreement was that Mark had to refrain from his destructive behavior. Debbie emphasized the importance for Christopher for she and Mark to remain friends.

-65-

The divorce petition was filed in May, 1988. K1988,4.

Also in 1988, Debbie's friend Dorothy Markham recommenced their friendship. K1988,4. Debbie still worked as a temporary employee but quit her job at the nursing home.  She was having trouble finding a permanent job.  She aspired to become an insurance underwriter. K1988,4.

Debbie began to socialize a little. K1988,4. She did not date very much and felt that that was because she was searching fro someone like Charles.   She still loved him. Through a mutual friend, Debbie met a man named Tom.  He was attractive and reminded her of Charles.  Debbie told him right away about Chris but would not let Tom meet him until later.  K1988,4.  She did not want Chris to get attached to adults whom might not be around for very long. K1988,5.  The relationship lasted and was strong.  K1988,5.

Chris continued to have regular visits with Mark at Sandy's.  K1988,5.  On one occasion, Chris spent the weekend there.  While Debbie and Tom were at a wedding reception, Debbie received a call from Sandy who instructed her to come over immediately. K1988,5. Debbie frantically left the reception without telling anyone.  When she arrived at Sandy's, neither Mark nor Chris were present.  Eddie, one of Mark's friends, was there and explained that Mark and Christopher were at a drug dealer's house.  He explained that Mark had brought Chris there the night before.  There were weapons present as well as drugs and drug paraphernalia.  Mark has injected heroin in Chris's presence.  Debbie insisted upon going to retrieve Christopher.  K1988,6.  With a police escort, Debbie and Eddie went to the house but Mark had just left. K1988,6.

-66-

Mark and Chris returned to Sandy's. Debbie was so relieved to see Christopher that she held him tightly and sobbed. K1988,7. While Sandy took Chris and Jason for a walk, Debbie confronted Mark. After seeing the needle marks on his arms, Debbie slapped Mark. He denied any wrongdoing and a heated argument ensued. Christopher returned and sweetly asked Debbie why she was crying. She scooped him up and started out the door, after stating that she would now seek sole custody. Chris and Debbie went to Tom's house. K1988,7. Debbie, humiliated, told Tom about the incident.

In July, 1988, Debbie began her search for a divorce attorney. K1988,8. She had trouble finding one whom she could afford but was nervous about the pending status of the first petition. As a last resort, Debbie asked her mother to loan her the money. She did and Debbie found a lawyer who terminated the first petition, refiled, asking for dissolution and sole custody awarded to Debbie with child support. Mark's mother was upset about the new petition. She informed Debbie that Mark had hepatitis and suggested that Debbie get tested for HIV. She did. Mark was in jail again. K1988,8.

Sandy informed Renate of Mark's behavior, bringing women into the house, wrecking her furniture while in drunken stupors, and ignoring Chris. (R.J. chron.). Jim heard about Debbie's troubles and visited her. K1988,8. Debbie was spending more time with Tom and less time with Mark's mother. Debbie took a night job working for Citibank. Sandy took care of Chris while Debbie worked at night. K1988,9.

In a July 23, 1988 letter to Renate, Sandy stated that she was living with Dee, but they had had an argument over phone bills that Dee's boyfriend incurred. Sandy asked

-67-

him to pay the bill; he wrote a check which bounced and Sandy asked Dee for the money. Dee refused and moved out.  Sandy stated that Eddie had moved in, the same Eddie mentioned in previous letters.  Mark and Eddie knew each other and Sandy asked that Eddie not go out with Mark, because she thought they were trouble together.  Sandy also mentioned that Mark had asked her to act as his alibi in pending legal matters.  Sandy discussed this with her father who informed Sandy that if she did testify as Mark wanted he would turn her in for perjury.  Sandy indicated that she would not testify and that Mark deserved whatever he got.  Sandy had Christopher living with her, but was having problems and called Debbie to tell her that she needed to come get Chris.  Debbie was coming.  Sandy told her mother that neither Mark nor Debbie had seen Chris lately and Chris was acting out because of this.  She mentioned one incident wherein Chris bit the tip of Jason's penis and broke a blood vessel.  Sandy stated that she was so angry she was unable to punish him, for fear of overreacting.  Sandy had been in an accident and her car was in the repair shop which would not release it until she paid them for the repairs. Sandy was unable to come up with the money and was now stranded at her home. (S.Ltr.).  Renate and Alex paid for the repairs.  (R.J. chron.).

On August 18, 1988, Sandy wrote her mother telling her that she was involved in undercover work for the police.  The police were using Sandy as "bait" to catch her old roommate, Eddie.  Eddie was wanted for several felonies in which Eddie and Mark were involved together.  Mark had been caught but was unwilling to talk about Eddie.  Sandy told her mother that she was heavily guarded and everything was okay.  Sandy also told her

-68-

mother that on her birthday she was out with "friends (cops)" when she received a phone call telling her to look in her car.  On the front seat were two dozen roses and a gold bracelet.  Later that night she went out to a country bar and received a letter from Eddie telling her that he didn't forget her birthday.  The letter was not signed but she stated she recognized Eddie's handwriting.  In order to lure Eddie out, Sandy stated that she also frequented bars where Eddie was known to go to nightly.  Sandy also told her mother that the police were so impressed with her that they have in essence asked her to remain on the "force".  The police were not requiring her to have any training but Sandy thought that it was far to dangerous.  In another note, Sandy informed her mother that Jason was going to meet his biological father, Jeff, for the first time.  And she has started another job.

In early August, 1988, Debbie was being stalked again.  K1988,9.  She received threatening phone calls and her car was vandalized on three occasions.  "Bikers," of the type with whom Mark associated, were making themselves visible near Debbie's home.  Debbie and her housemate felt that Mark was behind the stalking.  As a result, Debbie decided to leave Arizona for awhile.  Her friend, Dorothy Markham, suggested that Debbie and Chris visit her in Colorado.  Debbie quit her two jobs and broke up with Tom.  She did not want to break up with Tom but did not want him involved in her problems, despite his stating that he would take care of them.  Both cried.  Debbie said goodbye to her roommate, Sandy and Jason and Jim.  She asked Sandy not to divulge her destination. K1988,10.

Christopher was excited about the trip to Denver.  K1988,10.  Debbie bought him

-69-

new toys for the trip and his very own sunglasses.  In Flagstaff, mother and son walked in the woods, sat by the lake, visited Northern Arizona University, swam in the hotel pool and ate lots of ice cream.  On the way to Gallup, New Mexico, Debbie and Chris sang songs, ate junk food and talked about Chris's impending birthday.  Chris played games and was fascinated by the eighteen wheelers.  He asked a lot of questions about Dorothy and the mountains.  He did not mention Mark or Marks' mother, which was surprising to Debbie. K1988,10.  Debbie felt guilty for taking him away from those who loved him.  K1988,11.

On the way from Gallup to Albuquerque, Debbie's car broke down.  K1988,11. Chris and Debbie walked over a mile to a gas station.  K1988,12.  She turned down a ride from a  trucker, Sal.  Sal told the attendant at the gas station about Debbie and he retrieved her car with a tow truck.  At the gas station, Debbie learned that someone had deliberately damaged her car, causing the engine to freeze.  K1988,13.  Debbie did not have enough money to have the car repaired.  Sal offered to drive Debbie and Chris to Denver.  After giving the phone number of Sal's employer to Dorothy on the phone, and despite tremendous anxiety, Debbie accepted a ride to Denver with Sal.  Chris was ecstatic about riding in the truck.  K1988,13.  To be on the safe side, Debbie told Sal that she had AIDS.  The trip took one and a half days and Debbie and Christopher had a great time. K198814,15.  Upon saying goodbye, Sal and Chris hugged.  Debbie cried.  K1988,15.

Dorothy lived in a small town fifty miles north of Denver.  K1988,16.  She had a day care center in the home.  Her husband, Richard, owned his own construction company. They lived in a nice neighborhood with Dorothy's son, Bobby, and Richard's son, Trevor.

Debbie looked up to Dorothy and welcomed and appreciated her assistance. K1988,16. Debbie did not know if she would stay in Colorado.

Debbie found a temporary job immediately and Dorothy took care of Chris during the day. K1988,16. Chris enjoyed day care and his new friends. Dorothy introduced Debbie to some friends. A few nights a week, Debbie went to Al-Anon meetings. A part of her wondered if things might change for she and Mark. She wished that he would recover so that he could be part of his son's life again. Debbie considered Mark a great father when he wasn't drunk or high. K1988,16-17. Debbie feared that if she expressed her feelings about wanting Mark to remain in her life that everyone would judge her and render unwanted advice, so she did not speak at the meetings and did not tell anyone, even Dorothy, about her feelings. K1988,17.

Tom moved to Denver, where he was originally from. K1988,17. Tom wanted to resume their relationship but Debbie felt that she did not have room in her life for a romantic involvement. K1988,17.

Christopher and Debbie spent a great deal of time outdoors while in Colorado. K1988,17. Debbie remembers Chris rolling around in the plush, green grass which he was not used to in Phoenix. Debbie and Chris tagged along with Bobby's Boy Scout troop to the Rocky Mountain National Park where they took a nature hike, walked on trails, picked berries and observed bear claws on aspens. Christopher thoroughly enjoyed this time - the nature and the company of the older boys. Debbie remembers how cute he looked, dressed in Levi's and hiking boots. K1988,17.

-71-

On Labor Day in 1988, Dorothy's family, Chris and Debbie went on a three day hiking trip in Colorado Springs.  K1988,17. Chris learned how to fish and panned for gold. There were activities and contests for children, as this was trip was an event sponsored by a group to which Richard belonged. At night, Chris and Debbie sat by the campfire and roasted marshmallows.  Chris loved the outdoors.  K1988,17.

Christopher and Debbie visited Dorothy's parents, Marlene and Mike, often, from whom Dorothy was estranged but Debbie knew from years ago.  K1988,18.  They loved Chris and he liked to visit them.  Debbie enjoyed Marlene's company and Marlene spoiled Chris by buying him clothes and toys.

After being in Colorado for one and a half months, Chris began acting differently. He began having wild tantrums and became unruly.  K1988,18.  He would not listen and talked back.  He was hyper and uncontrollable, often crying for grandma and Jason. Debbie thought that his behavior was due to too much sugar, so she monitored his diet. Dorothy insisted that it was just a phase.  It did not occur to Debbie to take him to the doctor; Debbie assumed that since he cried for grandma, that he was just very homesick. Debbie was torn about whether or not to go back to Phoenix.  Many arguments between Debbie and Dorothy took place.  Debbie was having trouble dealing with the stress and frustration so she often left Chris in Dorothy's care.  She began to spend more time away from him and with her friends.  K1988,18.

During this time, Dorothy phoned Renate and stated that Christopher was difficult to handle and Debbie had a hard time controlling him.  (R.J. chron.).  Dorothy was vague,

-72-

but Renate inferred that Debbie was not handling Chris correctly.  Renate asked Dorothy

what should be done, and Dorothy did not answer.   (R.J. chron.).

In October, Debbie returned to Phoenix for the divorce hearing.  K1988,18. This

time Mark had taken Debbie to court over custody and visitation issues.  Jim went to the

hearing with Debbie.  Debbie retained custody over her son and obtained a full order of

protection against Mark from the Phoenix Municipal Court.   (R.T. 9-17-90, p. 44-45).

Notwithstanding, Debbie allowed Chris to visit with Mark regularly until Mark left for Texas

in late November.  (R.T. 10-2-90, p.50-51).  Following the hearing, Jim took Debbie to

lunch, where she cried.   K1988, hp.8.  Around that time, Debbie attempted to smooth

things over with Mark's mother so that there would be no evident strife if she chose to

move back with Christopher.  Debbie began better tolerating Chris.  She still snapped at

him, which made her feel awful, but she tried to better the relationship by taking long walks

in the woods with him.  K1988,18.  Debbie eventually moved back to Arizona and began

living with Mark's mother.  (R.J. chron.).

On October 3, 1988, Sandy wrote to her mother from the hospital.  Jason had fallen

the night before and began vomiting in the morning so Sandy took her to son to the

hospital.  Sandy had started work at a grocery store chain and she liked her job.  Debbie

was in Colorado and called Sandy to tell her she wanted to come back to Phoenix.  Sandy

thought that was not a good idea and told Debbie so.  Debbie wanted Sandy to move out

of the place where she was living. Sandy was living with a girl named Susie but Debbie

wanted to live with Sandy.  Sandy said no.  Sandy wrote again of her indebtedness.

-73-

In a November 17, 1988, letter Sandy told her mother that she was working part-time at Target in addition to her other job. (S.ltr.) She was stashing paychecks away for later. Her roommate's ex-husband had moved in with Sandy and Susie. Sandy was dating Ron Pickenpaugh and they had decided to not to rush things. Sandy wrote that she had not heard from Debbie and probably would not until Debbie wanted something. Most of this letter centered around Ron. In response, Renate sensed that Sandy was happy. (R.J. chron.).

In December, 1988, Debbie found a lump on Christopher's neck. She sought medical attention immediately.    (R.T. 10-1-90, p.102). Christopher was hospitalized for a tumor on his thyroid. During the three weeks that Chris was in the hospital, Debbie impressed the staff with her dedication and attention to him. Once released from the hospital, Christopher's hyperactivity resolved markedly due to the treatment of his thyroid problem.    (R.T. 10-1-90, p.102).

On December 17, 1988, Sandy wrote to her mother about her relationship with Ron. (S.ltr.). Sandy indicated that her father was not impressed with Ron. She stated that she and Ron bickered often and needed to work things out, but she did not want to let the relationship go.

In January, 1989, Debbie went to Florence to pick Mark up from prison. K1989, h.8. Mark had served several months and had been in prison while Debbie divorced him. Debbie felt that he was upset about the divorce and she felt awkward about picking him up. Debbie felt that Mark was more upset about the custody and visitation issues then

-74-

about the divorce, itself.  Debbie justified her actions regarding custody and visitation as being for Chris's safety and welfare and had no intention of stripping Mark of his parental rights.   According to Debbie, these issues enraged Mark and he consistently expressed his rage.  During the ride back to Phoenix,  Mark and Debbie barely spoke.  Debbie decided to fill the silence with news about Christopher.  Mark questioned whether or not she would change the custody stipulations.  Debbie informed him that she would not until he proved that he was drug-free.  Debbie notes that this discussion foreshadowed many future arguments.  K1989, h(no page number, between pages 8 and 9).

Debbie did not understand Mark's addiction and felt frustrated and angry.  She wanted to shake the addiction out of him.  She felt that she was not going to be one of the many people who had given up on Mark.  Chris frequently asked where his dad was and why he hadn't called.  Debbie refrained from speaking negatively about Mark in Chris's presence.  Richard had bad-mouthed Renate in front of she and Sandy, and Debbie resented that behavior.  She did not want to repeat it.  K1989, h.9.

Chris was ecstatic when he saw his father.  K1989,h(no page number, between pages 8 and 9). Chris was three years old and it had been six months since he had seen Mark.  After arriving back from prison, Mark, Debbie and Chris went out for pizza and Mark and Chris played games while Debbie watched.  She felt that perhaps Chris was reason enough for Mark to stop using drugs.  She hoped that this would be the beginning of a stable father and son relationship.  Debbie expressed that her family thought she was crazy for giving Mark another chance but that she did not care what they thought.   At the

-75-

end of the evening, Debbie dropped Mark off at a friend's house. K1989, h.9.

Debbie did not see Mark for a month following that evening. K1989, h.9. When he finally called her, he begged her for a favor. Because he sounded so distraught, Debbie agreed to meet with him. She remembers knowing as soon as she saw him that he was using drugs again. Mark asked Debbie if she would accompany him to see his parole officer and sneak in her urine for testing. Debbie knew that Mark had hit rock bottom and was appalled. She said no - she did not want to enable him. Mark cried out in desperation and said that he would be violated and sent back to prison for twenty-five years. He cried that he would never be able to see Chris again. Debbie made a suggestion: she agreed to go to see the parole officer and ask that Mark be placed in drug rehabilitation. Debbie promised to support Mark through this period. Mark agreed and the parole officer agreed, as well. Debbie lived up to her promise. K1989, h.9.

While Mark was in rehab, Debbie took Chris to see him every Saturday for family day. K1989, h.9. Activities were structured and supervised so Debbie was able to leave Chris with Mark so that they could spend time together. She felt that she should not stay since she and Mark were divorced and her support of him was due to friendship only. Everything seemed to be going well - Mark seemed healthy physically and mentally and Chris was happy to spend time with his father. K1989, h.9.

In a March 3, 1989 letter to Renate, Sandy told her mother more about her relationship with Ron and commented about the lack of support she had from her father. (R.J. chron.). She told Renate how Debbie was doing but did not state that Debbie was

-76-

having any trouble with Chris.  (R.J. chron.).

Sometime in May, 1989, Mark was released from rehab and went to live with a sponsor.  K1989, h.10.   He stayed in contact for a few weeks.  Debbie did not feel comfortable allowing Christopher to spend time alone with Mark so she spent time with both of them during the weekends.  Debbie was not convinced that Mark's sponsor, Kevin, was completely dedicated to sobriety and was fearful that his house would be another dope house.  She also needed to see if Mark was actually dedicated to rehabilitation.  K1989, h.10.

After sometime, Debbie became convinced of Mark's dedication and allowed Christopher to have day visits with him. K1989, h.10.  Chris and Mark had several visits together and then Debbie did not hear from Mark for sometime.  Every time she called his house, he was not there.  Debbie was not overly concerned as she and Chris had their own life together.  Debbie was teaching Chris to swim that summer and the two spent a lot of time at Mark's mother's home.  They also spent time with Jim and his daughter.  Debbie was in between jobs.  She had been working as an administrative assistant for the marketing department of a health insurance company but left to work for the risk management department of MeraBank.  She felt that that was her stepping stone to underwriting.  Debbie did not have much of a social life but did spend time with close friends each Saturday night.  K1989, h.(no page number in between pages 10 and 11).

In July, 1989, Debbie and Mark's relationship became hostile again.   (R.T. 9-17-90).  Debbie found out from Mark that Sandy had gotten married.   K1989, h.(no page

-77-

number in between pages 10 and 11). Mark gloated that he had been invited and Debbie had not. Debbie was surprised and saddened by the news. Debbie remembers that everyone had gone to the wedding but her. She was also surprised to be hearing from Mark because he had not been in contact for some time. He acted cold toward her over the phone and was rude. Debbie asked him about his sobriety and sensed anger. She did not get a direct answer and changed the subject. She brought him up to date on Chris. She told him about Chris's swimming lessons and his love for pre-school. She offered Mark some of Chris's school photographs that depicted Chris on top of and next to a pony. Mark stated that he did not know when he planned to see Chris again. Mark asked Debbie about changing the custody and visitation issues and Debbie stated that she'd think about it. Debbie feared that Mark was using drugs again and did not trust him. The conversation ended abruptly. K1989, h.11.

Renate recalls that Sandy married Ron Pickenpaugh on August 8, 1989,. (R.J. to K.F. 7/12/98). Sandy did not tell Renate about the wedding beforehand. Richard did not go to the wedding either, but Maureen did attend. Renate felt that Richard always "dispatched" Maureen to those types of events. Sandy and Ron moved to Green River Wyoming where Ron's family was from. Ron's family did not approve of him marrying a woman who already had a child. Sandy had severe problems with them; and Ron did not help with these problems very much, because, according to Renate, he was a "sort of redneck." Sandy would have fits of violence and Ron was often physically abused by her. (R.J. to K.F. 7/12/98).

-78-

Ron loved Sandy very much and treated Jason like he would his own son. (R.J. to K.F. 7/12/98). He provided well for his family. Sandy, however, continued to run into debt and Renate and Alex continued to bail her out. Renate and Alex gave Ron and Sandy thirty thousand dollars for a house that Sandy "had to have." (R.J. to K.F. 7/12/98).

During the weekend of July 15, 1989, Debbie and Chris went to Sandy's apartment to congratulate her on her marriage. K1989, h.11. Jim, Sandy's friend Dee, and Mark were there. There was a large moving van parked outside Sandy's apartment with several of Sandy's items inside. Chris was thrilled to see Mark and Jason. Debbie hugged her sister and Sandy introduced Debbie to her husband for the first time. Sandy informed Debbie that she was moving to Wyoming. Debbie did not understand why Sandy had been so secretive but felt that she should not ask too many questions. Instead, she offered to help pack the moving van so that she could spend as much time as possible with her sister. K1989, h.11.

While at Sandy's, Mark started an argument with Debbie about custody and visitation. Debbie was tiring of Mark bringing the issue up so often and explained again why she would not change the decree. K1989, h.(no page number in between pages 11 and 12). Mark responded by calling Debbie a string of profane names loud enough for the others to hear. Debbie felt uncomfortable due to the chilling tone of Mark's voice. He stated that he would have to find a new way to get even with Debbie for ruining his life. The others overheard this threat. Chris and Debbie said their goodbyes and left. K1989, h.(no page number in between pages 11 and 12).

-79-

Later that month, Debbie again allowed Chris to spend supervised visits with Mark with Kevin, Mark's sponsor, supervising. K1989, h.(no page number in between pages 11 and 12). On one occasion, Debbie dropped Chris off and told Mark that she would be back at six o'clock. When she returned, Mark was visibly impaired. There were several people at house. Debbie demanded that Mark release Chris to her. She threatened to call the police. Mark pushed her out the door into the front yard and an argument ensued. Debbie threatened to cause a scene and Mark became obscenely verbally abusive. He grabbed her tightly and terror shook through Debbie. K1989, h.p.12. Mark looked at Debbie with hatred and evil. Mark stated that it was Debbie's fault that he had to go into rehabilitation and that he was sick of her compassion. He stated that he was tired of her overprotectiveness toward Christopher and that the custody stipulations were hanging over his head. He told Debbie that he would not release Chris until she agreed to change the decree. He also demanded that Debbie sign false receipts indicating that Marks had paid two hundred dollars per month in child support. Debbie told him that there was no way on this earth that she would share custody with him. Chris had come out of the house during the argument and began running to his mother. Mark yelled at him to go back into the house. Chris started to cry and called out "Mommy, Mommy." Debbie began to cry, as well, and pleaded with Mark to let Chris go. Terrified, Chris wet his pants. K1989, h.(no page number between 12 & 13). Mark flew into a rage. Mark grabbed Debbie's car keys and yelled "Get the hell out of here, you bitch!" He then picked Chris up and went into the house. Debbie yelled that she was going to call the police, that Mark was on parole and

-80-

did not have custody.  She headed off on foot to a gas station.  She was a block away when one of Mark's friends ran towards her, asking her not to call the police and promising that Debbie would get Chris back.  She responded that she would call the police and did not care that Mark was facing a parole violation; she simply wanted her child back.  K1989, h.(no page number between 12 & 13).

Debbie and Mark's friend walked back to the house and Mark came outside with Chris.  K1989, h.(no page number between 12 & 13).  He glared at her and made vicious threats.  He pushed Chris toward her and stated that he would find a way to get Chris back even if it meant killing Debbie.  He would not give the car keys back, stating that the car's title was in his mother's name.  He told her to hitchhike home.  Debbie picked up Christopher and began to run.  It was dark outside and late at night and Debbie ran down an alley and hid behind a dumpster.  K1989, h.13.  She and Chris were both crying and Chris was shaking and clinging to her for dear life.  He begged Debbie to never let anyone take him away from her.  She held him tight and promised that he was safe with her and that she loved him.  K1989, h.13.

Chris and Debbie remained in the alley for fifteen minutes.  K1989, h.13. Debbie decided to call Jim Styers for a ride since he was aware of her history with Mark.  She did not want to share her personal problems with her other friends.  She and Chris walked hand in hand to the gas station on the corner to make the call.  While walking, Chris stated that he did not want to see his father anymore, nor did he want to speak with him on the telephone.  Debbie told him that he did not have to.  Christopher asked why his father was

-81-

so mean and Debbie told him that his father was sick and needed help.  During the conversation, Chris asked Debbie to buy him a pair of cowboy boots because he wanted to kick his dad in the leg if he got mean again.  Debbie answered that hitting and kicking were not nice but nonetheless promised to buy the boots.  K1989, h.(no page number between pages 13 &14).

Jim arrived to pick them up within ten minutes, which made the time after ten o'clock at night.  K1989, h.(no page number between pages 13 &14).  He took them back to his apartment where Chris fell asleep in Debbie's lap and Debbie described the nights events.  She was visibly shaken and scared and they talked for hours.  Jim told Debbie that he was worried about she and Chris and offered to let them stay with him in the spare bedroom for the night.   K1989, h.(no page number between pages 13 &14); (R.T. 10-1-90, p.120-21).

The next day, Debbie called in sick to work and she and Jim talked further.  K1989, h.(no page number between pages 13 &14).  Jim offered the spare bedroom to Debbie and Chris for as long as she liked.  At first Debbie was unsure but then she realized that she would be safe around other people.   At the time, Debbie and Chris were living with Mark's mother, so Debbie accepted the offer.  Soon thereafter, in the first week of August, 1989, Debbie and Chris moved into the two bedroom apartment and shared one bedroom with Chris and Jim's daughter, Wendy.   K1989, h.(no page number between pages 13 &14); (R.T.10-1-90, p.120-121).

Living with Jim was only an interim solution until Debbie was at a point where she

-82-

and Chris could live by themselves close to Debbie's work.  (R.J. to Wake 6/27/95). Debbie made it clear to Jim that living with him was only temporary and she thanked him profusely for his generosity and friendship. K1989, h.p.14.  Debbie had already chosen a day care center for Chris in the Tempe area.

Since Mark had Debbie's car, Debbie telephoned Mark's mother and informed her that she would no longer make any car payments.   K1989, h.p.14.  Debbie felt that it was now Mark's responsibility.  Debbie was still working at MeraBank and Jim took her to work every day.  He also watched Christopher so that Debbie could save money for a car, instead of having to pay for daycare.  They split the living expenses, which helped both of them. K1989, h.p.14.

After Debbie had been living with Jim for a few days, Mark began calling and harassing her frequently.   K1989, h.p.14.  He called constantly, making threats and demanding to see Christopher.  Debbie eventually refused to answer the phone and Jim would lie to Mark and tell him that she was not home.  Debbie lived in fear; and was afraid to go to work since Mark knew where she worked.  Jim was instructed to call the police if Mark appeared while Debbie was at work.  Mark stopped making phone calls and instead began coming to Jim's apartment.   Christopher still did not want to see his father. K1989(page between 14 & 15).

During August, 1989, MeraBank became insolvent and Debbie was laid off along with all of her co-workers.  K1989(page between 14 & 15). Debbie found a new job within a week and started the last week in August.  She felt that the new job, doing computerized

-83-

accounting for a health insurance company, was a wonderful opportunity.  No one but Jim new of the new job.  K1989(page between 14 & 15).

Mark eventually stopped calling and coming to the apartment. K1989(page between 14 & 15). Sandy, who was in Wyoming with her husband, telephoned Jim a lot.  Sandy was unhappy that Debbie and Chris were living with him.  Sandy was so upset about the living arrangements that she refused to speak with Debbie.  Debbie's reaction was "OK, Fine. Whatever!" K1989(page between 14 & 15).  Debbie knew that Jim was hurt that Sandy had married another man.  He told Debbie that he loved Sandy and felt abandoned. K1989, h.p.15.

Debbie was not aware that Jim suffered from severe psychological problems from his years in Vietnam.  (R.T. 10-29-90, p.64).  While in Vietnam, Jim killed both women and children.  He was later reassigned to Yuma, Arizona.  While in Yuma, he incurred a head injury.  He was later diagnosed with post-traumatic stress disorder.  He was treated with numerous prescription drugs and received counseling.   (R.T. 10-29-90, p.64).

In September, 1989, Debbie felt that she was picking up the pieces of her life. K1989, h.p.15.  Debbie loved her job and Chris was doing well.  He loved living at Jim's; he liked Jim and Wendy a lot.  Chris was also excited about seeing his "other grandma", Renate, who was due to arrive in September.   The four went to church together and Chris attended Sunday school.  Jim went to church three times a week and was studying to become a minister.  All of their neighbors liked Jim.  K1989, h.p.15.

Over the next four months, although the relationship remained platonic, Jim

-84-

became increasingly obsessed with Debbie.  He began to address her as "honey" or "sweetie".  She rebuffed his advances. (R.T. 9-24-90, p. 106).

In early September, 1989, Mark resumed his phone calls and visits. K1989, h.p.15. He demanded to speak with Christopher but Debbie told him that Chris did not want to see or speak to him.  Mark accused Debbie of filling Chris's head with lies.  Debbie denied this. Mark made more threats.   Jim began to get upset about Mark's behavior and constantly asked Debbie why she permitted it.  Jim suggested a restraining order.  Debbie had not thought of that option and obtained one.  However, she was concerned about Mark's reaction.  Jim promised to protect Debbie and Christopher.  K1989, h.p.(page between 15 & 16).  Prior to Mark being served with the restraining order, he continued to call.  Jim told him to leave Debbie and Chris alone.

About a month after moving into Jim's apartment, Debbie met Roger Scott.  (R.T. 10-2-90, p. 35).  Debbie was uncomfortable around Roger and thought that he was strange.  (R.T. 10-3-90, p.35).  Not long after she met him, Roger asked Debbie for a loan of a few hundred dollars so he could appeal a denial of his social security disability benefits.  She said no. (Cited in brief to Exhibit 11, p.10).  Specifically, she stated "What am I?  A Bank?" (R.J. 1999).   Renate expressed that both Jim and Roger continuously attempted to get money from Debbie - she refused.  (R.J. 1999).

Debbie disliked Roger Scott intensely.  (R.J. 1999).  She did not like him because he got upset about Christopher and Wendy.  She made it clear to Jim that she did not want Roger around, but had little control over the situation since she worked full-time and Jim

-85-

stayed at home with the kids. Christopher felt that Roger was mean. (R.J. 1999). Debbie never socialized with Roger Scott. On one evening, Debbie asked Jim to pick her up from a bar and he was accompanied by Roger Scott. The three stayed at the bar only briefly. (D. Ltr to Pat).

Around this time, Debbie met Ernie Sweat while working at the Lincoln Insurance Company. (R.J. 1999). Debbie mentioned Ernie several times in letters to her mother. She referred to him as intelligent and neat - a breath of fresh air compared to her relationship with Mark. Renate never got the impression that Debbie was in love with Ernie, although they dated regularly and shared a sexual relationship. Renate felt that Debbie liked Ernie for his appearance and ambition. She felt that Ernie liked Debbie for her stamina and personal goals. She recalls that Richard and Maureen only met Ernie once. (R.J. 1999).

Renate and Alex came to Arizona to see Debbie on September 15, 1989. . (R.J. to Wake 6/27/95).   Debbie told her about the problems with Mark. . K1989, h.p.(page between 15 & 16). She showed her mother where she worked and discussed her plan to move to Tempe. She showed her the pre-school she had chosen for Christopher, La Petite Academy. Renate also met Jim for the first time. . K1989, h.p.(page between 15 & 16).

. During that time, Jim told Renate that he would take care of Debbie and not to interfere in their relationship. (Exhibit 10). Renate had a "frightening sense of uneasiness about him" when she met Jim at the apartment but could not bring herself to voice those

-86-

anxieties to Debbie.  (R.J. to Wake 6/27/95).  Renate was at shocked Debbie's living arrangements with Jim.  (R.J. chron.).

During that trip, Renate agreed to finance a Toyota Corolla for Debbie with the understanding that Debbie would pay a monthly installment into Renate's bank account. (R.J. to Wake 6/27/95).  Debbie adhered to the agreement. (R.J. to Wake 6/27/95). Debbie needed the car to commute to her workplace in Tempe.  Richard recalls that Debbie was not aware that Renate paid for the car outright and that she was making payments to Renate's bank account rather than to the car financing bank.  (Richard Sadeik int. with K.F. 1/24/90).  Debbie states that she purchased the car.  K1989, h.p.16.  Sandy acted very bitterly about the car, stating that Debbie got her way again.  (R.J. chron.). Renate explained that the car was not a gift, but a loan.  Sandy responded by becoming hostile.

Renate and Alex had lunch with Debbie and Ernie.  (R.J. chron.).  She did not perceive that the relationship contained any serious plans for the future.  Debbie seemed happy to spend time with an intelligent person.  Renate felt that Debbie and Ernie had a good relationship but neither intended marriage.  (R.J. 1999).  In the subsequent weeks, Debbie did not mention Ernie to her mother over the phone.   (R.J. chron.).  Jim did not seem to like Debbie's relationship with Ernie at all.  (R.J. 1999).

Debbie told her mother that she enjoyed spending weekends with Ernie but would not consider moving in with him because she and Christopher were a package-deal and Ernie was not the type for a ready-made family.  (R.J. 1999).  Notwithstanding, Ernie and

-87-

Christopher seemed to have a good relationship.  On Ernie's birthday, he came to Debbie's apartment to take her to dinner and Christopher jumped up and down with excitement about seeing Ernie.  (R.J. 1999).    According to Richard and Maureen, Debbie was considering giving custody of Christopher to Mark because Ernie did not want children and was career-oriented.  (Richard Sadeik int. with K.F. 1/24/90).  In a telephone call between Debbie and Richard, she stated "I've had it" when Mark's parents took the car away from her.  (Richard Sadeik int. with K.F. 1/24/90). They felt that  Debbie was in love with Ernie and felt that Chris was in the way.  (Richard Sadeik int. with K.F. 1/24/90). They stated that they would have gotten into a foster care plan and take Christopher.  (Richard Sadeik int. with K.F. 1/24/90).   Richard also told Debbie that he would disown her if she gave Christopher to Mark.  Debbie stayed away from the Sadeik home for three months after that statement, and did not see her father again until his birthday on November 3, 1989.

While in the United States, Renate and Alex traveled to Wyoming to visit Sandy. (R.J. chron.).  During one conversation, Alex calmly reminded Sandy of each time that Renate and Alex came to her aid.  Sandy responded that they could have said no, they could have been better grandparents, but that Renate was a pushover.  Renate was hurt, but because she was a guest in Sandy's home, she did not express her anger.  Alex, who intended to stay for the entire trip, instead left the following day because he could not stand Sandy's brazenness.  Renate did not tell Sandy the true reason why Alex left early. Instead, she told her that business called him back to Europe. (R.J. chron.).

During the last week of September, 1989, Debbie was filling out her employee

-88-

benefits package at Jim's apartment.  K1989, h.(no page number between pages 17 & 18).

It was due on September 29, thirty days after the commencement of employment.  Jim was

present and began asking about Debbie's job.  Because Debbie worked for an insurance

company, she was able to describe her job to Jim using her benefits manual.  Debbie did

not feel that Jim's questions were suspicious.  She did not share information about her life

insurance policy on Christopher with Jim.  K1989, h.(no page number between pages 17

& 18).

Around that time, Christopher was asking to see his father.  K1989, h.p.16.  Debbie

was torn.  The restraining order had not yet been served.  Chris's fourth birthday was on

October 2 and Mark's family wanted to spend time with him.   Jim, along with everyone

else, thought Debbie was insane for considering allowing Mark see Christopher.  Debbie

asked Chris why he wanted to see his father and he said "because he's my daddy."

Debbie could not bring herself to deny Chris his father.  K1989, h.p.16.

Debbie made arrangements with Mark's mother for Christopher to spend the day

of October 1 at her home. K1989, h.p.16.  Mark would be there.  Debbie gave

instructions about the level of supervision that she demanded and threatened to call the

police if these provisions were ignored.  Mark promised to have Christopher home by

six o'clock in the evening.  Debbie wanted to, but did not telephone the Milke residence

during the visit. K1989, h.p.16.

Jim and Debbie argued over her decision to let Mark see Christopher. K1989,

h.p.16.  Jim referred to Mark as a "worthless piece of shit" and stated that Mark did not

deserve to see Christopher.  Debbie responded that Chris loved his father and that Mark was Chris's father, and that because she loved her son, he would see his father. K1989, h.p.16.

Six o'clock on the day of the visit came and went. K1989, h.p.17.  Debbie telephoned Mark's mother and was told that Mark and Chris had left awhile before.  At eight o'clock, the two finally arrived.  Chris was overjoyed and had armfuls of presents. He went inside to show his gifts to Jim.  Debbie remained outside with Mark.  Mark was high on cocaine and Debbie swore at him.  He stated that he was perfectly capable of doing cocaine and watching his son at the same time.  Debbie was furious and told Mark to leave. Jim heard the arguing and he came outside and asked Mark to leave. They argued for a few minutes and then Mark left.  Debbie thinks that this is when Jim began to formulate his plans to murder Christopher.  K1989, h.p.17.

While Debbie and Chris were staying with him, Jim complained to neighbors about having to discipline Christopher and that Chris was a problem.  (R.T.1-30-91, p.37, R.T.1-29-91, p. 50).  At Chris's fourth birthday party, Jim told him to stop playing with a truck. When Chris refused, Jim stated "I wish he were dead." (R.T. 1-29-91, p.27).  Debbie was unaware of Jim's feelings about Christopher and regularly entrusted Chris in Jim's care. Roger Scott also voiced dislike for Christopher.  (Exhibit 5).  Debbie saw Roger Scott for the last time in October.  (D. Ltr to Pat).

On October 2, 1989, Chris's birthday, Debbie bought Christopher many presents and allowed him to make his own birthday cake. K1989, h.(no page number between

-90-

pages 17 & 18).  Both of them licked the bowls and mixers.  Debbie also bought Wendy a gift so that she would not feel left out.  She was almost two years old at the time.  K1989, h.p.18.

Debbie helped potty train Wendy since the experience was frustrating for Jim.  K1989, h.p.18.  Wendy often followed Debbie around and clung to her.  Wendy's mother did not visit often and Debbie felt sad for Wendy.  Debbie often purchased clothing for Wendy while she was shopping for Christopher.  She tried to keep her distance from Wendy, too, so that she would not think that Debbie was her mother.  Christopher acted jealous at times because of the attention that Wendy demanded.  Jim commented often that he loved to see Wendy reach out to Debbie and that he wished that Debbie was Wendy's mother. K1989, h.p.18.

On Christopher's birthday, Renate spoke with Debbie via telephone.   (R.J. chron.).  Debbie expressed that everything was going according to plan regarding a new apartment, day care for Chris and the decision to keep Chris from Mark as much as possible.  Debbie told Renate that after every visit with Mark, Chris would be very upset; he would use foul language and would be mean to his friends.  Chris stated that his father had told him to be mean because he was "Conan, the Invincible."

On October 11, 1989, Debbie was told by the court that the restraining order had been served and that Mark was requesting a hearing. K1989, h.p.18.  The hearing was scheduled for October 24, 1989 and Debbie was told that if she did not attend the hearing, the restraining order would became invalid.  Debbie was anxious because she

-91-

knew Mark was angry. She was also anxious about taking time off from her new job. She new that entailed bringing her personal problems into work and that upset her. But she explained the situation to her boss and was excused for the hearing. K1989, h.p.18. Debbie went home and cried to Jim. K1989, h.p.(no page number after page 18). She was upset about the hearing and was afraid of Mark. She considered just letting the restraining order drop but Jim said no way. K1989, h.p.18.

On November 3, 1989, Jim, Debbie and Christopher went to the Sadeik home in Florence to celebrate Richard's birthday. (Richard Sadeik int. with K.F. 1/24/90). Both Jim and Debbie shot one of Richard's guns. (Richard Sadeik int. with K.F. 1/24/90). On Thanksgiving Day, the three again went to Richard's house where Jim and Debbie shot the gun again. (Richard Sadeik int. with K.F. 1/24/90).

On November 11, 1989, Jason's birthday, Renate telephoned Sandy in Wyoming. (R.J. chron.). During that conversation, Sandy hinted at things they wanted for Christmas. According to Renate, she and Alex and Renate's parents enjoyed sending gifts for just about every occasion. Renate and her mother would spend hours on the phone determining what they would sent. Their limits were not monetary but were based upon weight limits and custom's limitations. According to Renate, Renate's mother would rather do without than deprive Sandy and Debbie, or their children, of something. Renate was ashamed of the demands that Debbie and Sandy made. (R.J. chron.).

Debbie also telephoned the Pickenpaugh home on Jason's birthday. (D. Ltr to Pat). During that day, Jim had borrowed Debbie's car to run some errands. Debbie was on the

-92-

phone with Jason when Jim returned.   After she hung up, Jim told her he had something

to show her.   The kids were napping and Jim escorted Debbie into his room where he

emptied a brown paper bag that contained a gun and two boxes of bullets.   The gun was

in a holster.   Debbie was shocked and uncomfortable.   She asked him why he bought the

gun and he stated that he had always wanted one for recreational purposes and thought

that he needed one since Mark was constantly making threats against Debbie.   Debbie did

not like the idea of having a gun in the apartment but acknowledged that it was Jim's

apartment and there was not much she could do about it.   She did say that he must keep

the gun out of sight and out of reach of the children.   She did not want Christopher to know

about the guns because he was at an age where guns were considered toys.   Jim agreed

and showed Debbie the shelf, in the back of his closet, where he would keep the gun.

Debbie was unaware that Jim owned other guns.   (D. Ltr to Pat).   Debbie later called her

mother in Switzerland, very upset about the gun.   (R.J. 1999).

On December 2, 1989, while Jim and Christopher were out, Debbie stayed at home

to do housework.   (R.J. 1999).   She was sitting on the couch folding clothes when she felt

something hard between the seat cushions.   She discovered a box of bullets, full count.

She felt she had to confront Jim as soon as she saw him, and put the box in her purse

thinking that a safe place.   (R.J. 1999).   Later that day, Debbie found out that Christopher

had been murdered.

Dr. David A. Biegen
Clinical and Forensic Psychology
Arrowhead Medical Plaza II
18700 North 64th Drive, Suite 106
Glendale, AZ 85308
(623) 825-0500

June 6, 2002

Kimerer & Derrick, P.C.
Lori L. Voepel, Attorney at Law
221 East Indianola Avenue
Phoenix, AZ 85012

RE:    State of Arizona v. Debra Jean Milke
       CR 89-12631

Dear Ms. Voepel:

Thank you for the opportunity to review the copious materials involving the case of your client, Debra Jean Milke. As per our conversation, while reviewing all of the materials to be enumerated below, I concentrated on the social history of the Milke family prepared by Tucson attorney, Liz Tyzco, the trial testimony and affidavit of Debra's father, Richard Sadeik (now deceased), the trial testimony of Debra's sister, Sandra Pickenpaugh, and Sandra Pickenpaugh's pretrial interview by Detective Saldate, which was recorded by Sandra with no attorneys present. I attempted to focus on the psychological impact and meanings of the events and the issue of Debra's father and sister testifying against her. In rendering my opinions, I will attempt to do something mental health professionals, including myself, sometimes fail to do: that is, be brief and stay on point.

## COLLATERAL INFORMATION

In the preparation of my opinions and report I had an opportunity to review the following data:

1.     A social history of the Milke family prepared by Tucson attorney, Liz Tyzco,

2.     Trial testimony of Debra's father, Richard Sadeik (now deceased),

3.     Trial testimony of Debra's stepmother, Maureen Sadeik,

4.     Trial testimony of Ernie Sweat, the man Debra was dating regularly until just prior to her son's, Christopher, death.

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 2…

5.      Trial testimony of Debra's sister, Sandra Pickenpaugh,

6.      Sandra Pickenpaugh's pretrial interview by Detective Saldate (Sandra recorded the
        interview; no attorneys were present).

7.      Post trial statements of and conversations with Sandra Pickenpaugh, documented in an
        affidavit by Anders Rosenquist (Debra's prior habeas appeals attorney), a signed
        statement by Barbel Jacks (a member of the German media), and Kirk Fowler (an
        investigator working with Anders and trail counsel),

8.      Affidavit of Debra's mother, Renate Janka,

9.      Affidavit of Debra's stepfather, Alex Janka,

10.     Affidavit of Dr. Kevin Zuerlein, who treated Christopher for Thyroiditis the year before
        Chris' death.

## OPINIONS

1.      In my opinion, to a reasonable degree of psychological certainty, the family's social
        history is highly likely to have contributed to the fact that both Debra's father and sister
        testified against her and then altered their position post-trial.  Further, I think it is highly
        likely that Debra's sister was particularly vulnerable, impressionable, and easily
        pressured by Detective Saldate who, despite his protestations to the contrary, seemed to
        me so eager to convict Debra that he could barely contain his enthusiasm leaning on,
        traipsing over, and stomping, if not legal, then certainly ethical boundaries in his
        interviews.

2.      In my opinion, to a reasonable degree of psychological certainty, Debra's father, Richard
        Sadeik, was as much a victim of his own chronic alcoholism, which was never treated, or
        as far as we know, diminished, his relatively absolute and ongoing belief in the truth of
        the armed services, and his unflagging conviction that personnel in law enforcement and
        corrections would never misstate facts.  In his affidavit, he almost used those exact words
        to describe his apparent agreement with and extreme cooperation with the position and
        questions of Detective Saldate so revealing the truth of his motivation..

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 3...

## DATA AND REASONING

I.　　Debra's sister, Sandra Pickenpaugh
　　　The data and facts to understand her apparent shift in testimony and in general to
　　　ambivalence about whether to love or hate her sister, Debra, comes from several sources.
　　　First is from the social history prepared by Liz Tyzco. The second and blended with that
　　　social history are the psychological facts and understandings that can be gleaned of her
　　　personality, make-up, attitudes and behaviors and her interacting with the family and
　　　particularly when she arrived at adulthood without having achieved acceptance, and third,
　　　the rather blatant and hostile environment replete with multiple pressures applied on this
　　　sister by Detective Saldate in his "interview" of June 30, 1990.

　　　On or about October 1971, father's Air Force assignment was Luke Air Force Base in
　　　Glendale, AZ. Family moved there, however, they discovered that the neighborhood
　　　where they lived was not as safe as they had anticipated. They therefore sold their home
　　　to move to a safer area with mother's family financing the move. Once they did move,
　　　however, mother reports noticing a change in Sandy's demeanor. Sandi is by now 5
　　　years of age. The mother reported that both girls knew about the dire finances and
　　　friction between mother and father, Debra, as the older, was entrusted with making sure
　　　the household rules were followed. According to mother, Sandy's animosity toward
　　　Debra became apparent. She was resentful and lashed out at everyone. Father
　　　disciplined Sandi by beating her with a belt and mother disciplined Sandi who had stolen
　　　money from her wallet. In addition, the problems were beginning outside the home as
　　　the school contacted the family about Sandy's disciplinary problems. Incidentally, Debra
　　　was apparently never or rarely in trouble. The family's move did not seem to help Sandy.
　　　She continued to refuse to do her chores and often reportedly, Debra would do them for
　　　her. Sandy's stealing continued. According to reports, after the father left for assignment
　　　in Saudi Arabia in 1977, described Debbie as quite popular, a good student and making a
　　　very pleasant appearance. She was also described as quite naïve and she would not
　　　believe that anyone could be mean or try to hurt her. In contrast, sister Sandy, was often
　　　sick with bronchial ailments. Life with her was described as an emotional roller coaster
　　　and Sandy's relationship with Debbie was as well. There were obvious elements of
　　　mixed feelings referred to as "ambivalence." Though mother and father separated, the
　　　girls remained in the same high school. Their rivalry continued. Apparently Sandi felt
　　　she could not live up to Debbie's achievements. Debbie was described as brighter, more
　　　popular, prettier and successful. When father remarried Debbie and Sandi felt rejected by
　　　their father and were quite hurt. He further alienated the girls by telling them lies about
　　　the break-up between the parents, blaming it entirely on their mother. Sandi was easily
　　　angered and was noted to associate with kids that no one else seemed to want to deal
　　　with. Mother received a job requiring her to be in Germany on or about March of 1983.
　　　By that time Debbie was 19 and Sandi was 16. Especially in light of mother's absence,
　　　Debbie apparently felt that she had to look after Sandi who did not want to have any
　　　thing to do with her older sister.

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 4...

The girls' relationship actually worsened after mother left. In 1984, Sandi wrote to her
mother how bad things were for her living with her natural father and stepmother. She
expressed feelings of inadequacy and that having the stepmother's daughter there made
her feel even more like an outcast. This is a repetition of her reaction to Debra while they
were living in ostensibly in an intact family. In 1985, when Sandi announced that she
was pregnant and the family felt all of this was scandalous, Debra felt that despite the
illegitimacy of the pregnancy, her family was treating Sandi unfairly. Even then, Sandi's
competitiveness with Debra showed through. If Debra could have a baby, why couldn't
Sandy? Why isn't she likewise entitled to her own will and control? Perhaps the
decision to keep the baby may have been one measure of the desperateness of her need to
validate herself because apparently whatever she was, it was never enough, whatever she
did was insufficient, and whatever she wanted was more than she was entitled. She even
goes through an ugly paternity suit with Mr. Jeff Martin. So apparently her own body
was not her province, which unfortunately reinforced all the bad feelings she already had.
She remained optimistic and in a letter to her mother in 1986, wrote that she believed that
she and her baby would merge somehow but also told her mother she and her father were
the main pains in her life, yet in spite of that she would rise beyond that and bond
successfully with her own baby. This is ambivalent that as both feelings at the same
time though they each be contradictory. It seems like success rarely, if ever, came on
Sandy's own terms. Perhaps this is why Sandi spoke with the media three times. It
always had to be against someone else, triumphing over some kind of adversity to which
she was subjected. Unlike Debbie, which in Sandy's eyes meant success just by being
alive. It was a formula that Sandi apparently never could master. Often Sandi tried to
work but ended in her quitting or getting fired. Sandi often blamed her problems
elsewhere. Debra, she thought, was always the perfect one. At that point, Sandi may
have felt 'Debbie can have a baby with a confirmed drug addict and she still comes out
smelling like a rose. Meanwhile, I, Sandy, can't buy my way into anyone's heart.' At
that point, 1987, Sandi decides to go to nursing school and Debra and Sandi live together
for several months, but apparently the relationship never improved. Among all their
differences, it appeared that their ways of disciplining children likewise had no point of
coincidence. Sandra used hard language and would spank, while Debra would use time-
outs and explanations. Sandra's child, Jason, had behavioral problems and Debra
attributed them to his hearing impediment and his often being sick. In contrast, Debra's
son, Christopher, was very bright and learned to speak quickly. Debra believed that
Sandra was jealous because of these differences. Knowing what I've learned about the
family, this became one more issue over which Sandra resented Debra and everything
Debra could do well. Also, it's reported that when friends of Sandy's would come to
visit, they would get romantically interested in Debra. This could only have poured more
salt on the wounds.

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 5...

On or about November 1987, Sandi sent a letter to her natural mother who reported that it
contained the extent of her financial crises, which was severe, including bad credit,
unpaid bills, and bad checks. This parent said Sandi expressed herself loathing. In the
letter Sandi asked mother not to think of her as a failure and stated that she would do
anything to prove herself worthy of the admiration that mother felt for Debbie. This is
part of Sandy's difficulties. She was locked in her own personality, her own character,
her own person and it was the wrong character, the wrong personality, and the losing
person. Pathetically, any success Debra had or even a success Sandra believed Debra
had, rubbed more salt in Sandy's wounds.

The most potent rage contained, nurtured and concealed by Sandi reached the surface
with the death of Christopher and the accusation of Debra as responsible. Here, almost
hand-delivered to her was the first opportunity to excel, exceed and step over her sister.
Throughout her life, Sandi was invested in a love-hate relationship with her sister. She
was desperate to be admired by mother the way she perceived Debra to be favored by this
parent. She had an impoverished sense of self-esteem and apparently had never felt like
she belonged anywhere. This is a psychological description of a person chronically
depressed. Unfortunately, she was reminded of that rotten feeling and deflated self-
esteem every time she encountered a situation in life that she did not handle well, and
every time Debra succeeded in something, anything. As it was to be revealed in Sandy's
affidavit after the trial she did not believe Debra capable of the crime of which she was
accused. This suggests to me that Sandy's contempt for Debra was accompanied by a
wish to be more like her and that once there was relief in the neurotic sense of Debra
encountering a major obstacle in her own life, Sandi was then freed to express the other
part of her ambivalence which was the enormous envy of her sister, but in a more healthy
way. Once also removed from the pressure and her own neurotic vulnerability, which in
my opinion, was relied upon and in some sense, abused by Detective Saldate, Sandi was
able to describe her feelings about the situation so long as that detective was no longer
pressuring or bullying her.

By the time Sandi is interviewed by Detective Saldate on June 30, 1990, we see that from
a psychological standpoint, Sandi felt like the 'bad sister', the disappointment, the
daughter entitled to nothing good, who despite her efforts to the contrary, could make no
one happy, feel comforted by her presence, not even her own son. She was seven months
pregnant, living in Colorado and Detective Saldate tries to make arrangements to see her.
She resists. Eventually, he pressures her by stating he will be there on a certain date
because his wish was to get what he wanted and not pay any attention to what Sandi
might have wanted. She is seven months pregnant and he threatens her with the
possibility of inducing labor as if what he had to do was more important than life itself.
Throughout the interview, in my opinion, he relied on and exploited every neurotic
weakness Sandi had. He encouraged her to describe everything negative about Debra,

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 6...

not giving any concern to whether or not he was facilitating the neurotic ramblings of an
ambivalent woman who on top of all of this was expecting a child, who had no attorney
present and who was recording the interview, or not, in slipshod and haphazard fashion.
In my opinion, what that interview demonstrated, is how vulnerable, impressionable,
frightened, and alone Sandi felt. Her thoughts about Debra became the excuse and the
billboard against which all of this was portrayed. Further, Sandra portrays herself as a
giving, available, loving sister who despite feeling put upon in the family, was available
to help Debra any way she could without any due concern for herself. This, I would
suggest, was a "wish list," not her reality at the time.

In my opinion, to a reasonable degree of psychological certainty, Sandy's testimony
regarding Debbie changed because it is the nature of neurotic problems, including
chronic depressive disorders, to contain ambivalence in them. That is, they contain
mixtures of apparent contradictory feelings such as love and hate, respect and contempt,
devotion and censorship, all at the same time. Place a person such that under what they
experience as inordinate pressure, especially when they are high vulnerable and the
results will follow one side of the ambivalence or the other. I believe, therefore, that
Sandy's testimony changes because she sees herself as changeable and that both sides of
the emotion apply equally well to her feelings about herself as well as Debra and were
exploited.

Certain of Sandy's comments to Detective Saldate were encouraged, reinforced and
pushed at by the detective in his questioning. It appears to me that he cleverly realized
that setting the stage for Sandi and encouraging her to say what he intuited with her
mixed feelings about her sister would in fact encourage her to say things damning about
her sister. Sandi said "Debbie did real well until mother left. After that for some reason,
Debbie had this vendetta against her mother." (p7) It was Sandy, not Debbie, who was
desperate for mother's approval and when mother left the country, it was Sandy, not
Debbie, who felt lost of the opportunity to ingratiate herself and win the admiration of
this parent.

Sandi said "I guess if they (our parents) expected anybody, it would be me they expected
to bring some guy home because I was always the rebellious one, you know. I was very,
very independent and Debbie was very, very conformed to what people told her to do she
would do." In point of fact, Sandi was not independent, she was for much of her life,
relatively aimless and stood alone and isolated because it was not clear to her how to fit
in and how to conform with people. Debbie apparently never had to conform to people
because people were eager to conform to her.

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 7...

Sandi further said, "Debbie didn't have any friends. The only time she called people was when she needed something. Very materialistic, very selfish, self-centered, very vain and conceited." (p10) According to the data this describes Sandy's misbehavior much more appropriately than Debra's. "She'd (Debra) would be gone for two weeks and then pop up with a new boy friend." That was not at all consistent with the other descriptions of Debbie's social behavior. Sandi then continues describing Debbie with her son, Christopher, dealing with him as a pain in the neck and casting him off for boy friend dalliances." This is also inconsistent with a woman who is described as using time-outs and explanations as ways of disciplining her child in contrast, of course, to Sandy.

Detective Saldate begins to encourage Sandi playing on her contempt and envy of Debra. He set her up with the words "they would say, well, Sandi must really hate her sister." Any one who spends five minutes with Sandi or had the opportunity to read all of these data would recognize immediately that one of things Sandi did not openly express with any kind of eagerness was the contempt for her sister. Here, Detective Saldate makes it okay to express this feeling, however, Sandi of course denies this blatant content contempt of her sister. He switches the subject to Debra receiving psychological tests to which Sandi offers "there's not a single thing wrong with that girl, it's been an act for years. She (Debbie) has perfected it. She is a master." The detective cleverly says "a master at deception." And then, the tape goes blank and we have no idea of the rest of that confrontation and manipulation.

It is also not surprising Sandi revealed her persecution and condemnation of Debra after the trial. Her envy and contempt of Debra motivated and drove her. However, post trial she was left feeling as empty and conflicted as throughout her life because the relief she thought she might feel never happened. It didn't happen because Debra was never the problem. Sandi has always been her own problem. Debra's tragic trial verdict was of no help to Sandi in coming to terms with her own demons. Post trial, Sandi could speak and reflect with a softer and gentler heart.

II.    The impact and relationship with the father, Mr. Richard Sadeik.
This parent is described as a chronic alcoholic. As far as the records reveal, he was never treated and in fact, never showed any interest in being treated for the addiction. He was described, on at least one occasion as stopping at a bar for some drinks with the "boys" on the way home from work and then once arriving at home, would drink a fifth of hard liquor. One could then imagine that the quality of his presence in the family was at best, questionable. It was surprising, therefore, that in his daughter, Sandy's account, this father is described as being available to the family. No one else described him this way. Furthermore and additionally, exerting a dysfunctional aspect of this family in addition to his drinking was the fact that he involved the girls in the fights of the parents. He did this by being loud and apparently not particularly caring whether or not the girls

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 8...

overheard that he and their mother yelled at each other. On occasion, again showing the
ambivalence I described in summarizing Sandy's difficulties, he referred to mother
"know nothing Kraut." And at other times he said to her that he was very proud of her as
the prettiest woman on the base. This kind of mixed feelings of almost sadistic but
totally insulting and angry hostility mixed with the kind of narcissistic omniscient
worship is characteristic of primitive personalities and I believe describes this parent very
well. He believed that not only being a member of the armed forces but being a member
of the Correctional and Law Enforcement Community, carried with it a special bond.
That bond meant that one did not distort the truth. This is, of course, in the face of many
of his statements, which were obviously riddled with his own blind prejudice and hate.
As he was to confide in the post-trial affidavit, he believed everything Detective Saldate
told him because they were both member of the law enforcement community and of
course, would never lie or distort the truth. Obviously, they both did. In the trial
transcript this parent credited himself with being available to the girls. According to
Debra, in particular, but somewhat to Sandi as well, this parent was not available.
According to the mother he couldn't have been available because of alcoholism. He may
have credited himself with being present in the home but through the alcoholism he
certainly wasn't aware of what was going on, especially for the girls. At one point when
he was out of work mother connections on the base involved members of the German air
force who were officers. The father absolutely refused to accept even suggestions from
them for employment and I think partially because of his envy of their officer status and
secondly, the shame and humiliation of being in the position where he needed some help.
How things appeared to others was apparently more important to him than how they truly
were. He acted as if he believed it were true that one swallow did in fact make a summer.
The girls' mother took pride in education and from her own history we learned that being
bilingual actually helped her get out of the environment. It was natural, then that she
wanted the girls to be bilingual forbade it. There is no explanation, there is no rationale,
there is no reasoning and I suspect this was the case with this gentleman all along. It was
his way or the highway. The father wanted other people apparently to think of him as
being capable, competent and a good provider, even if he wasn't. It is not surprising,
then that father turned on Debbie with his trial testimony and then later recanted. The
father's sense of disappointment in himself and frustration with his lack of productivity
was expressed in his sarcasm and contempt in the fighting between and his wife. The
girls, incidentally, were subjected to this and added clearly to the dysfunctional nature of
this family. The mother, in response, would learn to keep problems inside herself and the
girls observed this, learning how to hide feelings which each then probably misused as
they went through their lives. In fact, it's not really clear where father's loyalties did lie.
For example, he told his ex-wife that he did not love the lady who was to become his next
wife, that she was, in fact, a cow but that he would have been stupid to let her and her
money get away. This is hardly the kind of sincerity or clarity of thought and reasoning
we would expect young people to learn.

Lori L. Voepel, Attorney at Law
State of Arizona v. Debra Jean Milke/CR 89-12631
June 6, 2002
Page 9...

I believe it was, therefore, entirely within reason to observe father change his attitude
between his trial testimony and his later post-trial affidavit regarding Debra.  In fact,
throughout much of this family's history there was an absence of consistency, of
adhesion to the truth and to reliability and sensibility of discipline.

Thank you for the opportunity to assist you in this matter.  If I might be of further assistance to
you please do not hesitate to call on me.

Sincerely,

Dr. David A. Biegen
Licensed Psychologist

Michael D. Kimerer, #002492
Lori L. Voepel, #015342
Kimerer & Derrick, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012
Telephone: 602/279-5900
Facsimile: 602/264-5566
Attorneys for Petitioner

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| DEBRA JEAN MILKE, | )   No. CV-98-0060-PHX-RCB |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )   **AFFIDAVIT** |
| TERRY STEWART, et al., | ) |
| | ) |
| Respondent. | ) |
| | ) |

My name is Renate Janka. I am over the age of eighteen years and have personal knowledge, which forms the basis for this affidavit. I have never been convicted of a felony and I am competent to make this affidavit. If I was called to testify, under the penalty of perjury, I would testify to the following:

1. I am the mother of Debra Jean Milke, the petitioner and defendant in this case. I live in Emmetten, Switzerland with my husband, Alex Janka.

2. I was previously married to Richard Sadeik. I had two children with him, Debra and Sandra. I

1

subsequently divorced Richard Sadeik and married Alex Janka.

3.  My only personal meeting with Detective Saldate was on the day of my grandson, Christopher Milke's, funeral on December 7, 1989.

4.  After the funeral, I asked to be taken to the Police headquarters to meet with Detective Saldate and discuss what had happened to my daughter, Debra Milke.

5.  Detective Saldate appeared cordial at first, but when I started asking questions he quickly tried to control me psychologically.

6.  He made remarks such as, "She is guilty as hell," "I will make sure she will roast," "She will never see the light of day again," and "Ma'm you'd do better by returning to where you came from and fast."

7.  During the meeting, I asked him if I could see the confession.   He said that he was done with me and "you are wasting my time."

8.  I then asked him for the name of the defense counsel, which he provided. During the remaining days that I was in the United States, I tried to contact Ken Ray to no avail. Mr. Ray never returned my calls and never attempted to call me as a witness.

9.   Detective Saldate also went to visit my daughter Sandra in Wyoming while she was seven months pregnant.   Sandra then called me and told me that Saldate had put her under extreme duress.   Sandra told me that Saldate had pressured her into calling me to induce me into being a witness for the State.   Sandra seemed very agitated and fearful of Saldate.

AFFIANT FURTHER SAYETH NAUGHT.

_____
RENATE JANKA


Country  _SWITZERLAND_


SUBSCRIBED AND SWORN to before this _____ day of _____ _____, 2002.


_____
Notary Public


My Commission Expires:

_INDEFINITE_


## Beglaubigung:

Die unterzeichnete Urkundsperson bescheinigt hiermit, dass die ihr persönlich bekannte

- **Frau Renata Sigrid Janka-Seiler, geb. 21.11.1942, amerikanische Staatsangehörige, verheiratet mit Janka, Alexander, wohnhaft in CH-6376 Emmetten, St. Annaweg 13**

die oben angebrachte Unterschrift als ihre eigene Unterschrift anerkannt hat.

CH-6376 Emmetten, 13. Mai 2002



Die Urkundsperson:
Franziska Stalder
Gemeindeschreiberin

Michael D. Kimerer, #002492
Lori L. Voepel, #015342
Kimerer & Derrick, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012
Telephone: 602/279-5900
Facsimile: 602/264-5566
Attorneys for Petitioner

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| DEBRA JEAN MILKE, | ) | No. CV-98-0060-PHX-RCB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **AFFIDAVIT #1** |
| | ) | |
| TERRY STEWART, et al., | ) | |
| | ) | |
| Respondent. | ) | |

My name is KIRK FOWLER.  I am over the age of eighteen years and have personal knowledge, which forms the basis for this affidavit.  I have never been convicted of a felony and I am competent to make this affidavit.  If I was called to testify, under penalty of perjury, I would testify to the following:

1.  I work full time as a private investigator.  I was licensed to practice in the State of Arizona in 1987. The majority of my work is in the area of criminal law.

1

2. My training and experience are set out in the herein attached resume, which I incorporate as a part of my affidavit.

3. I have investigated over a hundred serious criminal felony cases for the defense.

4. I have investigated at least 10 death penalty cases for the defense.

5. I was the original court appointed investigator for the defense in this case. I was the only investigator working on this case. I worked as the investigator in this case from its beginning until sentencing.

6. During my investigation of this case I spent a great deal of time with Debra Milke. I was able to observe her and became familiar with her personality traits and characteristics. I found her to be honest and forthright. When I visited her in jail she cooperated with me fully, however, during my visits she would break down and cry, when the discussion focused on her murdered son. She never lied to me or tried to deceive me. It was obvious she was grieving for her lost child.

7. I was present throughout the trial. When Debra testified I was surprised by her flat affect, odd demeanor, and confused answers. While testifying, she

2

did not show any emotion.   She appeared disjointed in her thought process when answering questions and was clearly confused.   This was not consistent with how I knew her to be after months of close observation of her.   Yet, when recesses were taken, and she was placed alone in the holding cell, she would break down and cry profusely.

8.   I confronted her with my surprise at her behavior, and the reasons for it.   She responded that she could not allow herself to break down or to show her feelings in public.   She told me that she was terrified that if she did not totally control her emotions and even let go a little, she would break down and not ever be able to regain control.

9.   I have read attorney Kenneth Ray's affidavit, the attorney who represented Debra Milke during the trial phase of the case.   I agree with the statements made by him in the affidavit that relate to the investigation of the case.

10.   It is my position and opinion that I did not have the necessary latitude to investigate this case the way it should have been investigated and the way I wanted to investigate it.   I did not have the necessary latitude to investigate this case properly, because of

financial and time restraints placed on me by the court.

11.   I worked with Mr. Rosenquist, Debra Milke's initial habeas corpus counsel, in the post conviction investigation of this case, and, as exemplified by the contents of the Petition filed in this case, the pretrial investigation was far from complete.

12.   It is my professional opinion, based on the facts that were developed in this case, that Debra Milke never confessed or admitted to any involvement in the death of her son, Christopher Milke, when she was interviewed by Detective Armando Saldate.   I would not have assisted Mr. Rosenquist in the post conviction proceedings if I had any doubts about her innocence.

AFFIANT FURTHER SAYETH NAUGHT.

_____
KIRK FOWLER

STATE OF ARIZONA      )
                      ) ss.
County of Maricopa    )


    SUBSCRIBED AND SWORN to before this _14_ day of May, 2002, by KIRK FOWLER.

_____
Notary Public

My Commission Expires:

_____1-7-03_____



OFFICIAL SEAL
KATHERINE A. ROTH
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Jan. 17, 2003

4

# William S. "Kirk" Fowler

Owner Kirk Fowler Investigations
Arizona License # 8703004
7845 East Evans Road Suite F
Scottsdale, Arizona 85260
Phone (480) 443-4740  Fax (480) 443-0529

## INVESTIGATIVE WORK HISTORY

1960-65 U.S. Border Patrol. Stationed in Arizona, Texas and Washington. Actively involved in investigating, arresting and prosecuting alien smuggling groups operating out of Mexico.

1965-69 Immigration & Naturalization Service Investigative Division. Stationed in New York City and Los Angeles. Investigated aliens that were involved in criminal, immoral and narcotics violations as well as fraudulent claims of U.S. Citizenship.

1969-86 U.S. Drug Enforcement Administration. Stationed in Los Angeles, New York City, Washington D.C., Mexico City, Dallas and Phoenix. Specialized in conspiracy investigations.

Inaugurated the DEA office at JFK International. Responsible for everything from office space and set-up to coordination with foreign counterpart offices as well as being responsible for developing DEA systems and procedures unique to the airport environment.

Mexico City: Responsible for the DEA intelligence network in Mexico and Central America. Dallas: Responsible for intelligence for a seven state area. Developed and implemented procedural systems in maritime, aerial and land smuggling that are still being used. Phoenix: Responsible for enforcement, intelligence and task force groups as well as the marijuana eradication campaign for the state of Arizona.

1986-Present Private Investigator: Worked background, industrial espionage, financial, medical malpractice, pre-investment, homicide and rape investigations.

## LANGUAGE SKILLS

Speak, read and write Spanish. Attended the Border Patrol Academy as well as the State Department Spanish course. Stationed in Mexico City for 1 & ½ years.

## EDUCATION

BA in history with a minor in Social Psychology.

## OTHER SKILLS

Over 40 years experience in the Martial Arts, currently a 6th Degree Black Belt in Ki Aikido. Taught self-defense, arrest techniques, intelligence, undercover work and raid planning at DEA National & International Academy as well as various state & local training academies. Taught the governor's security detail and various corporate security groups.

Michael D. Kimerer, #002492
Lori L. Voepel, #015342
Kimerer & Derrick, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012
Telephone: 602/279-5900
Facsimile: 602/264-5566
Attorneys for Petitioner


## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| DEBRA JEAN MILKE, | ) | No. CV-98-0060-PHX-RCB |
|  | ) |  |
| Petitioner, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **AFFIDAVIT** |
| TERRY STEWART, et al., | ) |  |
|  | ) |  |
| Respondent. | ) |  |
|  | ) |  |

My name is Bärbel Jacks. I am over the age of eighteen years and have personal knowledge, which forms the basis for this affidavit. I have never been convicted of a felony and I am competent to make this affidavit. If I was called to testify, under penalty of perjury, I would testify to the following:

1. I was formerly an investigative reporter for Focus TV Productions in Germany who prepared a program on the Debra Milke case in 1998.

1

2.   On Saturday, August 29, 1998, at approximately 11:30 am, I went to see Debra Milke's sister, Sandy, at 555 Ray Road, Apt. 167, in Chandler, Az., in order to interview her.

3.   I initially rang the bell and at first nobody opened. Then I attempted to contact her by phone.  As I was about to leave, I met Sandy's son in front of the apartment.  He then introduced me to his mother, who was inside the residence.

4.   Sandy invited me into the apartment, but did not want any cameras and/or recording devices in the house.

5.   We spoke for approximately thirty minutes.  She said that she did not believe that her sister was capable of committing the crime for which she was convicted.

6.   She also said that her father believed that Debbie was innocent, and that he maintained that belief until the day he died in late March.

7.   She then went on to explain the remarks that she had made in 1990 and 1991.  She explained how the media had distorted her remarks and that she never meant to "sink" her sister, as some people had accused her of doing.

8.   She then explained the conversation that she had after Christopher's death with Detective Saldate.

2

She explained that she never meant to implicate her sister as a murderer or as an instigator of the terrible events surrounding the death of Debra's son, Christopher.

9.   She said that in case of a retrial, she would be willing to testify that Debbie was not the kind of person who would have her son killed.

10.   During the interview, Sandy appeared composed, in total control of her senses and very well informed about the case.

11.   She was very concerned about talking to the media and wanted more time before she would go on record with her views.

AFFIANT FURTHER SAYETH NAUGHT.

_____
BARBEL JACKS

BAVARIA
Country of ⌊ Germany_____

    SUBSCRIBED AND SWORN to before this _17th_ day of May, 2002, by BARBEL JACKS.

_____
Notary Public

Commission Indefinite

_____

*File No. 1191/k/2002*

3

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

STATE OF ARIZONA,           )
                            )
            Plaintiff,      )
                            )
        vs.                 )   CR 89-12631
                            )
DEBRA JEAN MILKE,           )
                            )
            Defendant.      )
_____    )


Phoenix, Arizona
June 30, 1990


### TRANSCRIPT OF PROCEEDINGS


### Interview of Sandra Pickinpaugh


**APPEARANCES:**

>     Mr. C. Kenneth Ray II
>     Attorney for the Defendant
>
>     Mr. Noel Levy,
>     Deputy County Attorney
>
>     Mr. Armando Saldate,
>     Examiner


**COPPERSTATE REPORTING SERVICE, INC.**
**1836 East Thomas Road**
**Phoenix, Arizona 85016**
**(602) 266-2601**

**Roxanna Neier - Transcriber**

1        INTERVIEW OF SANDRA PICKINPAUGH

2

3            MR. SALDATE:  The date is 6-30-90.  The time is

4    12:07 about your time, right?  And I'm Armando Saldate and

5    I'm a detective with the Phoenix Police Department.  I met

6    you once.

7            MS. PICKINPAUGH:  Right.  (Inaudible)

8            MR. SALDATE:  I met you later on.  Didn't you come

9    in with your mother (inaudible).

10           MS. PICKINPAUGH:  Right.

11           MR. SALDATE:  You met me and wanted to talk to me.

12           MS. PICKINPAUGH:  (Inaudible) right after the

13   funeral.

14           MR. SALDATE:  Yeah.  How do you spell your last

15   name, Sandra?

16   A    P-i-c-k-i-n-p-a-u-g-h.

17   Q    P-a-u-g-h?

18   A    Uh-huh.

19   Q    What is your date of birth?

20   A    8-9-66.

21   Q    Your address is 755 --

22   A    Riverview Drive, Number 4.

23   Q    And the phone number here is?

24   A    Area code 307-075-9164.

25   Q    Thank you.  Is there where your husband works?

1       A     Um-hmm.  Yeah, he got (inaudible)  His brothers

2    live here.  One lives here and one lives in Rock Springs.

3    And he was here on vacation and got offered a job over in

4    Rock Springs.

5       Q     (Inaudible)

6       A     Well, the first job that he got was a

7    refrigeration technician.  He got offered a job here for a

8    local refrigeration company as a technician then they laid

9    him off in February and (inaudible) he just got accepted for

10   a job at Chevron.  He's going to be a control operator for

11   Chevron Chemical.

12      Q     That's here too?

13      A     It's in Rock Springs.

14      Q     Rock Springs?

15      A     Yeah.  It's really a nice little community to live

16   in.  It's a smaller community than Rock Springs.  It's just

17   (inaudible).  It's just a little bit cleaner than Rock

18   Springs.  Rock Springs has all the malls and the K-Marts and

19   the grocery stores but it's only 11 miles up the highway.

20      Q     Yeah.  So it's really not that bad huh?

21      A     No.  And (inaudible).

22      Q     When was the last time you talked to your sister?

23      A     My son's birthday, November 11th.

24      Q     November 11th of?

25      A     '89.

4

1    Q    Did she call you?

2    A    Um-hmm.

3    Q    What did she have to say?

4    A    Well, she called to wish Jason a happy birthday

5    and also to tell me about the results of the hearing.  I

6    guess Mark had filed some kind of papers to try and get

7    joint custody of Christopher and she had just attended the

8    hearing that previous week.  And was really happy because

9    the judge denied him joint custody and she just was really

10   happy about it.  Because he didn't get any part of the

11   custody.

12   Q    Since then have you talked to her?

13   A    I send her money once a month but I just put it in

14   a manila envelope and just address it to her at the jail.  I

15   don't write anything in it.  The first time I sent her mail

16   I wrote her a note saying that I wanted -- if it was

17   convenient for her to have somebody change her address, to

18   forward her address to the jail.  And (inaudible).

19   Q    Why are you (inaudible) mail?

20   A    Well, at the time the Debby was arrested there

21   were packages from Germany and Switzerland in route to her

22   (inaudible) and they were valuable packages.  I just went in

23   and had the mail curved over here so we would get the

24   packages.  Because of overseas rate my grandparents would

25   have to pay to have it shipped back to them.  It would cost

1    two to three hundred dollars to ship it back.

2         Q    Oh, really?

3         A    Yeah.  I mean every Christmas they send, you know,

4    a humongous package and it cost a lot of postage.

5         Q    How is your mom doing?

6         A    My mom, she's feeling better.  She's getting

7    better.  She's (inaudible) and she's got other problems to

8    deal with, you know, in her own personal life.

9         Q    Her marriage?

10        A    Well, (inaudible) it's just that -- it's typical,

11   typical (inaudible).  They just finished building a brand

12   new house and they're landscapers, you know.  The typical

13   things, landscapers are trying to squeeze extra money out of

14   them, contractors are trying to squeeze extra money so she's

15   busy with that.  You know, that's got her all --

16        Q    No problem with the marriage?

17        A    No.  It's just, you know --

18        Q    She's a real nice lady, seemed to be a real nice

19   lady.

20        A    She is.  Yeah, she is.  Unfortunately I really

21   never -- never was real close to her so we just started

22   becoming friends, I'd say about three years ago.

23        Q    I don't really know your dad at all.

24        A    My dad's a character.

25        Q    I don't know him at all.  They had a chance to --

1    other detectives had a chance to talk to him before I got

2    there.

3         A    Yeah.  I think he's talked to the defense, he's

4    talked to the prosecution, he's talked to --

5         Q    Well, he's a security guard or a prison guard?

6         A    Right.

7         Q    You know, he knows all the -- he's been around and

8    has had a chance to be interviewed before.  Then they had

9    him I remember he was telling me on the phone that he was

10   investigated because Mark said he threatened his life.

11   Stuff like that.  And I called him -- I called the DOC, his

12   employment.  Mark's dad -- see we got -- initially we got a

13   police report saying that Mark said that.  I called down

14   there to see what was going on because it wasn't really a

15   report I should handle but it was given to me because

16   (inaudible).

17        And I called down there to talk to Mark to see

18   what the heck was that all about.  And Mark's dad said he

19   wasn't there but let me tell you something.  If anybody was

20   threatening anybody it was Mark threatening your dad, you

21   know.  So that's when I called DOC (inaudible).

22        A    They'd been at odds with each other -- typical, I

23   think any father would probably react, not even talking

24   about the murder, I mean.  My sister is a very attractive

25   person.  She's very intelligent and my parents had a lot of

1    aspirations for her, you know, a lot of plans for her, you

2    know, and Debby did real well until my mom up and left.

3    After that for some reason Debby had this vendetta against

4    (inaudible)

5         Q    Your mother --

6         A    (Inaudible).  She, well, I think (inaudible) was

7    more so than my dad.  After the divorce my dad just kind of

8    stays, you know, in the background.  (Inaudible) we knew

9    where he was at and we knew where he was at.  My dad never

10   made any attempt to push her after the divorce because he

11   wanted us to find out for ourselves, you know, the things

12   that happened.  We were so young, I was 10, Debby was 12 and

13   so he never pursued us kids.  He never forced us to come and

14   visit.  We would call him and say, you know --

15        Q    Who were you living with?

16        A    Our mother.  And he -- it's just been that way

17   through the years.  He was always in the background.  He

18   always lets us know that he loves his kids and that he's

19   there but he's not going to pursue us.  You know, he doesn't

20   want to get -- he never wanted to interfere with anything,

21   you know.  And when Debby brought Mark home for the first

22   time it really just crushed both my parents actually because

23   -- I guess if they expected anybody it would be me they

24   expected to bring some (inaudible) guy home because I was

25   always the rebellious one, you know.  I was very very

8

1   independent and Debby was very very conformed to what people

2   told her to do she would do.  You know, she would -- there

3   was no love lost between Mark and my dad.  My dad treated

4   him like a son-in-law, was decent to him.  I can't ever

5   remember a time (inaudible) odds with each other.  But by

6   the same token every time Debby would call my dad and say

7   well, Mark's drinking again and they just (inaudible) again

8   or Mark (inaudible) my dad would just hey, you made your bed

9   now you got to lie in it, you know.  I'm here for you if you

10  need me but don't expect me to bail you out.  Every time

11  Mark went to prison Debby would be on the phone asking my

12  dad for this, that and the other and my dad said no, I can't

13  do that.  To a lot of people I guess that would seem cruel.

14  But that was just the way  my dad was and he was very up

15  front about it all the way through the years we were growing

16  up.  He said I'm your father.  I'm responsible for you until

17  you're 18 but after that it's none of my business.  I can't

18  form an opinion, I just accept and, you know, if you need me

19  for anything I'm here but I will not bail you out

20  financially.  I will not (inaudible).  And he's just that

21  way.

22       Q    We both know Mark is probably not the best person

23  there ever was, you know.  He has tried to come across that

24  way now, I mean, you know, he was father of the year before

25  and all of a sudden it's (inaudible).

9

1       A       (Inaudible)

2       Q       We know that.  The situation -- we should be going

3   to court pretty soon on -- I would say it could be -- we

4   were (inaudible) the 17th of July.  However I would say it's

5   probably going to be continued till mid September, first

6   weeks in September.  It's going to be some time before it

7   goes to court.

8               Debra's going to probably be the first one they

9   are going to put on.  And so she's going to be the first one

10  to come up.  I'll be very honest with you.  The attorney's

11  going to seek the death penalty.  Whether you agree with it

12  or I agree with it, I have nothing to say whether I agree or

13  disagree.  I just prepare (inaudible).

14              Do you agree with the death penalty?

15      A       Do I agree with it in general terms or --

16      Q       Just general terms.

17      A       Oh, yes, I agree (inaudible).

18      Q       Now let's bring it out a little more.  What do you

19  think about the situation with Debra?

20      A       What happened?

21      Q       Right.

22      A       It's really hard for me to say because there's so

23  many theories floating around and so many, you know, it's

24  just such a, you know, no planning, you know, nobody first

25  saw anything per se, I mean --

1      Q      Okay.   There was no planning on your part to be

2   able to accept something like this.

3      A      Well --

4      Q      But there was plenty on her part.

5      A      Sure.  But none it -- there were no clues or

6   signs.  You have to understand, Jim and I were very, very,

7   very close friends.  I mean, he was at my house every day.

8   Even after we moved here I think I talked to Jim at least

9   three times a week.  Even after living here.  And I didn't

10  even get any signs from him.  I mean, nothing at all which

11  is very very unlike Jim.  I mean, you can pretty much coax

12  anything out of Jim, you know, and I --

13     Q      He didn't know at that time to even try to coax

14  anything out of him.

15     A      Well, no but still, you know, you could always

16  tell when something is just not right especially with a good

17  friend.  You can tell when something is just not

18  (inaudible).

19     Q      What was Debby's position with Jim?

20     A      Well, I (inaudible).  She was never as close to

21  him because my sister didn't have any friends.  The only

22  time she ever called people was when she needed something

23  and she's always been that way.  She does not have friends.

24  She's never had friends.  You know, I'm talking about like

25  my girlfriend Dee, I've know her 13 years and we talk to

1    each other, you know, I mean not in lieu of friends but, you

2    know, we just --

3              Debby has never had any true friends to her name.

4    It's just people that she's acquainted with that when she

5    needed something then she calls them up (inaudible), you

6    know, and Jim was one of those people.  Jim knew both of us

7    from living in -- Debby and I used to live together in a

8    complex and I would work nights.  Debby worked days and we

9    would take turns taking care of the kids, both together.  So

10   she knew Jim in that sense.  I mean, she never spent any

11   time with him or, you know, I mean, every once in a while

12   she'd go out with Jim and me when we'd go out dancing or

13   drinking or something.

14             It was really weird Debby pretty much (inaudible).

15   I didn't even hear from Debby until she wanted something.

16   And we'd go months at a time.

17        Q    Okay.  This is the impression I got.  Correct me

18   if I'm wrong because like I said I didn't know Debby before

19   this.  I didn't know Jim before this.  I didn't know Roger

20   before this.   I've talked to some people that knew Debra.

21   They referred to her as very materialistic.

22        A    She was.

23        Q    Would you believe --

24        A    Oh, yes.  Yes.  Very materialistic, very very

25   selfish, self-seeking, self-centered.  Very very vain.

12

1    Conceited, I mean, just greatly conceited about herself.

2    There was nothing she doubted about herself as far as

3    outward things like her appearance or things that she wanted

4    or pursued she got.  She knew it early.

5         Q    How about -- you know some people are very good at

6    -- if I could sit here and say that door is red.  You and me

7    can both see that that's a white door.  But if I want it to

8    be red I'll make it red.  If I want to set my mind that that

9    door is red, it's red.

10            If Debby was to set her mind on something that

11   wasn't really the truth, would she do that?  Was she that

12   type of person?  Other than convincing other people.  I mean

13   could she convince you that, you know, she may not look good

14   that night when she went out.  You could have seen it,

15   somebody else (inaudible)

16        A    But to tell her that --

17        Q    To tell her that would be impossible because she

18   thought she looked (inaudible).

19        A    That's a good example.  When we would go out she

20   always did her hair up and had a lot of eye make-up and I

21   would casually say, you know, that's a little bit much Debby

22   and she'd say, oh, you're just jealous because you don't

23   have my blue eyes or you can't get away with this like I

24   can.  I mean, you could not -- anything that you tried to

25   tell her she would probably take it with a grain of salt and

1    just amaze you by sitting there and listening to you.  Do

2    you know what I mean?  You would try to offer her -- or

3    somebody might have tried -- she would use it -- how do you

4    explain it.  She would use it.  The only time she would come

5    to you when she -- when you felt, you know, she's probably

6    had enough.  You know, she needs a friend and then she'll

7    turn and use it against you.  You know, the only time she

8    would break down was when she wanted something or -- or

9    wanted something changed.  You know what I mean?  Like she

10   would --

11        Q    And that's when you thought that maybe she was

12   finally --

13        A    She was going for the better.  She was finally

14   going to better herself and all it was -- actually with me

15   all it was was a ploy to take Christopher for a couple days

16   which turned out to be a couple months.  You know what I

17   mean.  She would come to me and say, you know, I'm so

18   scared.  Mark has threatened me and this and that and now

19   he's in jail.  Should I go through with the divorce.  And I

20   mean we would all coach her, you know, we'd all say, yes,

21   stay out of his life.  We'll do whatever we can to help you,

22   bingo, she scored a point.

23             Friends would lend her money and say here, you

24   know, we would take her to -- drive her around.  She'd

25   borrow my car.  I would keep her kid and then two weeks

1    later nothing would be done.  She would have spent the

2    money, you know.  Usually my car would be a total mess when

3    she brought it back and she would never come visit

4    Christopher.

5              You know, she would just be gone for two weeks and

6    pop up with a new boyfriend.  See what I mean?  That's the

7    only time you would ever see her (inaudible) to her

8    advantage.  I don't think I've ever seen her want literally

9    honest in saying that she'd had enough.  I really thought

10   this last time she went to Colorado to stay with Dorothy.

11   She was very sincere.  Her boyfriend had given her money and

12   she lied to him.  She told him she just needed it for the

13   divorce and then she took off on him.

14             I helped her pack and stored some of her stuff and

15   everybody just pitched in to help her because we all felt so

16   sorry for her.  And then when she got up there she did

17   nothing but hand her kid over to Dorothy and then she had a

18   boyfriend two days later and spent a lot of time over there.

19   And she was stuck with Christopher -- Dorothy was.  You

20   know, it's always the same thing.  I don't think once

21   Debby's been honest with anybody when she needed help.  I

22   don't think she honestly reached out for help.  It was

23   always for another reason.

24        Q    (Inaudible)

25        A    (Inaudible)

1    Q    Not recently, briefly.  I've got the police report

2    of the neglect in Colorado.  (Inaudible) talk to her.  She's

3    living where now?

4    A    She's in Henderson (inaudible)?  She just went to

5    work for that brand new hotel that went up.  I don't

6    remember the name of it.  Brand new hotel they just put up,

7    casino hotel.

8    Q    Mirage?

9    A    That's probably it.

10   Q    In Las Vegas?

11   A    Yeah.

12   Q    And I'm not saying this because I know you and

13   I've talked to you several times.  And I could sit here and

14   look at you and I know this is difficult for you saying

15   things but if somebody else was to listen -- or somebody

16   else (inaudible) that I'm on the opposite side.  They would

17   say well, Sandy must really hate her sister.

18   A    (Inaudible)

19   Q    That's not true though?

20   A    No, it's not true.

21        (Both talking at once)

22   Q    I know it and I say that only, you know, I know

23   you don't.  I know it's difficult for you to even have this

24   interview.  When you start talking about your sister, things

25   you have to say but we have to be honest.

1          Debra has gone through the psychological tests

2     (inaudible) to see, of course, if she was --

3          A     Unstable.

4          Q     Unstable.

5          A     Debby's more sane than anybody you know.  Debby is

6     a highly intelligent person.

7          Q     Oh, I know.  I agree.  She told me that night we

8     had that interview.  One of her points to get across to me

9     was I hope people don't think I'm crazy because I'm not.

10         A     She's not.  There's not a thing wrong with that

11    girl.  I think -- like I said it's just been an act for so

12    many years that she's just perfected it.  And she's a

13    master.  She is a master.  You talk to anybody who's known

14    Debby from this high all the way to her age now and they

15    will tell you the same thing.  Anybody that has ever passed

16    in Debby's past will tell you.  It's very difficult -- I've

17    know her since --

18         Q     Master of deception, master of --

19         A     Yeah, master of deception to she's a master of

20    manipulation.  That's probably foremost more than anything

21    else.  Debra has a way with people.  She puts on this facade

22    that makes people feel so sorry for her that they are going

23    to do just about anything.  And, I mean, right down to -- I

24    couldn't even put a limit on what they would do for her.

25    Because she just puts on this -- I don't know how to explain

1    it. It's an act. It's a -- you know, my dad is the hardest

2    person in the world, I'll tell you. You want something from

3    my dad you better, you know, just to look at my dad -- When

4    I know I have to ask for something my dad just makes me

5    shake inside my own boots, you know. And my sister even

6    managed to get past him. Which in my mind is just

7    incredible. My mother is easy. My mother's cake, always

8    has been cake for both of us kids.

9         Q    Let's keep this -- stay on this subject for a

10   minute about she has this thing about getting people to do

11   anything for her. This is what I, you know, after I

12   interviewed Scott, I interviewed Jim, I interviewed your

13   sister. I interviewed probably virtually --

14        A    Everybody.

15        Q    (Inaudible) you know me. I -- you know basically

16   what happened. Basically --

17        A    I just know that they plotted this thing -- the

18   theory is they plotted this --

19        Q    Debra tells me -- and I'll tell you what Debra

20   told me. Debra tells me -- told me that night. I'm trying

21   to put it in a different -- Ernie Sweat -- you know Ernie

22   Sweat?

23        A    I met the man once.

24        Q    Let me explain -- was a very clear minded person.

25        A    Oh, yeah.

18

1       Q    He liked Debby for other reasons.  He liked Debby

2    because Debby was a nice girl.  Debby was a very good

3    looking girl to take on dates.  Him and Debby were having

4    sexual relations.  But he was also dating other girls.

5       A    Right.

6       Q    Debby had it in her mind --

7       A    That it was something different.

8       Q    There was something serious and --

9       A    Well, the phone call on the 11th when she called

10    on Jason's birthday she told me that Ernie had proposed to

11    her and that they were going to get married just as soon as

12    she could make arrangements with -- excuse me.  They were

13    going to get married as soon as Ernie spent a little bit

14    more time with Christopher and got a little bit better

15    adjusted to Christopher.

16            Which was understandable to me at that time

17    because (inaudible) too, you know.  Yeah, but she had told

18    me all that.  And Jim had called me three days later and

19    told me that Debby was hallucinating.  Which was normal.

20    Debby -- like you were talking about the red door.  Debby

21    sees what she wants to see.  Debby hears what she wants to

22    hear.

23       Q    Let me write that down because I think it's a very

24    good point.  And I'll tell you in a minute why.

25       A    (Inaudible)

1      Q      And then three days later who called you?

2      A      Jim did.

3      Q      Did you tell him about this?

4      A      Well, I had made the comment.  I said Debby had

5  sounded really well.  This was the first time I had actually

6  heard her happy in a year.  And that I was glad the

7  relationship with Ernie was going well and he said where did

8  you hear that?  And I said she told me.  And he said well,

9  Ernie and she had been back and forth for the last couple

10 weeks.  You know, bickering back and forth over -- I guess

11 she proposed an ultimatum to him and he didn't like that.

12 Which was normal.  Debby (inaudible) quite normal.  And

13 that's what they were bickering about.  She gave him an

14 ultimatum.  She says, you know, either we do it this way or

15 we don't see each other anymore.  You know, and I think

16 Ernie really liked Debby a lot but she puts men in that

17 position to where they don't have a choice.

18         So he said that they were bickering about it.

19 Which kind of made me wonder but then again, if you've dealt

20 with her for so many years you figure well --

21     Q      Jim said that Debra was hallucinating now?

22     A      Well, it didn't come out exactly, you know, she's

23 hallucinating.  When he had told me that they were having

24 problems I said well, that's typical Debby, always seeing

25 things they way she wants to see them.  And he said well,

1    yeah.  He knew about Debby's character just from experience.

2    Like I said just from me talking to him.  Whenever she would

3    put on over on me, you know, Jim was who I'd go to and say

4    well, she did it again.  One of these days I'm going to

5    learn, you know.  So Jim knew Debby's character from me, you

6    know, he knew what he was in for.  As a matter of fact the

7    night that -- while him and Debby were loading up the truck

8    Jim got really quiet.  He got really scared.  He said he

9    didn't want him to leave and I asked him why  and he said

10   because I know what your sister is.  Your sister is just

11   going to come and hound me and use me.  He knew it.  And he

12   was petrified of it.

13        And I said, Jim, tell her no.  Just tell her you

14   don't want the responsibility of taking care of Christopher.

15   That you don't want her living with you and I think they

16   lived here a week and he called.  Guess what.  See, that was

17   him.  Jim could not say no to anybody.  I mean, Jim just

18   does numerous things for people.  He's just that kind of

19   person (inaudible).  He would call me and say I'll be over

20   in 10 minutes, I'm right around the corner from you and show

21   up two hours later.  You know.  It was because he saw a lady

22   on the highway with her car, you know, or somebody needed a

23   ride somewhere.  Jim just did not have the ability -- he did

24   not have the strength to stand up for himself.  Did not have

25   the ability to say, you know, I'm not going to take this.

1   He would always just crumble and say well, I'll get over it.

2   He did a lot of things for me.  There's a lot of things he

3   did for me that I really didn't expect.  But he did, you

4   know, with no questions asked.

5       Q    Did you ask him about -- did you ask him if they

6   (inaudible) going to get married?

7       A    No, because I knew better.  It was typical of the

8   same game.  It was a typical game, you know.  Debby -- like

9   I said she -- this was grapevine stuff.  I guess (inaudible)

10  talking about it in passing.  That kind of stuff I just kind

11  of by-passed because I know Debby.  To me it was nothing

12  worth pursuing because I knew (inaudible).

13      Q    What do you think the relationship evolved into?

14  I can see you saying taking advantage of her.  I've read

15  letters to Debra.  Letters that have been supplied by his

16  attorney.

17      A    Just in recent months?

18      Q    Just recently since he's been in jail.  And --

19           (Beep and tape went dead about three-quarters

20  through side 1.)

21      (Side 2)

22      Q    Debra's trying to pursue -- her theory is, of

23  course she didn't do anything.  I didn't know nothing had

24  happened.  Jim's theory is, of course, and I can see it in

25  the letters and I can see it in a lot of things.  He, of

1    course, gave me the theory it wasn't he that did it.  It was

2    Roger Scott that did it.  You know, I didn't know he was the

3    one that did it either.  However, he's doing this and she's

4    asking him --

5         A    So she's writing him back?

6         Q    Yeah.  Let me explain the letters and you'll see

7    what these letters are about.  We don't have all the

8    letters.  Some of the letters, you know, they -- of course

9    they told the attorneys they destroyed or whatever.  The

10   letters we do have start with the fact that she didn't know

11   what was going on.  Please let me know what happened.  I

12   need to know what happened, Jim.  And Jim is responding to

13   her as if she didn't know what was happening.  In reading

14   these letters you can see it is a setup.  They're setting

15   people up to believe in all that kind of --

16        Jim -- we have the letters (inaudible).  Jim did

17   do the shooting.  He -- you've got to be real strong.  You

18   have to love somebody a lot to do what he did.  I mean, I

19   don't know if it's mind control or if she has that strong of

20   a (inaudible) but she has really controlled Jim.

21        A    Oh, yeah.  That's not surprising.  Jim is very

22   easily controlled.

23        Q    And then to pursue after he does it -- to pursue

24   it and to come back and think the lie up, you know, to

25   officers and stuff like that, to continue to pursue it.

1          And then once they (inaudible) back.  And that's

2    why -- and people wonder well, Roger Scott confessed.  Debra

3    confessed but Jim didn't.  Okay?  Jim told me, I don't know

4    what happened.  He has since in letters confessed somewhat.

5    However, but you look at both ends of the scale where Jim

6    stayed in the middle and you know why Roger Scott's

7    confessing.  Because it really wasn't his idea.  He was

8    going to do it for something else.  Do it for money.

9          A    Right.

10         Q    So it wasn't his idea to begin with.  He's not

11   really involved in the -- involved -- how do I put it.

12         A    He's not knee deep in it.

13         Q    No.  Not seriously involved in the, you know, he's

14   legally in it.  He's going to be prosecuted just like the

15   rest of them.  But he's not emotionally involved in what was

16   happening.

17         A    Right.

18         Q    Okay.  (Inaudible) he's involved.  He

19   participated.  He's a participant in all this.  Then he got

20   at the other end, he got Debra (inaudible)  But now she

21   handled (inaudible).  She has a reason to try to, of course,

22   I did it for other reasons.  I didn't want him to grow up

23   like Mark.  In other words, she's doing it -- she's trying

24   to explain her actions because as she grew up and as you're

25   explaining her to me and that I know her, she's trying to

24

1     manipulate what happened and make it better than what

2     happened because she knows she's in trouble.  Jim was the

3     only one that (inaudible) that night.  The only reason he

4     didn't do it was is he wasn't actually wrong.  He probably

5     was the only person.

6            You know he was mostly involved.  He had someone

7     to save.  He didn't know that Debra was going to talk later

8     on.  Debra was gone.  Debra was in Florence, you know, when

9     we talked to him.

10    A     That would just make me thing all the more the

11    fact that she was running out on him, just me knowing Jim.

12    Q     (Inaudible) Jim didn't know if she was going to

13    (inaudible).  He would never, ever --

14    A     But what did he do when he found out she did

15    admit?  (Inaudible)

16    Q     She (inaudible).  She was already in jail.  He

17    didn't know.

18    A     So he just figured I'm already --

19    Q     We, of course, did not ever talk to him again.

20    Once we (inaudible) we couldn't go back and talk to him.

21    A     Right.

22    Q     So we couldn't ever approach him and say, look,

23    this is it.  This is what happened.  She has admitted.

24    (Inaudible).  (Inaudible)

25    A     $755 a month.

1    Q    I don't (inaudible) all --

2    A    Oh, he's dead (sic)

3    Q    Is he dead?

4    A    Oh, I don't know.  I'm asking.

5    Q    Sherry Masini -- do you know who Sharon Masini is?

6    A    No.

7    Q    She's written his checks.  (Inaudible)  I don't

8    know.  But any way Jim -- she doesn't even understand.  She

9    (inaudible).  She doesn't understand the fact that she had

10   once a month deposited money -- (inaudible)  Every letter

11   that Debby writes to him always ends up with please send me

12   some money.

13        I know this is hard for you and it's hard for me

14   to even ask but --

15   A    Right.

16   Q    You know --

17   A    He says that (inaudible) makes her the least bit

18   guilty to ask anybody for money or anything and I'm sure Jim

19   sends it to her.

20   Q    He does.  And he sends it to her.  He sends her

21   money.  He sends her writing material.  He feels so good

22   because she writes to him.

23   A    Sure.

24   Q    And in one of the letters -- I say she's

25   probably -- one of the letters we don't have she's telling

1    him a couple of things like (inaudible) -- when we get out

2    of here -- when I get out here we could be together

3    (inaudible).

4        A    And see that's not -- that's just it.  Debby has

5    no intention -- she has none -- if she walks on this she's

6    going to be gone and she's (inaudible).

7        Q    She tells him also in one of the letters, well,

8    you know, how she's going to be out of state and everything

9    else and then ultimately she asks him for money and then at

10    the very last -- at the very last when she asks him for

11    money she says, oh, Jim, maybe when you get out you can meet

12    me where I'm at, you know.

13        A    But

14          (Both talking at once.)

15        A    Exactly.  That's exactly what I'm talking about.

16    This is how Debby gets what she wants.  You know,

17    (inaudible) letter and tells him, by the way, can you send

18    me some money.  That's Debby true to the letter.  And the

19    thing that I don't understand about it is why Jim, of all

20    people, fell for this because Jim, of all people, has seen

21    her go through so many relationships where the pattern would

22    be the exact same.  And it's funny because then he'd call me

23    and say, you know, how can men be that stupid.  And I'd say,

24    well, you tell me, Jim, you're a man.  You know.  We see it

25    (inaudible) it happens to him.

1      Q    Yeah, but it happened to him because it's a lot

2   easier to look on the outside and say how could these guys

3   take that shit but then all of a sudden --

4      A    Suddenly it's focused on him.

5      Q    -- it's only her and him.  All of a sudden he

6   started, like he said, the gestures, everything else and

7   then you forget about things (inaudible).  And I'm sure

8   (inaudible) maybe you can tell me.  Like you said the

9   gestures and things that she did (inaudible).  But it would

10  not surprise me if she would get up accidently, you know,

11  quickly run out of her bedroom or something like that

12  (inaudible) or be something --

13     A    (Inaudible)  You know, and needed -- not needed --

14  I don't even know Debby but I never would but my husband has

15  a fit because I come out in my PJs and my Pjs are not

16  nighties, you know, mine are the Garfield big T-shirts, you

17  know and to me I figured I'm covered, I don't care, as long

18  as it's not see-through.  I don't care.  That's not Debby.

19  No.

20     Q    I'll give you an example.

21     A    Debby (inaudible) in her bra and her panties and

22  meets company always.  But see from my point of view that's

23  natural, you know, and like I said we always did consider

24  Jim such a close friend that he never looked at us in that

25  respect, you know, a woman, you know, this is (inaudible)

1    friends, they're my buddies now, somebody else would come in

2    the house and of course not, Debby and I would cover up but

3    like I said, Jim would stay the night in my house and I'd

4    come out in the morning in my Garfield pajamas, you know and

5    it was normal (inaudible) when he comes through because he

6    doesn't understand that.

7           But it's the way we were raised, you know.  So

8    whether Debby uses it or not I really couldn't say because

9    you're talking about Jim.  If you're talking about somebody

10   else and she did that yeah, I'd put it past her.  I really

11   would.  But you're talking about Jim and you've got to

12   realize that Jim has always meant to us just like a father

13   actually a surrogate father.  We never thought about it.

14      Q    Jim was always over.

15      A    Yeah.

16      Q    Let me give you an example.  And you (inaudible)

17   you know (inaudible) interview Debby and me had done

18   something when we were talking.

19      A    Oh, yeah.

20      Q    Let me give you an example.  When I went into the

21   room (inaudible)

22      A    Who's that?  My sister doesn't have, I mean, the

23   only aunt we have is --

24      Q    Maybe (inaudible)

25      A    My stepmother?

1    Q    Yeah.  She have a sister or something?

2    A    Stepsister, yeah, Karen.

3    Q    Okay.  I'm not sure.

4    A    They're the same age.  Debby and Karen.

5    Q    She was with her at the police station?

6    A    When she got arrested?

7    Q    When she was taken to the Florence police station

8    (inaudible).

9    A    Oh, I know who you mean.  You're talking about

10   Jan.  Jan's a family friend.  She worked for INI out at DOC.

11   Yeah, she's a detective too.

12   Q    And I approached her and she was sitting down and

13   she started -- and I told her all about it.  And I told her

14   what happened and (inaudible).  She started yelling, yelling

15   and acting -- trying to cry but she didn't have no tears.

16   She didn't cry once.  Anyway, we're sitting there -- when I

17   interview someone -- not here because it's very open and

18   stuff.  And I'm not trying to get anything out of you that,

19   you know, like when you're interviewing a suspect or someone

20   -- or somebody (inaudible) may not give you all the

21   information but either way I try to get very close to a

22   person, you know.  I'm, for the most part, a very good

23   listener.  So I like to get very close to a person.  So I'm

24   sitting right here, there's no table between us.  We're

25   sitting there and she's crying or trying to cry, not crying.

1      I told her, Debby, I'm not going to tolerate that.  I'm not

2      going to tolerate that.  I'm here to get the truth.  That's

3      usually what I -- in any of my interviews that I do I'm just

4      there to get the truth.  I'm not --

5              (Both talking at once.)

6              You know with Debby how I went in there and I

7      usually do this  because I've been working homicide for a

8      long time.  I try not to even think of Chris.  Chris is not

9      between us.  If you were Debby, Chris is not between us.  A

10     case is between us (inaudible) and I went and found him.

11     So, I mean, I'm not -- I don't try to get emotionally

12     involved in that point.  So me and her talking and I'm

13     telling her I'm not going to tolerate that.  She's not going

14     to do it.  She -- dress looked very nice.  She wraps the

15     front of her blouse and she pulls it up to her eyes, she

16     didn't have no tears, to wipe her tears away but she didn't

17     have any.

18         A    (Inaudible)

19         Q    Yeah.  Which quickly exposed her (noise on tape,

20     couldn't get what was said.)  I didn't really pay that much

21     attention to -- I knew, you see, my job, in my position I

22     knew what she was doing to me.  I knew what she --

23     (inaudible).  But see, I'm there for information, okay.  And

24     she's like trying to see if I --

25         A    It's working.

1        Q    It's working.  If he's looking at my breasts then

2    I may be able to talk myself out of this.  Okay.  So that's

3    what I'm telling you.  That's the type of manipulation she

4    does.  She loves that.  And I understand that.  When you

5    tell me that I totally understand you.

6        A    The thing is it's so natural with her.  You know

7    you can pretty much tell (inaudible) being honest with you.

8    Debby is very hard to really judge because she's so good at

9    it and it comes to naturally for her.  I don't know if it's

10   the blonde hair that people when they, you know, they look

11   and say I'm coming up on a blonde, I got to make these kind

12   of exceptions.  You know, I don't know if it's that way or

13   she's just so natural about it that it's very, very hard to

14   tell and I mean, I like to sit and observe people and

15   Debby's always just fascinated with me.

16             I used to just -- during high school I used to sit

17   back and admire this girl and think boy I'm so glad she's my

18   sister, you know, (inaudible) misunderstand.

19       Q    Guess she was doing it to you too?

20       A    And then it kind of shakes me because -- I've

21   known her -- I've known the truth all my life about what

22   Debby did when I was a kid I was awed by it.  When I got to

23   be a teenager I was jealous of it because I didn't possess

24   the same qualities.  I wasn't on the wrestling teams

25   (inaudible).  I wasn't real popular.  I was a very

1    integrated person.  I used to be very jealous of Debby.  And

2    then after we were separated when I went to school

3    (inaudible) I started hearing things left and right from

4    people I'd know since graduation that were telling me, you

5    know.  Because I figured -- I guess I started becoming the

6    same way in my own sense as far as manipulating people but I

7    just was never any good at it.  I got caught every damn

8    time.  I got caught.  And so it always used to tick me off

9    and then I got over this when I had Jason I started spending

10   time with Debby because we had our pregnancies in common.

11   The first time we had talked in years.

12          Debby and I had never been very close.  We'd go

13   months and years without talking to each other.  The only

14   time was a mutual need.  Because I get all elated, you know.

15   My sister finally wants to pursue a relationship with me.

16   And I'd fall for it every time.  I'm 23 and I still fell for

17   it.  You know, I told (inaudible) God forbid if she called

18   because I'd probably accept the charges and talk to her just

19   out of, you know, I don't know what it is with me.  But it's

20   just been a bad habit where Debby's concerned.  Every time

21   she would knock on my door I knew what she was there for.  I

22   knew it but I wanted to do everything I could.  I thought

23   maybe if I tried to help her or did something for her she

24   would grow to appreciate it for once, you know, reciprocate

25   instead of take advantage.  And I did this for -- and I had

33

1    pressure from my parents too.  Every time Debby and I were

2    at odds with each other my dad would get on the phone and

3    say you're the strong one, you're the more mature one.  You

4    need to take the first approach, your sister needs you.  I

5    heard this for so many years.

6              It was fine.  I knew my dad wanted for us to be

7    close and my mom wanted us to be close and so I would do

8    this all the time.  I knew that (inaudible) you know, and I

9    (inaudible) about myself.  When Christopher came I didn't

10   care what she was there for.  If she needed to get my nephew

11   out of the picture for a little while, to give him some kind

12   of stability or decency or show him some kind of love

13   (inaudible)  She could give him to me any time she wanted

14   to, you know.  And I'd say just forget (inaudible) just give

15   me the kid.  I'll see you when I see you.  You know, because

16   children are -- children to me have always been a real

17   special thing to me.  That's --

18       Q    You already told me.  You said that (inaudible)

19   kind of funny how you're getting these phone calls in

20   November.  He's telling me in October he's trying to split

21   up.  He was trying (inaudible)

22       A    He was applying to outside companies.  He did tell

23   me that.

24       Q    He didn't move.  Ultimately he didn't leave.

25   Split the relationship up and then --

1     A   That's where the ultimatum came in.  When she got

2    offered the job -- I think it was Colorado -- (inaudible)

3    offered him the job and that's where the ultimatum came in

4    because he sat her down and told her that he was going to

5    take either or.  He was definitely not going to stay here.

6    And she got all upset and started bawling saying,

7    (inaudible) and you're gone.  And that made him fell good.

8    (Inaudible) decent man, you know.  And she said well, you're

9    going to take me with you.  Which put him on a, you know, he

10   was really up front with her from the start.

11    Q   (Inaudible) he told me that during that period of

12   time she told him that she was going to go to school.  And

13   she was going to get herself a career, go and try to find a

14   career for herself.  And she was going to give Christopher

15   to her dad and mom.  And then Ernie says that didn't work

16   out because her dad and mom says there ain't no way.  Her

17   dad and stepmom (Inaudible).

18    A   Right.

19    Q   And your dad and mom said there ain't no way so

20   Ernie says that didn't work out.  So then he knew that.  So

21   then she mentioned you -- you were going to take him.

22    A   Oh, yeah, we got a call in September from him.

23   Again, with my parents and I'm not defending them by any

24   means.  My dad, yeah, I'm the same way, I'm not cleaning up

25   your messes.  My dad (inaudible)  See now, Debby and I are

1    blood sisters but my dad -- this is his third marriage.

2    He's got a son by his first marriage and then my mother got

3    us too and then with Maureen he's got three kids.  And so

4    he's got a lot of different grandchildren but his blood

5    grandchildren are Jason and Christopher.  And he was not

6    prejudiced about anybody, about none of his grandkids, you

7    know.  He loved them all equally.  And to him -- you could

8    just tell by his property, I mean, his whole back yard is

9    for the grandkids, you know.  He's got the swingset.  He's a

10   52-year-old man, you know.  His whole back yard is full of

11   toys and things.  He loves his grandchildren and he loves

12   anything he can do for them.  At Christmastime he just

13   spoils the hell out of them.  But they're not his to raise.

14   He raised his kids.

15        Q    Did you know about her asking --

16        A    Oh, yes.  Oh, yes.

17        Q    When did you find that out?

18        A    When she called us wanted more money.  She says

19   Dad's being an asshole and he doesn't understand and you

20   understand because you've been through it.  It's true.  My

21   dad -- my parents (inaudible)

22        Q    What did he understand.  Why did she want to get

23   rid of Christopher?

24        A    She told me it was because she just couldn't

25   handle him. It was the same excuse.  She couldn't handle

36

1    him.  Christopher was a very high strung little boy.  He was

2    very very hard to take care of.  But --

3         Q    (Inaudible)

4         A    Normal.  Yes.

5         Q    Because if you don't get no love you go out and

6    seek it.

7         A    That kid was --

8         Q    Do we agree on that?  I mean --

9         A    Yeah.  My theory why he was that way was yes, you

10   know, he was seeking attention and he knew the only way to

11   get attention was to act up and that would stir Debby up.

12   And negative attention was better than no attention at all.

13   And (inaudible) thinking in a child's term, you know.  You

14   know when I would have him the first couple days would be, I

15   mean, (inaudible) he was not beyond choking because he was

16   just so -- didn't want to listen.  Didn't want to learn.

17   Didn't want to follow rules, you know.  And Jason's just the

18   opposite.  Jason is a very (inaudible), very low key, you

19   know.  Entertains himself.  Christopher's just the opposite.

20   Had to be attended to constantly.  But after a couple days he

21   would calm down and be just like Jason, you know.  It was

22   just that way.  She called and just said that she couldn't

23   handle him.  She didn't have -- Debby never had patience not

24   only with her son, but Debby just didn't have patience

25   period.

1           She didn't have time.  Christopher interfered with

2    her schedule.  Christopher interfered with her personal

3    life.  Christopher interfered with her social life.  Which

4    now thinking about it I couldn't see why because she had so

5    many people to take care of him.  She was able to do more

6    things.  I used to be very jealous of her because I was

7    stuck home with mine.  I couldn't go out.  I couldn't do

8    things but she could.

9           Q    Did she tell you that he was interfering with her

10   social business?

11          A    Yes.  Oh, yes.  She told us back when we were

12   still in Phoenix that he was a problem with her and Ernie's

13   relationship.  And that if she could just find a solution

14   she and Ernie could be together.

15          Q    When did she tell you that?

16          A    Oh, gosh.  I would say -- I would say it was July

17   like the 28th, the 27th or 28th.  It was that week.  The

18   last weekend in July.  We were sitting on the stoop waiting

19   for Ernie and his brother to come and we were talking about

20   it.  I asked her, you know, how her relationship with Ernie

21   was going and she (inaudible) at that time.  She was looking

22   to move out of Ilsa's trailer because Ilsa, for whatever

23   reason, Ilsa drinking or whatever, setting the trailer on

24   fire, what have you.

25          She was frustrated with her new job because she

1   wasn't making right then what she wanted to.  And her and

2   Ernie were having problems.  And the problems were

3   apparently from what she told me were Christopher.  And to

4   me what I got out of that conversation was that (inaudible)

5   This is your new life and just get in that truck and go.

6   Don't worry about Christopher.  Don't worry about Debby's

7   problems.  Which is what she was trying to do.  Exactly what

8   she was trying to do.

9        Q    She tried to get you to take Chris?

10       A    Exactly.  It was -- yeah, it was strictly a ploy.

11  And I knew it and I'll tell you (inaudible)  Christopher was

12  just like my own, he was -- I mean, you're with a child for

13  so long and spend so much time with him it's very hard not

14  to get attached. You know, the boys are only five weeks

15  apart and then look so much alike it's very very

16  devastating.  It was very hard.  I just kept sitting back.

17  I just kept thinking well hurry up and pull up here so I can

18  leave because I knew if I sat there any longer I'd say okay.

19  You know.  Because that was me.  I'm just as dumb.  I can't

20  say no to anybody either.

21            But if at that time she had told me she and

22  Ernie -- like I said I didn't take too much out of it

23  because she and Ernie were always having problems, typical.

24  It was typical for her, you know.  If something was not

25  going right with her it was a major catastrophe.

1    Q    In September she says that she was having problems

2    about the -- he was interfering in her social life and her

3    work and her boyfriend.

4    A    Really her problem was Ernie at that time and I

5    asked her -- she said -- it kind of worked out.  She said

6    that she and Ernie -- Ernie had gotten offered a job -- I

7    believe it was in Colorado but I can't swear to it.  She

8    said she wanted to go with him.  I told her to go for it and

9    she says well, I'm just worried about Christopher because

10   Mark was out -- I think in prison at that time -- well, he

11   left and she was having a hard time.  She said that she had

12   sat down with Mark and that Mark said that no, he couldn't

13   go with my dad but he could go with me.  And so they were

14   having problems at that time.  Mark -- Debby got a peace

15   bond on him and I don't know what else.  But that was

16   nothing unusual either.  They were always fighting too.

17   Q    So when you said that Ernie was going to get

18   another job -- (inaudible) but Chris couldn't go.

19   A    Ernie had asked her to go.  She didn't say that.

20   She said that Ernie had asked her to go but that he was real

21   hesitant about taking Christopher.  And I asked her, I said

22   are you sure it's Ernie or you.  He's looking for another

23   way out.  And then she got mad and she hung up on me and

24   called me a week later apologized and said Mark kidnapped

25   Christopher and that she didn't feel Christopher was safe

40

1   anymore.

2       Q    When was this?

3       A    A week later.

4       Q    Compared to the killing when was this?

5       A    Right.  Oh, yeah, it was a week later.  It was in

6   September, a week later.  And her mom was on the other phone

7   and she lives in (inaudible) Now she's making up stuff.  I

8   told her again, I said, look, I said, you know, until you

9   and Ernie work this out I'll tell you what we'll do.  I'll

10  sit down and try to discuss it with him.  And she instantly

11  was happy.  Okay.  Ron and I sat down and discussed it and I

12  called her back and I said mom will be there -- I don't even

13  remember when my mom was here -- she (inaudible) September.

14  I said mom will be there in September.  If mom is willing to

15  pay for his plane fare out here when she comes then Ron and

16  I would be willing to keep Christopher for no longer than

17  two months until she got her shit together.

18      Q    Two months (inaudible) I'm getting ahead of

19  myself.

20           (Beep sounded -- nothing further on tape.)

21

22

23

24

25

41

1    STATE OF ARIZONA

2    COUNTY OF MARICOPA

3

4

5

6

7

8            I hereby certify that the foregoing pages numbered

9    1 through 41 inclusive, is a correct transcript from the

10   record of proceedings in the above-entitled matter.

11

12

13

14

15   _Roxanna L. Neier_                    7/18/40

16        Transcriber                         Date

17

18

19

20

21

22

23

24

25

Case 2:98-cv-00060-RCB   Document 99-1   Filed 06/11/02   Page 169 of 185

F I L E D

( X )          SUPERIOR COURT, _Maricopa_ COUNTY, STATE OF ARIZONA
( : )          JUSTICE COURT #_____ COUNTY, STATE OF ARIZONA

_Debra Jean Milke_
              Plaintiff

          vs

_Mark Henry Milke_
              Defendant

No. _DR88-03996_

PETITION
FOR
ORDER OF PROTECTION

(Please type or print in black ink)

1.   The Court has jurisdiction over this cause of action pursuant to A.R.S. 13-3602(A) and (K).

2.   The complete names and addresses of the Plaintiff and Defendant are:

| PLAINTIFF | DEFENDANT |
|---|---|
| _Debra Jean Milke_ | _Mark Henry Milke_ |
| Name | Name |
| _11809 N 31st Ave     866 2457_ | _3718 W Butler Dr._ |
| Address          Phone | Address          Phone |
| _24     Underwriter_ | _27     Carpet Installation_ |
| Age          Occupation | Age          Occupation |
| _Minico_ | _Mark Henry Milke_ |
| Employers Name | Employers Name |
| _2531 W Dunlap_ | Employers Address |
| Employers Address | |

FOR GOVERNMENT USE ONLY

DESCRIPTION OF DEFENDANT AS FOLLOWS:

| SEX | RACE | D.O.B. | HGT. | WGT. | EYE | HAIR | SOC. SEC. NO. |
|---|---|---|---|---|---|---|---|
| M | W | 6-20-61 | 5'11" | 160 | Brown | Brown | 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 |

White:Court          Yellow:MCSO          Pink:Defendant          Goldenrod:Plaintiff

19-061

FROM : PAT GALBRAITH          PHONE NO. : 623 935 4799          Apr. 25 2000 10:32AM P9

3. The present relationship of the Defendant to the Plaintiff is:
(Check one)

(X) Married: Date of Marriage _12-22-84_
   If married, has a Petition for Annulment, Legal
   Separation or Dissolution of Marriage been
   filed by you or your spouse? Yes _X_ No
   If so, the date the petition was filed _4-19-88_
(__) Divorced: Date Divorced was granted _____

4. Any pending or prior civil or criminal court proceedings or
orders concerning the conduct sought to be restrained by this petition
are as follows (State the date the proceeding was started and the type
of order issued by the court, if any):

_____

_____

5. The Defendant has committed, and/or may commit, an act of
"domestic violence" as more specifically described as follows (State
specific acts and dates):

_6-26-88 Mark had my son Christopher_
_at a house which is known by police to be_
_drug infested. I tried to get my son back_
_with police there. I found my son at Mark's_
_residence and tried to take him away from_
_Mark when he became verbally abusive and made_
_threats to my son and myself._

6. The following persons should be included within the protection
of this order because (Provide name, address and brief statement of
reasons):

_2½ yrs. Christopher Milke 11809 N 31st Ave. Fear and_
_endangerment from father when under the influence of_
_drugs & alcohol._

WHEREFORE, Plaintiff prays that the court grant the following
relief:

(X) Order the Defendant not to commit an act of "domestic
   violence" against the Plaintiff or against the property
   of the Plaintiff.

(__) Order that the Plaintiff be given the exclusive use and
   possession of the residence of the parties at _____

_____

899-051 :2

(X)    Order the Defendant not to come on or near the premises of Plaintiffs'

(X)    Residence

(X)    Place of employment

(__)    School

(X)    Other location (specify place and address)

_11814 N 31st Ave_

(X)    Order that the following persons be included within the protection of this order _Christopher Milke_
_Sandy Sadeik_

(X)    Order granting the other relief necessary for the protection of the Plaintiff or other persons specified as follows (describe protection requested and persons needing the protection):

_arrest for any harrassment or violence_
_Christopher Milke, Sandy Sadeik_

_Debra Jean Milke_
Signature of the Plaintiff

_____
Attorney's Signature

3899-061  :3  R8-84

# V E R I F I C A T I O N

STATE OF ARIZONA    )
                    )  ss.
County of Maricopa  )

_____K. Jones-Jensen_____, being first duly sworn,

deposes and says:

That affiant is the Plaintiff in the above entitled and numbered matter and has read the foregoing pleading and knows the contents therein to be true of affiants knowledge, except as to those matters therein stated upon information and belief, and as to such matters, affiant believes them to be true.


_____Debra Jean Milke_____
AFFIANT/PLAINTIFF


SUBSCRIBED AND SWORN to before me this 27th day of

_____June_____, 19 88.


_____
JUSTICE OF THE PEACE/NOTARY PUBLIC/
CLERK OF THE COURT


My Commission expires:

_____


3899-061 :4

DEPARTMENT OF HEALTH SERVICES

**MARICOPA MEDICAL CENTER**
2601 E. ROOSEVELT
PHOENIX, ARIZONA 85008

☐ IN-PATIENT
☐ OUT-PATIENT
☐ EMERGENCY
☐ OUT-PATIENT
☑ AMBULATORY
☑ WHEEL CHAIR
☑ STRETCHER
☐ PORTABLE
☐ O.R.

Milke, Christopher
10/2/85

# X-RAY REQUISITION

| DATE ORDERED | DATE TO BE TAKEN | NURSING STATION |
| --- | --- | --- |
| 12/3/88 | 12/3/88 | ER |

☐ IV   ☐ SEIZURE DISORDER   ☐ O₂
☐ DIABETIC   ☐ ISOLATION

RADIOLOGY NUMBER

ICD-9-CM DIAG. CODE    Room M

| TECH | DIAG. RM # | 14 x 17 | 11 x 14 | 10 x 12 | 8 x 10 | 7 x 17 | DATE OF SERVICE | QC CODE | MHP AUTHOR NO: |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CBS | T | | | | 2 | | 12-3-88 | | |

**EXAMINATION REQUESTED**

Neck Lat & AP

**REASON FOR EXAMINATION**

No mass

2 3 30    PHYSICIAN'S SIGNATURE   M Thdel    580

TECHNOLOGIST'S COMMENTS / TIME OF EXAM:   IS PATIENT PREGNANT? ☐ YES ☐ NO

mc    **DO NOT WRITE BELOW THIS LINE - X-RAY DEPARTMENT USE ONLY**

RADIOGRAPHIC REPORT

NECK ON 12-3-88:

Frontal, lateral.  There is a soft tissue mass or swelling
in the neck in the thyroid region mostly on the left side.
Its displacing the trachea somewhat to the right.  There
seems to be no retrotracheal component.

Petronio T. LeRona, M.D.
RADIOLOGIST

DATE _____

The procedure as listed above, which requires intravenous contrast, has been explained to me and
I understand the risks and consent to have the procedure done.

PTL:td
D: 12/7/88
T: 12/12/88

0814140 R4-88

SIGNATURE _____   DATE _____

CHART COPY

DEPARTMENT OF HEALTH SERVICES

**MARICOPA MEDICAL CENTER**
2601 E. ROOSEVELT
PHOENIX, ARIZONA 85008

## X-RAY REQUISITION

☐ IN-PATIENT
☐ OUT-PATIENT
☐ EMERGENCY DEPT.
☐ AMBULATORY
☒ WHEEL CHAIR
☐ STRETCHER
☐ PORTABLE
☐ O.R.

124 77 16 2
MILKE CHRISTOPHER
M 10 2 85

DATE ORDERED 12/5/88   DATE TO BE TAKEN 12/5/88   NURSING STATION 32

RADIOLOGY NUMBER

32- 311-2

ICD-9 DM DIAG. CODE #

☐ IV   ☐ SEIZURE DISORDER   ☐ 04°
☐ DIABETIC   ☐ ISOLATION

TECH   DIAG. FILM #   14 x 17   11 x 14   10 x 12   8 x 10   7 x 17   DATE OF SERVICE 12/5/88   QC CODE   I4HP AUTHOR NO.

**EXAMINATION REQUESTED**

CT of neck +/- contrast
(STAT)

**REASON FOR EXAMINATION**

R/o neck lesion mass   Suppurative
thyroiditis  -  may need Surgery

PHYSICIAN'S SIGNATURE

TECHNOLOGIST'S COMMENTS / TIME OF EXAM:   IS PATIENT PREGNANT? ☐ YES ☐ NO

mc   **DO NOT WRITE BELOW THIS LINE - X-RAY DEPARTMENT USE ONLY**

RADIOGRAPHIC REPORT

CT SCAN OF THE NECK ON 12-5-88;

With IV contrast.  There is a large soft tissue swelling or
mass in the left side of the neck at the region of the left
thyroid lobe.  There is no cystic strcture.  The trachea is
shifted to the right.  There is also some enlargement of the
right thyroid lobe.  The isthmus is also prominent.  The
enlargement extends down to the thoracic inlet on the left
side.

IMPRESSION:     Larger soft tissue mass or swelling in the
left side of the neck.  This probably is an
enlarged   thyroid   with   surrounding   soft
tissue swelling.

Petronio T. LeRona, M.D.
RADIOLOGIST

The procedure as listed above, which requires intravenous contrast, has been explained to me and
I understand the risks and consent to have the procedure done.

PTL:td
D: 12/7/88
T: 12/12/88

0614140 R4-88

SIGNATURE   DATE

CHART COPY

MARICOPA MEDICAL CENTER

MILKE, CHRISTOPHER
124 77 16 2

DISCHARGE SUMMARY

KEVIN ZUERLEIN, M.D.

DATE OF ADMISSION:   12-04-88
DATE OF DISCHARGE:   12-22-88

ATTENDING STAFF PHYSICIAN: KAY MILLER, M.D.

IDENTIFYING DATA:  The patient is a 3 year old Caucasian male who
resides at 10955 N. 79th Ave. #66, Peoria, AZ 83545.  Date of birth
10-02-85.

CHIEF COMPLAINT:  Neck swelling.

HISTORY OF PRESENT ILLNESS:  The patient is a 3 year old Caucasian male
who was in good health until approximately 1700 hours on the evening
prior to admission when his mother noticed a red, slightly swollen area
on his anterior neck.  She states positively that this was not present
earlier in the day.  She denies any trauma or bug bite.  She reports
that since her arrival at the hospital the swelling has increased as
has the erythema.  She notes a decrease in appetite but denies any
fever, chills, vomiting or diarrhea.  This area is slightly tender to
palpation.

PAST MEDICAL HISTORY:  Birth weight 6 pounds, 12 ounce full term male
who was in the hospital with his mother for 5 days. Pregnancy was
uncomplicated.  There was a failure to progress  and a cesarean sectio
was done.  There were no neonatal problems, no previous
hospitalization.

CURRENT MEDICATIONS:  None.

ALLERGIES:  NO KNOWN DRUG ALLERGIES.

IMMUNIZATIONS:  Up to date.

NUTRITION and DIET:  Age appropriate, although mother notes that the
child is a picky eater.

DEVELOPMENTAL HISTORY:  Age appropriate.

SOCIAL HISTORY:  The patient resides with mother, father and paternal
grandmother. Means of support, the mother and father both work and he
does have a baby sitter as a primary caretaker during the day.

FAMILY HISTORY:  Not contributory.

RECENT EXPOSURES:  Babysitter does have strep throat.  No childhood
illnesses.

MILKE, CHRISTOPHER
124 77 16 2
PAGE 2

PHYSICAL EXAMINATION:  VITAL SIGNS: Revealed a temperature of  37.3,
pulse 88, respiratory rate 24, blood pressure 114/71, weight 39 pounds,
height 34 inches.  GENERAL: A well developed, well nourished Caucasian
male in no acute distress with an obvious anterior neck mass.  HEENT:
Head was normocephalic and atraumatic.  Pupils equal, round and
reactive to light and accommodation. Extraocular movements intact. The
tympanic membranes were clear bilaterally.  Nose patent without
discharge.  Mucous membranes in the mouth were moist and the oropharynx
was clear.  NECK:  Supple, a 7 X 8 cm firm, nonfluctuate mass, more on
the left side of midline with some overlying warmth and erythema.
There were no other lymph nodes detected. CHEST: Clear to auscultation.
BACK: No costovertebral angle tenderness.  HEART:  Revealed a regular
rate and rhythm without murmur.  ABDOMEN: Soft, nontender, no masses
and no hepatosplenomegaly.  GU:  Normal males. RECTAL:  Rectum patent.
SKIN: Warm and dry. EXTREMITIES: No clubbing, cyanosis or edema.
NEUROLOGICAL:  Alert and responsive.  Cranial nerves II through XII
intact.  Motor and sensory grossly intact.  Reflexes 2/4 bilaterally.

LABORATORY DATA:  The complete blood count done on 12-04 showed a white
blood count of 9.8, 32.9 lymphs, 7.2 monos, 59.9 granulocytes,
hemoglobin 12.1, hematocrit 35.9, MCV 82.2, platelet count 450,000.
There was a left shift present.  Sed rate done on 12-04 was 48 which
was elevated above normal of 0 to 10. Latex agglutination was negative.
Thyroid studies showed TSH 0.5 which was within normal limits, T4 12.8
which was slightly elevated above the 11.5 normal. The urinalysis done
12-06 was within normal limits.  Blood cultures showed no growth after
7 days. Minor chem profile performed on 12-18 was within normal limits.
Repeat urinalysis on 12-18 was again unremarkable.  Several cultures of
aspirates of neck mass and drainage were done and these revealed either
no growth or ultimately staph coagulase negative.  CT scan of the neck
of 12-05 revealed large soft tissue mass or swelling in the left side
of the neck, probably in the large thyroid with surrounding soft tissue
swelling.  A neck ultrasound on 12-16-88 showed a relatively
uperficial transversely oriented inhomogenous and principally soft
tissue nodules or mass in the lower neck area.  It was principally
solid echoes with scattered cystic areas, margins were slightly ill
defined.  It was felt that there were tissue planes between the
thyroid. An esophagram was done to rule out a sinus  fistula tract and
this was negative.

HOSPITAL COURSE:  The patient was admitted to the hospital initially to
the pediatric ward and started on IV DW PMS to keep open and Nafcillin
450 mg IV q4h, 152 mg per kg per day. The CT scan was ordered on 12-05
and Chloramphenicol was also started at that time at 75 mg per kg per
day.  Initially the mass decreased in erythema until it arrived at
normal skin color and decreased somewhat in size, however it did then
form a solid elevated nodule, more in the anterior midline region of
the neck and this did not decrease any in size.  The patient was doing

MILKE, CHRISTOPHER
124 77 16 2
PAGE 3

well, however at the time this mass consolidated in the anterior neck,
it was felt he would need incision and drainage and he was scheduled
for excision of the mass. This was performed on 12-19-88 and it looked
to be inflammatory tissue within the sternocleidomastoid muscle.
The patient did well the 1st day or so after surgery, however it was
noted that the wound edges were a little bit ragged on 12-21 and that
there was increased swelling and fluctuantes and surgery was asked to
look at the wound again. This was then incised and drained once more
and packing were started with new gauze. After the incision and
drainage, the wound was very clean and dry with very little erythema
and no swelling.  The cultures again did grow out a gram positive cocc
in clusters and it was felt that the child should be started on
Augmentin.  Mother was on Maricopa Medical Center health plan and
arrangements were made for a nurse to come twice daily to change the
dressings.  On 12-27 the patient was doing well, he had good oral
intake and good urine output, he was afebrile, the wound had very
little erythema or swelling left and it was felt that he could be
discharged to home.

DISCHARGE MEDICATIONS:  Augmentin 250 mg for 5 ml to take  4  cc po ti<
X 14 days.

FOLLOW UP:  The patient is to follow up in the pediatric clinic in
approximately 3 days and then in the pediatric surgery clinic in 5
days.

DISCHARGE DIAGNOSIS: 1.  Suppurative thyroiditis with abscess.

KEVIN ZUERLEIN, M.D.

kz:dwxj 154 105
D: 01-22-89
T: 01-23-89                    COUNTERSIGNATURE

MARICOPA MEDICAL CENTER
2601 E. ROOSEVELT, PHOENIX, ARIZONA 85008
**EMERGENCY DEPARTMENT CHART**

**BILLING STATUS**
1 ☐ MARICOPA HEALTH PLAN
2 ☐ AHCCCS - FFS
7 ☐ OTHER HMO MEMBER
8 ☐ GID

LVL1?-N

| ADMITTING TIME | LOG # 169 | ADMITTING DATE 12-03-88 | | | | | | | | |

PID NO. 1247716?  FID NO.

| LAST NAME MILKE | FIRST CHRISTOPHER | INITIAL | SEX M | AGE 3 | DATE OF BIRTH 10 2 85 | RACE C | MARITAL | RELIG | SOCIAL SECURITY NO. |

TELEPHONE NO. | MAILING ADDRESS (CITY/TOWN - STATE - ZIP) | (DIRECTIONAL ADDRESS)

| TRIAGE TIME 2056 | CHIEF COMPLAINT NECK SWELLING  - X 1 HOUR WITH NO CAUSE PER PT OR MOM. NO SOB |

U.C. TIME          MEDS: NONE

| BP | PULSE 134 | RESPIR 22 | TEMP. 36.0 | N. INIT. DJ | PPO NOTIFIED YES☐ NO☐ | OFFICER'S NAME AND BADGE NO. | CUSTODY |

| BP | PULSE | WEIGHT 35 cts | ALLERGIES NKA | | | PCC MD. |

| PRIORITY | PAST MEDICAL Hx | | LAST TETANUS UTD |

LN MP

MENTAL STATUS: ☑ Conscious ☐ Lethargic ☐ Confused ☐ Uncooperative ☐ Combative ☐ Unconscious

PUPILS — Perl ☐ Pinpoint ☐ Midpoint ☐ Dilated ☐ Fixed ☐ Responding

VISUAL ACUITY / TX. PRIOR TO ARRIVAL
MAST: ON☐ INFLATED☐ BLOOD☐
SPLINTS☐ C SPINE PRECAUTIONS☐ BACK BOARD☐
INTUBATED ☐ ✓
IVS:

| SPEECH | ☑ COHERENT | ☐ INCOHERENT | ☐ SILENT | ☐ HYSTERICAL | ☐ SLURRED | ☐ CRYING |
| SKIN COLOR | ☑ NORMAL | ☐ CYANOTIC | ☐ FLUSHED | ☐ RASH | ☐ PALE | |
| SKIN TEMP. | ☑ NORMAL | ☐ COOL | ☐ COLD | ☐ WARM | ☐ HOT | ☐ DIAPHORETIC | ☐ DRY |
| BREATH SOUNDS | ☑ PRESENT | ☐ ABSENT | ☐ ABNORMAL | | | |

TRIAGE INTERVENTION: ☐ RESTRANTS ☐ SPLINTS ☐ DRESSINGS ☐ ICE
[] Urine C/S
[] Throat C/S
[] Audit
[] Soc Serv

**ORDERS: DATE, TIME AND SIGN**

RM. TIME 2134

12/3/88  Lat & AP Neck  M Mudd  3802
2327

12/3/88  Peds C/S  m Mudd
2330

12/3/88  Admit to Peds - Report Called
2336  PSo/ma

☐ ORDERS CONT. ON BACK SHEET

| DISCHARGE DATE: | TIME | TO ☐ HOME ☐ OTHER- | CONDITION ☐ GOOD ☐ FAIR | FOLLOW-UP ☐ PVT ☐ PCC ☐ ED ☐ MMC-CL | STATUS ☐ LWOCT ☐ AMA ☐ LWOCT ☐ WA |
| ADMITTED DATE: 12-4 TIME 0145 | SERVICE Peds | TYPE ☐ EMERG. ☐ ELECT. ☐ URGENT | ISOLATION ☐ YES ☐ WOUND ☐ NO | ESTIMATED STAY | NS NO. 30 |
| EXPIRED☐ DOA☐ DATE: TIME: | FAMILY NOTIFIED TIME: | PERSON NOTIFYING | | | FLOOR NOTIFIED TIME: 0110 |

Dx  Neck Mass   R/o etiology

PRIMARY DX CODE  784.2

| DATE | Hx, P.E., NOTES: DATE, TIME AND SIGN |
|---|---|
| 12/3/86 2320 | 3 y.o. ♂ c/o swelling on (L) side of neck. Mom noticed swelling at dinnertime (1800) also slightly red. Mom states ↓ appetite. No F/C No d or c No cold SXS. |
| | PMH None |
| | PSH Ø |
| | Alls Ø   Meds Ø |
| | PE  T = 36°   P = 134   R = 22 |
| | Gen  Active well appearing  3 y.o. |
| | HEENT  PERRL  EOMI   TM (R) clean (L) cerumen |
| | Throat slightly swollen tonsils  Ø Erythema |
| | Neck ≈ 7 x 8 cm fixed firm mass on (L) side of trachea |
| | Tender to palp  non-fluctuant |
| | Slight overlying erythema – Not warm |
| | Chest clear |
| | X-ray No airway compromise |
| | A/P Neck Mass ? etiology  Peds C/S  in-room |
| 12·3·8? 2315 | 5) 3 y.o. ♂, well until today at 6 pm when he c/o neck pain. Mom saw reddened throat and swollen neck. No recent infection, no trauma, no heat/cold intolerance. Not swallowing. No meds. |
| | @ PE  Gen  Active, Alert, = reddened anterior neck mass |
| | Heart  AT/RC  Perrl Emi, sl. erythema (R) TM I  gray ~ (L) TM – unable to see TM |
| | Nose clear (-) |
| | Pharynx – ↓ erythema  tonsils  slightly enlarged |
| | Neck · reddened warm, enlarged mass ar ant neck – CRICOID cartilage tender to palpation  firm |
| | Chest  CTA  4 UN S R I m |
| | AS  ① cellulitis – Ant Neck, ② R/o mass PL  ① – monitor to floor ② monitor ③ ENT consult ④ cat ths Neck ⑤ iv Ceftriaxone + Blood culture |

D. Solano   Peds

MARICOPA MEDICAL CENTER
DEPARTMENT OF PEDIATRICS
2601 E. ROOSEVELT, PHOENIX, AZ 85008

**PEDIATRIC HISTORY
and
PHYSICAL FORM**

DATE: 12/4/88

TIME(MILITARY) 7:30

124 77 16
MILKE CHRISTOPHER
M 10 2 85

Chief Complaint: neck Swelling.

REFERRED BY: ER

HISTORY FROM: Mom          RELIABILITY: Good.

**HISTORY:**

This 3 y/o caucasion male was in good health until about
5:00 yesterday evening when mom noticed a red, slightly
swollen area on his anterior neck. She states positively
that this was not present earlier in the day. She denies any
trauma or bug bite. She reports that since her
arrival at the hospital the swelling has increased, as has
the erythema. She notes a decrease in appetite
but denies any fever, chills, vomiting or diarrhea.
This area is slightly tender to palpation.

TAKEN BY: Kevin Zuerlein MD
(SIGNATURE)

081 5781 9-83

**MARICOPA MEDICAL CENTER**

A Division of Maricopa County Department of Health Services

**2601 EAST ROOSEVELT**
**PHOENIX, ARIZONA 85008**

124  77  16:2
MILKE CHRISTOPHER C
M  10  2  85

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATION and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 12/5/88 | PIPN |
| | S: Child without complaints |
| | O: T 37  P 80  R 24        wt 34½ lbs (? Accuracy) |
| | 425 IV + 1190 po / 1500 + |
| | ESR 48 |
| | WBC 9.8  32.9C  7.2M  59.7C |
| | 12.1/35.9   82.2 mcv   450 plts |
| | Blood cx pending |
| | Chest - CTA |
| | Cardio - RRR |
| | Abdomen - soft, NT, ∅ masses |
| | Neck - no size decrease, ↓ erythema |
| A/P | R/O Suppurative Thyroiditis |
| | R/O neck mass |
| | Cellulitis |
| | will get CT of neck + contrast |
| | — Surgeons gave demerol + were planning to aspirate area |
| | but were stopped in light of possibility of Thyroiditis |
| | by peds attending ∅ we had originally c/s them for aspiration |
| | Continue present antibiotics |
| | Kevin Zweitzer MD. |
| | KMM/231/ |
| 12/6/88 | Surg B |
| 0810 | Results of CT Scan noted |
| | Agree ē current plan as discussed |
| | after AM ē Dr Miller |
| | Will follow clinically |
| | thank you |
| | [signature] |

81 6035  R11-86

...ut Discharge Date on Front of Form.

| ENCOUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES. |
|---|---|
| 12/6/95 | PIPN |
| 10:05 | S: Pt awake & cheerful this Am. Denies any problems |
| | O: No wt recorded this Am |
| | I/O  570 IV + 930 po / 1250 + 1 stool |
| | Neck - Erythema almost resolved, no significant Δ in size |
| | Chest — CTA |
| | Cardio - RRR 's/m |
| | Abdomen - Benign |
| | |
| | Labs - Latex agglutination negative |
| | Blood cx (-) 48 hrs |
| | UA - sp grav 1.025, ph 7, otherwise negative |
| | |
| | CT scan shows mass is extension of thyroid gland. |
| | A/P  1) Suppurative thyroiditis — Will do barium swallow to R/o sinus tract Will do TSH & T₄ as well as thyroid scan. If sinus tract present will need surgery tie off tract |
| | 2) cellulitis — resolving well. DAY #2 IV antibiotics. Will continue antibiotics until pt ready for discharge and decide then if further antibiotics necessary. |
| | 3) HEM - Child eating well. Will continue present treatment and diet |
| | Ken Zweibe MD |

**MARICOPA MEDICAL CENTER**

A Division of Maricopa County Department of Health Services

**2601 EAST ROOSEVELT**
**PHOENIX, ARIZONA 85008**

124 77 16 2
MILKE CHRISTOPHER C
M 10 2 85

This form will be used by the medical staff for:
PATIENT'S - PERSONAL HISTORY, PHYSICAL EXAMINATION and
PROGRESS NOTES and DISCHARGE SUMMARY. (In & Out Patients)

**ENCOUNTER DATE:**  PLEASE DATE AND SIGN ALL ENTRIES.

11/7/88   PIPN

14:00  S: Pt had good night — unable to do thyroid scan
for 6 month 2° to dye used for contrast on CT scan.
Pt refused to cooperate c̄ Barium Swallow.
Pt in no distress but is hungry.

O: T36³ P112 R24  wt 15.5 Kg (↑ 500 gms ? recent)
630 IV + 910 po
neck - no erythema, size not changed
chest - CTA
Cardio - RRR 3 (m)
Abdomen - Benign

Labs: TSH & T4 Pending
Blood culture 72 hr results pending

A)P 1) Suppurative Thyroiditis — no significant change.
Will repeat (attempt) barium swallow
in 2-3 days. Will continue antibiotics.
2) cellulitis - resolved
3) HCM - child doing well on present diet, will
continue to monitor wts & intake
                                    Karen Zuercher

12/2/88  Resident Addendum
14:10  Grandmother has some unrealistic expectations concerning
treatment - ie - "We (mom & grandma) must return to work so we
need to take chris home"; "If we can't do the best we should
just take him home as this will never resolve".
must take time to clearly explain things to family
especially concerning need for antibiotics, etc.
                                    Karen Zuercher

.1 6035  R11-86

COUNTER DATE: | PLEASE DATE AND SIGN ALL ENTRIES.

12/8/88 — Pt is assigned to Maricopa
Health Plan effective 12/10/88
5:35                                            5/2/28
                              ~~Bruntt~D Multimer~

2/8/88  Hds ☐ 1D Note
S: pt doing well, swelling & surrounding redness has v'd
O: afebrile VSS.
"lump size has not v'd, still tense.
A/P: ① Suppurative thyroiditis
         - continue Nafcillin & Chloramphenicol for a total
            of 10 days IV treatment
         - check chloro level tomorrow
         - repeat CT scan after 7 days of therapy to
            R/O loculations or abscess formation
         - Barium swallow after swelling has v'd to R/O
            fistula from ① pyriform sinus. At this
            time, the fistulas tract may be swollen,
            closed and provide a false ⊖ result
                                    Regina France/RN