## RECORD OF EMERGENCY DATA

| 1. DESIGNATOR'S LAST NAME—FIRST NAME—MIDDLE NAME | 2. PRESENT SERVICE NO. | 3. GRADE | 4. DATE OF BIRTH | 5. RELIGION |
|---|---|---|---|---|
| STYERS, James Lynn | 2360927 | Private | 3 Sep 47 | No. Pref. |

| 6. HOME ADDRESS AT TIME OF ENTRY INTO SERVICE | 7. PRIOR MIL. SERVICE | 8. FORMER SERVICE NO. |
|---|---|---|
| | ☐ YES  ☒ NO | None |
| | 24 Apr 67 (DATE LAST ENTRY) | 9. SOCIAL SECURITY NO. 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 |

| FIRST NAME—MIDDLE NAME—LAST NAME (If deceased, so state) | ADDRESS |
|---|---|
| 10. WIFE OR HUSBAND (If none, so state) Single | |

| 11. NAME OF CHILDREN (If none, so state.   If step or adopted, so state) | ADDRESS | MARRIED YES/NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|
| None | | | | |

| 12. FATHER | ADDRESS |
|---|---|
| Charles Ellsworth STYERS | 4514 W. Thomas Rd., Phoenix, Arizona |
| 13. MOTHER | ADDRESS |
| Lois June STYERS | 4514 W. Thomas Rd., Phoenix, Arizona |
| 14. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | ADDRESS |
| None | |

| 14a. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |

| 15. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |

### DESIGNATIONS

| | | FIRST NAME—MIDDLE NAME—LAST NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 16. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC, Sections 1475-1480). | | Lois J. STYERS | 4514 W. Thomas Rd., Phoenix, Arizona | Mother |
| | | Charles E. STYERS | 4514 W. Thomas Rd., Phoenix, Arizona | Father |
| 17. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC, Section 2771), WHICH INCLUDES UNLISTED SERVICE MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100 PERCENT. | 100 % | Lois J. STYERS | 4514 W. Thomas Rd., Phoenix, Arizona | Mother |
| | % | | | |
| 18. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO 100% | TO ACCUMULATE | | |

| 19. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI (Agencies to be notified in case of death in active service) | | | |
|---|---|---|---|
| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | | POLICY NO. |
| PRUDENTIAL INS. CO. OF AMERICA SOUTHWESTERN HOME OFFICE | Houston, Texas | | D47 097 303 |

| 20. SERVICE ORGANIZATION AND ADDRESS OF DESIGNATOR | DATE SIGNED |
|---|---|
| AFEES, Phoenix, Arizona | 24 Apr 67 |

| 21. SIGNATURE OF WITNESS | 22. SIGNATURE OF DESIGNATOR |
|---|---|
| Gerald L. Weeks  PFC | |

**UNITED STATES ARMED FORCES INSTITUTE**
Madison, Wisconsin 53713
**MILITARY TEST REPORT**

| NAME | | | SERVICE | SOCIAL SECURITY NUMBER | BR. SERVICE | FOR USAFI USE |
|---|---|---|---|---|---|---|
| STYERS JAMES L | | | 2 | 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 | M | · 70230 |

### TESTS OF GENERAL EDUCATIONAL DEVELOPMENT, HIGH SCHOOL LEVEL

DS

| DATE TEST COMPLETED | | TEST ONE | | | TEST TWO | | | TEST THREE | | | TEST FOUR | | | TEST FIVE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. | YR. | TEST FORM | STD. SCORE | PCTL RANK | R-R TEST | STD. SCORE | PCTL RANK | R-R TEST | STD. SCORE | PCTL RANK | R-R TEST | STD. SCORE | PCTL RANK | R-R TEST | STD. SCORE | PCTL RANK |
| 02 | 70 | YY | 44 | 27 | | 42 | 21 | | 44 | 27 | | 40 | 16 | | 27 | 01 |
| 08 | 70 | XX | | | | | | | | | | | | | 32 | 04 |
| LAST | ENTRY | | | | | | | | | | | | | | | |

**GEN EXAMS SUB TESTS**
TEST TWO
SS- SOCIAL SCIENCE
PH- PAST/TODAY
TEST THREE
SE- BIOLOGICAL SCIENCE
PH- PHYSICAL SCIENCE
TEST FOUR
FA- FINE ARTS
LT- LITERATURE
TEST FIVE
MC- MATH SKILLS
MC- MATH CONTENT

**RATING CODE**
D - With Distinction
S - Satisfactory
U - Unsatisfactory
I - Incomplete Battery
01-99 Percentile Rank

| END OF COURSE TESTS — USAFI SUBJECT STANDARDIZED TESTS | | | | | | | | | RATING | RETEST |
|---|---|---|---|---|---|---|---|---|---|---|

NO ENTRY

· See the current USAFI Catalog (or applicable Marine Corps directive) for an explanation of test scores and USAFI retest policies.

| METHOD OF STUDY | |
|---|---|

COMMANDING OFFICER
ARMS 10   GP 10
MCAS
YUMA AZ  85364

*W. H. Brothers*
**W.L. BROTHERS**
**DEPUTY DIRECTOR FOR EDUCATION**

USAFI Form 643-18 (PCN-38442) Rev. 3-69

UNITED STATES ARMED FORCES INSTITUTE
Madison, Wisconsin  53713
MILITARY TEST REPORT

| NAME | SERVICE NO. | | SOCIAL SECURITY NUMBER | BR. SERVICE | FOR USAFI USE |
|---|---|---|---|---|---|
| STYERS JAMES L | 2 | | 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 | M | 70061 |

## TESTS OF GENERAL EDUCATIONAL DEVELOPMENT, HIGH SCHOOL LEVEL

| DATE TEST COMPLETED | | TEST ONE | | | | TEST TWO | | | | TEST THREE | | | | TEST FOUR | | | | TEST FIVE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MO. | YR. | STD. SCORE | PCT'L RANK | | SUB TEST | STD. SCORE | PCT'L RANK | | SUB TEST | STD. SCORE | PCT'L RANK | | SUB TEST | STD. SCORE | PCT'L RANK | | SUB TEST | STD. SCORE | PCT'L RANK | | |
| 02 | 70 | YY | 44 | 27 | | | 42 | 21 | | | 44 | 27 | | | 40 | 16 | | | 27 | 01 | U |
| LAST ENTRY | | | | | | | | | | | | | | | | | | | | | |

GEN EXAM SUB TESTS

TEST ONE
2A. SOCIAL SCIENCE
2B. HISTORY

TEST TWO
3A. BIOLOGICAL SCIENCE
3B. PHYSICAL SCIENCE

TEST FOUR
4A. FINE ARTS
4B. LITERATURE

TEST FIVE
6B. MATH SKILLS
6C. MATH CONTENT

RATING CODE
D - With Distinction
S - Satisfactory
U - Unsatisfactory
I - Incomplete Battery
01-99 Percentile Rank

| END OF COURSE TESTS – USAFI SUBJECT STANDARDIZED TESTS | | RATING | RETEST |
|---|---|---|---|
| NO ENTRY | | | |

See the current USAFI Catalog (or applicable Marine Corps directive) for an explanation of test scores and USAFI retest policies.

| METHOD OF STUDY | |
|---|---|

COMMANDING OFFICER
MABS 55 MT
MCAS H
SANTA ANA CA   92709

*W.L. Brothers*
W.L. BROTHERS
DEPUTY DIRECTOR FOR EDUCATION

USAFI Form 663.TE (DOB-36-PH 1) Rev. 3-69

## EXAMINATION OF APPLICANT BY RECRUITING OFFICER

NAVMC 136-PD (REV. 3-66)
(Supercedes all editions of NAVMC 5031 PD and all previous editions of NAVMC 136-PD which are obsolete and will not be used)

DATE: **2 May 1967**

| 1. NAME OF APPLICANT (In full) | 2. DATE OF BIRTH | 8. PHYSICAL PROFILE |
|---|---|---|
| STYERS, James Lynn | 3 Sep 1947 | P U L H E S |

| 3. APPLICANT FOR ENLISTMENT IN | 4. HIGHEST GRADE COMPLETED IN SCHOOL | 5. TEST, FORM NO. & SCORE | 6. MENTAL GROUP | 7. SERVICE NO. (When required) |
|---|---|---|---|---|
| ☒ USMC   ☐ USMCR | 11 | AFQT 7c 44 | III | 2360927 |

Physical profile values: 1 1 1 1 2 1

## PART I

**ARTICLE 83, UNIFORM CODE OF MILITARY JUSTICE—Fraudulent enlistment, appointment, or separation**

Any person who—

(1) procures his own enlistment or appointment in the Armed Forces by means of knowingly false representations or deliberate concealment as to his qualifications for such enlistment or appointment and receives pay or allowances thereunder; or

(2) procures his own separation from the Armed Forces by means of knowingly false representations or deliberate concealment as to his eligibility for such separation;

shall be punished as a court-martial may direct.

I have been informed that if I am enlisted in the UNITED STATES MARINE CORPS (RESERVE) after concealing or misrepresenting any information placed on my application for enlistment, I may have enlisted fraudulently, and:

a. That my pay and allowances will be stopped when it is discovered that my enlistment was fraudulent;

b. That I may be discharged, without trial, under other than honorable conditions, or;

c. That I may be tried by general court-martial on the charge of fraudulent enlistment—for which the maximum punishment of dishonorable discharge and confinement at hard labor could be adjudged.

I also understand that if I enlist fraudulently, and I am later discharged because of fraud, I may be deprived of virtually all rights as a veteran under both Federal and State legislation, and may expect to encounter substantial prejudice in civilian life because of such discharge.

The nature and consequences of a FRAUDULENT ENLISTMENT have been carefully explained to me and I fully understand these consequences.

I have been informed that if I enlist, my fingerprints will be compared with those on file with the Federal Bureau of Investigation and a complete report will be obtained by the United States Marine Corps, listing all arrests, including dates and places, and record of prior military service, if any.

Notwithstanding any advice I have received to the contrary, whether from a civil official, or civil authority, or any other person, I CERTIFY that I have read the following statements and answered them correctly to the best of my knowledge:

| | YES | NO | |
|---|---|---|---|
| 9. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY BRANCH OF THE ARMED FORCES? | ☐ | ☒ | IF SO, WHICH BRANCH, WHEN AND WHY? |
| 10. HAVE YOU EVER BEEN ARRESTED? | ☐ | ☒ | IF SO, FOR WHAT OFFENSE, WHEN AND WHERE? |
| 11. HAVE YOU EVER BEEN CONVICTED OF A CRIME? | ☐ | ☒ | IF SO, WHAT CRIME, WHEN AND WHERE? |
| 12. HAVE YOU EVER BEEN SENTENCED BY ANY COURT? | ☐ | ☒ | IF SO, WHEN, WHERE, FOR WHAT OFFENSE, AND FOR WHAT PERIOD? |
| 13. HAVE YOU EVER BEEN IN JAIL, A REFORM OR INDUSTRIAL SCHOOL, OR PENITENTIARY? | ☐ | ☒ | IF SO, WHEN AND WHERE? |
| 14. HAVE YOU EVER RECEIVED A SUSPENDED SENTENCE BY ANY COURT? | ☐ | ☒ | IF SO, WHEN, WHERE, FOR WHAT OFFENSE, AND FOR WHAT PERIOD? |
| 15. ARE YOU NOW ON PAROLE, PROBATION, SUPERVISION, OR OTHER FORM OF CIVIL RESTRAINT? | ☐ | ☒ | IF SO, EXPLAIN |
| 16. HAVE YOU EVER BEEN ON PAROLE, PROBATION, SUPERVISION, OR OTHER FORM OF CIVIL RESTRAINT? | ☐ | ☒ | IF SO, EXPLAIN, GIVING DATE OF RELEASE |
| 17. ARE YOU A CONSCIENTIOUS OBJECTOR? | ☐ | ☒ | IF SO, EXPLAIN |
| 18. HAVE YOU EVER WET THE BED WITHIN THE PAST FIVE YEARS? | ☐ | ☒ | IF SO, EXPLAIN |
| 19. HAVE YOU EVER PARTICIPATED IN A HOMOSEXUAL ACT? | ☐ | ☒ | IF SO, EXPLAIN |
| 20. ARE YOU A SOLE SURVIVING SON? | ☐ | ☒ | IF SO, EXPLAIN |

| ORGANIZATION | TYPEWRITTEN NAME OF APPLICANT | SIGNATURE OF APPLICANT |
|---|---|---|
| MCRS, Phoenix, Arizona | JAMES LYNN STYERS | *James Lynn Styers* |

**PART II**

**21. WAS THE OFFENSE FOR WHICH CONVICTED OR ADJUDICATED**
☐ CIVIL   ☐ CRIMINAL

**22. WAS THE OFFENSE FOR WHICH CONVICTED OR ADJUDICATED** *(Applying laws of the State in which tried)*
☐ FELONY   ☐ MISDEMEANOR   ☐ JUVENILE DELINQUENCY

**23. AGE OF APPLICANT AT TIME OF OFFENSES**

**24. CITY AND STATE IN WHICH OFFENSES WERE COMMITTED**

**25. NAME OF COURT IN WHICH TRIED**     DATE

**26. IF FOUND GUILTY, WAS COURT ACTION DEEMED**
☐ CONVICTION   ☐ ADJUDICATION AS A JUVENILE DELINQUENT, YOUTHFUL OFFENDER OR WAYWARD MINOR.

**27. OFFENSE FOR WHICH APPLICANT WAS CONVICTED OR ADJUDICATED IS PUNISHABLE BY** *(Apply laws of the State in which tried; if the length of sentence was indefinite or indeterminate, state the maximum punishment provided for the offense in the law under which convicted):*

**28. DATE OF RELEASE FROM CONFINEMENT** | **DATE OF RELEASE FROM PAROLE, PROBATION OR OTHER FORM OF SUPERVISION OR RESTRAINT (UNCONDITIONAL)**

**29. EMPLOYMENT RECORD SUBSEQUENT TO CONVICTION OR RELEASE FROM CONFINEMENT** *(Give inclusive dates)*

| **30. INFORMATION OBTAINED BY** | **31. BIRTH VERIFICATION** |
|---|---|
| X INTERVIEW OF APPLICANT | CERTIFICATE # _____ |
| VERBALLY FROM CIVIL AUTHORITIES | STATE ___Penn.___ |
| X REPORTS FROM CIVIL AUTHORITIES | ☐ DD FORM 372 |
| EXAMINATION OF COURT RECORDS | ☐ NAVMC 5002 |
| OTHER | ☐ OTHER: (Specify) |

**32. REMARKS** *(Extenuating circumstances surrounding offense, inclusive dates, components, and former service number, if applicant claims any prior service in any branch of the Armed Forces; board estimate of applicant's potential value for military service, and other pertinent information):*

No arrests since submission of last
NAVMC 136 dtd 24 Apr 1967.

**33. RECOMMEND THAT WAIVER BE GRANTED**
☐ YES   ☐ NO

**34.** I CERTIFY that I have personally questioned the applicant whose signature appears hereon; that I am satisfied that he is fully qualified, in accordance with existing instructions, for enlistment in the Marine Corps (~~Reserve~~ ~~Women's Reserve Organized Reserve~~), and that he signed the foregoing questionnaire in my presence.

SIGNATURE AND RANK _W. H. Gibson_
W. R. GIBSON, Captain   U.S.M.C.
*(Recruiting Officer)*

\* Strike out when not applicable

**FIRST ENDORSEMENT**

FROM:                                          DATE
TO:

1. Returned.   Enlistment ☐ IS   ☐ IS NOT authorized provided physically and otherwise qualified.

By direction

Case 2:08-cv-00050-RDP Document 33-3 Filed 06/11/08 Page 6 of 89

**EXAMINATION OF APPLICANT BY RECRUITING OFFICER**

NAVMC 136-PD (REV. 3-44)
(Supersedes all editions of NAVMC 5031 PD and all previous
editions of NAVMC 136-PD which are obsolete and will not be used)

DATE: 24 Apr 1967

| 1. NAME OF APPLICANT (In full) | | | | 2. DATE OF BIRTH | | 3. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYERS, James Lynn | | | | 3 Sep 1947 | | P | U | L | H | E | S |

| 3. APPLICANT FOR ENLISTMENT IN: | 4. HIGHEST GRADE COMPLETED IN SCHOOL | 5. TEST, FORM NO. & SCORE | 6. MENTAL GROUP | 7. SERVICE NO. (Where required) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ USMC  ☒ USMCR | 11 | AFQT 7c 44 | III | 2 3 6 0 9 9 7 | 1 | 1 | 1 | 1 | 2 | 1 |

## PART I

ARTICLE 83, UNIFORM CODE OF MILITARY JUSTICE—Fraudulent enlistment, appointment, or separation

Any person who—

(1) procures his own enlistment or appointment in the Armed Forces by means of knowingly false representations or deliberate concealment as to his qualifications for such enlistment or appointment and receives pay or allowances thereunder; or

(2) procures his own separation from the Armed Forces by means of knowingly false representations or deliberate concealment as to his eligibility for such separation;

shall be punished as a court-martial may direct.

I have been informed that if I am enlisted in the UNITED STATES MARINE CORPS (RESERVE) after concealing or misrepresenting any information placed on my application for enlistment, I may have enlisted fraudulently, and:

   a. That my pay and allowances will be stopped when it is discovered that my enlistment was fraudulent.
   b. That I may be discharged, without trial, under other than honorable conditions, or;
   c. That I may be tried by general court-martial on the charge of fraudulent enlistment—for which the maximum punishment of dishonorable discharge and confinement at hard labor could be adjudged.

I also understand that if I enlist fraudulently, and I am later discharged because of fraud, I may be deprived of virtually all rights as a veteran under both Federal and State legislation, and may expect to encounter substantial prejudice in civilian life because of such discharge. The nature and consequences of a FRAUDULENT ENLISTMENT have been carefully explained to me and I fully understand these consequences.

I have been informed that if I enlist, my fingerprints will be compared with those on file with the Federal Bureau of Investigation and a complete report will be obtained by the United States Marine Corps, listing all arrests, including dates and places, and record of prior military service, if any.

Notwithstanding any advice I have received to the contrary, whether from a civil official, or civil authority, or any other person, I CERTIFY that I have read the following statements and answered them correctly to the best of my knowledge:

| | | |
|---|---|---|
| 9. HAVE YOU EVER BEEN REJECTED FOR ENLISTMENT OR INDUCTION IN ANY BRANCH OF THE ARMED FORCES? ☐ YES ☒ NO | IF SO, WHICH BRANCH, WHEN AND WHY? | |
| 10. HAVE YOU EVER BEEN ARRESTED? ☐ YES ☒ NO | IF SO, FOR WHAT OFFENSE, WHEN AND WHERE? | |
| 11. HAVE YOU EVER BEEN CONVICTED OF A CRIME? ☐ YES ☒ NO | IF SO, WHAT CRIME, WHEN AND WHERE? | |
| 12. HAVE YOU EVER BEEN SENTENCED BY ANY COURT? ☐ YES ☒ NO | IF SO, WHEN, WHERE, FOR WHAT OFFENSE, AND FOR WHAT PERIOD? | |
| 13. HAVE YOU EVER BEEN IN JAIL, A REFORM OR INDUSTRIAL SCHOOL, OR PENITENTIARY? ☐ YES ☒ NO | IF SO, WHEN AND WHERE? | |
| 14. HAVE YOU EVER RECEIVED A SUSPENDED SENTENCE BY ANY COURT? ☐ YES ☒ NO | IF SO, WHEN, WHERE, FOR WHAT OFFENSE, AND FOR WHAT PERIOD? | |
| 15. ARE YOU NOW ON PAROLE, PROBATION, SUPERVISION, OR OTHER FORM OF CIVIL RESTRAINT? ☐ YES ☒ NO | IF SO, EXPLAIN | |
| 16. HAVE YOU EVER BEEN ON PAROLE, PROBATION, SUPERVISION, OR OTHER FORM OF CIVIL RESTRAINT? ☐ YES ☒ NO | IF SO, EXPLAIN, GIVING DATE OF RELEASE | |
| 17. ARE YOU A CONSCIENTIOUS OBJECTOR? ☐ YES ☒ NO | IF SO, EXPLAIN | |
| 18. HAVE YOU WET THE BED WITHIN THE PAST FIVE YEARS? ☐ YES ☒ NO | IF SO, EXPLAIN | |
| 19. HAVE YOU EVER PARTICIPATED IN A HOMOSEXUAL ACT? ☐ YES ☒ NO | IF SO, EXPLAIN | |
| 20. ARE YOU A SOLE SURVIVING SON? ☐ YES ☒ NO | IF SO, EXPLAIN | |

| ORGANIZATION | TYPEWRITTEN NAME OF APPLICANT | SIGNATURE OF APPLICANT |
|---|---|---|
| MCRS, Phoenix, Arizona | JAMES LYNN STYERS | James Lynn Styers |

**PART II**

| | |
|---|---|
| **21. WAS THE OFFENSE FOR WHICH CONVICTED OR ADJUDICATED** <br> ☐ CIVIL ☐ CRIMINAL | **32. REMARKS** *(Extenuating circumstances surrounding offense, inclusive dates, components, and former service number, if applicant claims any prior service in any branch of the Armed Forces; brief estimate of applicant's potential value for military service, and other pertinent information):* |

**22. WAS THE OFFENSE FOR WHICH CONVICTED OR ADJUDICATED** *(Applying laws of the State in which tried)*
☐ FELONY  ☐ MISDEMEANOR  ☐ JUVENILE DELINQUENCY

**23. AGE OF APPLICANT AT TIME OF OFFENSES**

**24. CITY AND STATE IN WHICH OFFENSES WERE COMMITTED**

| 25. NAME OF COURT IN WHICH TRIED | DATE |
|---|---|
| | |

**26. IF FOUND GUILTY, WAS COURT ACTION DEEMED**
☐ CONVICTION   ☐ ADJUDICATION AS A JUVENILE DELINQUENT, YOUTHFUL OFFENDER OR WAYWARD MINOR.

**27. OFFENSE FOR WHICH APPLICANT WAS CONVICTED OR ADJUDICATED IS PUNISHABLE BY** *(Apply laws of the State in which tried; if the length of sentence was indefinite or indeterminate, state the maximum punishment provided for the offense in the law under which convicted):*

| 28. DATE OF RELEASE FROM CONFINEMENT | DATE OF RELEASE FROM PAROLE, PROBATION OR OTHER FORM OF SUPERVISION OR RESTRAINT (UNCONDITIONAL) |
|---|---|
| | |

**29. EMPLOYMENT RECORD SUBSEQUENT TO CONVICTION OR RELEASE FROM CONFINEMENT** *(Give inclusive dates)*

| ✓ | 30. INFORMATION OBTAINED BY | 31. BIRTH VERIFICATION | |
|---|---|---|---|
| X | INTERVIEW OF APPLICANT | CERTIFICATE # | |
| | VERBALLY FROM CIVIL AUTHORITIES | STATE Pennsylvania | |
| X | REPORTS FROM CIVIL AUTHORITIES | ☐ DD FORM 372 | |
| | EXAMINATION OF COURT RECORDS | ☐ NAVMC 5003 | |
| | OTHER | ☐ OTHER: *(Specify)* | **33. RECOMMEND THAT WAIVER BE GRANTED** ☐ YES ☐ NO |

**34. I CERTIFY** that I have personally questioned the applicant whose signature appears hereon; that I am satisfied that he is fully qualified, in accordance with existing instructions, for enlistment in the Marine Corps (Reserve) ~~(Regular)(Reserve)~~, and that he signed the foregoing questionnaire in my presence.

SIGNATURE AND RANK *W. H. Gibson*

W. H. GIBSON, Captain   U.S.M.C.
*(Recruiting Officer)*

\* *Strike out when not applicable*

**FIRST ENDORSEMENT**

FROM:                                                                    DATE:

TO:

1. Returned. Enlistment ☐ IS ☐ IS NOT authorized provided physically and otherwise qualified.

By direction

UNITED STATES ARMED FORCES
## CONSENT, DECLARATION OF PARENT OR LEGAL GUARDIAN
### (FOR THE ENLISTMENT OF A MINOR IN THE U.S. ARMED FORCES)

| LAST NAME – FIRST NAME – MIDDLE NAME OF APPLICANT FOR ENLISTMENT | | DATE | | |
|---|---|---|---|---|
| STYERS    James   Lynn | | DAY 8 | MONTH April | YEAR 1967 |

| PLACE OF APPLICATION FOR ENLISTMENT | SERVICE OR COMPONENT FOR WHICH CONSENT IS GIVEN |
|---|---|
| MCRSS Phoenix, Arizona | United States Marine Corps |

| NAME OF PARENT(S) OR LEGAL GUARDIAN SIGNING CONSENT | RELATIONSHIP (Father, Mother, Legal Guardian) |
|---|---|
| Charles Ellsworth STYERS | Father |
| Lois June STYERS | Mother |

| ADDRESS (Number and street or RFD, City or Town) | COUNTY | STATE |
|---|---|---|
| 4514 W. Thomas Rd. Phoenix | Maricopa | Arizona |

| ADDRESS OF OTHER PARENT IF SEPARATED (Number and street or RFD, City or Town) | COUNTY | STATE |
|---|---|---|
| | | |

| PLACE OF BIRTH OF APPLICANT (City or Town and State) | DATE OF BIRTH | | |
|---|---|---|---|
| New Castle, Lawrence, Pennsylvania | DAY 3 | MONTH September | YEAR 1947 |

I/WE CERTIFY THAT THE ABOVE APPLICANT HAS NO OTHER LEGAL GUARDIAN THAN US, AND WE HEREBY CONSENT TO HIS/HER ENLISTMENT IN THE SERVICE OR COMPONENT OF THE ARMED FORCES AS INDICATED ABOVE, SUBJECT TO ALL THE REQUIREMENTS AND LAWFUL COMMANDS OF THE OFFICERS WHO MAY, FROM TIME TO TIME, BE PLACED OVER HIM/HER AND I/WE CERTIFY THAT NO PROMISE OF ANY KIND HAS BEEN MADE TO US CONCERNING ASSIGNMENT TO DUTY OR PROMOTION DURING HIS/HER ENLISTMENT AS AN INDUCEMENT TO US TO SIGN THIS CONSENT; AND I/WE RELINQUISH ALL CLAIM TO HIS/HER SERVICE AND TO ANY WAGES OR COMPENSATION FOR SUCH SERVICE.

I/WE CERTIFY THAT THE APPLICANT'S BIRTH DATE AS SHOWN ON THIS FORM IS CORRECT.

I/WE THOROUGHLY UNDERSTAND THAT I/WE HAVE CONSENTED TO HIS/HER ENLISTMENT IN THE SERVICE OR COMPONENT OF THE U.S. ARMED FORCES INDICATED ABOVE FOR THE PERIOD OF four (4) years

SIGNATURES OF:

*(signature)* CHARLES ELLSWORTH STYERS

D. L. KELLEY GySgt.
RECRUITING OFFICER OR RECRUITER

*(signature)* CHARLES ELLSWORTH STYERS

*(signature)* LOIS JUNE STYERS
PARENT OR GUARDIAN
OTHER PARENT (If required)

---

UNDERSTANDING, STATEMENT OF PARENT OR LEGAL GUARDIAN (For the enlistment of a minor in a six-month program)

I/WE UNDERSTAND THAT THE ABOVE APPLICANT FOR ENLISTMENT IN A RESERVE COMPONENT OF AN ARMED FORCE AND IN A SPECIAL ENLISTMENT PROGRAM PURSUANT TO THE PROVISIONS OF SECTION 262 OF THE ARMED FORCES RESERVE ACT OF 1952, AS AMENDED, MUST PERFORM SIX (6) MONTHS OF ACTIVE DUTY FOR TRAINING, AND MUST SERVE THE REMAINDER OF HIS SPECIAL ENLISTMENT AS A MEMBER OF THE READY RESERVE OF THE ARMED FORCE IN WHICH ENLISTED, UNLESS SOONER TRANSFERRED TO THE STANDBY RESERVE BY A SCREENING PROCESS. I/WE FURTHER UNDERSTAND THAT DURING HIS SERVICE AS A MEMBER OF THE READY RESERVE HE MAY BE REQUIRED TO ATTEND NOT LESS THAN FORTY-EIGHT (48) SCHEDULED DRILLS OR TRAINING PERIODS AND NOT MORE THAN SEVENTEEN (17) DAYS ACTIVE DUTY FOR TRAINING ANNUALLY, OR MAY BE REQUIRED TO PERFORM THIRTY (30) DAYS ACTIVE DUTY FOR TRAINING ANNUALLY IN LIEU THEREOF WHEN AUTHORIZED; THAT FAILURE TO PERFORM REQUIRED TRAINING IN ANY YEAR CAN RESULT IN HIS BEING ORDERED TO PERFORM ADDITIONAL ACTIVE DUTY FOR TRAINING FOR FORTY-FIVE (45) DAYS FOR THAT YEAR OR BEING REPORTED TO SELECTIVE SERVICE AUTHORITIES FOR IMMEDIATE INDUCTION FOR A PERIOD OF TWO YEARS INTO THE ARMED FORCE OF WHICH SUCH RESERVE COMPONENT IS A PART.

SIGNATURES OF:

WITNESSING OFFICIAL
RECRUITING OFFICER OR RECRUITER

PARENT OR LEGAL GUARDIAN
OTHER PARENT (If required)

DD FORM 373   0101-800-9800   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

**VERIFICATION OF DATE AND PLACE OF BIRTH OF APPLICANT** *(For use by recruiting office)*

| LAST NAME – FIRST NAME – MIDDLE NAME | PLACE OF BIRTH *(City or Town and State)* | DATE OF BIRTH | | |
|---|---|---|---|---|
| | | DAY | MONTH | YEAR |
| STYERS James Lynn | New Castle, Penn. | 3 | Sept. | 1947 |

**HOW VERIFIED**

Birth Certificate

**REMARKS**

Executed by reason of applicant being a non-graduate enrolled in a secondary school during current school year.

D.L. KELLEY Sgt.

SIGNATURE OF RECRUITER

## ARMED FORCES SECURITY QUESTIONNAIRE

### I - EXPLANATION

1.—The interest of National Security require that all persons being considered for membership or retention in the Armed Forces be reliable, trustworthy, of good character, and of complete and unwavering loyalty to the United States. Accordingly, it is necessary for you to furnish information concerning your security qualifications. The answers which you give will be used in determining whether you are eligible for membership in the Armed Forces, in selection of your duty assignment, and for such other action as may be appropriate.

2. You are advised that in accordance with the Fifth Amendment of the Constitution of the United States you

cannot be compelled to furnish any statements which you may reasonably believe may lead to your prosecution for a crime. This is the only reason for which you may avail yourself of the privilege afforded by the Fifth Amendment in refusing to answer questions under Part IV below. Claiming the Fifth Amendment will not by itself constitute sufficient grounds to exempt you from military service for reasons of security. You are not required to answer any questions in this questionnaire, the answer to which might be incriminating. If you do claim the privilege granted by the Fifth Amendment in refusing to answer any question, you should make a statement to that effect after the question involved.

### II - ORGANIZATIONS OF SECURITY SIGNIFICANCE

1. There is set forth below a list of names of organizations, groups, and movements, reported by the Attorney General of the United States as having significance in connection with the national security. Please examine the list carefully, and note those organizations, and organizations of similar names, with which you are familiar. Then answer the questions set forth in Part IV below.

2. Your statement concerning membership or other associations, with one or more of the organizations named may not, of itself, cause you to be ineligible for acceptance or retention in the Armed Forces.

Your age at the time of such association, circumstances prompting it, and the extent and frequency of involvement, are all highly pertinent, and will be fully weighed. Set forth all such factors under "Remarks" below, and continue on separate attached sheets of paper if necessary.

3. If there is any doubt in your mind as to whether your name has been linked with one of the organizations named, or as to whether a particular association is "worth mentioning", make a full explanation under "Remarks".

Organizations designated by the Attorney General, pursuant to Executive Order 10450, are listed below:

Communist Party, U. S. A., its subdivisions, subsidiaries and affiliates.

Communist Political Association, its subdivisions, subsidiaries and affiliates, including—
Alabama People's Educational Association
Florida Press and Educational League.
Oklahoma League for Political Education.
People's Educational and Press Association of Texas.
Virginia League for People's Education.

Young Communist League.

Abraham Lincoln Brigade.

Abraham Lincoln School, Chicago, Illinois.

Action Committee to Free Spain Now.

American Association for Reconstruction in Yugoslavia, Inc.

American Branch of the Federation of Greek Maritime Unions.

American Christian Nationalist Party.

American Committee for European Workers' Relief.

American Committee for Protection of Foreign Born.

American Committee for the Settlement of Jews in Birobidjan, Inc.

American Committee for Spanish Freedom.

American Committee for Yugoslav Relief, Inc.

American Committee to Survey Labor Conditions in Europe.

American Council for a Democratic Greece, formerly known as the Greek American Council; Greek American Committee for National Unity.

American Council on Soviet Relations.

American Croatian Congress.

American Jewish Labor Council.

American League Against War and Fascism.

American League for Peace and Democracy.

American National Labor Party.

American National Socialist League.

American National Socialist Party.

American Nationalist Party.

American Patriots, Inc.

American Peace Crusade.

American Peace Mobilization.

American Poles for Peace.

American Polish Labor Council.

American Polish League.

American Rescue Ship Mission (a project of the United American Spanish Aid Committee).

American-Russian Fraternal Society.

American-Russian Institute, New York (also known as the American-Russian Institute for Cultural Relations with the Soviet Union).

American Russian Institute, Philadelphia.

American Russian Institute of San Francisco.

American Russian Institute of Southern California, Los Angeles.

American Slav Congress.

American Women for Peace.

American Youth Congress.

American Youth for Democracy.

Armenian Progressive League of America.

Associated Klans of America.

Association of Georgia Klans.

Association of German Nationals (Reichsdeutsche Vereinigung).

Ausland-Organization der NSDAP, Overseas Branch of Nazi Party.

Baltimore Forum.

Benjamin Davis Freedom Committee.

Black Dragon Society.

Boston School for Marxist Studies, Boston, Massachusetts.

Bridges-Robertson-Schmidt Defense Committee.

Bulgarian American People's League of the United States of America.

California Emergency Defense Committee.

California Labor School, Inc., 321 Divisadero Street, San Francisco, California.

Carpatho-Russian People's Society.

Central Council of American Women of Croatian Descent (also known as Central Council of American Croatian Women, National Council of Croatian Women).

Central Japanese Association (Beikoku Chuo Nipponjin Kai).

Central Japanese Association of Southern California.

Central Organization of the German-American National Alliance (Deutsche-Amerikanische Einheitsfront).

Cervantes Fraternal Society.

China Welfare Appeal, Inc.

Chopin Cultural Center.

Citizens Committee to Free Earl Browder.

Citizens Committee for Harry Bridges.

Citizens Committee of the Upper West Side (New York City).

Citizens Emergency Defense Conference.

Citizens Protective League.

Civil Liberties Sponsoring Committee of Pittsburgh.

Civil Rights Congress and its affiliated organizations, including

Civil Rights Congress for Texas.

Veterans Against Discrimination of Civil Rights Congress of New York.

Columbians.

Comite Coordinador Pro Republica Espanola.

Comite Pro Derechos Civiles.

Committee for a Abolish Discrimination in Maryland.

Committee to Aid the Fighting South.

Committee to Defend the Rights and Freedom of Pittsburgh's Political Prisoners.

Committee for a Democratic Far Eastern Policy.

Committee for Constitutional and Political Freedom.

Committee for the Defense of the Pittsburgh Six.

Committee for Nationalist Action.

Committee for the Negro in the Arts.

Committee for Peace and Brotherhood Festival in Philadelphia.

Committee for the Protection of the Bill of Rights.

Committee for World Youth Friendship and Cultural Exchange.

Committee to Defend Marie Richardson.

Committee to Uphold the Bill of Rights.

Commonwealth College, Mena, Arkansas.

Congress Against Discrimination.

Congress of the Unemployed.

Connecticut Committee to Aid Victims of the Smith Act.

Connecticut State Youth Conference.

Congress of American Revolutionary Writers.

Congress of American Women.

Council on African Affairs.

Council of Greek Americans.

Council for Jobs, Relief, and Housing.

Council for Pan-American Democracy.

Croatian Benevolent Fraternity.

Dai Nippon Butoku Kai (Military Virtue Society of Japan or Military Art Society of Japan).

Daily Worker Press Club.

Daniels Defense Committee.

Dante Alighieri Society (Between 1935 and 1940).

Dennis Defense Committee.

Detroit Youth Assembly.

East Bay Peace Committee.

Elsinore Progressive League.

Emergency Conference to Save Spanish Refugees (founding body of the North American Spanish Aid Committee).

Everybody's Committee to Outlaw War.

Families of the Baltimore Smith Act Victims.

Families of the Smith Act Victims.

Federation of Italian War Veterans in the U.S.A.,
Inc. (Associazione Nazionale Combattenti Italiani,
Federazione degli Stati Uniti d' America).
Finish-American Mutual Aid Society.
Florida Press and Educational League.
Frederick Douglass Educational Center.
Freedom Stage, Inc.
Friends of the New Germany (Freunde des Neuen
Deutschlands).
Friends of the Soviet Union.
Garibaldi American Fraternal Society.
George Washington Carver School, New York City.
German-American Bund (Amerika-deutscher Volksbund).
German-American Republican League.
German-American Vocational League (Deutsche-
Amerikanische Berufsge-meinschaft).
Guardian Club.

Harlem Trade Union Council.
Hawaii Civil Liberties Committee.
Heimusha Kai, also known as Nokokai Heiki Gimusha
Kai, Zaibei Nihonjin, Heijakm Gimusha Kai and
Zaibei Heimusha Kai (Japanese Residing in
America Military Conscripts Association).
Hellenic-American Brotherhood.
Hinode Kai (Imperial Japanese Reservists).
Hinomaru Kai (Rising Sun Flag Society — a group of
Japanese War Veterans).
Hokubei Zaigo Shobu Dan (North American Reserve
Officers Association).
Hollywood Writers Mobilization for Defense.
Hungarian-American Council for Democracy.
Hungarian Brotherhood.
Idaho Pension Union.
Independent Party (Seattle, Washington).
Independent People's Party.
Industrial Workers of the World.
International Labor Defense.
International Workers Order, its subdivisions,
subsidiaries and affiliates.

Japanese Association of America.
Japanese Overseas Central Society (Kaigai Deho
Chuo Kai).
Japanese Overseas Convention, Tokyo, Japan, 1940.
Japanese Protective Association (Recruiting
Organization).
Jefferson School of Social Science, New York City.
Jewish Culture Society.
Jewish People's Committee.
Jewish People's Fraternal Order.
Jikyoku Iin Kai (The Committee for the Crisis).
Johnson-Forest Group.
Johnsonites.
Joint Anti-Fascist Refugee Committee.
Joint Council of Progressive Italian-American, Inc.
Joseph Weydemeyer School of Social Science,
St. Louis, Missouri.

Kibei Seinen Kai (Association of U.S. citizens of
Japanese ancestry who have returned to America
after studying in Japan).
Knights of the White Camellia.
Ku Klux Klan.
Kyffhaeuser, also known as Kyffhaeuser League
(Kyffhaeuser Bund) Kyffhaeuser Fellowship
(Kyffhaeuser Kameradschaft).
Kyffhaeuser War Relief (Kyffhaeuser
Kriegshilfswerk)

Labor Council for Negro Rights.
Labor Research Association, Inc.
Labor Youth League.
League for Common Sense.

League of American Writers.
Lictor Society (Italian Black Shirts).
Macedonian-American People's League.
Mario Morgantini Circle.
Maritime Labor Committee to Defend Al Lannon.
Maryland Congress Against Discrimination.
Massachusetts Committee for the Bill of Rights.
Massachusetts Minute Women for Peace (not
connected with the Minute Women of the
U.S.A., Inc.).
Maurice Braverman Defense Committee.
Michigan Civil Rights Federation.
Michigan Council for Peace.
Michigan School of Social Science.
Nanka Teikoku Gunyudan (Imperial Military Friends
Group or Southern California War Veterans).
National Association of Mexican Americans (also
known as Asociacion Nacional Mexico Americana).
National Blue Star Mothers of America (not to be
confused with the Blue Star Mothers of America
organized in February 1942).
National Committee for the Defense of Political
Prisoners.
National Committee for Freedom of the Press.
National Committee to Win Amnesty for Smith
Act Victims.
National Committee to Win the Peace.
National Conference on American Policy in China
and the Far East (a Conference called by the
Committee for a Democratic Far Eastern Policy).
National Council of Americans of Croatian
Descent.
National Council of American-Soviet Friendship.
National Federation for Constitutional Liberties.
National Labor Conference for Peace.
National Negro Congress.
National Negro Labor Council.
Nationalist Action League.
Nationalist Party of Puerto Rico.
Nature Friends of America (Since 1935).
Negro Labor Victory Committee.
New Committee for Publications.
Nichibei Kogyo Kaisha (The Great Fujii Theatre).
North American Committee to Aid Spanish Democracy.
North American Spanish Aid Committee.
North Philadelphia Forum.
Northwest Japanese Association.

Ohio School of Social Sciences.
Oklahoma Committee to Defend Political Prisoners.
Oklahoma League for Political Education.
Original Southern Klans, Incorporated.

Pacific Northwest Labor School, Seattle,
Washington.
Palo Alto Peace Club.
Partido del Pueblo of Panama (operating in the
Canal Zone).
Peace Information Center.
Peace Movement of Ethiopia.
People's Drama, Inc.
People's Educational and Press Association of
Texas.
People's Educational Association (Incorporated
under name Los Angeles Educational Association,
Inc.) also known as People's Educational Center,
People's University, People's School.
People's Institute of Applied Religion.
People's Programs (Seattle, Washington).
People's Radio Foundation, Inc.
People's Rights Party.
Philadelphia Labor Committee for Negro Rights.
Philadelphia School of Social Science and Art.
Photo League (New York City)
Pittsburgh Arts Club.
Political Prisoners' Welfare Committee.
Polonia Society of the IWO.

Progressive German-Americans, also known as
Progressive German-Americans of Chicago.
Proletarian Party of America.
Protestant War Veterans of the United States, Inc.
Provisional Committee of Citizens for Peace,
Southwest Area.
Provisional Committee on Latin American Affairs.
Provisional Committee to Abolish Discrimination
in the State of Maryland.
Puerto Rican Comite Pro Libertades Civiles (CLC)
Puertorriquenos Unidos (Puerto Ricans United)

Quad City Committee for Peace.
Queensbridge Tenants League.

Revolutionary Workers League.
Romanian American Fraternal Society.
Russian American Society, Inc.

Sakura Kai (Patriotic Society or Cherry Association
composed of veterans of Russo-Japanese War).
Samuel Adams School, Boston, Mass.
Santa Barbara Peace Forum.
Schappes Defense Committee.
Schneiderman-Darcy Defense Committee.
School of Jewish Studies, New York City.
Seattle Labor School, Seattle, Washington.
Serbian-American Fraternal Society.
Serbian Vidovdan Council.
Shinto Temples (Elected in State Shinto abolished
in 1945).
Silver Shirt Legion of America.
Slavic Council of Southern California.
Slavonic Workers Society.
Slovenian-American National Council.
Socialist Workers Party, including American
Committee for European Workers' Relief.
Sokoku Kai (Fatherland Society)
Southern Negro Youth Congress.
Suiko Sha (Reserve Officers Association,
Los Angeles).
Syracuse Women for Peace.
Tom Paine School of Social Science, Philadelphia,
Pennsylvania.
Tom Paine School of Westchester, New York.
Trade Union Committee for Peace.
Trade Unionists for Peace.
Tri-State Negro Trade Union Council.

Ukrainian-American Fraternal Union.
Union of American Croatians.
Union of New York Veterans.
United American Spanish Aid Committee.
United Committee of Jewish Societies and Lands-
manschft Federations, also known as Coordi-
nation Committee of Jewish Landsmanschaften and
Fraternal Organizations.
United Committee of South Slavic Americans.
United Defense Council of Southern California.
United Harlem Tenants and Consumers Organization.
United May Day Committee.
United Negro and Allied Veterans of America.

Veterans Against Discrimination of Civil Rights
Congress of New York.
Veterans of the Abraham Lincoln Brigade.
Virginia League for People's Education.
Voice of Freedom Committee.
Walt Whitman School of Social Science, Newark,
New Jersey.
Washington Bookshop Association.
Washington Committee to Defend the Bill of Rights.
Washington Committee for Democratic Action.
Washington Commonwealth Federation.
Washington Pension Union.
Wisconsin Conference on Social Legislation.
Workers Alliance (since April 1936).

Yiddisher Kultur Farband.
Yugoslav-American Cooperative Home, Inc.
Yugoslav Seamen's Club.

## III - INSTRUCTIONS

1. Set forth an explanation for each answer checked "Yes"
under question 2 below under "Remarks". Attach as many extra
sheets as necessary for a full explanation, signing or
initialing each extra sheet.

2. Title 18, U.S. Code, Section 1001, provides, in pertinent
part: "Whoever ... falsifies, conceals or covers up ... a
material fact, or makes any false ... statements ... or makes
or uses any false writing ... shall be fined not more than
$10,000 or imprisoned not more than five years, or both". Any
false, fraudulent or fictitious response to the questions under
Part IV below may give rise to criminal liability under Title
18, U.S.C., Section 1001. You are advised, however, that you

will not incur such liability unless you supply inaccurate
statements with knowledge of their untruthfulness. You are
therefore advised that before you sign this form and turn
it in to Selective Service or military authorities, you should
be sure that it is truthful; that detailed explanations are
given for each "Yes" answer under question 2 of Part IV below;
and that details given are as full and complete as you can
make them.

3. In stating details, it is permissible, if your memory is
hazy on particular points, to use such expressions as "I
think", "in my opinion", "I believe", or "to the best of my
recollection."

**IV – QUESTIONS**

*(For each answer checked "Yes" under question 2 set*
*forth a full explanation under "Remarks" below)*

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| 1. I have read the list of names of organizations, groups, and movements set forth under Part II of this form and the explanation which precedes it. | ✓ | | j. Have you ever contributed money to any of the organizations, groups, or movements listed? | | ✓ |
| 2. Concerning the list of organizations, groups and movements set forth under Part II above: | ✓ | | k. Have you ever contributed services to any of the organizations, groups, or movements listed? | | ✓ |
| a. Are you now a member of any of the organizations, groups, or movements listed? | | ✓ | l. Have you ever subscribed to any publications of any of the organizations, groups, or movements listed? | | ✓ |
| b. Have you ever been a member of any of the organizations, groups, or movements listed? | | ✓ | m. Have you ever been employed by a foreign government or any agency thereof? | | ✓ |
| c. Are you now employed by any of the organizations, groups, or movements listed? | | ✓ | n. Are you now a member of the Communist Party of any foreign country? | | ✓ |
| d. Have you ever been employed by any of the organizations, groups, or movements listed? | | ✓ | o. Have you ever been a member of the Communist Party of any foreign country? | | ✓ |
| e. Have you ever attended any meeting of any of the organizations, groups, or movements listed? | | ✓ | p. Have you ever been the subject of a loyalty or security hearing? | | ✓ |
| f. Have you ever attended any social gathering of any of the organizations, groups, or movements listed? | | ✓ | q. Are you now or have you ever been a member of any organization, association, movement, group or combination of persons set on the Attorney General's list which advocates the overthrow of our constitutional form of government, or which has adopted the policy of advocating or approving the commission of acts of force or violence to deny other persons their rights under the Constitution of the United States, or which seeks to alter the form of government of the United States by unconstitutional means? | | ✓ |
| g. Have you ever attended any gathering of any kind sponsored by any of the organizations, groups, or movements listed? | | ✓ | | | |
| h. Have you prepared material for publication by any of the organizations, groups, or movements listed? | | ✓ | | | |
| i. Have you ever corresponded with any of the organizations, groups, or movements listed or with any publication thereof? | | ✓ | r. Have you ever been known by any other last name than that used in signing this questionnaire? | | ✓ |

**REMARKS**

*None*

REMARKS (Continued)

## CERTIFICATION

IN REGARD TO ANY PART OF THIS QUESTIONNAIRE CONCERNING WHICH I HAVE HAD ANY QUESTION AS TO THE MEANING,
I HAVE REQUESTED AND HAVE OBTAINED A COMPLETE EXPLANATION. I CERTIFY THAT THE STATEMENTS MADE BY ME UN-
DER PART IV ABOVE AND ON ANY SUPPLEMENTAL PAGES HERETO ATTACHED, ARE FULL, TRUE, AND CORRECT.

| TYPED FULL NAME OF PERSON MAKING CERTIFICATION | SERVICE NUMBER (If any) | SIGNATURE OF PERSON MAKING CERTIFICATION |
|---|---|---|
| James Lynn STYERS | 2 3 6 0 9 2 7 | *James Lynn Styers* |
| TYPED NAME OF WITNESS | DATE | SIGNATURE OF WITNESS |
| D.L. KELLEY GySgt. | 10 April 1967 | *D.L. Kelley* |

DD98(6-59) [BACK]

# STATEMENT OF PERSONAL HISTORY

**INSTRUCTIONS:** Read the certification at the end of this questionnaire before entering the required data. Print or type all answers. All questions and statements must be completed. If the answer is "None," so state. Do not misstate or omit material fact since the statements made herein are subject to verification. If more space is needed, use the Remarks section, item 30, and attach additional sheets if necessary. The information entered hereon is for official use only and will be maintained in confidence.

| 1. (Print) FIRST NAME—MIDDLE NAME—MAIDEN NAME (if any)—LAST NAME | 2. | STATUS |
|---|---|---|
| ☐ MR. ☐ MRS. ☐ MISS  James Lynn STYERS | | ☒ CIVILIAN  ☐ MILITARY ON ACTIVE DUTY |

| 3. ALIAS(ES), NICKNAME(S), OR CHANGES IN NAME (Other than by marriage) | 4. PERMANENT MAILING ADDRESS |
|---|---|
| Jim | 4514 W. Thomas Rd. Phoenix, Arizona 85031 |

| 5. DATE OF BIRTH (Day, month, year) | PLACE OF BIRTH (City, County, State, and Country) | PLACE CERTIFICATE RECORDED |
|---|---|---|
| 3 September 1947 | New Castle, Lawrence, Penn. | Harrisburg, Penn. |

| HEIGHT | WEIGHT | COLOR OF EYES | COLOR OF HAIR | SCARS, PHYSICAL DEFECTS, DISTINGUISHING MARKS |
|---|---|---|---|---|
| 71 inches | 205 | Blue | Brown | None |

6. DO YOU HAVE A HISTORY OF MENTAL OR NERVOUS DISORDERS? ☐ YES ☒ NO  ARE YOU NOW OR HAVE YOU EVER BEEN ADDICTED TO THE USE OF HABIT FORMING DRUGS SUCH AS NARCOTICS OR BARBITURATES? ☐ YES ☒ NO  ARE YOU NOW OR HAVE YOU EVER BEEN A CHRONIC USER TO EXCESS OF ALCOHOLIC BEVERAGES? ☐ YES ☒ NO  IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 29

| 7. U.S. CITIZEN | NATIVE | IF NATURALIZED, CERTIFICATE NO. | IF DERIVED, PARENTS' CERTIFICATE NO(S). | DATE, PLACE, AND COURT |
|---|---|---|---|---|
| ☒ | ☒ YES ☐ NO | | | |

| ALIEN | REGISTRATION NO | NATIVE COUNTRY | DATE AND PORT OF ENTRY | DO YOU INTEND TO BECOME A U.S. CITIZEN? |
|---|---|---|---|---|
| ☐ | | | | YES / NO |

## 8. MILITARY SERVICE

ARE YOU PRESENTLY ON ACTIVE DUTY IN THE U.S. ARMED FORCES DRAWING FULL PAY? ☐ YES ☒ NO  IF "YES," COMPLETE THE FOLLOWING:

| GRADE AND SERVICE NO. | SERVICE AND COMPONENT | ORGANIZATION AND STATION | DATE CURRENT ACTIVE SERVICE STARTED |
|---|---|---|---|
| | | | |

ARE YOU PRESENTLY A MEMBER OF A U.S. RESERVE OR NATIONAL GUARD ORGANIZATION? ☐ YES ☒ NO  IF "YES," COMPLETE THE FOLLOWING:

| GRADE AND SERVICE NO. | SERVICE AND COMPONENT | ORGANIZATION AND STATION OR UNIT AND LOCATION |
|---|---|---|
| | | |

HAVE YOU PREVIOUSLY SERVED TOURS OF EXTENDED ACTIVE DUTY, DRAWING FULL PAY, FROM WHICH YOU WERE DISCHARGED OR SEPARATED TO CIVILIAN STATUS? ☐ YES ☒ NO  IF "YES," COMPLETE THE FOLLOWING:

| COUNTRY | SERVICE | COMPONENT | FROM (Date) | TO (Date) | TYPE DISCHARGE OR SEPARATION—GRADE AND SERVICE NO |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## 9. EDUCATION (Account for all civilian schools and military academies. Do not include service schools)

| MONTH AND YEAR FROM— | —TO— | NAME AND LOCATION OF SCHOOL | GRADUATE YES | GRADUATE NO | DEGREE |
|---|---|---|---|---|---|
| Sep53 | May60 | Arthur McGill Elementary New Castle, Penn | | x | |
| Sep60 | May61 | Maryvale Elementary Phoenix, Arizona | x | | General |
| Sep61 | May65 | Phoenix Union High School Phoenix, Arizona | | x | |
| Sep65 | Jun66 | Shenango High School New Castle, Penn | | x | |
| Sep66 | Sep66 | West High School Phoenix, Arizona | | x | |

10. FAMILY (List in order given, parents, spouse, guardians, stepparents, foster parents, parents-in-law, former spouse(s) (if divorced give date and place), children, brothers and sisters, even though deceased. Include any others you resided with or with whom a close relationship existed or exists. If the person is not a U.S. citizen by birth, give date and port of entry, alien registration number, naturalization certificate number and place of issuance.)

| RELATION AND NAME | DATE AND PLACE OF BIRTH | PRESENT ADDRESS, IF LIVING | U.S. CITIZEN YES | U.S. CITIZEN NO |
|---|---|---|---|---|
| FATHER  Charles Ellsworth STYERS | 6 September 1915 New Castle, Penn. | 4514 W. Thomas Rd. Phoenix, Arizona | x | |
| MOTHER (Maiden name)  Lois June LEESE | 15 January 1918 New Castle, Penn. | 4514 W. Thomas Rd. Phoenix, Arizona | x | |
| SPOUSE (Maiden name)  None | | | | |
| OTHER (Specify)  Brother Thomas Charles STYERS | 24 December 1940 New Castle, Penn. | 3650 W. Roma Phoenix, Arizona | x | |
| Brother  Terry Ray STYERS | 7 February 1941 New Castle, Penn | 7392 So. I St. Tacoma, Washington | x | |
| Brother  Danny Robert STYERS | 28 April 1942 New Castle, Penn. | 4514 W. Thomas Rd. Phoenix, Arizona | x | |
| Sister  Bonnie Lee BAKER | 20 October 1943 New Castle, Penn. | 11485 Merrill Dr. Fontana, California | x | |
| Sister  Linda Lou THOMPSON | 29 November 1944 New Castle, Penn | 4514 W. Thomas Rd. Phoenix, Arizona | x | |

**DD** FORM MAR 63 **398**  REPLACES EDITION OF 1 MAY 58 WHICH MAY BE USED.  0101-801-1201

Exception to Standard Form 86 Approved by Bureau of the Budget June 1960

19. ARE THERE ANY INCIDENTS IN YOUR LIFE NOT MENTIONED HEREIN WHICH MAY REFLECT UPON YOUR LOYALTY TO THE UNITED STATES OR UPON YOUR SUITABILITY TO PERFORM THE DUTIES WHICH YOU MAY BE CALLED UPON TO TAKE OR WHICH MIGHT REQUIRE FURTHER EXPLANATION? ☐ YES ☒ NO IF "YES," GIVE DETAILS

**20. REMARKS**

Item 10 Cont'd

| | | | |
|---|---|---|---|
| Brother | 7 September 1950 | 4514 W. Thomas Rd. | |
| William Todd STYERS | New Castle, Penn. | Phoenix, Arizona | U.S. Citizen |

I CERTIFY THAT THE ENTRIES MADE BY ME ABOVE ARE TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND ARE MADE IN GOOD FAITH. I UNDERSTAND THAT A KNOWING AND WILLFUL FALSE STATEMENT ON THIS FORM CAN BE PUNISHED BY FINE OR IMPRISONMENT OR BOTH (See U. S. Code, title 18, section 1001)

| DATE | SIGNATURE OF PERSON COMPLETING FORM |
|---|---|
| 12 April 1967 | James Lynn STYERS |

TYPED NAME AND ADDRESS OF WITNESS: D. L. KELLEY MCRSS Phoenix, Arizona

SIGNATURE OF WITNESS

THIS SECTION TO BE COMPLETED BY AUTHORITY REQUESTING INVESTIGATION

BRIEF DESCRIPTION OF DUTY ASSIGNMENT AND DEGREE OF CLASSIFIED MATTER (top secret, secret, etc.) TO WHICH APPLICANT WILL REQUIRE ACCESS

RECORD OF PRIOR CLEARANCES

| DATE OF CLEARANCE | TYPE OF CLEARANCE | AGENCY THAT COMPLETED INVESTIGATION |
|---|---|---|
| | | |
| | | |
| | | |

REMARKS

## STATEMENT OF PERSONAL HISTORY

**INSTRUCTIONS: Read the certification at the end of this questionnaire before entering the required data. Print or type all answers. All questions and statements must be completed. If the answer is "None," so state. Do not misstate or omit material** ...

**15. -- LIST ALL RESIDENCES FROM 1 JANUARY 1937**

| MONTH AND YEAR | | STREET AND NUMBER | CITY | STATE OR COUNTRY |
|---|---|---|---|---|
| FROM— | TO— | | | |
| 1947 | 1949 | RD # 1 | Edinburg | Pennsylvania |
| 1949 | 1955 | 471 Carron St. | New Castle | Pennsylvania |
| 1955 | 1960 | 412 E. Garfield | New Castle | Pennsylvania |
| 1960 | 1965 | N. 59th. Ave. | Phoenix | Arizona |
| 1965 | 1966 | 7814 Hollow Rd. | New Castle | Pennsylvania |
| 1966 | Present | 4514 W. Thomas Rd. | Phoenix | Arizona |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**16. PAST AND/OR PRESENT MEMBERSHIP IN ORGANIZATIONS**

| NAME AND ADDRESS | TYPE (Social, fraternal, professional, etc.) | OFFICE HELD | MEMBERSHIP | |
|---|---|---|---|---|
| | | | FROM— | TO— |
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**17.**

| YES | NO | |
|---|---|---|
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF THE COMMUNIST PARTY U. S. A., OR ANY COMMUNIST ORGANIZATIONS ANYWHERE? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF A FASCIST ORGANIZATION? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN A MEMBER OF ANY ORGANIZATION, ASSOCIATION, MOVEMENT, GROUP OR COMBINATION OF PERSONS WHICH ADVOCATES THE OVERTHROW OF OUR CONSTITUTIONAL FORM OF GOVERNMENT, OR WHICH HAS ADOPTED THE POLICY OF ADVOCATING OR APPROVING THE COMMISSION OF ACTS OF FORCE OR VIOLENCE TO DENY OTHER PERSONS THEIR RIGHTS UNDER THE CONSTITUTION OF THE UNITED STATES, OR WHICH SEEKS TO ALTER THE FORM OF GOVERNMENT OF THE UNITED STATES BY UNCONSTITUTIONAL MEANS? |
| | X | ARE YOU NOW OR HAVE YOU EVER BEEN AFFILIATED OR ASSOCIATED WITH ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE AS AN AGENT, OFFICIAL OR EMPLOYEE? |
| | X | ARE YOU NOW ASSOCIATING WITH, OR HAVE YOU ASSOCIATED WITH ANY INDIVIDUALS, INCLUDING RELATIVES, WHO YOU KNOW OR HAVE REASON TO BELIEVE, ARE OR HAVE BEEN MEMBERS OF ANY OF THE ORGANIZATIONS IDENTIFIED ABOVE? |
| | X | HAVE YOU EVER ENGAGED IN ANY OF THE FOLLOWING ACTIVITIES OF ANY ORGANIZATION OF THE TYPE DESCRIBED ABOVE: CONTRIBUTION(S) TO, ATTENDANCE AT OR PARTICIPATION IN ANY ORGANIZATIONAL, SOCIAL, OR OTHER ACTIVITIES OF SAID ORGANIZATIONS OR OF ANY PROJECTS SPONSORED BY THEM; THE SALE, GIFT, OR DISTRIBUTION OF ANY WRITTEN, PRINTED, OR OTHER MATTER, PREPARED, REPRODUCED, OR PUBLISHED, BY THEM OR ANY OF THEIR AGENTS OR INSTRUMENTALITIES? |

IF "YES," DESCRIBE THE CIRCUMSTANCES. ATTACH ADDITIONAL SHEETS FOR A FULL DETAILED STATEMENT. IF ASSOCIATED WITH ANY OF THE ABOVE ORGANIZATIONS, SPECIFY NATURE AND EXTENT OF ASSOCIATION WITH EACH, INCLUDING OFFICE OR POSITION HELD, ALSO INCLUDE DATES, PLACES, AND CREDENTIALS NOW OR FORMERLY HELD. IF ASSOCIATIONS HAVE BEEN WITH INDIVIDUALS WHO ARE MEMBERS OF THE ABOVE ORGANIZATIONS, THEN LIST THE INDIVIDUALS AND THE ORGANIZATIONS WITH WHICH THEY WERE OR ARE AFFILIATED.

**18.** HAVE YOU EVER BEEN DETAINED, HELD, ARRESTED, INDICTED OR SUMMONED INTO COURT AS A DEFENDANT IN A CRIMINAL PROCEEDING, OR CONVICTED, FINED, OR IMPRISONED OR PLACED ON PROBATION, OR HAVE YOU EVER BEEN ORDERED TO DEPOSIT BAIL OR COLLATERAL FOR THE VIOLATION OF ANY LAW, POLICE REGULATION OR ORDINANCE (excluding minor traffic violations for which a fine or forfeiture of $25, or less was imposed)? INCLUDE ALL COURT MARTIALS WHILE IN MILITARY SERVICE. ☒ YES ☐ NO IF "YES," LIST THE DATE, THE NATURE OF THE OFFENSE OR VIOLATION, THE NAME AND LOCATION OF THE COURT OR PLACE OF HEARING, AND THE PENALTY IMPOSED OR OTHER DISPOSITION OF EACH CASE.

February 1965 Failure to pay traffic citations. Phoenix, Arizona, Held at Juvenile Home for four (4) days. License restricted until reaching age of eighteen (18)

**11.** OTHER RELATIVES AND ALIEN FRIENDS LIVING IN FOREIGN COUNTRIES (List grandparents, first cousins, aunts, uncles, brothers- and sisters-in-law, and other persons with whom a close relationship existed or exists)

| RELATIONSHIP AND NAME | AGE | OCCUPATION | ADDRESS | CITIZENSHIP |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**12.** FOREIGN TRAVEL (Other than as a direct result of United States military duties)

| DATES FROM— | TO— | COUNTRY VISITED | PURPOSE OF TRAVEL |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

**13.** EMPLOYMENT (Show every employment you have had and all periods of unemployment)

| MONTH AND YEAR FROM— | TO— | NAME AND ADDRESS OF EMPLOYER | NAME OF IMMEDIATE SUPERVISOR | REASON FOR LEAVING |
|---|---|---|---|---|
| Jul66 | Aug66 | Ellwood Candy Co. Ellwood City, Penn. | Mr. AARONBERG | Moved |
| Sep66 | Mar67 | Good Samaritan Hospital 10th.St. & McDowell Phoenix,Ariz. | Mr. LOWERY | Discharged |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DID ANY OF THE ABOVE EMPLOYMENTS REQUIRE A SECURITY CLEARANCE? ☐ YES ☒ NO   DO YOU HAVE ANY FOREIGN PROPERTY OR BUSINESS CONNECTIONS, OR HAVE YOU EVER BEEN EMPLOYED BY A FOREIGN GOVERNMENT, FIRM, OR AGENCY? ☐ YES ☒ NO   HAVE YOU EVER BEEN REFUSED BOND? ☐ YES ☒ NO   IF THE ANSWER TO ANY OF THE ABOVE IS "YES," EXPLAIN IN ITEM 20.

SOCAL SECURITY NO.
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

**14.** CREDIT AND CHARACTER REFERENCES (Do not include relatives, former employers, or persons living outside the United States or its Territories.

| | NAME (List 3 credit and 3 character) | YEARS KNOWN | STREET AND NUMBER (Business address preferred) | CITY | STATE OR TERRITORY |
|---|---|---|---|---|---|
| CREDIT | | | | | |
| | | | | | |
| | Harold DUDLEY | 7 | 847 W. Clarendon | Phoenix | Arizona |
| CHARACTER | Leroy GOODLAND | 16 | 3902 W. Lewis | Phoenix | Arizona |
| | Harry DAVIS | 19 | 5612 W. Thomas | Phoenix | Arizona |
| | Jutte VOLLER | 1 | 859 E. 5th St. | Mesa | Arizona |
| | James WAPPLER | 7 | 3003 W. Rome | Phoenix | Arizona |

REMARKS

*U. S. GOVERNMENT PRINTING OFFICE: 1966—329-616

DO NOT FOLD, STAPLE, OR MUTILATE

IMPORTANT:  Do not use punctuations (commas, periods, hyphens, etc.)  Leave a space.
Address need not be repeated.  Use item number of block in which address first appears for subsequent entries.  (Example: "c 4" in block c 6 following name refers to address in block c 4)  Names must be reversed.

| | | 2.SERVICE NO. 2360927 | 3.SOCIAL SECURITY NO. 527 68 1082 |
|---|---|---|---|

1.MEMBER'S NAME (Last, First, Middle)   STYERS James Lynn 1158 Saguaro Dr Yuma Az 85364

DEPOSITS NAME/ADDRESS — a.  Kathleen P STYERS #4

CHILDREN'S NAME/ADDRESS — a.  Janet L STYERS #4

b.  Susan K STYERS #4

FATHER'S NAME/ADDRESS — a.  Charles F STYERS 2926 N 15th Ave Phoenix Az 85017

MOTHER'S NAME/ADDRESS — a.  Lois J STYERS #6

b.  Lois J STYERS #6

c.  Kathleen P STYERS #4

d.  None

e.  None

11. COLLECTION DATE  I understand payment will be made as provided by law.  12. AMOUNT 01191  13. DATE SIGNED 710105

14. SIGNATURE OF WITNESS

signatures

RECORD OF EMERGENCY DATA (1070)
NAVMC 10528 (Rev. 1-70)
(10-66 edition will be used)

# RECORD OF EMERGENCY DATA

| 1. DESIGNATOR'S LAST NAME—FIRST NAME—MIDDLE NAME | 2. PRESENT SERVICE NO. | 3. GRADE | 4. DATE OF BIRTH | 5. RELIGION |
|---|---|---|---|---|
| STYERS, James Lynn | 2360927 | Pvt | 3Sep47 | No Pref. |

| 6. HOME ADDRESS AT TIME OF ENTRY INTO SERVICE | 7. PRIOR MIL. SERVICE | 8. FORMER SERVICE NO. |
|---|---|---|
| | ☐ YES ☒ NO | None |
| | (DATE LAST ENTRY) | 9. SOCIAL SECURITY NO. 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 |

| FIRST NAME—MIDDLE NAME—LAST NAME (If deceased, so state) | ADDRESS |
|---|---|
| 10. WIFE OR HUSBAND (If none, so state) Kathleen Pearl STYERS | 4807 N 29th Place, Phoenix, Arizona |

| 11. NAME OF CHILDREN (If none, so state. If step or adopted, so state) | ADDRESS | MARRIED | | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| | | YES | NO | | |
| None | | | | | |

| 12. FATHER | ADDRESS |
|---|---|
| Charles Ellsworth STYERS | 2926 N 15th Ave., Phoenix, Arizona |

| 13. MOTHER | ADDRESS |
|---|---|
| Lois June STYERS | 2926 N 15th Ave., Phoenix, Arizona |

| 14. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | ADDRESS |
|---|---|
| None | |

| 14a. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |

| 15. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |

## DESIGNATIONS

| | | FIRST NAME—MIDDLE NAME—LAST NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|---|
| 16. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC, Sections 1475–1480). | | Kathleen Pearl STYERS | Phoenix, Arizona 4807 N 29th Place, | Wife |
| 17. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC, Section 2771), WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100 PERCENT. | 100% % | Kathleen Pearl STYERS | 4807 N. 29th Place Phoenix, Arizona | Wife |
| 18. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR UNABLE TO TRANSMIT FUNDS. | PERCENT OF PAY EACH MO 100% | TO ACCUMULATE | | |

| 19. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI (Agencies to be notified in case of death in active service) | | |
|---|---|---|
| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
| PRUDENTIAL INS. CO. OF AMERICA SOUTHWESTERN HOME OFFICE | HOUSTON, TEXAS | D47 097 303 |

| 20. SERVICE ORGANIZATION AND ADDRESS OF DESIGNATOR | DATE SIGNED |
|---|---|
| 4thReplCo, StagBn MCB CamPen | 14Feb68 |

| 21. SIGNATURE OF WITNESS | 22. SIGNATURE OF DESIGNATOR |
|---|---|
| Willey C. Daniel | James L. Styers |

NAVMC 10520 (9-6) (1070)
REPLACES DD93-1 (1 AUG 59) WHICH WILL BE USED.

U.S. GOVERNMENT PRINTING OFFICE : 1966 O—833-468

"IF I ENTER A STATUS AS DEFINED IN 37 USC 551, I [illegible] DESIRE ___ % OF MY UNALLOT PAY BE DEPOSITED IN SAVDEP PROG

[illegible] SIGNATURE [illegible] WITNESS

## RECORD OF EMERGENCY DATA

| 1. DESIGNATOR'S LAST NAME—FIRST NAME—MIDDLE NAME | 2. PRESENT SERVICE NO. | 3. GRADE | 4. DATE OF BIRTH | 5. RELIGION |
|---|---|---|---|---|
| STYERS, JAMES LYNN | 2360927 | PFC | 5Sep47 | No. Pref. |

| 6. HOME ADDRESS AT TIME OF ENTRY INTO SERVICE | 7. PRIOR MIL. SERVICE | 8. FORMER SERVICE NO. |
|---|---|---|
| | ☐ YES ☐ NO | None |
| | (DATE LAST ENTRY) | 9. SOCIAL SECURITY NO. 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 |

| 10. WIFE OR HUSBAND (if none, so state) FIRST NAME—MIDDLE NAME—LAST NAME (if deceased, so state) | ADDRESS |
|---|---|
| Kathleen Pearl STYERS | 4807 N 29th Place, Phoenix, Arizona 85017 |

| 11. NAME OF CHILDREN (if none, so state, if step or adopted, so state) | ADDRESS | MARRIED YES | MARRIED NO | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| Janet Lynn STYERS | Same As #10 | | X | F | 15July68 |

| 12. FATHER | ADDRESS |
|---|---|
| Charles Ellsworth STYERS | 2926 N. 15th Ave., Phoenix, Arizona |

| 13. MOTHER | ADDRESS |
|---|---|
| Lois June STYERS | 2926 N. 15th Ave., Phoenix, Arizona |

| 14. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | ADDRESS |
|---|---|
| None | |

| 14a. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| None | | | |

| 15. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| None | |

### DESIGNATIONS

| | FIRST NAME—MIDDLE NAME—LAST NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|
| 16. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILDREN. NAME PARENTS OR BROTHERS OR SISTERS ONLY (10 USC, Sections 1475-1480). | Lois June STYERS | Same As #13 | Mother |
| 17. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC, Section 2771), WHICH INCLUDES ENLISTED MEMBER'S SAVINGS DEPOSITS. PER CENT OF SHARES MUST TOTAL 100 PERCENT. | 100% Kathleen Pearl STYERS | Same As #10 | Wife |

| INSURANCE POLICIES IN FORCE INCLUDING USGLI AND NSLI (Agencies to be notified in case of death in active service) | | |
|---|---|---|
| 18. FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
| PRUDENTIAL INS. CO. OF AMERICA SOUTHWESTERN HOME OFFICE | HOUSTON, TEXAS | D47 097 303 |

| 21. SERVICE ORGANIZATION AND ADDRESS OF DESIGNATOR | DATE SIGNED |
|---|---|
| "C"Btry. 1stBn. 12th Marines, 3dMarDiv(Rein), FMF | 4 Nov 68 |

| 22. SIGNATURE OR WITNESS | 23. SIGNATURE OF DESIGNATOR |
|---|---|
| James L. Styers | James L. Styers |

NAVMC 10924-PD (9-61)
REPLACES SDPS-1 (1 AUG 59) WHICH WILL BE USED.

Item 18. Dependent to receive allotment of pay for support
if I enter a status covered by the Missing Persons
Act up to _100_ % after existing deductions
and allotments.

Name _KATHLEEN PEARL STYERS_

Address _2802 N. 29th PL. Phx ARIZONA_

Item 19. If I enter a status covered by the Missing Persons Act,
I desire my unallotted pay to be deposited in the
Savings Deposit Program. (Write "yes" or "no" and initial).

_(NO)_   _(JLS)_

UNITED STATES MARINE CORPS
ENLISTMENT CONTRACT

| NAME (Last, First, Middle) 1 | TERM OF ACDU (USMCR Only) 2 | SERVICE NO. 3 | INITIALS 4 |
|---|---|---|---|
| STYERS, James Lynn | 00 MONTHS | 2360927 | STL |

| HOME OF RECORD (Street and No. or RFD No., City or Town, County or Parish, State or Country) 5 | DATE OF RANK 6 | GRADE APPOINTED OR REAPPOINTED 7 | PRIMARY MOS 8 | SEX 9 |
|---|---|---|---|---|
| 4514 West Thomas Rd., Phoenix, Maricopa, Arizona 85031 | 67 Apr 24 | Private | 9900 | Male |

| PLACE OF BIRTH (City, County or Parish, State or Country) 10 | DATE OF BIRTH 11 | COMPONENT/CLASS 12 | CONTRACT LIMITATION 13 | RACE 14 |
|---|---|---|---|---|
| New Castle, Lawrence, Pennsylvania | 47 Sept 03 | USMC | None | Caucasian |

| ENLISTED AT (City, County or Parish, State or Territory or Country) 15 | DATE OF ENLISTMENT 16 | LENGTH OF ENLISTMENT 17 | PROGRAM ENLISTED FOR 18 | CITIZENSHIP 19 |
|---|---|---|---|---|
| Phoenix, Maricopa, Arizona | 67 May '02 | 4 Years | N/A | U.S. |

| TRANSFERRED TO/REORGANIZED (Activity and Location) 20 | EST DATE ARRIVAL 21 | ACTIVITY CODE 22 | PLANES 23 | RELIGION 24 |
|---|---|---|---|---|
| MCRDep, San Diego, California | 67 May '03 | 017 | 141121'B | No Pref |

| RECRUITING OFFICER (Type Last Name, Initials and Grade) 25 | DATE LAST DIS/SEP FR ACDU 26 | | 27 FOR DPI USE ONLY | |
|---|---|---|---|---|
| LINGENFELTER W.D. CAPTAIN | N/A | | | |

PRIOR SERVICE

| 30 I.  BRANCH OF SERVICE & SERVICE NUMBER | DATE ENLISTED 31 | DATE DISCHARGED 32 | NUMBER OF DAYS TIME LOST 33 | 34 |
|---|---|---|---|---|
| USMC(J) | 67 Apr 24 | 67 May '01 | 000 | |

DO NOT FAIL TO COMPLETE AND SIGN REVERSE SIDE OF CONTRACT

35. For and in consideration of the pay or wages due in the grades which may from time to time be assigned me during the continuance of my service, I do hereby acknowledge to have voluntarily enlisted in the:

(Check one) ☒ UNITED STATES MARINE CORPS   ☐ RESERVE OF THE UNITED STATES MARINE CORPS

as a private, and I agree to and with the Recruiting Officer (named in block 25 of reverse hereof), an officer of the United States Marine Corps (Reserve) as follows:

36. To enter the service of the United States Marine Corps and to report to such post or station of the Marine Corps as I may be ordered to join, and to the utmost of my power and ability discharge my several services or duties and be in everything conformable and obedient to the several requirements and lawful commands of the officers who may be placed over me.

37. I oblige and subject myself to serve unless sooner discharged by proper authority and on the conditions provided by Section 5540 of Title 10 of the U.S. Code as follows:

| WORD | | FIGURE | | (Word and figure to be in applicant's handwriting.) |
|---|---|---|---|---|
| Four | YEARS | 4 | YEARS | |

(a) The senior officer present afloat in foreign waters shall send to the United States by Government or other transportation as soon as possible each enlisted member of the naval service who is serving on a naval vessel, whose term of enlistment has expired, and who desires to return to the United States. However, when the senior officer present afloat considers it essential to the public interest, he may retain such a member on active duty until the vessel returns to the United States.

(b) Each member retained under this section—
(1) shall be discharged not later than 30 days after his arrival in the United States; and
(2) except in time of war is entitled to an increase in basic pay of 25 percent.

38. In the event of war or national emergency declared by the President to exist during my term of service, I oblige and subject myself to serve until 6 months after the end of that war or national emergency if so required by the Secretary of the Navy unless I voluntarily reenlist or extend my enlistment. I understand that when so retained the addition of one-quarter pay as specified in Section 5540 of Title 10 of the U.S. Code is not applicable in time of war.

39. I am of legal age to enlist; I have never been found guilty of a crime except as stated by me to the recruiting officer; I have never deserted from any of the Armed Forces of the United States, and have never been discharged therefrom for any reason other than as recorded herein.

40. I understand that upon enlistment in the Reserve of the United States Marine Corps, or upon transfer or assignment thereto, I may not be ordered to active duty without my consent except in time of war, or when in the opinion of the President a national emergency exists, or when otherwise prescribed by law, and that I may be required to perform active duty during such periods.

41. I HAVE HAD THIS CONTRACT FULLY EXPLAINED TO ME. I UNDERSTAND IT, AND CERTIFY THAT NO PROMISE OF ANY KIND HAS BEEN MADE TO ME CONCERNING ASSIGNMENT TO DUTY, OR PROMOTION DURING MY ENLISTMENT.

42. I, _____ JAMES LYNN STYERS _____ do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

SIGNATURE _____ James Lynn Styers _____
(First name)   (Middle name)   (last name)

Subscribed and sworn to before me this _____ 2nd _____ day of _____ May _____ A.D. 1967

SIGNATURE AND RANK OF RECRUITING OFFICER _____ _____ CAPTAIN, USMC,

5061

DUPLICATE

## CLASSIFICATION AND ASSIGNMENT TEST RESULTS

### APTITUDE - AREA CLASSIFICATION TEST BATTERY

| TESTS | (SYMBOL) | TEST SCORE | APTITUDE AREAS | (SYMBOL) | AREA SCORE | DATE |
|---|---|---|---|---|---|---|
| VERBAL | (VE) | 113 | INFANTRY | (IN) | 75 | MAY 67 |
| ARITHMETIC REASONING | (AR) | 86 | ARMOR - ARTY & ENGINEER | (AE) | 104 | |
| PATTERN ANALYSIS | (PA) | 86 | ELECTRONIC | (EL) | 99 | |
| CLASSIFICATION INVENTORY | (CI) | 70 | GENERAL MAINTENANCE | (GM) | 105 | |
| MECHANICAL APTITUDE | (MA) | 101 | MOTOR MAINTENANCE | (MM) | 111 | |
| CLERICAL SPEED | (ACS) | 86 | CLERICAL | (CL) | 100 | |
| RADIO CODE | (ARC) | 96 | GENERAL TECHNICAL | (GT) | 100 | |
| GENERAL INFORMATION | (GIT) | 101 | RADIO CODE | (RC) | | |
| SHOP MECHANICS | (SM) | 114 | | | | |
| AUTOMOTIVE INFORMATION | (AI) | 107 | | | | |
| ELECTRONICS INFORMATION | (ELI) | 98 | | | | |
| | | | | | | |
| | | | | | | |

### GENERAL CLASSIFICATION TEST BATTERY

| GCT | RV | AC | AR | PA | FOOTNOTES | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |

ELECTRONIC TECHNICIAN SELECTION TEST (ETST) - - SCORE: 43      DATE: MAY 67

### LANGUAGE PROFICIENCY

| LANGUAGE | PART I | PART II | TOTAL SCORE | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

ADDITIONAL LANGUAGE PROFICIENCY TESTS ADMINISTERED?   YES:   NO:

### REMARKS

S - SPECIAL COMPUTATION FROM A - A TEST BATTERY.   * - RETEST

| STYERS JAMES L | 2360927 | MAY 67 | 34122 |
|---|---|---|---|
| NAME   (LAST)   (FIRST)   (MIDDLE) | SERVICE NO. | DATE OF PREPARATION | R.U. CODE |

NAVMC 118 (8) - PD (REV 2-64)
(PREVIOUS EDITIONS ARE OBSOLETE)

ORIGINAL — FORWARD TO REPORTING UNIT
DUPLICATE — FORWARD TO CMC (CODE DGH)

- DUPLICATE

# CLASSIFICATION AND ASSIGNMENT TEST RESULTS

## APTITUDE - AREA CLASSIFICATION TEST BATTERY

| TESTS | (SYMBOL) | TEST SCORE | APTITUDE AREAS | (SYMBOL) | AREA SCORE | DATE |
|---|---|---|---|---|---|---|
| VERBAL | (VE) | 113 | INFANTRY | (IN) | 75 | MAY 67 |
| ARITHMETIC REASONING | (AR) | 86 | ARMOR - ARTY & ENGINEER | (AE) | 104 | |
| PATTERN ANALYSIS | (PA) | 86 | ELECTRONIC | (EL) | 99 | |
| CLASSIFICATION INVENTORY | (CI) | 70 | GENERAL MAINTENANCE | (GM) | 105 | |
| MECHANICAL APTITUDE | (MA) | 101 | MOTOR MAINTENANCE | (MM) | 111 | |
| CLERICAL SPEED | (ACS) | 86 | CLERICAL | (CL) | 100 | |
| RADIO CODE | (ARC) | 96 | GENERAL TECHNICAL | (GT) | 100 | |
| GENERAL INFORMATION | (GIT) | 101 | RADIO CODE | (RC) | | |
| SHOP MECHANICS | (SM) | 114 | | | | |
| AUTOMOTIVE INFORMATION | (AI) | 107 | | | | |
| ELECTRONICS INFORMATION | (ELI) | 98 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## GENERAL CLASSIFICATION TEST BATTERY

| GCT | RV | AC | AR | PA | FOOTNOTES | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

ELECTRONIC TECHNICIAN SELECTION TEST (ETST) - -   SCORE:                    DATE:

## LANGUAGE PROFICIENCY

| LANGUAGE | PART I | PART II | TOTAL SCORE | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| ADDITIONAL LANGUAGE PROFICIENCY TESTS ADMINISTERED? | YES: | NO: | X |
|---|---|---|---|

## REMARKS

S - SPECIAL COMPUTATION FROM A - A TEST BATTERY.  * - RETEST

| STYERS JAMES L | 2360927 | 8 JUL 67 | 34122 |
|---|---|---|---|
| NAME   (LAST)   (FIRST)   (MIDDLE) | SERVICE NO. | DATE OF PREPARATION | R.U. CODE |

NAVMC 118 (8) - PD (REV 2-64)
(PREVIOUS EDITIONS ARE OBSOLETE)

ORIGINAL - FORWARD TO REPORTING UNIT
DUPLICATE - FORWARD TO CMC (CODE DGH)



STATUS CLARIFICATION

<u>2 May 1967</u>
(Date)

I, <u>JAMES LYNN STYERS</u> do hereby certify that my maritial status and, to the best of my knowledge, my physical condition are unchanged from conditions existing and reported at the time of my initial enlistment in the U.S. Marine Corps Reserve on <u>24 April 1967</u>.

_____
GH. A. LINGENFELTER, CAPTAIN, USMC,
(Witnessing Officer's Signature)

_____
JAMES LYNN STYERS
(Signature of Marine)

C-FILE

## RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | GENERAL MILITARY SUBJECTS | DUTY | CONDUCT | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|---|
| 3rdRT BN, RTR, MCRDep, SDIEGO | 07 JUN 1967 | Jd | 9900 Recruit Trng | | | | 1879 67 Bydir |
| 3rdRT BN, RTR, MCRDep, SDIEGO | 09 AUG 1967 | TR | 9900 RECRUIT TRNG | 39 | 4.4 | 4.4 | Bydir |
| HqCo, CasSec, 3dBn 2dITR, MCB, CamPen | 10Aug67 | Jd | Messman | | | | 118-67/33282 Bydir |
| HqCo, CasSec, 3dBn 2dITR, MCB, CamPen | 22AUG1967 | Tr | Messman | | | | 74-67/33282 Bydir |
| Q Co 2D Bn 2D ITR MCB, CamPen, Calif. | AUG 23 1967 | Jd | DUINS ICT | | | | 75-67, 33287 |
| Q Co 2D Bn 2D ITR MCB of Co Schools Bn. MCB, CamPen, Calif. | SEPT 13, 1967 | Tr | DUINS ICT | | 4.1 | 4.1 | 83-67/33287 Co |
| Student Co. Schools Bn. MCB, CamPen, Calif. | OCT 4 1967 | ID | 3531 DUINS | | | | 67/33806 318-67/33806 By dir |
| Student Co. Schools Bn. MCB, CamPen, Calif. | | Tr | 3531 DUINS | | 4.3 | 4.3 | By dir |
| StudentCo, SchoolsBn MCB, CamPen, Calif. | 8Nov67 | To UA | UA(AWOL) | | | | UD# 320-67/33806 Bydir |
| StudentCo, SchoolsBn, MCB, CamPen, Calif. | 8Nov67 | Des | UA(AWOL) | | | O | UD# 238-67/33806 Bydir |
| StudentCo, SchoolsBn, MCB, CamPen, Calif. | 26Dec67 | Fr UA Aprnd | IHMA/Cnfd | | | | |
| StudentCo, SchoolsBn, MCB, CamPen, Calif. | 28Dec67 | Jd DelCamPen | ATL | | | | |
| StudentCo, SchoolsBn, MCB, CamPen, Calif. | 12Jan68 | To Du | DUINS | | | | UD# 74-68/33806 Bydir |
| Student Co. Schools Bn HCB, CamPen, Calif | JAN 19 1969 | Tr | 3531 DUINS | X | 3.6 | 3.7 | 155-733806 Bydir |
| C-1-12, 3dMarDiv (Rein), FMF | 26Feb68 | Jd | 3531 MtrVehDriver | | | | 32-68/16315 Co |
| C-1-12, 3dMarDiv (Rein), FMF | 11Apr68 | ChgPriDu | 8915 Messman | | | | Co |
| C-1-12, 3dMarDiv (Rein), FMF | 24Apr68 | ChgPriDu | 3531 MtrVehDriver | | | | By |
| C-1-12, 3dMarDiv (Rein), FMF | 31Jul68 | Semi-Ann | MtVehDriver | 4.2 | 4.4 | | W. Mairon |
| C-1-12, 3dMarDiv (Rein), FMF | 23Oct68 | ChgPriDu | 8915 Messman | | | | By di |
| C-1-12, 3dMarDiv (Rein), FMF | 2Nov68 | ChgPriDu | MtrVehDriver | | | | R P Nichds Bydi |
| C-1-12, 3dMarDiv (Rein), FMF | 31Jan69 | Semi-Ann | MtVehOperator | 4.2 | 4.3 | | R Peters Bydir |
| C-1-12, 3rdMarDiv (Rein), FMF | 15Mar69 | Tr | MtVehOperator | 4.3 | 4.3 | | RR Miller Bydir |
| MABS-56, MAG-56, 3dMAW MCAF, Santa Ana, Calif | 690422 | Jd | MtrVehOpr | | | | M.R. Green Bydir |

**EMBOSSED PLATE IMPRESSION**

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
M 2360927

STYERS, JAMES L.

| NAME (Last) | (First) | (Middle) | SERVICE NO. |

NAVMC 118(3)-PD (Rev. 5-62)  SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED   Cont on supp page

C30780

## RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | PROFICIENCY GENERAL MILITARY SUBJECTS | DUTY | CONDUCT | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|---|
| MABS-56, MAG-56, 3dMAW, MCAF, Santa Ana, Calif | 690731 | Semi-Ann | MtrVehOpr | 4.0 | 4.2 | 4.2 | B F Lawlow Bydir |
| MABS-56, MAG-56, 3dMAW MCAS(H) Santa Ana, Ca | 690910 | ToDi | NoDut BF | | / | | |
| MABS-56, MAG-56, 3dMAW MCAS(H), Santa Ana, Ca | 691024 | ToDu | Mtr VehOpr BF | | / | | R F Lillie Byd |
| MABS-56, MAG-56, 3d AW MAS(H) Santa Ana, Ca | 691124 | Red | MtrVehOpr 3531 | 3.5 | 3.9 | 3.2 | BF Lillie Bydir |
| MABS-56, MAG-56, 3dMAW MCAS(H), S. A. Calif | 700131 | Semi*Ann | MtrVehOpr | 4.0 | 4.1 | 3.9 | RF Lillie ByDir |
| MABS-56, MAG-56, 3dMAW, MCAS(H), Santa Ana, Ca | 700526 | Tr | 3531 MtrVehOpr | 4.0 | 4.3 | 4.3 | RF Lillie Bydir |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 700611 | Jd | 3531 MtrVehOpr | | / | | UD#113/01191 Mande ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 700731 | SEMI-AN | 3531 Mtr VehOpr | 3.8 | 4.7 | 4.8 | Mande ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 700731 | SEMI-AN | 3531 Mtr VehOpr | 4.1 | 4.7 | 4.8 | Mande ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 710131 | SEMI-AN | MtrVehOpr | 4.1 | 4.8 | 4.8 | Mande ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 710226 | To Sk | MtrVehOpr | | / | | UD#01191/036 Mande ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 710226 | To Sk | Hospitalized | | / | | UD#036/01191 Mand ByDi |
| MABS-10 MCCRTG-10 3dMAW FltPac MCAS YUMA, ARIZONA | 710405 | Wh Sk | MtrVehOpr | | 4.8 | 4.8 | Mande Bydi |
| CasCo, H&SBn, MCRD, SDiego | 710406 | Jd/wSk | USNH, SDiego | | / | | UD#97-71/34005 Di |
| CasCo, H&SBn, MCRD, SDiego | 710513 | To Du | Awtg PEB | | | | UD#09-71/34005 CFMorris ByDi |
| CasCo, H&SBn, MCRD, SDiego | 710707 | Home Awtg | Awtg PEB | | | | UD# 130-71/34005 ByD |
| CASCO H&SBN MCRD SDIEGO | 710731 | Dr | Temp Ret'd | | | | CFMorris Bydir |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EMBOSSED PLATE IMPRESSION

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

| STYERS, | James | L. | 2360927 |
|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SERVICE NO. |

NAVMC 118(3)-PD (Rev. 6-62) SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED

3a

C30780

COMBAT HISTORY – EXPEDITIONS – AWARDS RECORD

## COMBAT HISTORY – EXPEDITIONS

| DATE OF ENTRY | DETAILS | DATES FROM (ON)– | TO– | SIGNATURE |
|---|---|---|---|---|
| 7Mar68 | PARTICIPATED IN OPERATIONS AGAINST THE COMMUNIST INSURGENT (VIET CONG) IN DIRECT SUPPORT OF THE REPUBLIC OF VIETNAM | 25Feb68 | | CO |
| 7Mar68 | Participated in Operation "DYEMARKER" | 26Feb68 | 5Jun68 | CO |
| 7Mar68 | Participated in Operation "LANCASTER II" | 26Feb68 | 13Dec68 | CO |
| 21Apr68 | Participated in Operation "KENTUCKY" | 26Feb68 | 30Nov68 | |
| 21Apr68 | Participated in Operation "HIGH RISE" | 26Feb68 | 13Dec68 | |
| 21Apr68 | Participated in Operation "CHARLTON" | 12Apr68 | 16Apr68 | |
| MAR 31968 | PATICIPATED IN OPERATION "RICE" QUANG TRI PROVINCE, RVN | APR 17 1968 | MAY 17 1968 | |
| MAY 31 1968 | PARTICIPATED IN OPERATION "PEGASUS" | APR 1 1968 | APR 14 1968 | |
| MAY 31 1968 | PARTICIPATED IN OPERATION "SCOTLAND II" | APR 14 1968 | 15Mar69 | |
| 6Jun68 | Participated in Operation "DUAL BLADE" | 5Jun68 | 13Dec68 | JCPeterson Bydi |
| 2Jul68 | Participated in Operation "ROBIN SOUTH" | 6Jun68 | 18Jun68 | Bydi |
| 24Sep68 | Participated in Operation "TRIESDALE NORTH" | 17Sep68 | 13Dec68 | CO |
| 21Dec68 | Participated in Operation "TAYLOR COMMON" | 13Dec68 | 15Mar69 | JCPeterson ByDi |

## AWARDS

| DESCRIPTION | STARS, DEVICES | DATE APPROVED | E O APPROVED BY | DATE MEDAL ISSUED | SIGNATURE |
|---|---|---|---|---|---|
| NatDefServMed | | 03 MAY 1967 | CO, 3rdBTrn, RTR | MAR 15 19 | Bydi |
| VSM | w/1* | 26Feb68 | CO, C-1-12, 3dMarDiv | APR 15 198 | CO |
| VCM | (60 – ) | 26Aug68 | CO, C-1-12, 3dMarDiv | | CO |
| CAR | | 690425 | MCBul 1650 of 690425 | | M.P.Green Bydir |
| RVNGallantryCross | Palm/Frame | 700526 | SECNAV | | Bydi |
| PUC | | | | | Bydi |

EMBOSSED PLATE IMPRESSION

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

STYERS, JAMES L.        M 2360927

NAME (Last, First, Middle)                SERVICE NO.:

NAVMC 118(9)-PD (REV. 6-65)    Supersedes 1-62 edition which will be used

## RECORD OF TIME LOST, PROMOTION, REDUCTION, EXAMINATION FOR PROMOTION (1070)

| TIME LOST | | | | | | 670424 | ← PEBD |
|---|---|---|---|---|---|---|---|
| FROM | TO | NO. OF DAYS | CAUSE | EAS DATE EXT. TO | EOS DATE EXT. TO | RECOMPUTED PEBD | SIGNATURE OF CERTIFYING OFFICER |
| 671108 | 671225 | 48 | UA(AWOL) | 710618 | 730618 | 670612 | |
| 680920 | 680925 | 06 | UA(AWOL) | 710624 | 730624 | 670618 | |
| 690910 | 691028 | 50 | UA(AWOL) | 710813 | 710813 | 670808 | Grandison ByDir |

### PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED, RE-APPOINTED OR REDUCED | RANK FROM (Date) | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| PERMANENT | 3531 | Cpl | 710524 | 710501 | | MCBul 1430 of 7May71 |

### RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | FORM | SCORE | DATE SCORE RECORDED | AUTHORITY FOR SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |

### COMPOSITE SCORES AND ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION

710525:  CS 140 for Prom to Cpl Auth MCBul 1430 of 710507

| EMBOSSED PLATE IMPRESSION | 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 |
|---|---|
| STYERS, James L. | 2360927 |

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|

NAVMC 118 (5) (Rev. 8-67)  (Previous editions are obsolete and will not be used)    5a

**PART IV—SUBSEQUENT INTERVIEWS**

SUMMARY OF INTERVIEW

pg!! entry as not recommended — again consulted SNM.
He feels he is getting along fine.

| INTERVIEWER (Signature & Grade) | INTERVIEWER ORGANIZATION | | DATE |
|---|---|---|---|
| E L Idagui  Gy Sgt | H+MS-16  yuma Ariz | | 4 Nov 70 |

SUMMARY OF INTERVIEW

SNM interested in re-enlisting for at least 2 years.
Not eligible as noted above. SRM s NCOIC Gaina by
has improved his conduct + is a good worker (Outstanding
pro + cons. this unit will / out CO s feelings + also the
OIC

| INTERVIEWER (Signature & Grade) | INTERVIEWER ORGANIZATION | | DATE |
|---|---|---|---|
| E L Hagin  Gy Sgt | H+MS-16  yuma Ag | | 5 2 71 |

SUMMARY OF INTERVIEW

| INTERVIEWER (Signature & Grade) | INTERVIEWER ORGANIZATION | DATE |
|---|---|---|
| | | |

**PART V—TERMINAL INTERVIEW**

INTERVIEWEE WAS COUNTED REENLISTMENT OBJECTIVE   YES   NO     TYPE DISCHARGE

REASONS NONE REENLIST, INTERVIEWEE'S WORDS

INTERVIEWEE'S CAREER PLANS     CAREER PLANNING NCO RECOMMENDS BEFORE BE SERIOUSLY CONSIDERED BY INTERVIEWEE   YES   NO

BRIGADE REMARKS FOR REENLIST CONTACT (Career Planning NCO's personal evaluation of candidate)

| INTERVIEWER (Signature & Grade) | INTERVIEWER ORGANIZATION | DATE |
|---|---|---|
| | | |

U.S. GOVERNMENT PRINTING OFFICE: 1968   OL—326-155

STUDENT COMPANY
Schools Battalion, Marine Corps Base
Camp Pendleton, California 92055

PTE:rde
5800
18 January 1968

From:  Commanding Officer
To:    Commandant of the Marine Corps  (Code IK)

Subj:  Mark of desertion, removal of, case of Private James L. STYERS,
       2360927, U. S. Marine Corps

Ref:   (a)  MCPM, par 7053.1b
       (b)  MCPM, par 15116.2a(3)
       (c)  Hq ScolsBn MCB CamPen Calif SPCM CMO#9-68 dtd 12Jan68

1.  In accordance with the provisions of reference (a), it is reported
that the mark of desertion for the period of unauthorized absence from
8 November 1967 to 26 December 1967 has been removed as an erroneous
entry.

2.  On 9 January 1968 the subject-named was tried and convicted of un-
authorized absence.

3.  The provisions of reference (b) have been complied with.

M. H. COLLIER
By direction

Copy to:
  DisbO  (Certified)
  SRB
  File

HEADQUARTERS
Schools Battalion, Marine Corps Base
Camp Pendleton, California, 92055

12 January 1968

SPECIAL COURT-MARTIAL ORDER

NUMBER         9-68)

Before a special court-martial which convened at Schools Battalion,
Marine Corps Base, Camp Pendleton, California, pursuant to the appoint-
ing order of the Commanding Officer of Schools Battalion, Marine Corps
Base, Camp Pendleton, California, letter serial 11-67 of 1 November 1967,
was arraigned and tried:

- ACCUSED -

Private First Class James L. STEERS, 2360927, U. S. Marine Corps,
Student Company, Schools Battalion, Marine Corps Base, Camp Pendleton,
California.

- CHARGE -

Charge: Violation of the Uniform Code of Military Justice, Article 86

Specification: In that Private First Class James L. STEERS, U. S. Marine
Corps, Student Company, Schools Battalion, Marine Corps Base, Camp
Pendleton, California did, on or about 8 November 1967, without proper
authority, absent himself from his unit, to wit: the said Student Company,
Schools Battalion, located at Marine Corps Base, Camp Pendleton, California,
and did remain so absent until on or about 26 December 1967.

- PLEAS -

To the Charge and Specification: Guilty

- FINDINGS -

Of the Charge and Specification: Guilty

- SENTENCE -

To be confined at hard labor for three months; forfeit $60.00 pay per
month for three months and to be reduced to the grade of E-1. (No pre-
vious convictions were considered.)

The sentence was adjudged on 9 January 1968.

- ACTION -

HEADQUARTERS
Schools Battalion, Marine Corps Base
Camp Pendleton, California, 92055

12 January 1968

In the case of Private First Class James L. STEERS, 2360927, U. S.
Marine Corps, tried by special court-martial on 9 January 1968, the sen-
tence is approved and will be duly executed. However, as an act of
clemency, the execution of those portions thereof, adjudging confinement
at hard labor for three months and forfeiture of $60.00 per month in ex-
cess of two months is suspended for six months, at which time, unless the
suspension is sooner vacated, the suspended portion of the sentence will
be remitted without further action.

SPECIAL COURT-MARTIAL ORDER NUMBER 9-68 CONT'D

In the event Private First Class STIERS commits another substantial offense during the period of probation, the suspended portion of the sentence then may be executed and Private First Class STIERS may be court-martialed and punished, additionally, for that same offense. JAGCORMAN, paragraph 5015.

The Base Brig, Marine Corps Base, Camp Pendleton, California is designated as the place of confinement.

The forfeitures shall apply to pay becoming due on and after the date of this action.

The record of trial is forwarded for review in accordance with Article 65(c), Uniform Code of Military Justice.

RECEIVED
DISCIPLINE BRANCH
Feb 12  1968

/s/E. A. SIEGEL
E. A. SIEGEL
Colonel, U. S. Marine Corps
Commanding
Schools Battalion, Marine Corps Base
Camp Pendleton, California

E. A. SIEGEL
Colonel, U. S. Marine Corps
Commanding
Schools Battalion, Marine Corps Base
Camp Pendleton, California

DISTRIBUTION

| | |
|---|---|
| Original Record of Trial | Original & 3 certified copies |
| Each Record of Trial | 1 certified copy |
| Co./Studco | 25 copies |
| SBB, Accused | Duplicate of the Original |
| Base Brig | 1 certified copy and 2 copies |
| 21 Area Disbursing | 1 copy |
| CHC (Code DHB) | 1 certified copy |
| File | 1 copy |

CERTIFIED A TRUE COPY:

M. H. COLLIER, Capt USMC
Battalion Legal Officer



HEADQUARTERS
Schools Battalion, Marine Corps Base
Camp Pendleton, California, 92055

20 March 1968

SUPPLEMENTARY SPECIAL COURT-MARTIAL)
                                    :
ORDER NUMBER.................20-68)

Before a special court-martial which convened at Schools Battalion,
Marine Corps Base, Camp Pendleton, California, pursuant to the appoint-
ing order of the Commanding Officer of Schools Battalion, Marine Corps
Base, Camp Pendleton, California, letter serial 11-67 of 1 November 1967,
was arraigned and tried:

-ACCUSED-

Private First Class James L. STIRES, 2360927, U. S. Marine Corps,
Student Company, Schools Battalion, Marine Corps Base, Camp Pendleton,
California.

-CHARGE-

Charge: Violation of the Uniform Code of Military Justice, Article 86

Specification: In that Private First Class James L. STIRES, U. S. Marine
Corps, Student Company, Schools Battalion, Marine Corps Base, Camp Pen-
dleton, California did, on/or about 8 November 1967, without proper
authority, absent himself from his unit, to wit: the said Student Company,
Schools Battalion, Marine Corps Base, Camp Pendleton, California, and did
remain so absent until on or about 25 December 1967.

-PLEAS-

To the Charge and Specification: Guilty

-FINDINGS-

Of the Charge and Specification: Guilty

-SENTENCE-

To be confined at hard labor for three months; forfeit $60.00 pay per
month for three months and to be reduced to the grade of E-1. (No pre-
vious convictions were considered.)

The sentence was adjudged on 9 January 1968.

-ACTION-

HEADQUARTERS
Schools Battalion, Marine Corps Base
Camp Pendleton, California, 92055

12 January 1968

In the case of Private First Class James L. STIRES, 2360927, U. S.
Marine Corps, tried by special court-martial on 9 January 1968, the sen-
tence is approved and will be duly executed. However, as an act of cle-
mency, the execution of those portions thereof, adjudging confinement
at hard labor for three months and forfeiture of $20.00 per month in ex-
cess of two months is suspended for six months, at which time, unless
the suspension is sooner vacated, the suspended portion of the sentence
will be remitted without further action.



SUPPLEMENTARY SPECIAL COURT-MARTIAL ORDER NUMBER 20-68 CONT'D

In the event Private First Class STIERS commits another substantial offense during the period of probation, the suspended portion of the sentence then may be executed and Private First Class STIERS may be court-martialed and punished, additionally, for that same offense.  MARCORMAN, paragraph 5815.

The Base Brig, Marine Corps Base, Camp Pendleton, California is designated as the place of confinement.

The forfeitures shall apply to pay becoming due on and after the date of this action.

The record of trial is forwarded for review in accordance with Article 65(c), Uniform Code of Military Justice.

/s/E. A. SIEGEL
E. A. SIEGEL
Colonel, U. S. Marine Corps
Commanding
Brigade Battalion, Marine Corps Base
Camp Pendleton, California"

ACTION OF OFFICER EXERCISING GENERAL COURT-MARTIAL JURISDICTION

HEADQUARTERS
Marine Corps Base
Camp Pendleton, California 92055

17/ea
5814
12 March 1968

In the case of Private First Class James L. STIERS, 2360927, U. S. Marine Corps, tried by special court-martial on 9 January 1968, the sentence is approved, but the execution of confinement at hard labor for three months and forfeiture of $60.00 pay per month in excess of one month is suspended for six months from 12 January 1968, at which time, unless sooner vacated, the suspended portion of the sentence will be remitted without further action.

If Private First Class STIERS conducts himself properly, the future Commanding Officer should periodically evaluate the conduct of Private First Class STIERS and, if warranted, remit the unexecuted portion of the suspended sentence at an appropriate time.

In the event Private First Class STIERS commits another substantial offense during the period of probation, the suspended portion of the sentence then may be executed and Private First Class STIERS may be court-martialed and punished, additionally, for that same offense.  MARCORMAN, par. 5815.

The convening authority shall promulgate the results of this action by Supplementary Special Court-Martial Order in compliance with Paragraph 90b, Manual for Courts-Martial, US, 1951, and Section 0116a, JAG Manual.

The record shows that the accused through counsel volunteered for duty in WESTPAC.  Accordingly, the convening authority shall expedite his transfer to WESTPAC, consistent with pertinent regulations governing assignment to that duty.



SUPPLEMENTARY SPECIAL COURT-MARTIAL ORDER NUMBER 20-68 CONT'D

The proceedings, findings and sentence being thus final and conclusive in the sense of Articles 44 and 76 of the Uniform Code of Military Justice, the convening authority shall cause appropriate entries pertaining to time lost and completion of review of the record of conviction to be entered in the service record book of the accused, as required by paragraphs 15111 and 15117, Marine Corps Personnel Manual.

This record has been reviewed in accordance with provisions of Article 65c, Uniform Code of Military Justice, and will be retained at this Headquarters under the authority granted in JAG Manual Section C729.

/s/E. A. CASH
E. A. CASH
Colonel, U. S. Marine Corps
Chief of Staff

D. L. HALL
Lieutenant Colonel, U. S. Marine Corps
Commanding
Schools Battalion, Marine Corps Base
Camp Pendleton, California, 92055

DISTRIBUTION:

| | |
|---|---|
| Original Record of Trial | Original & 3 certified copies |
| Each Record of Trial | 1 certified copy |
| CO, StudCo | 25 copies |
| SRB, Accused | Duplicate of the Original |
| Base Brig | 1 certified copy and 2 copies |
| 21 Area Disbursing | 1 copy |
| CMC (Code DRB) | 1 certified copy |
| File | 1 copy |

CERTIFIED A TRUE COPY:

M. H. COLLIER Capt. USMC
Battalion Legal Officer

TIME LOST, ALLOTMENTS, WEAPONS FIRING RECORD, MISCELLANEOUS MARKSMANSHIP

## TIME LOST

| FROM | TO | NO. OF DAYS | CAUSE | EAS DATE EXT. TO | EOS DATE EXT. TO | RECOMPUTED PEBD 2 4 APR 1967 | PEBD SIGNATURE OF CERTIFYING OFFICER |
|------|----|----|-------|----|----|----|----|
| 8Nov67 | 26Dec67 / | 48 | UA(AwOL) | 18Jun71 | 10Jun73 | 12Jun67 | UD#R-68/33806 |
| 26Dec67 | 28Dec67 / | 2 | Cnfd ATL | 20Jun71 | 12Jun73 | 14Jun67 | Infaster Bydir |
| 20Sep68 | 26Sep68 / | 6 | UA(AWOL) | 26Jun71 | 18Jun73 | 20Jun67 | B.F. Tille CO |
| 60no10 | 401no9 / | 49 | UA(AWOL) | 710814 | 730806 | 67n8rc √ | B.F. Tille Bydir |

EXAMINED BY MCDOSET W

*see page 5A

## ALLOTMENTS

| PURPOSE | FIRST CHECKAGE (Month - Year) | NUMBER MONTHS | AMOUNT | ALLOTTEE | LAST CHECKAGE (Month - Year) | REASON FOR STOPPAGE |
|---------|----|----|--------|----------|----|----|
| B | OCT 1967 | IND | $6.25 | U.S. Treasury | | |
| D | Feb68 | Ind | $100.00 | Kathleen P. STYERS | | |

## WEAPONS FIRING RECORD

| RANGE | DATE | COURSE | WEAPON | FINAL QUALIFICATION | SIGNATURE OF CERTIFYING OFFICER |
|-------|------|--------|--------|----|----|
| Edson Range,CanPen | 1 2 JUL 1967 | FAM | Pistol | 190mm | N.F. Slh ByDir |
| Edson Range,CanPen | 1 4 JUL 1967 | "A" | M-14 | | Ncil Bydi |
| Camp Carroll, RVN | FEB 1 3 1968 16Apr68 | VALE M&M | M-16 M-16 | VAL | W.F. Schmerki CO |
| Camp Carroll,RVN | 21Jul68 | FAM | M16 | | JBF Tille CO |
| MCAS,El Toro | 700123 | C | M-14 | 75 MM | JBF Tille Bydir |

*see page 6A

## MISCELLANEOUS MARKSMANSHIP
(Show Navy gunnery record, prizes awarded, credits for distinguished riflemen, etc.)

*see page 6A

EMBOSSED PLATE IMPRESSION  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
STYERS, JAMES L.          M 2360927

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|

RATING 118 (4)-79 (REV. 10-62) SUPERSEDES 2-59 EDITION WHICH WILL BE USED. ALL OTHER EDITIONS ARE OBSOLETE

RECORD OF PROMOTION, REDUCTION, EXAMINATION FOR PROMOTION

## PROMOTIONS AND REDUCTIONS

| TYPE OF GRADE | MOS | GRADE OR RANK | DATE PROMOTED OR REDUCED | RANK FROM (Date) | NUMBER | AUTHORITY |
|---|---|---|---|---|---|---|
| ~~Permanent~~ | 3500 | PFC | OCT 3 0 1967 | OCT 0 1 1967 | | MCO 1414.1D ~~JCJ 67/3380~~ |
| ~~PERMANENT E-1~~ | 3500 | Pvt | ~~12Jan68~~ | ~~12Jan68~~ | | Sent ~~SFCY UD#N 68/33206~~ |
| Permanent | 3531 | PFC | 16Jn168 | 1Jn168 | | MCO 1414.1D |
| Probational | 3531 | LCpl | 690723 | 690701 | | MCO 1418.9E UD#095-69 |
| Permanent | 3531 | PFC | 691124 | 691124 | | Art 15, UCMJ |
| Permanent | 3531 | LCpl | 700514 | 700501 | | MCO 1418.9H |
| *see page 5A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## RECORD OF EXAMINATION FOR PROMOTION

| GRADE OR RANK FOR WHICH EXAMINED | DATE EXAMINED | TEST | FORM | SCORE | DATE SCORE RECORDED | AUTHORITY FOR SCORE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| *see page 5A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## ADDITIONAL INFORMATION AS TO PROMOTION STATUS ON TRANSFER TO A NEW ORGANIZATION

*see page 5A

EMBOSSED PLATE IMPRESSION

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
M 2360927

STYERS, JAMES L.

NAME (Last) (First) (Middle)   SERVICE NO.

NAVMC 118(5)-PD (REV. 2-62)  SUPERSEDES 12-56 EDITION WHICH WILL BE USED

ORIGINAL

## CLASSIFICATION AND ASSIGNMENT TEST RESULTS

### APTITUDE - AREA CLASSIFICATION TEST BATTERY

| TESTS | (SYMBOL) | TEST SCORE | APTITUDE AREAS | (SYMBOL) | AREA SCORE | DATE |
|---|---|---|---|---|---|---|
| VERBAL | (VE) | 113 | INFANTRY | (IN) | 75 | MAY 67 |
| ARITHMETIC REASONING | (AR) | 86 | ARMOR - ARTY & ENGINEER | (AE) | 104 | |
| PATTERN ANALYSIS | (PA) | 86 | ELECTRONIC | (EL) | 99 | |
| CLASSIFICATION INVENTORY | (CI) | 70 | GENERAL MAINTENANCE | (GM) | 105 | |
| MECHANICAL APTITUDE | (MA) | 101 | MOTOR MAINTENANCE | (MM) | 111 | |
| CLERICAL SPEED | (ACS) | 86 | CLERICAL | (CL) | 100 | |
| RADIO CODE | (ARC) | 96 | GENERAL TECHNICAL | (GT) | 100 | |
| GENERAL INFORMATION | (GIT) | 101 | RADIO CODE | (RC) | | |
| SHOP MECHANICS | (SM) | 114 | | | | |
| AUTOMOTIVE INFORMATION | (AI) | 107 | | | | |
| ELECTRONICS INFORMATION | (ELI) | 98 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### GENERAL CLASSIFICATION TEST BATTERY

| | GCT | RV | AC | AR | PA | FOOTNOTES | DATE |
|---|---|---|---|---|---|---|---|
| | 95 | | | | | | |

ELECTRONIC TECHNICIAN SELECTION TEST (ETST) -- SCORE: 43          DATE: MAY 67

### LANGUAGE PROFICIENCY

| LANGUAGE | | PART I | PART II | TOTAL SCORE | DATE |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| ADDITIONAL LANGUAGE PROFICIENCY TESTS ADMINISTERED? | YES: | NO: | |
|---|---|---|---|

### REMARKS

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

S - SPECIAL COMPUTATION FROM A - A TEST BATTERY.   • - RETEST

| STYERS JAMES L | 2360927 | MAY 67 | 34122 |
|---|---|---|---|
| NAME (LAST) (FIRST) (MIDDLE) | SERVICE NO. | DATE OF PREPARATION | R.U. CODE |

NAVMC 118 (8) - PD (REV 2-64)
(PREVIOUS EDITIONS ARE OBSOLETE)

ORIGINAL - FORWARD TO REPORTING UNIT
DUPLICATE - FORWARD TO CMC (CODE DGH)



jmc

371 390

## MILITARY AND CIVILIAN OCCUPATIONAL SPECIALTIES, EDUCATION COURSES, TECHNICAL TRAINING AND TESTS COMPLETED

### MILITARY OCCUPATIONAL SPECIALTIES

| DATE | PRIMARY MOS | 1ST ADD. MOS | 2ND ADD. MOS | TITLE OF MOS | AUTHORITY | UNIT DIARY NO. |
|---|---|---|---|---|---|---|
| Nov 6 1967 | 3531 | | | MtrVehOpr MCPM, par 3102.5a | by dir 2J3-67/33906 | |
| JAN 17 1968 | 3531 | | | MtrVehOpr ACPM, par 3102.5a | By dir US-67/33806 | |
| | | | | | | |
| | | | | | | |

### CIVILIAN EDUCATION / CIVILIAN OCCUPATION

| TYPE SCHOOL | MAJOR SUBJECT | NO. YEARS | GRADUATE YES | GRADUATE NO | YEAR LEFT SCHOOL | JOB TITLE Messenger | ½ yr |
|---|---|---|---|---|---|---|---|
| GRAMMAR SCHOOL | | 8 | x | | 1963 | DUTIES | |
| HIGH SCHOOL | Acad | 3 | | x | 1966 | Worked in a hospital working as a messenger | |
| COLLEGE-UNIVERSITY | | | | | | delivering medicines and patients. | |
| TRADE-BUSINESS | | | | | | | |

### SERVICE SCHOOLS, TECHNICAL TRAINING AND MILITARY CORRESPONDENCE COURSES COMPLETED

| SCHOOL ATTENDED AND LOCATION | COURSE | NO. WEEKS | YEAR COMPLETED | INCOM-PLETE | UNIT DIARY NO. |
|---|---|---|---|---|---|
| BasicSplTrng, ScolsBn, CamPen | MtrVehOpr | 4 | 1967 | | 213-67/33806 |
| BasicSplTrng, ScolsBn, CamPen | MtrVehOpr | 1 | 1968 | | |
| | | | | | |
| | | | | | |
| | | | | | |

### ACADEMIC EDUCATION COURSES, TESTS AND CORRESPONDENCE COURSES COMPLETED

| DATE | TITLE OF COURSE OR TEST | SCHOOL AND LOCATION | CREDIT | GRADE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### USAFI GED TESTS

| | DATE | | | STANDARD SCORES ON TESTS | | | | |
|---|---|---|---|---|---|---|---|---|
| | PASSED | FAILED | INCOMPLETE | 1 | 2 | 3 | 4 | 5 |
| HIGH SCHOOL LEVEL | | 700200 | | 44 | 42 | 44 | 40 | 27 |
| COLLEGE LEVEL | | | | | | | | |
| RETEST High School | | 700800 | | | | | | 32 |
| RETEST LEVEL | | | | | | | | |

SPECIAL QUALIFICATIONS
Sports: Football HS 1 yr
Operates: Auto Shop 3 yr

REMARKS

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

| STYERS | James | L | 2360927 | DATE PREPARED 17May67 |
|---|---|---|---|---|
| NAME (Last) | (First) | (Middle) | SERVICE NO. | |

NAVMC 118(8a)-PD (REV. 9-65)   2-64 EDITION WILL BE USED

## OFFENSES AND PUNISHMENTS



| | |
|---|---|
| 9Nov67: StudentCo, SchoolsBn, MCB, CamPen Calif. UA(AWOL) fr this org as of 0730, 8Nov67. Abs rpt on UD#~~220~~ -67/33806. *Thomas A ...* Bydir | 9Nov68: Btry C, 1stBn, 12thMar, 3dMarDiv(Rein Refer 7th entry dtd 28Sep68. Correct entry to read forfeiture of $25.00 per mo for 1 mo vice 2 mo. All other provisions of the sentence remain the same. Auth CO's verbal instructions of 9Nov68. |
| 7Dec67: StudCo ScolsBn MCB CamPen Calif. UA(AWOL) fr this org since 0730, 8Nov67. Decl des 7Dec67 as of 0730, 7/8 8Nov67 and dropped fr the rolls of this org on UD# 238 -67/33806. *[signature]* Bydir | *[signature]* AsstExecO, Bydir 691124: MABS-55, MG-56, 3dMAW, MCAS(H), Santa Ar Calif. Viol Art 86, UCMJ: SPEC 1—Absent him self fr 1900, 600510 to 0200, 600915. SPEC 2—Absent himself from 1900, 600923 to 0800, 600927. SPEC 3—threat himself fr 1900, 660923 to 0200 660927. SPEC 4—Absent himself fr 1900, 66092 to 0700, 660929. SPEC 5—Absent hi self fr 1900, 660929 to 0800, 691015. SPEC 6—Absent himself 1900, 691015 to 0800, 691029. 30 days And red to PFC (E-2) and 30 days CC. 30 days CC is susp for 90 days unless sooner vacated by CO at OH this date. Not Appealed. *[signature]* R. F. TILLIS, Capt. AdmirO. Bydir |
| 18Jan68: StudCo ScolsBn MCB CamPen Calif: Aprnd by CivAuth Phoenix Ariz 0130, 26Dec 67. Fr UA(AWOL) 1345, 26Dec67 when rel to MilAuth Phoenix Ariz and cnfd Maricopa Co Jail Phoenix Ariz AAHA. Del CamPen 1600, 28Dec67 ATL. Term of abs rpt on UD#74-68/ 33806. *[signature]* Bydir | |
| 18Jan68: StudCo ScolsBn MCB CamPen Calif: The mark of des under the date of 7Dec67 for the abs commencing 8Nov67 is hereby removed as erroneous. Tried and cnvt of UA only, auth MCPM, par 7053.1b. *[signature]* Bydir | |
| 20Sep68: Btry C, 1stBn, 12thMar, 3dMarDiv UA(AWOL) fr this org since 0001 20Sep68. Abs rpt on UD# 171-68. *[signature]* CO | |
| 26Sep68: Btry C, 1stBn, 12thMar, 3dMarDiv Fr UA(AWOL) fr this org at 1000, 26Sep68. Return rpt on UD# 174-68. *[signature]* CO | |
| 28Sep68: Btry C, 1stBn, 12thMar, 3dMarDiv Viol Art 86 UCMJ; to fort $25 per mo for two (2) mo. and restricted from club for a period of two (2) weeks awarded at CO OH. Auth Art 15 UCMJ. Rpt on UD# 176-68. No appeal. *[signature]* CO | |
| | |
| | |

Good Conduct Medal Period Commences: ~~1 1 MAY 1967~~ 9Jan68 28 Sep 62

EMBOSSED PLATE IMPRESSION

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
M 2360927

STYERS, JAMES L.

NAME (Last) (First) (Middle) SERVICE NO.
NAVMC 116(12)-PD (REV. 12-61) SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED.

12....

OFFENSES AND PUNISHMENTS

C44241

# RECORD OF CONVICTION BY COURT-MARTIAL

**1. ORGANIZATION**

Student Company, Schools Battalion, Marine Corps Base, Camp Pendleton, California 92055

| 2. TRIED BY: (Check one) | | | DATE OF TRIAL |
|---|---|---|---|
| ☐ SUMMARY COURT-MARTIAL | ☒ SPECIAL COURT-MARTIAL | ☐ GENERAL COURT-MARTIAL | 9 January 1968 |

**3. SUMMARY OF CHARGES AND SPECIFICATIONS:**

Ch: Viol UCMJ, Art 86
Sp: UA(AWOL) fr 8Nov67 to 26Dec67.

**4. FINDINGS ON EACH CHARGE AND SPECIFICATIONS:**

Guilty

**5. SENTENCE ADJUDGED:**

To be cnfd at hard labor for 3 months, to forf $60.00 pay per month for 3 months, and to be reduced to the grade of pay grade E-1.

**6. CONVENING AUTHORITY'S ACTION**                                    DATE OF ACTION: 12 January 1968

Appr and will be duly executed, but those portions thereof, adjudging cnft at hard labor for 3 months and forf of $60.00 per month in excess of 2 months is suspended for 6 months at which time, unless the suspension is sooner vacated, the suspended portion of the sentence will be remitted without further action.

**7.** UD#rf-68/33806

COMPLETE ONE: ☒ DISBURSING OFFICER NOTIFIED *Date:* 18 January 1968     ☒ PAY STATUS NOT AFFECTED

| 8. SIGNATURE | 9. RANK | 10. TITLE AND ORGANIZATION |
|---|---|---|
| M. H. COLLIER | Capt. | LegalO, By direction, ScolsBn, MCB, CamPen, Calif. |

**11. SUPERVISORY AUTHORITY'S ACTION ON FINDINGS AND SENTENCE**          DATE OF ACTION: 12 March 1968

Approved, ordered executed.

**12.**

COMPLETE ONE: ☐ DISBURSING OFFICER NOTIFIED *Date:*     ☐ PAY STATUS NOT AFFECTED

EMBOSSED PLATE IMPRESSION

| 13. SIGNATURE | J. W. FRAIM |
|---|---|
| 14. RANK | Captain |
| 15. TITLE AND ORGANIZATION | CO, Btry C, 1stBn, 12thMar, 3dMarDiv |

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
2360927

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|
| STYERS, | James | Lynn | |

(File in SRB)     13 ☐1     (Signed copy to Commandant of the Marine Corps (Code DK))

NAVEC 118(13)-PD (REV. 18-47) SUPERSEDES 4-35 EDITION WHICH MAY BE USED

A-4354

NAVSO 6100/16 (8-70)
FORMAL: _____ X _____ r1b
INFORMAL: _____

**PROCEEDINGS AND FINDINGS OF PHYSICAL EVALUATION BOARD**

DATE 30 June 1971

1. THE BOARD CONVENED AT
Office of Naval Disability Evaluation, Navy Department

2. EXHIBITS ATTACHED  A, B, C, D

3. PARTY (Last, First, Middle Initial)

STYERS, James Lynn

SERVICE/FILE NUMBER  236 09 27

5. SSAN  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

6. RANK/RATE  LCPL

7. BRANCH OF SERVICE  USMC

**8. CONDITIONS**

| A. DIAGNOSES (ICDA CODES REQUIRED) | B. V.A. CODE NUMBERS | C. PERCENT |
|---|---|---|
| 1. Skull fracture, right occipital, #8000 | 5299-8045-8910 | 30 |
| 2. Cerebral contusion, #8510 | | |

| 9. RECOMMENDED FINDINGS | YES | NO |
|---|---|---|
| THE PARTY IS FIT FOR DUTY | | |
| (1) THE PARTY IS UNFIT BECAUSE OF PHYSICAL DISABILITY | X | |
| (2) THE DISABILITY WAS (INCURRED) ~~AGGRAVATED~~ WHILE ENTITLED TO RECEIVE BASIC PAY | X | |
| (3) THE DISABILITY WAS DUE TO INTENTIONAL MISCONDUCT OR WILLFUL NEGLECT | | X |
| (4) THE DISABILITY WAS INCURRED DURING A PERIOD OF UNAUTHORIZED ABSENCE | | X |
| (4) A. THE DISABILITY IS THE PROXIMATE RESULT OF ACTIVE DUTY OR INACTIVE DUTY TRAINING ~~XXXXXXX~~ | A | |
| B. THE DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY | | |
| C. THE PARTY WAS AT LEAST EIGHT YEARS OF ACTIVE SERVICE | | |
| (5) THE DISABILITY MAY BE PERMANENT | ✓ | |
| (5) THE DISABILITY IS PERMANENT | | |
| (6) THE COMBINED DISABILITY RATING IS 30 PERCENT. MINORITY REPORT ATTACHED | | ✓ |

| NAME, RANK AND SIGNATURE OF PRESIDENT | NAME, RANK AND SIGNATURE OF RECORDER |
|---|---|
| E. D. GELZER, LTCOL, USMC | D. F. MILLER, MAJ, USMC |
| NAME, RANK, OF NON-MEDICAL MEMBER | NAME, RANK OF MEDICAL MEMBER |
| C. S. BAKER, CAPT, USN | D. F. BLAIR, CAPT, MC, USN |
| COUNSELOR NOTIFIED | NAME AND LOCATION OF COUNSELOR |
| TIME _____ DATE 1 JUL 1971 | SFC J. M. MCGEE, USN, NH SAN DIEGO |

**PRC ACTION**

FILE IN CASE

8 JUL 1971

1. CONCUR IN THE RECOMMENDED FINDINGS OF THE PEB

J. W. STEMPLE, COL, USMC
NAME, RANK AND SIGNATURE OF NONMEDICAL MEMBER

G. E. VAUPEL, CAPT, MC, USN
NAME, RANK AND SIGNATURE OF MEDICAL MEMBER

M. L. MCDOWELL, CAPT, JAGC, USNR
NAME, RANK AND SIGNATURE OF JA

J. T. VERMILLIS, LT, USN
NAME, RANK AND SIGNATURE OF RECORDER

B-4556

## SEA AND AIR TRAVEL—EMBARKATION SLIPS

_____19Feb68_____ embarked on board _____ GOVAIR _____ at _MCAS EL TORO, Calif_
  (Date)

and departed therefrom _____19Feb68_____ Arrived and disembarked at _____

_____Kadena AFB, Oki_____, on _____21Feb68_____

Arr. Con. U.S. _____19_____ ☐ W/Dep. ☐ WO/Dep. _J. A. Schwerer Jr_
                   (Date)

Dep. Con. U.S. _21 Feb 1968_____ J. A. SCHWERER JR., CAPT, ___ U.S.M.C.

_____25Feb68_____ embarked on board ___GOVAIR_____ at _____Kadena AFB, Oki_
  (Date)

and departed therefrom _____25Feb68_____. Arrived and disembarked at _____

_____Danang, RVN_____, on _____25Feb68_____

Arr. Con. U.S. _____ ☐ W/Dep. ☐ WO/Dep. _J. A. Schwerer Jr_
                   (Date)

Dep. Con. U.S. _19 Feb 68_____ J. A. SCHWERER JR., CAPT, ___ U.S.M.C.

_____690315_____ embarked on board ___GOVAIR_____ at _DaNang RVN_
  (Date)

and departed therefrom _____690315_____. Arrived and disembarked at _____

_____Kadena AFB_____, on _____690316_____

Arr. Con. U.S. _____ ☐ W/Dep. ☐ WO/Dep. _M. R. Green_
                   (Date)

Dep. Con. U.S. _____ M. R. GREEN, Major, AdminO ___ U.S.M.C.

_____690323_____ embarked on board ___GOVAIR_____ at _Kadena AFB_
  (Date)

and departed therefrom _____690323_____ Arrived and disembarked at _____

_____El Toro_____, on _____690323_____

Arr. Con. U.S. _690323_____ ☐ W/Dep. ☒ WO/Dep. _M. R. Green_
                   (Date)

Dep. Con. U.S. _____ M. R. GREEN, Major, AdminO ___ U.S.M.C.

STYERS, JAMES L.                    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
                                    M 2360927

| (LAST NAME) | (First) | (Middle) | (Service No.) |
| --- | --- | --- | --- |

NAVMC 118(17)-PD (Rev. 2-66)   PREVIOUS EDITION WILL BE USED   17   ☉ U.S. GOVERNMENT PRINTING OFFICE : 1966 OF—211-619

## ADMINISTRATIVE REMARKS (1070)

| ANNUAL ADMINISTRATIVE AUDIT COMPLETED | | | |
|---|---|---|---|
| DATE | SIGNATURE AND RANK | DATE | SIGNATURE AND RANK |
| | | | |
| | | | |
| | | | |

| DATE: | DATE: | BLOOD TYPE |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ. | O |
| | | DEPOSIT RECORD BOOK NO. |
| *(Signature)* | *(Signature)* | CLASS SWIMMER 2nd Class |

700504: MABS-56,MAG-56,3dMAW,MCAS(H),Santa
Ana,Calif. Has addition to license no.
2586 for Comm veh. 2 ton.

*RF Lillie* _____ Bydir

700819 H&MS-10 MCCRTG-10 MCAS Yuma
Az. Granted Additional license to
oper 6000 lbs fork lift #2586. Expire
18 Aug 73.

_____ ByDir

701104 H&MS-10 MCCRTG-10 MCAS Yuma
Az. I have this date been informed
by my CO that I am not to be recom-
mended for reenlistment because of
disciplinary action.

*James L. Styers*

JAMES L. STYERS

701112 H&MS-10 MCCRTG-10 MCAS Yuma
Az. Renewal of Govt oper pmt to oper
Trks Multi-Fuel 2½ Ton, M-151 Al ½ton,
M-715 1½Ton, Refueler-Defueler 5000
Gal, and Motor Vehicles 2 ton & under
and Fork Lift 6000 lbs. Pmt expires
731112.

_____ ByDir

EMBOSSING PLATE IMPRESSION

710405    H&MS-10,MCCRTG-10,MCAS,
YUMA,AZ.    CBT SERV CODE ( 5 ).

_____ BYDIR

710706: CasCo, H&SBn, MCRD, SDiego, Calif
Photo taken for VAS 710701 and sent to CMC
710702.

_____ ByDir

| | | | |
|---|---|---|---|
| STYERS, James L | | 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 2360927 | |
| NAME (Last) | (First) | (Middle) | SERVICE NO. |

NAVMC 118(11) (REV. 6-65)
Previous editions of NAVMC 118(11) and all editions of NAVMC
118(11) are obsolete.     11. b     B-3378

PCP

## ADMINISTRATIVE REMARKS

| ANNUAL ADMINISTRATIVE AUDIT COMPLETED | | | |
|---|---|---|---|
| DATE | SIGNATURE AND RANK | DATE | SIGNATURE AND RANK |
| ~May 68 | Ronald H. Saunders Lt | | |
| OCT 7 1968 | mLaites | | |

| DATE: 15 MAY 1967 | DATE: 7 May 68 | BLOOD TYPE O |
|---|---|---|
| Articles UCMJ explained to me this date as required by Article 137, UCMJ. | Articles UCMJ explained to me this date as required by Article 137, UCMJ | DEPOSIT RECORD BOOK NO. |
| *(Signature)* | Ronald H. Saunders *(Signature)* | CLASS SWIMMER 2 CL |

3 MAY 1967 Informed of provisions II, III, IV,
and VI of the Civil Rights Act of 1964 in
accordance with current regulations.
ByDir

3 MAY 1967 Instructed in Code of Conduct for
members of the Armed Forces of the United
States.
ByDir

National Agency Check completed by
USNCISC. Prior to issuance of a security
clearance, review of the investigative
file is required.
ByDir

3 MAY 1967 Inst on type of Dis Basis for Issue,
EFF on REENL, REENL, VA Benefits and Character
of Sept this date in accordance with
MCBul 1910 of 22Sep66.
ByDir

NOV 6 1967 StudentCo, Scols Bn, CamPen
Issued Government Vehicle Operators
Permit No. 2586-68 . Auth oper
Tracks to 5 TonsMulti-fuel trucks
to 2½ Tons . Expires NOV 5 1970
By dir

H-1-12,3DMARDIV(REIN),FMF
RECEIVED 4 HOURS INSTRUCTION/
INDOCRINATION ON VIETNAM-RELATED
SUBJECTS IN ACCORDANCE WITH REGTO
1500.8
co

EMBOSSING PLATE IMPRESSION

---ADD OF THIS MARKS & ANN
MARKSMANSHIP REQUAL NOT REQUIRED
WHILE SERV IN THE RVN, AUTH CMC
SPDLTR AO3M-JAJ OF 27OCT65.
R.H. Saunders ByDir
cc

29Jul68: C-1-12, 3dMarDiv(Rein), FMF
Issued MACV Retion Card #871179
W. Oraen co

BTRY C, 1STBN, 12THMAR, 3DMARDIV
mLaites

.GRANTED R&R OUTSIDE V IETNAM
co

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
STYERS, JAMES L. M 2360927

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|

Continued on supplemental page

NAVMC 118(11)-PD (REV. 6-65)
Previous editions of NAVMC 118(11)-PD and all editions of NAVMC
118(11)-PD are obsolete.

A26258

INSTRUC. **NS:** Forms will be completed in accordance with C.....ter 7, Career Planning Guide. Parts II-V will be completed in legible handwriting by the authorized person using short idea phrases rather than long, complete sentences.

**CAREER PLANNING CONTACT RECORD (.531)**

NAVMC 10213 Rev. 11-68
Previous editions will not be used.

### PART I

| NAME | STYERS JL | SERVICE NUMBER 2360527 | BIRTHDATE 3 Sept 47 | AGE 23 |
|------|-----------|------------------------|---------------------|--------|

| GRADE LCPL | DATE OF RANK 700514 | YEARS OF SERVICE 4 | PRESENT ORGANIZATION H&MS-10, MCCRTG-10 | | | |
|------------|---------------------|--------------------|------------------------------------------|---|---|---|

| EXPIRED DATE 1 May 71 | COMPONENT USMC | MOS 3531 | ADDITIONAL MOS | ADDITIONAL MOS | AVERAGE CONDUCT 4.6 | AVERAGE PROFICIENCY 4.3 |

| CLASSIFICATION TEST RECORD | TEST | VE | AR | PA | CI | MA | ACS | ANE | CO | SW | AI | EL | PROF. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FROM | | | | | | | | | | | | TEST ☐  RETEST ☐ |
| | SCORE | 113 | 86 | 86 | 70 | 191 | 86 | 95 | 101 | 114 | 107 | 98 | |

GCT .95

OTHER TESTS ADMINISTERED

| PERMANENT HOME ADDRESS 4514 West Thomas Rd Phoenix Arizona. 85031 | MARITAL STATUS M | NO. DEPENDENTS 3 | COUNSELED BY FIRST SERGEANT (Signature & Grade) |

### PART II — COMMANDING OFFICER'S INITIAL INTERVIEW

| RECOMMENDED FOR REENLISTMENT ☐ YES ☒ NO | COMMANDING OFFICER (Signature & Grade) GE Rea____ Major | DATE Aug 1970 |

REASON(S) FOR RECOMMENDED FOR REENLISTMENT
has _____ involved _____ conduct reg___ disciplinary action

If not initially recommended for reenlistment, referring one month prior to EAS for possible implied reclassification. | COUNSELING OFFICER (Signature & Grade) | DATE COUNSELEE INFORMED

SUMMARY OF REINTERVIEW (To be completed for those individuals who were not previously recommended.)

### PART III — CAREER PLANNING INITIAL INTERVIEW

CAREER BENEFITS DISCUSSED
☐ REENLISTMENT OPTIONS   ☐ OFFICER PROGRAMS   ☐ DEPENDENTS BENEFITS
☐ RETIREMENT   ☐ EDUCATION OPPORTUNITY   ☐ SGLI/SGLI PREPARED
☐ PROMOTION OPPORTUNITY   ☐ RETIREMENT   ☐ BASE PREPARED
☐ SURVIVORS BENEFITS   ☐ FRINGE BENEFITS (Exchange, etc.)   ☐ MEDICAL G.M.

SUMMARY OF INTERVIEW (Include prior service employment)
Interviewed SNM in regards to his not being eligible to reenlist. Explained what this could mean regarding future employment. Spoke to NCO & said _____ attempting to help the man.

| ADMINISTRATIVE ACTION PLAN SUBMITTED ☐ YES ☐ NO | DATE SUBMITTED | OPTION PROTESTED |

CAREER PLANNING NCO'S EVALUATION
I feel this man may be coming around regarding his conduct.

| INTERVIEWER (Signature & Grade) Cpl ____ _____ | INTERVIEWER ORGANIZATION H&MS-10   MCCRTG ____ | DATE 25 Aug 70 |

# ADMINISTRATIVE REMARKS

### ANNUAL ADMINISTRATIVE AUDIT COMPLETED

| DATE | SIGNATURE AND RANK | DATE | SIGNATURE AND RANK |
|------|--------------------|------|--------------------|
|      |                    |      |                    |
|      |                    |      |                    |
|      |                    |      |                    |

| DATE: FEB 0 1 1968 | DATE: | BLOOD TYPE |
|--------------------|-------|------------|
| Articles 137 explained to me this date as required by Article 137 UCMJ. | Articles 137 explained to me this date as required by Article 137, UCMJ. | DEPOSIT-RECORD BOOK NO. |
| (Signature) | (Signature) | CLASS NUMBER |

24 Apr 1967   : MCRS, Phoenix, Arizona
Selective Service Number:  36-86-47-514
Local Board Number:  86
Local Board Address:   New Castle, Penn.

W. H. GIBSON          OIC

2 May 1967   : MCRS, Phoenix, Arizona
Discharged USMCR 1 May 1967  CofG to enl
regular Marine Corps.  Old SRB retained.
Authority MCBul 1130 of 20 Jul 1966.

W. H. GIBSON          OIC

FEB 0 1 1968 Hq RepCo, Stag Bn, MCB, Camp Pendleton,
California.  I have been informed and understand that I am
scheduled to embark aboard ship/government aircraft and
depart from the CONUS for overseas on or about FEB 2 1 1968
I further understand the provisions of Art. 87 UCMJ as
follows: "Any person subject to this code who through
neglect or design messes the movement of a ship, aircraft, or
unit with which he is required in the course of duty to move
shall be punished as a courtmartial may direct."

James L. Styers

INSTRUCTION IN CODE OF CONDUCT
FOR MEMBERS OF THE ARMED FORCES
OF THE UNITED STATES COMPLETED
ON   FEB 0 1 1968                    BY DIR

FEB 0 1 1968   I HAVE BEEN COUNSELED ON
WILLS AND POWERS OF ATT.  I (DO)
(DO NOT) DESIRE TO EXECUTE (ONE)
(BOTH) AT THIS TIME

James L. Styers

FEB 0 1 1968 4thReplCo, StagBn, MCB, CamPen
Received one (1) field jacket & one (1)
Extra Sea Bag in accordance with MCO₁
P3000.1A:

James L. Styers

690428:  MABS-56, MAG-56, 3dMAW, MCAF, Santa Ana
Calif.  Gov Mtr Veh Opr permit #2586 increased
to include M151A1 tton. Expires 701105.

M. R. Green          Bydir

AUG 8 1969  MABS-56, MAG-56 3D MAW
MCAF SANTA ANA CALIF.  ISSUED 1
PAIR SAFETY SHOES THIS DATE.

M. R. Green BYDIR

67817  MABS-56, MAG-56 3D MAW
MCAF SANTA ANA CALIF.  ISSUED 1
PAIR SAFETY SHOES THIS DATE.

BF Petlie          BYDIR

Continued on supplemental page.

EMBOSSING PLATE IMPRESSION

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

| STYERS  JAMES  L. 2360927 |
|---|
| NAME (Last)     (First)     (Middle) | SERVICE NO. |

2360927

NAVMC 118(11)-PD (REV. 6-61)
Previous editions of NAVMC 118(11)-PD and all editions of NAVMC
118(11)-PD are obsolete.

11.  A

A26258

HEADQUARTERS
Marine Corps Recruit Depot
San Diego, California 92140

47:GSD:pad
1856/1
27 July 1971

From:   Commanding General
To:     Cpl J. L. STYERS SSAN 527 68 10.82 MSN 236 09 27 USMC
Via:    Commanding Officer, Casual Company, Headquarters and Service
        Battalion

Subj:   Transfer to the Temporary Disability Retired List

Ref:    (a) 10 USC 1202
        (b) CMC msg 211325Z Jul71
        (c) MCO P1070.8, IRAM, par. 2004

1.  The Secretary of the Navy has determined that you are physically
unfit to perform the duties of your grade and has directed that you be
temporarily retired by reason of physical disability under the provisions
of references (a) and (b). You are released from all active duty at
2400 on 31Jul71   and transferred to the Temporary Disability Retired
List effective 1 August 1971 . Your pay entry base date is 8 August 1967.
On 31 July 1971   you will have completed 3 years, 11 months, and 11 days
of active service.

2.  Your disability is rated at 30 percentum in accordance with the
standard schedule for rating disabilities in current use by the Veteran's
Administration; VA Code(s) 5299-8045-8910.

3.  You should receive orders to report to a military medical facility
for a periodic physical examination at lease once every 18 months to
determine whether the disability for which you are temporarily retired
has stabilized or changed. Your failure to report for a scheduled
physical examination may result in termination of your retired pay un-
less you can establish good and sufficient reasons for not reporting.
Detailed information based on provisions of law which are applicable
in your case will be forwarded to your home address by the Commandant
of the Marine Corps (Code DMB).

4.  Your home of record is shown as 4514 W. Thomas Road, Phoenix, Arizona
85031.

5.  Please keep the Commandant of the Marine Corps (Code DGH) informed
of any change in your mailing address. This report is in addition to
that required to be submitted for retired pay purposes.

6.  An identification card has been issued you in accordance with ref-
erence (c).

7. Two copies of these orders will be furnished to the disbursing officer carrying your pay accounts. Your records indicate unused (excess) leave in the amount of  00   days on date of separation.

8. Expenditures under these orders are chargeable to appropriation 1721105.2754, MPMC-1972, OC 21, BCN 45690, AAA 27, TT 2D, CC Enl Tvl 74123, Depn Tvl 74160.  HHE 74162.

JOHN N. McLAUGHLIN

Copy to:
CMC (Code IMB)
DisbO  (2)
H&SBn MCRD SDiego
USNH SDiego (Attn Patient Affairs)
Health Records Officer, Bldg 12

FIRST ENDORSEMENT                                             JVM:ab
                                                             1900
                                                             31Jul71

From:  Commanding Officer, CasCo H&SBn MCRD SDiego, Calif.
To:    Cpl J. L. STYERS SSAN 527 68 10 82 MSN: 236 09 27
       USMC

Subj:  Transfer to the Temporary Disability Retired List

1.  Delivered.

J. V. MORRIS
By direction

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT.

| 1. LAST NAME–FIRST NAME–MIDDLE NAME | 2. SERVICE NUMBER | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| STYERS, James Lynn | 2360927 | 527 | 68 | 1082 |

| 4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS | 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF RANK |
|---|---|---|---|
| USMC | CPL | E-4 | DAY 01 | MONTH May | YEAR 71 |

| 7. U.S. CITIZEN | 8. PLACE OF BIRTH (City and State or Country) | 9. DATE OF BIRTH |
|---|---|---|
| ☐ YES ☐ NO | New Castle, Pa | DAY 03 | MONTH Sep | YEAR 47 |

| 10a. SELECTIVE SERVICE NUMBER | b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE | c. DATE INDUCTED |
|---|---|---|
| N/A | N/A | DAY | MONTH | YEAR N/A |

| 11a. TYPE OF TRANSFER OR DISCHARGE | b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Temporarily Retired | CasCo, H&SBn, MCRD, SDiego, Calif. |

c. REASON AND AUTHORITY 270 Placed on the Temporary Disability Retired List
VA Codes 5299.8045.8910 Par 1001 MARCORSEPMAN&CMC Msg 2113252JG571

| d. EFFECTIVE DATE | DAY 31 | MONTH Jul | YEAR 71 |
|---|---|---|---|

| 12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 13a. CHARACTER OF SERVICE | b. TYPE OF CERTIFICATE ISSUED |
|---|---|---|
| CasCo, H&SBn, MCRD, SDiego, Calif | HONORABLE | N/A |

| 14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED | 15. REENLISTMENT CODE |
|---|---|
| N/A | RE-3P |

| 16. TERMINAL DATE OF RESERVE/UMT&S OBLIGATION | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION | | b. TERM OF SERVICE (Years) | c. DATE OF ENTRY |
|---|---|---|---|---|
| DAY | MONTH | YEAR N/A | a. SOURCE OF ENTRY: ☐ ENLISTED (First Enlistment) ☒ ENLISTED (Prior Service) ☐ OTHER ☐ REENLISTED | 4 | DAY 02 | MONTH May | YEAR 67 |

| 18. PRIOR REGULAR ENLISTMENTS | 19. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC | 20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State) |
|---|---|---|
| NONE | Private (E-1) | Phoenix, Ariz |

| 21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code) | 22. STATEMENT OF SERVICE | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 4514 West Thomas Road | a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 11 | 11 |
| Phoenix, Arizona 85031 | | (2) OTHER SERVICE | 00 | 00 | 07 |
| | | (3) TOTAL (Line (1) plus Line (2)) | 03 | 11 | 11 |
| 23a. SPECIALTY NUMBER & TITLE | b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | b. TOTAL ACTIVE SERVICE | 03 | 11 | 11 |
| 3531 MtrVehOpr | 292.358 Salesman Driver | c. FOREIGN AND/OR SEA SERVICE | 01 | 01 | 04 |

| 24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED |
|---|
| National Defense Service Medal          Vietnam Service Medal w/1* |
| Vietnam Capaign Medal w/device          Vietnam Cross of Gallantry W/Palm |
| Combat Action Ribbon                    Presidential Unit Citation |

| 25. EDUCATION AND TRAINING COMPLETED |
|---|
| High School 3 years |
| MTR VEH OP |
| MTR VEH OPR CRS |

| 26a. NON-PAY PERIODS/TIME LOST (Preceding Two Years) | b. DAYS ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| 680920-680925 690910-691028 *671108-671225 | None Due | ☐ YES ☐ NO $ N/A | N/A |

| 28. VA CLAIM NUMBER | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | |
|---|---|---|
| C-   N/A | ☐ $10,000  ☐ $5,000  ☐ NONE | [x] $15,000 |

| 30. REMARKS |
|---|
| Good Conduct Medal period commences:   28Sep68 (1stAwd) |
| Item # 32. Not avialable for signature. |
| * Out of order |

| 31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code) | 32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED |
|---|---|
| 4807 N 29th Place Phoenix, Arizona 85031 | See Remarks |
| 33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| J. V. MORRIS, CWO-2, USMC Separation Officer | J. J. Morris |

DD FORM 214 MC (1900)   PREVIOUS EDITIONS OF ARMED FORCES OF THE UNITED STATES   S/N 0101-880-4301      SE/OOR OR HQMC-2
1 JUL 66   THIS FORM ARE OBSOLETE REPORT OF TRANSFER OR DISCHARGE

Department of the Navy
Office of the Judge Advocate General
Washington, D. C. 20___

In reply refer to:
JAG:21.2:DHP:es
Ser: 147
15 October 1971

1. Injuries to Navy and Marine Corps personnel listed below have been determined upon review by the authority who exercises general court-martial jurisdiction to have been incurred in the line of duty and not to have been due to their misconduct. Under subsection 0015b of the Manual of the Judge Advocate General, subsequent reviewing authorities need neither comment nor record their approval or disapproval of the action of that authority respecting the question of line of duty and misconduct. The injuries sustained by personnel of the reserve components of the Navy and Marine Corps listed below were incurred while those reservists were employed on active duty, active duty training, or in-active duty training within the purview of 10 USC 6148, as amended.

SSAN 527681082

| End No. | Name | Date of Injury |
|---|---|---|
| 4413-71 | BELL, Glen E., SN2, USN, 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 | 17 Aug 1971 |
| 4414-71 | BERNARD, Richard E., BT1, 512 15 39, USN | 20 Aug 1971 |
| 4415-71 | BEST, Russell P., SSGT, USMC, 164 30 86 | 14 Aug 1971 |
| 4416-71 | BOERC, Michael D., PFC, USMCR, 2126532 | 28 Aug 1971 |
| 4417-71 | BYSTROM, Arthur G., RM3, USN, 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 | 8 Sep 1971 |
| 4418-71 | CHILDERS, Ira R., PFC, USMCR, 2595487 | 14 Aug 1971 |
| 4419-71 | COUCH, Charles M., AO3, USN, B72 88 26 | 7 Sep 1971 |
| 4420-71 | DANIELS, Calvin E., CPL, USMC, 245 74 8464 | 16 Aug 1971 |
| 4421-71 | GRIFFIN, Anthony L., PFC, USMC, 2710614 | 24 Jul 1971 |
| 4422-71 | GRUBB, Roger D., PVT, USMC, 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 | 6 Mar 1971 |
| 4423-71 | HAAG, Allan E., ADJAN, USN, 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 | 22 Apr 1971 |
| 4424-71 | HARDIN, William B., CPL, USMC, 2509142 | 3 May 1971 |
| 4424-71 | SHELTON, Carroll W., LCPL, USMC, 2600249 | 3 May 1971 |
| 4424-71 | FELL, Dennis A., LCPL, USMC, 2655235 | 3 May 1971 |
| 4425-71 | HOLIFIELD, William F., PFC, USMC, 2134833 | 28 Aug 1971 |
| 4426-71 | BOLSINGER, Earl R., PO1, USN, 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 | 17 Jul 1971 |
| 4427-71 | JOHNSON, Thomas L., SSGT, USMC, 1547128 | 31 May 1971 |
| 4428-71 | LE BOEUF, George H., SK2, USNR, 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 | 5 Aug 1971 |
| 4429-71 | LUCERO, Juan, SSGT, USMC, 1695895 | 16 Aug 1971 |
| 4430-71 | MARTIN, Marvin L., LCPL, USMC, 2459494 | 5 Aug 1971 |
| 4431-71 | MESSENGER, Dennis W., SN3, USN, 794 94 06 | 28 May 1971 |
| 4431-71 | CUNNINGHAM, Ronald J., BMSN, USN, B97 91 51 | 28 May 1971 |
| 4432-71 | NOWAK, Harold, D., SF1, USN, 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 | 16 Sep 1971 |
| 4433-71 | POLAND, James A., ENC, USN, 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 | 15 Sep 1971 |
| 4434-71 | SHEA, William C., EN, USN, 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 | 28 Sep 1971 |
| 4435-71 | SHROY, Donald B., TM1, USN, 445 22 70 | 4 Jul 1971 |
| 4436-71 | SLY, Stephen M., SGT, USMC, 090 42 9337 | 24 Aug 1971 |
| 4437-71 | STOUT, Nelson J., PVT, USMC, 2721479 | 13 Aug 1971 |
| 4438-71 | STYERS, James L., LCPL, USMC, 2390927 | 26 Feb 1971 |
| 4439-71 | SUMMERLIN, Marlin K., PFC, USMCR, 2440509 | 28 Aug 1971 |
| 4440-71 | TODD, Steven R., FN, USN, 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 | 2 Jul 1971 |
| 4441-71 | TODD, Wayne B., PFC, USMCR, 2440398 | 28 Aug 1971 |
| 4442-71 | WILLIAMS, Leonard R., EN1, USN, 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 | 24 Sep 1971 |

2. The proceedings in the foregoing cases appear to have been conducted in substantial compliance with the requirements of the Manual of the Judge Advocate General of the Navy.

William H. Laubenstein III

WILLIAM H. LAUBENSTEIN, III
By direction

Copy to:
CMC (18)
BUMED (12)

HEADQUARTERS
Marine Corps Recruit Depot
San Diego, California 92140

47:DOC:pad
1856/1
6 July 1971

From:  Commanding General, Marine Corps Recruit Depot, San Diego,
       California 92140
To:    Cpl J. L. STYERS SSAN 527 68 10 82 MSN 236 09 27/3531 USMC
Via:   Commanding Officer, Casual Company, Headquarters and Service
       Battalion

Subj:  Orders to proceed home pending final disposition of Physical
       Evaluation Board proceedings

Ref:   (a)  MCO P1900.16 MARCORSEPMAN par 10107

Encl:  (1)  Form for reporting itinerary of travel
       (2)  Form for reporting itinerary of travel

1.  In accordance with the authority contained in reference (a), on such date
as the Commanding Officer, Casual Company designates, you will stand detached
and will proceed to your home or such other place as you may select (MCC 495)
and await orders pending final disposition on the physical evaluation board
proceedings in your case.  Your home of record is shown as:
Phoenix, Arizona 85031                    and you have elected to proceed to:
4807 N. 29th Pl. Phoenix, Arizona 85031.               You will continue to be
carried on the rolls of Casual Company.  You will at all times keep your
Commanding Officer informed of your current address.  Any travel performed
by you in excess of that from your last duty station to your home of record
will be at your own expense.

2.  When placed on the retired list, or when discharged, your leave record
will be balances as of the day prior to the date you are placed on the re-
tired list, or to include the date of your discharge.  Time spend awaiting
orders will be debited in arriving at such leave balance.  You will be
entitled to a cash settlement of any balance of unused leave remaining to
your credit after deduction for the period of time spent awaiting orders.

3.  Your pay record will be retained by the Disbursing Officer, Marine
Corps Recruit Depot, San Diego, California 92140 during the period while
you are at home awaiting final action on your case.  In order that the
Disbursing Officer may properly adjust your pay record and make reimburse-
ment for travel performed, you will, upon arrival at your destination,
complete enclosure (1) and return it to the Disbursing Officer maintaining
your pay record.  During the period while awaiting final action on your case,
all correspondence on matters relating you your pay and allowances will be
addressed to the Disbursing Officer maintaining your pay record.

4.  In the event you are notified by your commanding officer that you have been found fit for duty, or, if your commanding officer notifies you to return to your station of duty for further hearing or test, these orders, will remain in effect for the return travel involved.  Upon completion of return travel you will complete enclosure (2), submitting it together with the original and two (2) certified copies of these orders to the Disbursing Officer maintaining your pay record.

5.  Expenditures under these orders are chargeable to appropriation 1721105.2754, MPMC-1972, OC 21, BCN 45690, AAA 27, CC 74123, Enl Tvl 74160 Depns Tvl (Enl Entl); OC 22; 74162, Trns HHE (Enl Entl); ECAN 27.

                                           H. M. BLUE
                                           Acting

Copy to:
 SrMbr PEB USNH SDiego
 DepDisbO
 DepPassTransO
 DepMedO
 H&SBn MCRD SDiego
 Health Record Officer, Bldg. 12

JKA:smb
1856

7 July, 1971

FIRST ENDORSEMENT on Commanding General, Marine Corps Recruit
Depot, San Diego, California 92140 ltr 47:JFE:sas over 1856/1
of  6 July, 1971.

From:  Commanding Officer, Casual Company, Headquarters and
       Service Battalion, Marine Corps Recruit Depot,
       San Diego, California 92140

To:    Cpl J. L. STYERS  SS # 527 68 1082  MSS 236 09 27 3531/USMC

Subj:  Orders to proceed home pending final disposition of
       Physical Evaluation Board proceedings.

Encl:  (3) Self-addressed stamped envelope

1.  Effective this date you will stand detached and proceed
in accordance with your basic orders.

2.  You are directed to comply with paragraph 3 of your basic
orders, utilizing enclosure (3) to return enclosure (1) to
this Company's Unit Diary Section for action to furnish
Depot Disbursing documentation in order to commence your BAQ.

*J. J. Morris*

J. V. MORRIS
By direction

------------------------------------------------------------

RECEIVING ENDORSEMENT

1.  I have received these orders at Casual Company,
Headquarters and Service Battalion, Marine Corps Recruit
Depot, San Diego, California 92140, at 1330      on 7
July 1971  and understand the contents thereof.

*James L. Styers*

JAMES L. STYERS

ARLINGTON, VIRGINIA 22217

ONDE:CPEB:mkb
2 August 1973

From: Office of Naval Disability Evaluation
      (Central Physical Evaluation Board)
To:   Commandant of the Marine Corps (Code DMD-3)

Subj: Report of Periodic Physical Examination in the case of:

HARDY, Frederick J., SGT, USMC (RET), 433 52 7814
HATCHER, David Earl, CPL, USMC (RET), 295 16 1746
HITCHCOCK, Thomas J., GYSGT, USMC (RET), 330 26 5154
HOLIDAY, Eugene, LCPL, USMC (RET), 423 70 2022
HOOD, Clarence Elis, PFC, USMC (RET), 310 54 4538
HUGHES, Richard C., LCPL, USMC (RET), 089 28 0290
JOHNSON, Earl Van, SSGT, USMC (RET), 199 20 1678
JOHNSON, Lee (n), MSGT, USMC (RET), 537 14 5081
JOKIMAKI, William Lee, LCPL, USMC (RET), 520 60 3270
JONES, James T., Jr., CPL, USMC (RET), 271 48 4337
KAHZ, Dale Arden, PFC, USMC (RET), 375 44 0801
KIRTON, Woodrow Wilson, CPL, USMC (RET), 252 82 3289
LAGACE, Donald, CPL, USMC (RET), 045 44 3616
LEWIS, Homer Calvin, SGT, USMC (RET), 261 70 2513
MARC-AURELE, Joseph Julian, MSGT, USMC (RET), 045 22 8434
McKAY, Hugh S., CPL, USMC (RET), 407 62 6C24
MARTIN, William David, LCPL, USMC (RET), 245 86 2419
MENA, Higinio (n), LCPL, USMC (RET), 457 78 1728
MONTS, Calvin Convell, PFC, USMC (RET), 264 06 1953
NAVARRO, Pablo Rocha, MSYSGT, USMC (RET), 454 54 8914
PAYNE, John Sharrell, PVT, USMC (RET), 267 90 5031
PINCKNEY, Thomas William, LCPL, USMC (RET), 249 86 6696
PITTS, Charles E., PFC, USMC (RET), 480 3232
PRILL, Peter Otto, LCPL, USMC (RET), 572 82 4254
RANDOLPH, Douglas L., CPL, USMC (RET), 512 54 4148
RANLY, Gregory William, CPL, USMC (RET), 310 46 3678
RICH, Robert Bruce, GYSGT, USMC (RET), 265 50 7789
ROBINSON, Thomas Lee, PFC, USMC (RET), 534 58 5968
RYAN, Michael H., LCPL, USMC (RET), 482 84 3609
SEDILLOS, Eduardo Beltran, CPL, USMC (RET), 520 34 6180
SHARP, Robert David, PFC, USMC (RET), 130 44 7990
SKIBA, Frank Michael, CPL, USMC (RET), 191 40 0506
SPARKS, Michael L., LCPL, USMC (RET), 410 90 7463
STICKER, Rufus Arthur, Jr., PFC, USMC (RET), 434 T6 6450
STYERS, James Lynn, LCPL, USMC (RET), 527 68 1089
TENDER, Timothy Paul, CPL, USMC (RET), 267 86 1243
TITTLE, Thomas Warren, PFC, USMC (RET), 427 96 8941
VICKERS, John Louis, PVT, USMC (RET), 233 82 6516
WACH, George Albert, LCPL, USMC (RET), 216 52 1790
WENEN, Jeffrey Lee, CPL, USMC (RET), 283 48 5500
WILLARD, Kenneth Norton, SSGT, USMC (RET), 390 28 4525
WILSON, Willie Joe, MSGT, USMC (RET), 418 20 6616
WOLFE, Robert, PFC, USMC (RET), 125 32 4355
WOOD, Billy D., SGT, USMC (RET), 466 68 8099
WOOD, Randolph Morice, CPL, USMC (RET), 430 98 3279

1.  After a review of the subject parties reports, the members of the Central
Physical Evaluation Board are of the opinion that no change in the status of
these parties on the Temporary Disability Retired List is indicated at this
time, and that they should be re-examined again within the period prescribed
by law.

| D×D | A | I | |
|---|---|---|---|
| 1 | | | Due Date |
| 2 | | | 12-MAR-73 |
| 3 | X | A | Control # |
| 4 | | | 60-1 |
| 5 | | | Completed |
| 6 | | | 12-Mar-73 |

Dec. 23, 1973

Dear Sir—

I was put on the temporary retired list on Aug. 1st 1971. I was told that I would have 3 checkups about 16 months apart with in 5 years. That would make the 1st one some time in Dec. of 1972. I haven't received any orders for the first one yet.

Well sir, since I have been out I haven't been able to get a job that pays enough for my wife and two kids to live on. I have tryed school but I haven't been able to retain anything that I have been taught. I have a 24 hour a day head-ache so the V.A. Hospital has me on Dilantin (100 mg) and (Valium 5 mg) but it doesn't help me very much. I also have a hearing and back trouble from when I was overseas in Viet Nam. None of this was included in my retirement, but the head injury has effected my hearing even more.

I know I have to say I'm on medicene for a disability on any application for a job, I know I don't have to say what the medicene is for or what the disability is, but when they see that I do have that trouble they say no on the job. I don't know what else to do but ask that my disability be increased enough so that



My return Address:
7242 N. 2ᵗʰ St. Apt #7
Phoenix, Arizona  85020



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D. C. 20380

IN REPLY REFER TO
DMA 3-3-aWW
12 Mar 1973

From: Commandant of the Marine Corps
To:   Corporal James L. STYERS 527 68 10 82 USMC    MAY 1973
     Temporary Retired
     7742 North 12th Street, Apt 7
     Phoenix, Arizona 85020
Via:   Commanding Officer
     U. S. Naval Hospital
     San Diego, California 92134
Subj: Orders to appear for periodic physical examination

Encl: (1) Medical Records
     (2) Travel Claim Information

1. When directed by the via addressee, during the month listed beside your name, you are to report to that command for a periodic physical examination to determine any change in the condition(s) for which your name was placed on the Temporary Disability Retired List.

2. The via addressee is authorized to endorse these orders to, (a) schedule you as an out-patient or to admit you as a patient, as required, for the completion of this examination; (b) re-examine you at a later date, if necessary; and (c) modify the month preceding or following the month specified beside your name. In the event this examination cannot be scheduled within these guidelines, the Commandant of the Marine Corps (Code DM) must be notified.

3. Upon completion of this examination, and when directed by the via addressee, you are authorized to return home. These orders do not constitute return to active duty, and wearing the Marine Corps uniform is not necessary.

4. Your medical records enclosed have been detached, by the hospital. Within six weeks after the completion of the examination, the via addressee is requested to forward all records and a summary of the findings, in letter form, to the Office of Naval Disability Evaluation (ONDE), 800 N. Quincy St., Arlington, Virginia 22217. Should your status on the Temporary Disability Retired List be changed as a result of this examination, ONDE will notify you, by letter.

5 In the event you change your address prior to traveling under these orders, please notify immediately the via addressee and the Commandant of the Marine Corps (Code DM) so that appropriate modification to these orders may be issued.

6. Enclosure (2) is provided for your convenience in obtaining reimbursement of expenses incurred while executing these orders.

7 FY 1973 Appn 1731106.2790 O&MMC 1973 OC 000 OB/SUFFIX 00027/7 AAA 00002- ... 2D CC DMOE 93S19972.

              R. E. CUSHMAN, Jr.

Copy to:
BUMED (Cnde 3343-1)



MHSC-5G/amt
17 APR 1974

Honorable Barry Goldwater
United States Senate
Washington, D. C.   20510

Dear Senator Goldwater:

This is in reply to your inquiry of 5 April 1974, regarding
Corporal James L. STYERS, 527 68 10 82, U. S. Marine Corps,
Temporary Retired.

A reply will be provided as soon as the necessary information
in the case has been obtained.

Sincerely,

E. M. JONES
Colonel, U. S. Marine Corps
Assistant Director of Personnel
By direction of the Commandant of the Marine Corps



JAMES L. S.
7742 N. [___]
Phoenix, Ariz.
85___

From the
Gentlemen:                    Marine C
        I've been out of
the U.S.M.C. since 7/77
and I worked in about
10 to 12 jobs since I've
been out.
        I'm on the Temporary
Disability Retired List.
Here are some copys of
my D.D. 214 and the
findings of the Physical
Evaluation Board. And
the 3 pages report of
Medical Board. I'm
now working for the
City of Phoenix in the
street maintance Dep.
As a temporary employee



their dep. called P-f
Program. Now I was
told on 3/22/74 that I
can not be put on as
a permanent employee
with them, because of
my disability from the
U.S.M.C.

I'm sending a copy
of a paper for a complete
physical examination
from a Motorola Plant
here when trying to get
a job with them. If
you can read the doctors
writing it will explain
itself. Also a letter
from the city of Phoenix

doctor saying why
he will not ok me
for a Permanent job
with the city. I have
a wife and two children
that would like to
know how I'm going to
support them when I
can't get a job and
keep it because of my
disability from the U.S. Army.
There are not to
many jobs that I
can get and none of
them pay very much.
So I would like to
have my disability
put on the Permanent

(7)

disability Retired List
and have my disability
raised to 100% or Total
disability so my family
and I can live.

Thank you
Cpl James L. Styer
USMC Ret.

MAY 4 1971

C237-hs
J-310469

Naval Hospital, San Diego, California

Report of Medical Board on STIMS, James Lynn, LCPL USMC, 2367927
SSN: 527 60 1062

This twenty-three year old, LCPL USMC, was admitted to Naval Hospital, San Diego, California on 4 March 1971 with the diagnosis Brain Contusion.

The patient was in good health until six days prior to admission, when he fell out of a truck, striking his head. He was semiconscious for three days thereafter and was initially hospitalized at the Medical Facility in Yuma, Arizona. He responded to decompression and fluid restriction. It was reported that he had complicated seizures following his injury. He was started on Dilantin medication. It was reported that the day prior to admission it was noted that the patient had papilledema and continued to have seizure activity.

Past history: The patient had episodes of syncope in the fall of 1969. He was evaluated at that time by physicians and psychiatrists. Electroencephalogram was performed and was reported as being normal. It was the opinion of the psychiatrists that the patient was having hyperventilation syndrome and arrangements were made for the patient to be transferred to Yuma, Arizona.

Physical examination on admission revealed the patient to be a well developed, moderately obese, Caucasian male with generalized twitching arm and leg movements. Vital signs were as follows: Blood pressure 140/80, pulse 60. There was abrasion of the left forehead with swelling in the left occipital region of the head. The general physical examination was normal except for multiple areas of superficial abrasions, especially the upper extremities and left patella.

(237-ho
J-310469

STYERS, James Lynn, MIL UNIT, 2360927, SSN: 527 69 1002

The patient, shortly after admission, had a generalized seizure and thereafter was confused to time and place, but was oriented as to person. Cranial nerves 2 through 12 were normal except for a slight facial paresis on the right, slight enervation of the right upper extremity, reflexes were equal and no abnormalities were noted.

Routine laboratory studies, including hematology, urinalysis and serology were normal or negative. Skull films revealed right occipital skull fracture with probable diastasis of the sagittal suture.

Course in therapy: Following admission, the patient was continued on decadron and Dilantin because of the continued seizures. Phenobarbital and paraldehyde, were given for control of the seizures. By 11 March 1971, the patient's seizures were controlled and the patient was alert and oriented with continued mental confusion. By 16 March 1971, the patient had improvement of his condition, but he continued to be slow and had a flat affect and would repeat questions which had been answered adequately previously. On 19 March 1971, an electroencephalogram was performed and this was a normal study. On 23 March 1971, psychometric tests, including Wechsler Adult Intelligence Scale, Wechsler Memory Scale, and Bender-Gestalt test were performed. It was noted that the patient was in the 50th percentile of intellectual capacity. It appeared that the patient did not appear to be highly motivated and that he appeared not to benefit from "incidental learning" to the extent that most people do. There was no evidence of organic brain damage. He appeared to function in the lower portion of the average range in all tests which were

#237-h9
J-310469

STEERS, James Lynn, LCPL USMC, 2560927, SSN: 527 60 1002
undertaken. On 9 March 1971, the left common carotid and left vertebral
arteriograms were performed and this study revealed slight depression of
the left sylvian triangle vessels, suggesting edema in this area.
The patient has continued to improve. Present medications include Dilantin,
100 milligrams by mouth, four/daily and phenobarbital, 60 milligrams by
mouth, four times daily.

On 26 April 1971, the diagnoses were established as: 1) Skull Fracture,
Right Occipital, 8000. 2) Cerebral Contusion, 8510. Did not exist prior to
entry. Line of duty/misconduct status unknown pending investigation requested.

It is the opinion of the Neuropsychiatric Service that this man did have a
significant head injury, that he has had good recovery to the point of his
normal functional capacity. Although he may continue to have slight improve-
ment over the next year, it is anticipated that he will require Dilantin and/or
phenobarbital for a period of at least two years.

The Board agrees with the above findings, opinions and diagnoses and
recommends that STEERS appear before a Physical Evaluation Board for disposition.

Maximum benefits of hospitalization have been achieved.

The patient has/been informed of the findings and recommendations of the
Board and does not desire to submit a statement in rebuttal.

There is no disciplinary action pending.

(3)

NAVSO 6100/17 (8-70)

## RECOMMENDED FINDINGS OF PHYSICAL EVALUATION BOARD

### PERSONAL DATA

| 1. PARTY (Last, First, Middle Initial) | 2. SERVICE/FILE NO. | 3. SSN | 4. GRADE REV. NO. | 5. BRANCH OF SER. CO. |
|---|---|---|---|---|
| Styers, James L. | 236 09 27 | 527 68 1082 | CPL | U.S.M.C. |

| 6. NEXT OF KIN (Or Guardian) | ADDRESS (Include ZIP Code) | 7. RELATIONSHIP |
|---|---|---|
| Kathlene P. Styers | 4807 N. 37th Pl. Phoenix, Ariz. | Wife |

### 8. CONDITIONS

| A. DIAGNOSIS (ICDA CODES REQUIRED) | B. V.A. CODE NUMBER | C. PERCENT |
|---|---|---|
| 1) Skull Fracture, Right Occipital, 8000<br>2) Cerebral Contusion, 8510 | 5299-8045-<br>8910 | 30 |

### 9. RECOMMENDED FINDINGS

| | YES | NO |
|---|---|---|
| THE PARTY IS FIT FOR DUTY | | |
| (1) THE PARTY IS UNFIT BECAUSE OF PHYSICAL DISABILITY | ✓ | |
| (2) THE DISABILITY WAS (INCURRED) NOT WHILE ENTITLED TO RECEIVE BASIC PAY | ✓ | |
| (3) THE DISABILITY WAS DUE TO INTENTIONAL MISCONDUCT OR WILLFUL NEGLECT | | ✓ |
| (3) THE DISABILITY WAS INCURRED DURING A PERIOD OF UNAUTHORIZED ABSENCE | | ✓ |
| (4) A. THE DISABILITY IS THE PROXIMATE RESULT OF ACTIVE DUTY OR INACTIVE DUTY TRAINING | | |
| B. THE DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY | A | |
| C. THE PARTY HAS AT LEAST EIGHT YEARS OF ACTIVE SERVICE | | |
| (5) THE DISABILITY MAY BE PERMANENT | ✓ | |
| (5) THE DISABILITY IS PERMANENT | | |
| (6) THE DISABILITY IS RATABLE AT 30 PERCENT | MINORITY REPORT ATTACHED | ✓ |

| DATE | NAME, AND RANK OF PRESIDENT OF BOARD | NAME OF COUNCILOR |
|---|---|---|
| 6/30/71 | E.D. Gelzer, Jr. LCOL, U.S.M.C. | J. M. McGee, SFC. U.S.N. |

**PRESIDENT**
**PHYSICAL EVALUATION BOARD**

### 10. ACTION BY PARTY, NEXT OF KIN, OR GUARDIAN

Having been advised of the recommended findings of the Physical Evaluation Board as outlined above and having received an explanation of the results of these findings and of my rights. I

| X | A. CONCUR IN THE RECOMMENDED FINDINGS | B. DEMAND A FORMAL HEARING |
|---|---|---|
| | | C. SUBMIT A REBUTTAL |

| DATE | SIGNATURE OF PARTY, NEXT OF KIN, GUARDIAN, OR TRUSTEE |
|---|---|
| 7/1/71 | James L. Styers |

### 11. COUNSELING CERTIFICATE

I certify that I have explained the results of the recommended findings of the Physical Evaluation Board to the party concerned (or his next of kin, guardian or trustee) and the right to demand a formal hearing or to submit a rebuttal

| DATE | SIGNATURE OF COUNSELOR |
|---|---|
| 7/1/71 | J. M. McGee |

NAVSO 6100/19 (8-70)         DISABILITY COUNSELING WORKSHEET         DATE OF
                                                                    COUNSELING

Entitlement to disability retired or severance pay depends on many factors which are not definitely known at
the time you are being counseled on the recommended findings of the PEB. For example, the final disposition
and percentage rating, the disability grade, the official service computations, and the effective date of
separation, all depend on actions taken after a case arrives at Washington. However, by making CERTAIN AS-
SUMPTIONS FOR THE PURPOSE OF EXAMPLE ONLY, it is possible to estimate what your approximate disability pay
would be if the PEB findings were approved without change. ALTHOUGH THE INFORMATION USED IN COMPLETING THIS
WORKSHEET IS SUBJECT TO CHANGE, it will serve to illustrate how the disability pay would be computed under
these particular assumptions. If disability retirement is approved by the Secretary of the Navy, the Navy
Finance Center computes the rate of retired pay under all applicable formulas and administratively selects
the formula that is most favorable to you.

| 1. PARTY | | 2. AS OF DATE FOR ESTIMATING YEARS OF SERVICE | 3. DISABILITY GRADE |
|---|---|---|---|
| | | | E-4 |

| 4. YEARS OF SERVICE FOR BASE PAY | 5. MONTHLY BASE PAY $330.90 | 6. YEARS OF ACTIVE SERVICE | 7. YEARS OF SERVICE FOR VOLUNTARY RETIREMENT |
|---|---|---|---|

| 8. ESTIMATED RETIRED PAY FORMULAS | | 9. ESTIMATED NET RETIRED PAY | |
|---|---|---|---|
| A.    % (SERVICE)    $_____ | | A. HIGHEST OF 8A OR B    $165.45 | |
| B. 30   50 % P84  % (DISABILITY)   $165.45 | | B. LESS TAX (8D)    $_____ | |
| C. SUBJECT TO FEDERAL WITHHOLDING (LINE A MINUS 8)    $_____ | | C. NET RETIRED PAY    $165.45 | |
| D. TAX WITH EXEMPTIONS    $_____ | | NOTE: NET RETIRED PAY WILL BE FURTHER REDUCED BY AMOUNT OF VOL-UNTARY ALLOTMENTS OR CONTRIBUTIONS TO RETIRED SERVICEMAN'S FAMILY PROTECTION PLAN, IF ANY. | |

| 10. ESTIMATED DISABILITY SEVERANCE PAY | 11. NOTES |
|---|---|
| FORMULA:  TAKE TWICE THE AMOUNT OF ITEM 5 AND MULTIPLY BY THE NUMBER OF YEARS OF SERVICE UP TO A MAXIMUM OF 12 YEARS. | |

STYERS, Jmr.R.S    21    2360921    5.7   63   10.

| PERSONAL DATA | 2. DEPARTMENT, COMP | 3. BRANCH OR CL. | 3a. GRADE, RATE OR RANK | 3. PAY GRADE | 4. DATE OF RANK | DAY | MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| | USMC | | CPL | E-4 | | 01 | May | 71 |

6. PLACE OF BIRTH (City and State or Country)   New Castl , Pa    4a. DATE OF BIRTH   DAY 03 MONTH Sep YEAR 47

7. U. S. CITIZEN ☐YES ☐NO

10a. SELECTIVE SERVICE NUMBER    b. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY, STATE AND ZIP CODE    c. DATE INDUCTED DAY MONTH YEAR

N/A    N/A    N/A

11a. TYPE OF TRANSFER OR DISCHARGE    b. STATION OR INSTALLATION AT WHICH EFFECTED

Temporarily Retired    CasCo, H&SBn, MCRD, SDiego, Calif.

c. REASON AND AUTHORITY   270 Placed on the Temporary Disability Retired List. Effective    DAY 31 MONTH Jul YEAR 71

VA Codes 5299,8045,8910 Par 1001 MARCORSEPMAN&CMC Msg 211325ZJUL71

12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND   CasCo, H&SBn, MCRD, SDiego, Calif    13a. CHARACTER OF SERVICE   HONORABLE    b. TYPE OF CERTIFICATE ISSUED   N/A

14. DISTRICT, AREA COMMAND OR CORPS TO WHICH RESERVIST TRANSFERRED   N/A    15. REENLISTMENT CODE   RE-3P

| 16. TERMINAL DATE OF RESERVE/OBLIG DAY MONTH YEAR | 17. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION a. SOURCE OF ENTRY | | 18. TERM OF SERVICE (Years) | c. DATE OF ENTRY DAY MONTH YEAR |
|---|---|---|---|---|
| N/A | ☐ENLISTED (First Enlistment) ☐ENLISTED (Prior Service) ☐OTHER ☐REENLISTED | | 4 | 02 May 67 |

19. PRIOR REGULAR ENLISTMENTS   NONE    18. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SVC   Private (E-1)    20. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE (City and State)   Phoenix, ARiz

21. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE (Street, RFD, City, County, State and ZIP Code)
4514 West Thomas Road
Phoenix, Arizona 85031

| 22. | STATEMENT OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 11 | 11 |
| | (2) OTHER SERVICE | 00 | 00 | 07 |
| | (3) TOTAL (Line (1) plus Line (2)) | 03 | 11 | 11 |
| b. TOTAL ACTIVE SERVICE | | 03 | 11 | 11 |
| c. FOREIGN AND/OR SEA SERVICE | | 01 | 01 | 04 |

22a. SPECIALTY NUMBER & TITLE   3531   MtrVehOpr    b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER   292.358   Salesman Driver

24. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

National Defense Service Medal    Vietnam Service Medal w/1*
Vietnam Capaign Medal w/device    Vietnam Cross of Gallantry W/Palm
Combat Action Ribbon    Presidential Unit Citation

25. EDUCATION AND TRAINING COMPLETED

High School 3 years
MTR VEH OP
MTR VEH OPR CRS

| 26a. NON-PAY PERIODS/TIME LOST | b. DATE ACCRUED LEAVE PAID | 27a. INSURANCE IN FORCE (NSLI or USGLI) | b. AMOUNT OF ALLOTMENT | c. MONTH ALLOTMENT DISCONTINUED |
|---|---|---|---|---|
| 680920-680925 | | | | |
| 690910-691028 | None Due | ☐YES ☒NO | $ N/A | N/A |
| *671108-671225 | 28. VA CLAIM NUMBER c. N/A | 29. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE ☐$10,000 ☐$6,000 ☐NONE | [x] $15,000 | |

30. REMARKS

Good Conduct Medal period commences:    28Sep68 (1stAwd)
Item # 32. Not avialable for signature.
* Out of order

31. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE (Street, RFD, City, County, State and ZIP Code)
4807 N 29th Place
Phoenix, Arizona 85031

32. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED
James L. Styers    See Remarks

33. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER
J. V. MORRIS, CWO-2, USMC
Separation Officer

34. SIGNATURE OF OFFICER AUTHORIZED TO SIGN
J.V. Morris

DD FORM 214 MC (1900) PREVIOUS EDITIONS OF ARMED FORCES OF THE UNITED STATES   REPORT OF TRANSFER OR DISCHARGE   S/N-0101-853-4301
1 JUL 66   THIS FORM ARE OBSOLETE



L. S. Dewey, M. D.           T. P. Rohrer, M. D.
N. W. Groce, M. D.           E. J. Ryan, M. D.

## OCCUPATIONAL MEDICAL SERVICES, LTD.

800 North First Ave.     Phone 254-6638     Phoenix, Arizona 85003

NAME _____ STyers _____ DATE 3/25/7_

R

ADDRESS_____

_Examined for City of Phoenix on 4/25/7_.
_Not recommended for permanent_
_certification because of history of_
_sixth head injury with residual_
_symptoms._

REPT. UT DICTUM
1 2 3 4 TIMES
PRN ☐ NOR REPT. ☐

_____ M.D.

BNDD_____

STREET MAINTENANCE DEPARTMENT
324 WEST WASHINGTON STREET
PHOENIX, ARIZONA  85003


March 29, 1974


Mr. James L. Styers
7742 North 12th Street
Phoenix, Arizona  85020

Dear Mr. Styers:

This is to advise you that you are scheduled for release from your Public
Employment Program position as a Street Maintenance Man I on April 30,
1974.

On December 26, 1973, this Department was advised that we could retain
you in a temporary position for the duration of the PEP program, but you
were not eligible physically for permanent status.

Therefore, we have no alternative except to schedule you for release from
City civil service under Personnel Rule 20b3. This rule states that per-
sonnel will be released if the employee has some permanent or chronic
physical or mental ailment which incapacitates him from proper performance
of his duties.

In this connection and upon recommendation of medical doctors at the City
Health Center your employment will be terminated effective April 30, 1974,
due to medical conditions existing prior to your employment with the City
of Phoenix. The existence of such physical conditions precludes you from
meeting the health requirements for permanent employees.

We appreciate the fine job that you have performed for us since December 3,
1973, but we have no other recourse except to release you in accordance
with prescribed regulations.

Sincerely,
Original signed by:

*Gary P. Farmer*

Gary P. Farmer, Assistant Director
Street Maintenance Department


GPF:mme

*PLEASE NOTE: THIS FORM IS TO BE COMPLETED AND RETURNED TO THE EMPLOYMENT OFFICE BY THE APPLICANT ON THE DAY THAT HE REPORTS TO WORK.

MOTOROLA, INC. SEMICONDUCTOR PRODUCTS DIVISION
5005 E. McDowell Road, Phoenix, Arizona

Your appointment for your physical exam
is scheduled for:

Date _7-24-73_

Time _1:30 PM_

Dr. Rabe or Associate
Los Arcos Medical Building, Industrial Division
1402 North Miller Road
Scottsdale, Arizona

A complete physical examination is requested for _James Styers_
who is considered for _____ work assignments.  Please report
your findings below.

_T. T. Holluan_
Personnel Representative

----------------------------------------------------------------

The above named applicant has been examined and may be permitted to work
under the following conditions pending laboratory results.

☐ Acceptable without limitations.    ☑ Acceptable WITH LIMITATIONS:  If
                                         limited, report back to the Employ-
                                         ment Office immediately upon comple-
☐ Rejected.                              tion of the physical exam.

Limitations or reason(s) for rejection: _low back problems 11 lbng a signt_
_Afbage bending. To improve acute low. 3) Require acute concentration on_
_laboratory (c) work in laboratory. Machinery or chemicals or on the ground._
_(blackness)_

_J. R. Rabe_ M.D.
Medical Examiner

----------------------------------------------------------------

I have read the foregoing report and agree to the conditions therein.



## United States Senate

April 5, 1974

Respectfully referred to:

U. S. Marine Corps

Because of the desire of this office to be
responsive to all inquiries and communications,
your consideration of the attached is
requested. Your findings and views, in
duplicate form, along with return of the
enclosure, will be appreciated by

*Barry Goldwater*

U.S.S.

mmsc

Form #2

MHSC-5A/ep
2 2 MAY 1974

Honorable Barry Goldwater
United States Senate
Washington, D. C.  20510

Dear Senator Goldwater:

This is in further reply to your inquiry of 5 April 1974,
regarding Corporal James L. STYERS, 527 68 10 82, U. S.
Marine Corps, Temporary Retired.

The records at this Headquarters indicate that on 1 August
1971, Corporal Styers was placed on the Temporary Disability
Retired List (TDRL) by reason of physical disability which
was rated at 30%.  The TDRL requires periodic physical
examinations for all members up to a period of five years
unless removed by competent authority.  Corporal Styers
is presently scheduled for his second periodic physical
examination during August 1974.  At that time a determination
will be made whether Corporal Styers should remain on the
TDRL, transferred to the Permanent Disability Retired List,
discharged with severance pay or declared fit for duty.

The Marine Corps may not exercise any influence on the
employability criteria established by state, county, city
or private employers with regard to their hiring practices.
Corporal Styers, as a veteran, is entitled to educational
and other assistance from the Veterans Administration (VA),
which may be helpful to him in obtaining suitable employment.
He should communicate with the VA Regional Office at the
Federal Building, 230 North 1st Avenue, Phoenix, Arizona
85025.

Although it is regretted that a more favorable reply could
not be provided, it was a pleasure to be of service.

Sincerely,

C. W. HOFFMAN
Major General, U. S. Marine Corps
Assistant Deputy Chief of Staff for Manpower



DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON 25, D. C.

IN REPLY REFER TO

DMD-3 eyb
2 Aug 1971

From: Commandant of the Marine Corps

To: Corporal James L. STYERS MSN 236 09 27
SSAN 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 USMC
4807 North 29th Place
Phoenix, Arizona 85031

Subj: Transfer to the Temporary Disability Retired List (TDRL)

Ref: (a) Title 10, U. S. Code, Chapter 61

Encl: (1) Certificate of transfer to the TDRL
(2) MCO P1760.5A, Marine Corps Retirement Guide

1. I regret to inform you that the Secretary of the Navy has determined that you are not physically qualified to perform the duties of your grade and has directed that you be temporarily retired. Accordingly, you are transferred to the Temporary Disability Retired List as provided by reference (a).

2. Inasmuch as you are entitled to benefits administered by the Veterans' Administration, and since you may also be eligible for other benefits provided by national, state, or local organizations, I strongly urge that you consult local representatives of those agencies.

3. I have enclosed a certificate of transfer to the Temporary Disability Retired List and the Marine Corps Retirement Guide, which contains a supplement about the requirement for periodic physical examinations. The retirement guide also explains other benefits to which you and your dependents may be entitled. Please save this guide for future use. Questions concerning benefits should be addressed to: Commandant of the Marine Corps (Code DMC), Headquarters, U. S. Marine Corps, Washington, D. C. 20380.

4. Please use the enclosed change-of-address cards to keep the Commandant of the Marine Corps (Code DGH) informed of your address. This is in addition to the address report required for your pay.

5. On behalf of the Commandant of the Marine Corps, I wish to express his personal appreciation for your dedicated service to our Corps and our Country. I extend to you every good wish for the future.

J. L. BLACK, JR.
By direction

| RECORD OF MILITARY STATUS OF REGISTRANT | ...e submitted initially and immediately upon change ... nces preceding each item refer to the Universal M... ... training and Service Act, as amended, and Armed F... Act of 1952, as amended. | DATE MMSR-... |
|---|---|---|

**TO:** (Number and address of Local Board of jurisdiction)
Director, Selective Service System
522 North Central Avenue
Phoenix, Arizona 85004

**FROM:** (To include mailing address)
Commandant of the Marine Corps
Headquarters, U. S. Marine Corps
Washington, D. C. 20380

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | | 2. GRADE, RATE OR RANK | 3. SERVICE NUMBER | 4. SELECTIVE SVC NO. |
|---|---|---|---|---|
| STYERS, James L. | § | LCpl | 527 63 10 82 | UNKNOWN |

| 5. DATE OF BIRTH | 6. HOME ADDRESS | 7. ARMED FORCE |
|---|---|---|
| 3 Sep 47 | 7742 N. 12th Street, Apt 7 Phoenix, Arizona 85020 | USMC |

| 8. ORGANIZATION | 9. LOCATION | 10. PERIOD OF 3 TO 6 MOS ACTIVE DY FOR TNG |
|---|---|---|
| | | FROM / TO |

**11. THE RECORDS OF THIS OFFICE PERTAINING TO THE ABOVE-NAMED INDIVIDUAL EVIDENCE THE FOLLOWING:** (Check applicable subitem(s))

a. SEC 6(c)(2)(A) UMT&SA - WAS ENLISTED OR APPOINTED IN AN "ORGANIZED UNIT" OF THE NATIONAL GUARD OF THE STATE
OF _____ ON _____

b. SEC 4(d)(1) UMT&SA - WAS SELECTED FOR ENROLLMENT OR CONTINUANCE IN ONE OF THE FOLLOWING AND HAS EXECUTED A DEFERMENT AGREEMENT:
- ☐ SENIOR DIVISION OF THE RESERVE OFFICERS' TRAINING CORPS.
- ☐ PLATOON LEADERS' CLASS OF THE MARINE CORPS.
- ☐ NAVAL AND MARINE CORPS OFFICER CANDIDATE TRAINING PROGRAM.
- ☐ RESERVE OFFICERS CANDIDATE PROGRAM OF THE NAVY.
- ☐ OFFICER PROCUREMENT PROGRAMS OF THE COAST GUARD AND COAST GUARD RESERVE.
- ☐ APPOINTED ENSIGN, NAVAL RESERVE, WHILE UNDERGOING PROFESSIONAL TRAINING.
- ☐ COURSE OF INSTRUCTION WAS ☐ COMPLETED ☐ TERMINATED ON _____
  REGISTRANT WAS COMMISSIONED ON _____ AND CONTINUES IN A RESERVE COMMISSIONED STATUS.

c. SEC 4(d)(2) UMT&SA - WAS COMMISSIONED ON _____ IN A RESERVE COMPONENT OF THE ARMED FORCE ON _____
AFTER COMPLETION OF OFFICERS' CANDIDATE SCHOOL & CONTINUES IN A RESERVE COMMISSIONED STATUS.

d. SEC 262, AFRA - IS A FULLY QUALIFIED AND SELECTED AVIATION CADET APPLICANT WHO SIGNED AN AGREEMENT OF SERVICE ON _____

e. SEC 262, AFRA - WAS ENLISTED ON _____ FOR 8 YEARS.

f. WAS ENLISTED ON _____ FOR 6 YEARS AND HAS AGREED TO ENTER ON 2 YEARS ACTIVE DUTY.

*TO BE USED ONLY WHEN ABOVE SUBITEMS ARE NOT APPLICABLE*

g. WAS ENLISTED, APPOINTED, OR COMMISSIONED IN A RESERVE COMPONENT OF THE ARMED FORCE ON _____

h. HAVING BEEN ☐ ENLISTED ☐ APPOINTED A COMMISSIONED OR WARRANT OFFICER AS CHECKED ABOVE:
- ☐ HAS CONTINUED TO SERVE SATISFACTORILY IN OTHER THAN READY RESERVE UNIT.
- ☐ IS SERVING SATISFACTORILY IN A UNIT OF THE READY RESERVE.
- ☐ HAS COMPLETED ON _____ 8 YEARS OF SATISFACTORY SERVICE, INCLUDING NOT LESS THAN 3 CONSECUTIVE MONTHS OF ACTIVE DUTY TRAINING, AS A MEMBER OF A UNIT OF THE READY RESERVE.
- ☐ CEASED TO SERVE SATISFACTORILY.
- ☐ TRANSFERRED TO THE ☐ STANDBY ☐ RETIRED RESERVE.
- ☐ WAS DISCHARGED ON _____ AS A MEMBER OF THE _____ NATIONAL GUARD OF THE STATE OF _____ AND BECAME A MEMBER OF THE _____ RESERVE.
- ☐ WAS DISCHARGED ON _____ AS A RESERVE OF THE _____ BY REASON OF _____

**12. REMARKS**

DD Form 214 refers.  Subject named Marine Being Discharged by reason of physical disability with severance Pay from the Temporary Disability Retired List effective 31 December 1974.

| 13. TYPED NAME, GRADE AND TITLE OF AUTHENTICATING OFFICER | 14. SIGNATURE OF AUTHENTICATING OFFICER |
|---|---|
| MATT PARKER, III, CAPTAIN, USMC | |

¹ Complete as required by Armed Force concerned.

**DD** FORM 1 NOV 59 **44**   EDITION OF 1 MAR 59, MAY BE USED.

MMSR-4-aww
30 Jan 1975

From: Commandant of the Marine Corps
To:   Corporal James L. STYERS 527 68 10 82 USMC
      Temporary Retired
      7742 North 12th Street, Apt 7
      Phoenix, Arizona 85020

Subj: Discharge by reason of Physical Disability with Severance
      Pay

Ref:  (a) CMC ltr MMSR-4-aww dtd 23 Dec 74 w/encls

Encl: (1) Discharge Letter
      (2) Discharge Certificate
      (3) Return Addressed Envelope

1. Reference (a) was issued erroneously showing your rank
as lance corporal. Enclosures (1) and (2) are forwarded
herewith showing your correct rank as Corporal.

2. Please return the previously issued discharge certificate
in the envelope provided.

                          MATT PARKER III
                          By direction

Copy to:
CO, MCFC, RetdPayDiv
Kansas City, Mo. 64197



UNCLASSIFIED

03   03        PP       UUUU

CMC WASHINGTON, DC

MARFINCEN KANSAS CITY MO

UNCLAS //N01070//

JAMES L STYER, 527 48 50 82 USMC DIS FR TDRL W/SEV PAY 31JAN75 (CMC CODE MMSR-4)

A. YR 0835362 JAN75

1. REF A REFERS.

2. CMC LTR MMSR-4-AUU DTD 23DEC74 INCORRECTLY ADDRESSED SNM AS LANCE CORPORAL. MODIFICATION TO INDICATE CORRECT RANK OF CORPORAL MAILED TO BBSNM WITH CY YR ACTY.

FILE IN CASE

FD

MGYSGT MUELLER MMSR-4 42093

CAPT H PARKER III SEP&RETBR

UNCLASSIFIED 30JAN75



RTTUZYUW RUWTPBA1297 0081545-UUUU--RUEDFIA
ZNR UUUUU
R 081536Z JAN 75
FM MARFINCEN KANSAS CITY MO
TO CMC WASHINGTON DC
BT
UNCLAS //01070// FOR CODE MMSR
A. CMC LTR MMSR-4-AWW OF 23DEC74
REF DIR DIS JAMES L STYERS 527 68 10 82 WITH SEV PAY EFF 31DEC74 IN
GDE LCPL. MBR TRANS TDRL 1AUG71 AND PAID RET PAY AS CPL. REQ
CONFIRMATION CORR GDE. SETT SEV PAY PEND.
BT
#1297
NNNN
IN  04765/008/75    /ACK

081536

  

**DEPARTMENT OF THE NAVY**
OFFICE OF NAVAL DISABILITY EVALUATION
ARLINGTON, VA. 22217

IN REPLY REFER TO
ONDE:PRC:js
DEC 10 1974

From:   Office of Naval Disability Evaluation (Physical Review Council)
To:     Secretary of the Navy

Subj:   Disability evaluation proceedings in the case of
LCPL James L. STYERS, 527 68 0082, USMC (RET)

Ref:    (a) PEB findings of 12 November 1974

Encl:   (1) Subj record of proceedings

*7743 N. 12 TH St Apt.*
*Phoenix Ariz 85020*

1. It is the opinion of the Physical Review Council that findings as
set forth in reference (a) are appropriate in the case of subject party.
It is recommended that the Secretary of the Navy so determine.

2. **The statement in rebuttal has been considered.**

T. P. O'CALLAGHAN
Colonel, U. S. Marine Corps
Marine Corps Member

G. E. VAUPEL
Captain, MC, U. S. Navy
Medical Member

R. D. LOGAN
Ensign, U. S. Naval Reserve
Recorder

## PHYSICAL EVALUATION BOARD · PROCEEDINGS AND FINDINGS

| 1. HEARING | 2. PLACE OF HEARING | 3. PARTY (LAST, FIRST, MIDDLE INITIAL) | | |
|---|---|---|---|---|
| ☒ INFORMAL  mkg | ☒ CPEB ☐ GREAT LAKES | STYERS, James L. | | |
| ☐ FORMAL | ☐ BETHESDA ☐ SAN DIEGO | 4. SSN  527 68 1082 | 5. RANK/RATE  LCPL | 6. SERVICE  USMC (RET) |
| 7. DATE  6 August 1974 | 8. NAME & LOCATION OF COUNSELOR OR COUNSEL FOR THE PARTY.  ——See Page 2 of Fact Sheet—— | | | |

### RECOMMENDED FINDINGS (Indicate applicable statements)

☐ THE PARTY IS FIT FOR DUTY

☒ 1  THE PARTY IS UNFIT BECAUSE OF PHYSICAL DISABILITY:

**:DISABILITY RATING**

| DIAGNOSES (ICDA Codes Required) | V.A. CODES | PERCENT |
|---|---|---|
| 1.  Skull fracture, right occipital, #8000 | 5299-8045-8910 | 10% |
| 2.  Cerebral contusion, #8510 | | |

RECOMMENDED DISPOSITION:  Separation with Severance Pay

☐ MINORITY REPORT ATTACHED

| | |
|---|---|
| ☐ 2  THE DISABILITY WAS (NOT) (INCURRED) (AGGRAVATED) WHILE ENTITLED TO RECEIVE BASIC PAY | |
| ☐ 3  THE DISABILITY IS (NOT) DUE TO INTENTIONAL MISCONDUCT OR WILLFUL NEGLECT | C. T. WESTCOTT, COL., USMC |
| ☐ 3  THE DISABILITY WAS (NOT) INCURRED DURING A PERIOD OF UNAUTHORIZED ABSENCE | NAME, RANK & SIGNATURE OF PRESIDENT |
| ☐ 4A  THE DISABILITY IS (NOT) THE PROXIMATE RESULT OF ACTIVE DUTY OR INACTIVE DUTY TRAINING (AGGRAVATED) | NAME & RANK OF NON-MEDICAL MEMBER |
| ☐ 4B  THE DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY | |
| ☐ 4C  THE PARTY HAS AT LEAST EIGHT YEARS OF ACTIVE SERVICE | NAME & RANK OF MEDICAL MEMBER |
| ☒ 5  THE DISABILITY (IS) (IS NOT) PERMANENT | |
| ☒ 6  THE DISABILITY IS RATABLE AS SET FORTH ABOVE AT  10  PERCENT | NAME, RANK & SIGNATURE OF RECORDER OR COUNSEL FOR THE BOARD |

NAVSO 6100/16 (9-72)

## PHYSICAL EVALUATION BOARD - PROCEEDINGS AND FINDINGS

| 1. HEARING | 2. PLACE OF HEARING | 3. PARTY (LAST, FIRST, MIDDLE INITIAL) | | |
|---|---|---|---|---|
| ☐ INFORMAL | ☐ CPEB   ☐ GREAT LAKES | STYERS, James L. | | |
| ☒ FORMAL | ☐ BETHESDA   ☒ SAN DIEGO | 4. SSN | 5. RANK/RATE | 6. SERVICE |
| | | 527 68 1082 | CPL | USMC, Ret |
| 7. DATE | 8. NAME & LOCATION OF COUNSELOR OR COUNSEL FOR THE PARTY. | | | |
| 11 Nov 1974 | D. DOWNARD, DAV, SAN DIEGO, CALIF. 92101 | | | |

### RECOMMENDED FINDINGS (Indicate applicable statements)

☐ THE PARTY IS FIT FOR DUTY

☒ 1 THE PARTY IS UNFIT BECAUSE OF PHYSICAL DISABILITY:

**DISABILITY RATING**

| DIAGNOSES (ICDA Codes Required) | | V.A. CODES | PERCENT |
|---|---|---|---|
| 1.  Skull fracture, right, occipital, | 800.9 } | 5299-8045-8910 | 10 |
| 2.  Cerebral contusion, | 851.9 } | | |

☐ MINORITY REPORT ATTACHED

| | | |
|---|---|---|
| ☒ 2 | THE DISABILITY WAS (NOT) (INCURRED) (AGGRAVATED) WHILE ENTITLED TO RECEIVE BASIC PAY | |
| ☒ 3 | THE DISABILITY IS (NOT) DUE TO INTENTIONAL MISCON-DUCT OR WILLFUL NEGLECT | COL CLEON E. NESBITT, USMC |
| | | NAME, RANK & SIGNATURE OF PRESIDENT |
| ☒ 3 | THE DISABILITY WAS (NOT) INCURRED DURING A PERIOD OF UNAUTHORIZED ABSENCE | |
| ☒ 4A | THE DISABILITY IS (NOT) THE PROXIMATE RESULT OF ACTIVE DUTY OR INACTIVE DUTY TRAINING (AGGRAVATED) | CAPT ROBERT C. HAY, USN |
| | | NAME & RANK OF NON-MEDICAL MEMBER |
| ☒ 4B | THE DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY | |
| ☒ 4C | THE PARTY HAS AT LEAST EIGHT YEARS OF ACTIVE SERVICE | CAPT RICHARD B. WAITE, MC, USN |
| | | NAME & RANK OF MEDICAL MEMBER |
| ☒ 5 | THE DISABILITY (IS) (MAY BE) PERMANENT | |
| ☒ 6 | THE DISABILITY IS RATABLE AS SET FORTH ABOVE AT ___ PERCENT | LCT MICHAEL E. BUSCH, JAGC, USNR |
| | | NAME, RANK & SIGNATURE OF RECORDER OR COUNSEL FOR THE BOARD |

FORWARD IN DUPLICATE

**NOTIFICATION TO PARTY OF RECOMMENDED FINDINGS**

| 1. HEARING | 2. PLACE OF HEARING | | 3. PARTY (Last, first, middle initial) | | |
|---|---|---|---|---|---|
| ☐ INFORMAL | ☐ CPEB | ☐ GREAT LAKES | STYERS, James L. | | |
| | | | 4. SSN | 5. RANK/RATE | 6. SERVICE |
| ☒ FORMAL | ☐ BETHESDA | ☒ SAN DIEGO | 527 68 1082 | LCPL | USMC, Ret |
| 7. DATE | 8. NAME AND ADDRESS OF COMMAND CURRENTLY HOLDING PARTY'S SERVICE RECORD | | | | |
| 12 Nov. 1974 | CMC | | | | |

**RECOMMENDED FINDINGS** (Indicate applicable statements)

☐ THE PARTY IS FIT FOR DUTY

☒ 1. THE PARTY IS UNFIT BECAUSE OF PHYSICAL DISABILITY:

| DIAGNOSES (ICDA CODES REQUIRED) | V. A. CODES | PERCENT |
|---|---|---|
| 1. Skull fracture, right, occipital 800.9 | 5299-8045-8910 | 10 |
| 2. Cerebral contusion 851.9 | | |

☐ MINORITY REPORT ATTACHED

☐ 2. THE DISABILITY WAS (NOT) (INCURRED) (AGGRAVATED) WHILE ENTITLED TO RECEIVE BASE PAY

☐ 3. THE DISABILITY IS (NOT) DUE TO INTENTIONAL MISCONDUCT OR WILLFUL NEGLECT

☐ 3. THE DISABILITY WAS (NOT) INCURRED DURING A PERIOD OF UNAUTHORIZED ABSENCE

☐ 4A. THE DISABILITY IS (NOT) THE PROXIMATE RESULT OF ACTIVE DUTY OR INACTIVE DUTY TRAINING (AGGRAVATED)

☐ 4B. THE DISABILITY WAS INCURRED IN LINE OF DUTY IN TIME OF WAR OR NATIONAL EMERGENCY

☐ 4C. THE PARTY HAS AT LEAST EIGHT YEARS OF ACTIVE SERVICE

☒ 5. THE DISABILITY (IS) (MAY BE) PERMANENT

☒ 6. THE DISABILITY IS RATABLE AS SET FORTH ABOVE AT _10_ PERCENT

**COUNSELING CERTIFICATION**

I certify that I have explained the results of the recommended findings of this Physical Evaluation Board to the party concerned (or to his Legal Representative) and informed him of his right to submit a statement in rebuttal or to demand a formal hearing.

Nov 12 - 1974
DATE

_Donald Downard_
SIGNATURE OF COUNSELOR/COUNSEL FOR THE PARTY

Donald DOWNARD, DAV REP
NAME AND RANK/RATE OF COUNSEL

**ACTION OF PARTY**

Having been advised of the recommended findings of the Physical Evaluation Board as outlined above and having received an explanation of the results of these findings and of my rights, I hereby

☐ ACCEPT THE RECOMMENDED FINDINGS

☒ SUBMIT A STATEMENT IN REBUTTAL

☐ DEMAND A FORMAL HEARING (Applicable only if this was an informal hearing)

Nov 12, 1974
DATE

_James L. Styers_
SIGNATURE OF PARTY (or Legal Representative)

NAVSO 6100/17 (9-72)

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
MMSR-4/3- cl
12 Sep 1974

FILE IN CASE

From: Commandant of the Marine Corps
To:   Corporal James L. STYERS/527 68 10 82 USMC TempRet (71/08)
      7742 N 12th St, Apt 7
      Phoenix, AZ 85020

Via:  President, Physical Evaluation Board, c/o Naval Regional Medical
      Center, San Diego, CA 92134

Subj: Orders to appear before a physical evaluation board

1.  When directed by the via addressee above, during November 1974
you are to report to that Board for a reevaluation hearing.

2.  The via addressee above is authorized to modify these orders, by
endorsement hereon, as may be necessary for the completion of your
hearing in your case.

3.  The Office of Naval Disability Evaluation is requested to
forward your medical records and record of previous physical evaluation
board proceedings to the via addressee.

4.  Upon completion of this hearing and when directed by the President
of the Physical Evaluation Board above, you may return home. These
orders do not constitute return to active duty and wearing of the
Marine Corps uniform is not necessary.

5.  Should your address listed above be incorrect, immediately notify
the via addressee and the Commandant of the Marine Corps (Code MMSR-4).

6.  TravChar Appn 1751106.2790 O&MMC 1975 OC 000 OB/SUFFIX 00027/7
AAA 000027 TTC 2D CC DMOE 93819972.


                              R. E. CUSHMAN, JR.

Copy to:
  BUMED (2)
  JAG (Rm 1425-Navy Annex)
  Addressee (Advance copy)



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D. C. 20380

FILE IN CASE

IN REPLY REFER TO:
DMD
~~XXXxxxxxxxx~~
MMSR-4/3-1wm
23 APR 1974

From: Commandant of the Marine Corps

To: LCPL STYERS, JAMES L. 527 68 10 82 USMC TEMP RETIRED          AUGUST 1974
7742 N. 12TH STREET APT-7
PHOENIX, AZ 85020

Via: COMMANDING OFFICER
U. S. NAVAL HOSPITAL
SAN DIEGO, CA. 92134

Subj: Orders to appear for periodic physical examination

Encl: (1) Medical Records
(2) Travel Claim Information

THIS IS AN ADVANCE COPY OF THIS MARINE'S ORDERS.
THE ORIGINAL AND TRAVEL VOUCHER WERE FORWARDED
BY CMC TO BUMED (CODE 3343-1) ON 24 APR 74
FOR INCLUSION OF MEDICAL RECORDS AND FORWARDING
TO HOSPITAL INDICATE BELOW MARINE'S NAME.

1. When directed by the via addressee, during the month listed beside your name, you are to report to that command for a periodic physical examination to determine any change in the condition(s) for which your name was placed on the Temporary Disability Retired List.

2. The via addressee is authorized to endorse these orders to, (a) schedule you as an out-patient or to admit you as a patient, as required, for the completion of this examination; (b) re-examine you at a later date, if necessary; and (c) modify the month preceding or following the month specified beside your name. In the event this examination cannot be scheduled within these guidelines, the Commandant of the Marine Corps (Code DM) must be notified.

3. Upon completion of this examination, and when directed by the via addressee, you are authorized to return home. These orders do not constitute return to active duty, and wearing the Marine Corps uniform is not necessary.

4. Your medical records, enclosure (1), have been detached by the hospital. Within six weeks after the completion of the examination, the via addressee is requested to forward all records and a summary of the findings, in letter form, to the Office of Naval Disability Evaluation, 800 N. Quincy St., Arlington, Virginia 22217. Should your status on the Temporary Disability Retired List be changed as a result of this examination, the Office of Naval Disability Evaluation will notify you by letter.

5. IN THE EVENT YOU CHANGE YOUR ADDRESS PRIOR TO TRAVELING UNDER THESE ORDERS, PLEASE NOTIFY IMMEDIATELY THE VIA ADDRESSEE AND THE COMMANDANT OF THE MARINE CORPS (CODE DM) SO THAT APPROPRIATE MODIFICATION TO THESE ORDERS MAY BE ISSUED.

6. Enclosure (2) is provided for your convenience in obtaining reimbursement of expenses incurred while executing these orders.

7. FY 1975 APPN 1751106.2790 O&MMC 1975 OC 000 OB/SUFFIX 00027/7 AAA 000027 TTCI 2DCC DMOE 93S19972.

R. E. CUSHMAN, JR.

71-08

Copy to: BUMED (Code 3343-1)



**DEPARTMENT OF THE NAVY**
HEADQUARTERS UNITED STATES MARINE CORPS
WASHINGTON, D.C. 20380

IN REPLY REFER TO
MMSR-4-aww
30 Jan 1975

From: Commandant of the Marine Corps
To:   Corporal James I. STYERS 527 68 10 82 USMC
      Temporary Retired
      7742 North 12th Street, Apt 7
      Phoenix, Arizona 85020

Subj: Discharge by reason of Physical Disability with Severance Pay

Ref:  (a) Title 10, U. S. Code, Sections 1210 and 1212

Encl: (1) Statement of Service
      (2) Discharge Certificate
      (3) Discharge Button
      (4) Pamphlet "Once a Veteran"
      (5) Return Addressed Envelope

1.  The Secretary of the Navy has determined that the disability for which
you were temporarily retired is permanent and that your disability is now
rated at less than thirty per cent.

2.  The provisions of reference (a) require that you be removed from the
Temporary Disability Retired List (TDRL), and that you be separated with
severance pay. Your VA Code is 5299 8045 8910.

3.  Accordingly, you are separated from the Marine Corps by reason of
physical disability effective 31 December 1974.

4.  The law entitles you to severance pay computed by multiplying years
of active duty service not to exceed twelve, by twice the amount of your
monthly basic pay. See enclosure (1).

5.  A copy of this correspondence is being forwarded to the Marine Corps
Finance Center, Retired Pay Division, Kansas City, Missouri 64197 for
adjustment of your final settlement.

6.  Please return your retired ID Card in the envelope provided, to include
dependents ID Card(s) if appropriate.

7.  Again, on behalf of the Commandant of the Marine Corps, I extend to
you best wishes for future success.

                                        MATT PARKER, III
                                        By direction

Copy to:
MarCorFinCen KSC (Ret Pay Div)
CMC (Code AFB)