UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

## RECORD TRANSMITTAL FORM

DATE: __08/04/08__

To: United States Court of Appeals Building     ATTN:
      Office of the Clerk
      Richard H. Chambers                      ( X )   Check here if record
      125 South Grand Avenue                        is being sent directly
      Pasadena, CA 91105                           to a Judge

FROM:    Clerk, USDC, District of Arizona - Phoenix
            Suite 130, 401 W.Washington St.,SPC 1      Sent by: __CMH/KMG__
            Phoenix, AZ 85003-2118

DC No. __CV 98-0060-PHX-RCB__         APPEAL No. __07-99001__

Short Title: __Milke v. Schriro__

## COMPOSITION OF RECORD

Clerk's Files: in __3__ Volumes          (X) Original     ( ) Certified Copy

Bulky
Documents: __10__ Volumes
           Dkt # __31, 98, 99, 100, 101, 102, 109, 118, 119, 120__ In __3__ Expandos

Reporter's
Transcripts: in _____ Volumes      ( ) Original     ( ) Certified Copy

           Dkt # _____ In _____ Expandos

Exhibits:    in _____ Envelopes      ( ) Under Seal

           in _____ Boxes            ( ) Under Seal

Other: __3 Boxes of State Court Documents 1-54 and 1 Folder of Other Documents.. All other documents are located in the United States District Court, District of Arizona, Electronic Filing System.__

(Please note any documents filed under seal)

Acknowledgment: _____      Date: _____