FILED

SEP 28 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **DEBRA JEAN MILKE**, <br><br> Petitioner - Appellant, <br><br> v. <br><br> **DORA B. SCHRIRO**, <br><br> Respondent - Appellee. | No. 07-99001 <br><br> D.C. No. CV-98-00060-PHX-RCB <br><br><br> **ORDER** |

Before:   **KOZINSKI**, Chief Judge, **FARRIS** and **BEA**, Circuit Judges.

A complete review of the record discloses no evidence supporting a finding that petitioner voluntarily, knowingly and intelligently waived her rights under Miranda v. Arizona, 384 U.S. 436, 444–45 (1966).  See 28 U.S.C. § 2254(d)–(e). Under these circumstances, an evidentiary hearing in federal court is required.  See Frantz v. Hazey, 533 F.3d 724, 745 (9th Cir. 2008) (en banc).  We therefore remand with instructions to conduct a limited hearing on the sole issue of whether petitioner validly waived her Miranda rights; respondent shall have the burden of proof.  The district court must conduct the hearing and render its findings within 60 days of this order.