1  **WO**

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE DISTRICT OF ARIZONA

Debra Jean Milke,                    )
                                     )
              Petitioner,            )    CV-98-0060-PHX-RCB
                                     )
         vs.                         )    <u>DEATH PENALTY CASE</u>
                                     )
                                     )         O R D E R
                                     )
Dora B. Schriro, *et al.*,           )
                                     )
              Respondents.           )
_____)

     It is ORDERED setting a status conference in this matter
for Wednesday, October 7, 2009, at 1:30 p.m. in Courtroom
606, Sandra Day O'Connor Courthouse, 401 W. Washington
Street, Phoenix, Arizona.

     DATED this 1st day of October, 2009.


_____
        Robert C. Broomfield
        Senior United States District Judge

Copies to counsel of record