|   |   |
|---|---|
| 1 | THOMAS C. HORNE |
|   | ATTORNEY GENERAL |
| 2 | (FIRM STATE BAR NO. 14000) |
| 3 | JULIE A. DONE |
|   | ASSISTANT ATTORNEY GENERAL |
|   | CRIMINAL APPEALS SECTION |
| 4 | 1275 WEST WASHINGTON |
|   | PHOENIX, ARIZONA  85007-2997 |
| 5 | TELEPHONE: (602) 542-4686 |
|   | julie.done@azag.gov |
| 6 | CADocket@azag.gov |
|   | (STATE BAR NUMBER 024370) |
| 7 | ATTORNEYS FOR RESPONDENTS |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Debra Jean Milke, | CV 98–00060–PHX–RCB |
|---|---|
| Petitioner, |  |
| -vs- | **NOTICE OF FILING DETECTIVE SALDATE'S PHOENIX POLICE PERSONNEL RECORDS PURSUANT TO THIS COURT'S MAY 29, 2013 ORDER** |
| Charles Ryan, et al., |  |
| Respondents. |  |

On May 29, 2013 this Court ordered Respondents to "(1) provide to Petitioner's counsel all police personnel records covering all years of service for Phoenix Police Detective Armando Saldate, Jr., including but not limited to records pertaining to any disciplinary or Internal Affairs investigations and records pertaining to performance evaluations; (2) file under seal with a copy to Petitioner's counsel any police personnel records for Detective Saldate that Respondents believe are irrelevant under *Brady* or *Giglio*; and (3) file a statement under oath from a relevant police official certifying that all of Detective Saldate's police personnel records have been disclosed and none has been omitted, lost, or destroyed." Pursuant to this Court's order, Respondents now submit the attached

records and certifications.

Attached as Exhibit A is a certification from Mark Bizik, a Senior Human Resources Analyst for the City of Phoenix Human Resources Department, avowing that he conducted a records check pursuant to this Court's May 29, 2013 order, specifically searching the City of Phoenix Personnel File, and the only record he was able to locate was the Employment Record for Armando Saldate, Jr., which is included as part of Exhibit A.  Respondents do not believe or concede that the Employment Record, included as part of Exhibit A, constitutes *Brady* or *Giglio* material, but do not find it is necessary to file it under seal.  The date when Armando Saldate, Jr.'s Personnel File was destroyed is unknown.  (*See* Exhibit A.)

Attached as Exhibit B is a certification from Guadalupe Hernandez, a Secretary II Office Automation for the City of Phoenix Police Department, Training Bureau, avowing that she conducted a records check pursuant to this Court's May 29, 2013 order, specifically searching the City of Phoenix Police Department Training Record, and the only record she was able to locate was an Officer Training Record for Armando Saldate, Jr., which is included as part of Exhibit B.  Respondents do not believe or concede that the Officer Training Record, included as part of Exhibit B, constitutes *Brady* or *Giglio* material, but do not find it is necessary to file it under seal.  The date when Armando Saldate, Jr.'s Recruit Record was destroyed is unknown.  (*See* Exhibit B.)

Attached as Exhibit C is a certification from Tim Duffy, a Detective for the City of Phoenix Police Department, Professional Standards Bureau, avowing that he conducted a records check pursuant to this Court's May 29, 2013 order, specifically searching for any Professional Standards Bureau/Internal Affairs Files, and the Phoenix Police Department no longer has the Professional Standards Bureau/Internal Affairs Files for Armando Saldate, Jr.  The date when Armando Saldate, Jr.'s Professional Standards Bureau/Internal Affairs files were destroyed is unknown.  (*See* Exhibit C.)

1   Attached as Exhibit D is a certification from Marit Mednick, a Senior Human Resources Clerk for the City of Phoenix Police Department, Fiscal Management Bureau, avowing that she conducted a records check pursuant to this Court's May 29, 2013 order, specifically searching the Personnel File (fiscal Management Bureau File), and the Phoenix Police Department no longer has the Personnel File or Division File for Armando Saldate, Jr.  Armando Saldate, Jr.'s entire Personnel File was destroyed in March 1996.  (*See* Exhibit D.)

DATED this 18th day of June, 2013.

> Respectfully submitted,
>
> Thomas C. Horne
> Attorney General
>
> Jeffrey A. Zick
> Section Chief Counsel
>
> s/Julie A. Done
> Assistant Attorney General
>
> Attorneys for Respondents

I hereby certify that on June, 18, 2013, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

LORI L. VOEPEL
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

MICHAEL D. KIMERER
KIMERER & DERRICK, P.C.
221 East Indianola Avenue
Phoenix, Arizona 85012

Attorney for Petitioner


s/Liz Gallagher


3445972