**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>　　　　Respondents. | No. CV-98-00060-PHX-RCB<br><br>DEATH PENALTY CASE<br><br>**O R D E R** |

On June 21, 2013, the Court held a status conference in this matter. Pursuant to the discussion held therein,

**IT IS ORDERED** that no later than **July 5, 2013**, Petitioner's counsel shall complete interviews of individuals with relevant information concerning the personnel records of Detective Saldate and shall file notice with the Court that there are no further impediments to issuance of a writ of habeas corpus pursuant to the mandate of the court of appeals.

**IT IS FURTHER ORDERED** that if, prior to July 5, 2013, the Maricopa County Attorney decides against pursuing retrial of Petitioner, Respondents shall move this Court to grant an unconditional writ of habeas corpus directing Petitioner's immediate release from the Arizona Department of Corrections. If no such motion is filed by July 5, 2013, the Court

. . .

1  will issue a conditional writ pursuant to the mandate of the court of appeals.

2  DATED this 21st day of June, 2013.

_____
Robert C. Broomfield
Senior United States District Judge