THOMAS C. HORNE
ATTORNEY GENERAL
(FIRM STATE BAR NO. 14000)

JULIE A. DONE
ASSISTANT ATTORNEY GENERAL
CRIMINAL APPEALS SECTION
1275 WEST WASHINGTON
PHOENIX, ARIZONA 85007-2997
TELEPHONE: (602) 542-4686
julie.done@azag.gov
CADocket@azag.gov
(STATE BAR NUMBER 024370)

ATTORNEYS FOR RESPONDENTS

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Jean Milke,<br><br>Petitioner,<br><br>-vs-<br><br>Charles Ryan, et al.,<br><br>Respondents. | CV 98–00060–PHX–RCB<br><br>**SUPPLEMENTAL NOTICE OF FILING DETECTIVE SALDATE'S PHOENIX POLICE PERSONNEL RECORDS PURSUANT TO THIS COURT'S MAY 29, 2013 ORDER** |

On May 29, 2013 this Court ordered Respondents to "(1) provide to Petitioner's counsel all police personnel records covering all years of service for Phoenix Police Detective Armando Saldate, Jr., including but not limited to records pertaining to any disciplinary or Internal Affairs investigations and records pertaining to performance evaluations; (2) file under seal with a copy to Petitioner's counsel any police personnel records for Detective Saldate that Respondents believe are irrelevant under *Brady* or *Giglio*; and (3) file a statement under oath from a relevant police official certifying that all of Detective Saldate's police personnel records have been disclosed and none has been omitted, lost, or destroyed."  Pursuant to this Court's order, Respondents submitted four

certifications, Exhibits A-D, on June 18, 2013. Since that time, the parties have conducted interviews with the individuals who submitted the certifications in Exhibits A-D, and with Phoenix Police Department Detective Tom Van Dorn. Based upon those interviews and pursuant to Petitioner's request, Respondents now submit the following amended or supplemental certifications.

Attached as Exhibit E is an amended certification from Mark Bizik, a Senior Human Resources Analyst for the City of Phoenix Human Resources Department, amending his certification previously submitted as Exhibit A.

Attached as Exhibit F is an amended certification from Tim Duffy, a Detective for the City of Phoenix Police Department, Professional Standards Bureau, amending his certification previously submitted as Exhibit C.

Attached as Exhibit G is a certification from Marit Mednick, a Senior Human Resources Clerk for the City of Phoenix Police Department, amending her certification previously submitted as Exhibit D.

Attached as Exhibit H is a supplemental certification from Tom Van Dorn, a Detective at the City of Phoenix Police Department, who, in 2001, was assigned to the legal unit at the Phoenix Police Department.

DATED this 5th day of July, 2013.

                              Respectfully submitted,

                              Thomas C. Horne
                              Attorney General

                              Jeffrey A. Zick
                              Section Chief Counsel

                              s/Julie A. Done
                              Assistant Attorney General

                              Attorneys for Respondents

1 | I hereby certify that on July 5, 2013, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

LORI L. VOEPEL
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

MICHAEL D. KIMERER
KIMERER & DERRICK, P.C.
221 East Indianola Avenue
Phoenix, Arizona  85012

Attorneys for Petitioner


s/Liz Gallagher


3465410