WO

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

Debra Jean Milke,

      Petitioner,

-vs-

Charles L. Ryan, et al.,

      Respondents.

CV98–00060–PHX–RCB

**PROPOSED ORDER**

Upon motion duly made and good cause appearing,

IT IS HEREBY ORDERED that Respondents' Motion to Withdraw Their Motion to Modify the Conditional Writ of Habeas Corpus under Rule 60, Fed.R.Civ.P. is GRANTED.

Respondents' Motion to Withdraw their Motion to Modify the Conditional Writ of Habeas Corpus is withdrawn.

DATED this 11th day of September, 2013.

_____
Robert C. Broomfield
Senior United States District Judge